ORIGINAL

1  Bruce G. Chapman (SB # 164258)
   bchapman@cblh.com
2  Keith D. Fraser (SB # 216279)
   kfraser@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
   333 S. Grand Ave., Suite 2300
4  Los Angeles, California 90071
   Telephone: (213) 787-2500; Facsimile: (213) 687-0498
5
6  Dianne B. Elderkin (*pro hac vice*)
   elderkin@woodcock.com
7  Barbara L. Mullin (*pro hac vice*)
   mullin@woodcock.com
8  WOODCOCK WASHBURN LLP
   Cira Centre
9  2929 Arch Street, 12th Floor
   Philadelphia, PA 19104-2891
10 Telephone: (215) 568-3100; Facsimile: (215) 568-3439

11 Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
   and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP,
12 LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
   SERVICES, INC.

FILED 2009 AUG 25 PM 3:51 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>    Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>    Counter-Plaintiffs,<br><br>    v.<br><br>CENTOCOR ORTHO BIOTECH, INC., et al.<br><br>    Counter-Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>The Honorable Marianna R. Pfaelzer<br><br>**PROOF OF SERVICE**<br><br>Date: N/A<br>Time: N/A<br>Place: N/A |

CERTIFICATE OF SERVICE

I, Dori Dellisanti, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On August 25, 2009, I served the foregoing documents described as:

(1) **APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' OPPOSITION TO *EX PARTE* APPLICATION OF DEFENDANTS;**

(2) **[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL;**

(3) **CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' OPPOSITION TO *EX PARTE* APPLICATION TO COMPEL DOCUMENTS ALLEGEGDLY COVERED BY "COMMON INTREEST PRIVILEGE" WITH THIRD PARTIES; AND**

(4) **CONFIDENTIAL EXHIBITS A-H TO DECLARATION OF AMANDA M. KESSEL IN SUPPORT OF CENTOCOR ORTHO BIOTECH, INC.'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL DOCUMENTS ALLEGEGDLY COVERED BY "COMMON INTREEST PRIVILEGE" WITH THIRD PARTIES**

on the following person(s) in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| **BY FEDERAL EXPRESS**<br>David I Gindler<br>Joseph M Lipner<br>Irell and Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | Attorneys for Defendant and Counterclaimant City of Hope Medical Center<br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>Email: jlipner@irell.com;<br>dgindler@irell.com<br>Coh.centocor.team@irell.com |
| **BY FEDERAL EXPRESS**<br>Mark A. Pals<br>Marcus E Sernel<br>Kirkland and Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br>Tel: 312-861-2000<br>Fax: 312-861-2200<br>Email: mpals@kirkland.com<br>msernel@kirkland.com |

PROOF OF SERVICE
1

| | |
|---|---|
| **BY FEDERAL EXPRESS**<br><br>Daralyn J. Durie<br>Ryan Kent<br>Durie Tangri Lemley Roberts & Kent LLP<br>332 Pine Street<br>Suite 200<br>San Francisco, CA 94104 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br><br>Tel: 415-362-6666<br><br>Email: ddurie@durietangri.com<br>rkent@durietangri.com |

[ ] **BY MAIL** I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[X] **FEDERAL EXPRESS**: I am readily familiar with the office practice of Connolly Bove Lodge & Hutz LLP for collecting and processing correspondence for overnight delivery by Federal Express. Such practice is that when correspondence for overnight delivery by Federal Express is deposited with the Connolly Bove Lodge & Hutz LLP personnel responsible fore delivering correspondence to Federal Express, such correspondence is delivered to a Federal Express location or to an authorized courier or driver authorized by Federal Express to receive documents or deposited at a facility regularly maintained by Federal Express for receipt of documents on the same day in the ordinary course of business.

[X] **BY E-MAIL:** (1) I caused copies of the above documents to be emailed to the interested parties based on the email addresses indicated herein and/or (2) Based on General Order 08-02, the attached document(s) was sent to the person(s) at the e-mail addres(es) indicated above through the Court's Electronic Filing System (ECF).

[X] **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2009 at Los Angeles, California.

\_\_\_\_Dori Dellisanti\_\_\_\_   \_\_\_\_[signature]\_\_\_\_
          Name                              Signature