Bruce G. Chapman (SB # 164258)
bchapman@cblh.com
Keith D. Fraser (SB # 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, California 90071
Telephone: (213) 787-2500; Facsimile: (213) 687-0498

Dianne B. Elderkin (*pro hac vice*)
elderkin@woodcock.com
Barbara L. Mullin (*pro hac vice*)
mullin@woodcock.com
WOODCOCK WASHBURN LLP
Cira Centre
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: (215) 568-3100; Facsimile: (215) 568-3439

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

**ORIGINAL**

FILED 2009 AUG 26 PM 3:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. <br> Plaintiff, <br> v. <br> GENENTECH, INC. and CITY OF HOPE <br> Defendants. <br><br> GENENTECH, INC. and CITY OF HOPE, <br> Counter-Plaintiffs, <br> v. <br> CENTOCOR ORTHO BIOTECH, INC., et al. <br> Counter-Defendants. | Case No. CV 08-03573 MRP (CTx) <br><br> The Honorable Marianna R. Pfaelzer <br><br> **PROOF OF SERVICE** <br><br> Date: September 3, 2009 <br> Time: 11:00 a.m. <br> Place: Courtroom 12 |

# CERTIFICATE OF SERVICE

I, Dori Dellisanti, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On August 26, 2009, I served the foregoing documents described as:

(1) **APPLICATION TO FILE UNDER SEAL DOCUMENTS;**

(2) **[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL;**

(3) **PLAINTIFF CENTOCOR ORTHO BIOTECH, INC.'S AND COUNTER-DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT;**

(4) **STATEMENT OF GENUINE ISSUES IN SUPPORT OF CENTOCOR ORTHO BIOTECH'S OPPOSITION TO GENENTECH, INC.'S AND CITY OF HOPE'S CROSS-MOTION FOR SUMMARY JUDGMENT;**

(5) **CENTOCOR ORTHO BIOTECH, INC.'S RESPONSE TO GENENTECH'S STATEMENT OF GENUINE ISSUES IN SUPPORT OF GENENTECH, INC.'S AND CITY OF HOPE'S OPPOSITION TO CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-AFFILIATES' MOTION FOR SUMMARY JUDGMENT; AND**

(6) **EXHIBITS GG-KK TO SUPPLEMENTAL DECLARATION OF AMANDA M. KESSEL PLAINTIFF CENTOCOR ORTHO BIOTECH, INC.'S AND COUNTER-DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT.**

on the following person(s) in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| **BY FEDERAL EXPRESS**<br><br>David I Gindler<br>Joseph M Lipner<br>Irell and Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | Attorneys for Defendant and Counterclaimant City of Hope Medical Center<br><br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>Email: jlipner@irell.com;<br>  dgindler@irell.com<br>  Coh.centocor.team@irell.com |
| **BY FEDERAL EXPRESS**<br><br>Mark A. Pals<br>Marcus E Sernel<br>Kirkland and Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br><br>Tel: 312-861-2000<br>Fax: 312-861-2200<br>Email: mpals@kirkland.com |

|  |  |
|---|---|
|  | msernel@kirkland.com |
| **BY FEDERAL EXPRESS**<br>Daralyn J. Durie<br>Ryan Kent<br>Durie Tangri Lemley Roberts & Kent LLP<br>332 Pine Street<br>Suite 200<br>San Francisco, CA 94104 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br>Tel: 415-362-6666<br><br>Email: ddurie@durietangri.com<br>rkent@durietangri.com |

[ ] **BY MAIL** I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[X] **FEDERAL EXPRESS**: I am readily familiar with the office practice of Connolly Bove Lodge & Hutz LLP for collecting and processing correspondence for overnight delivery by Federal Express. Such practice is that when correspondence for overnight delivery by Federal Express is deposited with the Connolly Bove Lodge & Hutz LLP personnel responsible fore delivering correspondence to Federal Express, such correspondence is delivered to a Federal Express location or to an authorized courier or driver authorized by Federal Express to receive documents or deposited at a facility regularly maintained by Federal Express for receipt of documents on the same day in the ordinary course of business.

[X] **BY E-MAIL:** (1) I caused copies of the above documents to be emailed to the interested parties based on the email addresses indicated herein and/or (2) Based on General Order 08-02, the attached document(s) was sent to the person(s) at the e-mail addres(es) indicated above through the Court's Electronic Filing System (ECF).

[X] **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2009 at Los Angeles, California.

Dori Dellisanti
Name

Signature

PROOF OF SERVICE
2