ORIGINAL

1  Bruce G. Chapman (SB # 164258)
   bchapman@cblh.com
2  Keith D. Fraser (SB # 216279)
   kfraser@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
   333 S. Grand Ave., Suite 2300
4  Los Angeles, California 90071
   Telephone: (213) 787-2500; Facsimile: (213) 687-0498

5  Dianne B. Elderkin (*pro hac vice*)
   elderkin@woodcock.com
6  Barbara L. Mullin (*pro hac vice*)
   mullin@woodcock.com
7  WOODCOCK WASHBURN LLP
   Cira Centre
8  2929 Arch Street, 12th Floor
   Philadelphia, PA 19104-2891
9  Telephone: (215) 568-3100; Facsimile: (215) 568-3439

10 Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
   and Third-Party Defendants GLOBAL PHARMACUETICAL
11 SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and
   JOM PHARMACEUTICAL SERVICES, INC.
12



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br>Plaintiffs<br>v.<br>GENENTECH, INC. and CITY OF HOPE,<br>Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE,<br>Counter-Plaintiffs<br>v.<br>CENTOCOR ORTHO BIOTECH, INC., et al.<br>Counter-Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>**APPLICATION TO FILE DOCUMENT UNDER SEAL**<br><br>Date:    September 3, 2009<br>Time:    11:00 a.m.<br>Ctrm:    12 |

| | |
|---|---|
| 1 | Pursuant to Local Rule 79-5.1, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Counter-Defendant affiliates, Global Pharmaceutical Supply Group, LLC, Centocor Biologics, LLC and JOM Pharmaceutical Services, Inc., seek leave to file the following document under seal: |

1. Supplemental Declaration of Aleksander J. Goranin and Exhibits LL through MM attached thereto in Support of Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Motion for Summary Judgment Dismissing Defendants' TNF-Alpha Counterclaims.

The declaration and exhibits sought to be filed under seal discuss and relate to license and other agreements between Genentech, Centocor and third parties. The documents contain or reflect confidential business information that is subject to confidentiality provisions. The exhibits identified above have been designated as highly confidential.

For the foregoing reason, Centocor respectfully requests that the Court grant this Application and order the aforementioned document be filed under seal.

Dated: September 4, 2009

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: *(signature)*
Keith D. Fraser

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC. LLC and JOM PHARMACUETICAL SERVICES, INC.

27950_1