1  Bruce G. Chapman (SB # 164258)
   bchapman@cblh.com
2  Keith D. Fraser (SB # 216279)
   kfraser@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
   333 S. Grand Ave., Suite 2300
4  Los Angeles, California 90071
   Telephone: (213) 787-2500; Facsimile: (213) 687-0498

5  Dianne B. Elderkin (*pro hac vice*)
   elderkin@woodcock.com
6  Barbara L. Mullin (*pro hac vice*)
   mullin@woodcock.com
7  WOODCOCK WASHBURN LLP
   Cira Centre
8  2929 Arch Street, 12th Floor
   Philadelphia, PA 19104-2891
9  Telephone: (215) 568-3100; Facsimile: (215) 568-3439

10 Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
   and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP,
11 LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
   SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br>Plaintiffs<br>v.<br>GENENTECH, INC. and CITY OF HOPE,<br>Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE,<br>Counter-Plaintiffs<br>v.<br>CENTOCOR ORTHO BIOTECH, INC., et al.<br>Counter-Defendants | Case No. CV 08-03573 (MRP) (CTx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL<br><br>MSJ Date: September 3, 2009<br>Time: 11:00 a.m.<br>Ctrm: 12 |

The Court, having considered Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Counter-Defendant Affiliates' Application to File Under Seal, and all papers submitted in support therewith, finds that (1) Centocor possesses overriding confidentiality interests in the subject documents that overcomes the right of public access to the record; (2) Centocor's overriding confidentiality interests support sealing these documents; and (3) a substantial probability exists that Centocor's overriding confidentiality interests will be prejudiced if the record is not sealed.

IT IS THEREFORE ORDERED that Centocor's Application To File Under Seal is GRANTED as follows:

1. Supplemental Declaration of Aleksander J. Goranin and Exhibits LL through MM attached thereto in Support of Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Motion for Summary Judgment Dismissing Defendants' TNF-Alpha Counterclaims; and

2. No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED

Dated: September 8, 2009

Honorable Mariana R. Pfaelzer
United States District Judge

Prepared and submitted by:

Connolly Bove Lodge & Hutz LLP

By: _____
Keith D. Fraser
Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC