UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA08CV03573-MRP (CTx) | Date | October 7, 2009 |
|---|---|---|---|
| Title | CENTOCOR, INC., v. GENETECH, INC., et al., | | |

| Present: The Honorable | MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE |
|---|---|

| Cynthia Salyer | n/a | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       **IN CHAMBERS**

   The Court on its own motion sets a Scheduling Conference for Wednesday, October 28, 2009, at 11:00 am.

Initials of Preparer   cs    :