1  Bruce G. Chapman (SB #164258)
   bchapman@cblh.com
2  Keith D. Fraser (SB #216279)
   kfraser@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
4  333 S. Grand Ave., Suite 2300
   Los Angeles, CA 90071
5  T: (213)787-2500; F: (213)687-0498

6  Dianne B. Elderkin (*pro hac vice*)
   elderkin@woodcock.com
7  Barbara L. Mullin (*pro hac vice*)
   mullin@woodcock.com
8  Steven D. Maslowski (*pro hac vice*)
   maslowski@woodcock.com
9  Amanda M. Kessel (*pro hac vice*)
   akessel@woodcock.com
10 Aleksander J. Goranin (*pro hac vice*)
   agoranin@woodcock.com
11 Matthew A. Pearson (*pro hac vice*)
   mpearson@woodcock.com
12 WOODCOCK WASHBURN LLP
   2929 Arch Street, 12th Floor
13 Philadelphia, PA 19104-2891
   T: (215)568-3100; F: (215)568-3439

14 Attorneys for CENTOCOR ORTHO BIOTECH, INC. AND THIRD-PARTY DEFENDANTS

   Mark A. Pals, P.C. (*pro hac vice*)
   mpals@kirkland.com
   Marcus E. Sernel (*pro hac vice*)
   msernel@kirkland.com
   KIRKLAND & ELLIS LLP
   300 North LaSalle Street
   Chicago, IL 60654
   T: (312)862-2000; F: (312)862-2200

   Daralyn J. Durie (SBN 169825)
   ddurie@durietangri.com
   Mark Lemley (SBN 155830)
   mlemley@durietangri.com
   DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
   332 Pine Street, Suite 200
   San Francisco, CA 94104
   T: (415)362-6666; F: (415)236-6300

   Attorneys for GENENTECH, INC.

   David I. Gindler (SBN 117824)
   dgindler@irell.com
   Joseph M. Lipner (SBN 155735)
   jlipner@irell.com
   IRELL & MANELLA, LLP
   1800 Avenue of the Stars
   Los Angeles, CA 90067
   T: (310)277-1010; F: (310)203-7199

   Attorneys for CITY OF HOPE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR, ORTHO BIOTECH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>    Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>**JOINT PROPOSED SCHEDULE** |

Having met and conferred regarding the case schedule, the parties have reached agreement amongst themselves regarding key dates and hereby jointly propose the following schedule, subject to the approval of the Court:

| | |
|---|---|
| June 25, 2010: | Close of fact discovery |
| July 9, 2010: | Parties to serve opening expert reports on issues on which they bear the burden of proof |
| August 6, 2010: | Parties to serve expert reports responding to opening expert reports |
| August 27, 2010: | Parties to serve expert reports in reply to responsive expert reports |
| September 24, 2010: | Close of expert discovery |
| October 1, 2010: | Deadline to file summary judgment motions |
| December 6, 2010: | Trial[1] |

---

[1] Subject to confirmation of key witness availability.

| | | |
|---|---|---|
| 1 | Dated: October 26, 2009 | Respectfully submitted, |
| 2 | | KIRKLAND & ELLIS LLP |
| 3 | | |
| 4 | | By: /s/ Marcus E. Sernel |
| | | Marcus E. Sernel |
| 5 | | 300 North LaSalle Street |
| | | Chicago, IL 60654 |
| 6 | | Telephone: (312) 862-2000 |
| | | Facsimile: (312) 862-2200 |
| 7 | | msernel@kirkland.com |
| 8 | | *Attorney for Defendant Genentech, Inc.* |
| 9 | Dated: October 26, 2009 | Respectfully submitted, |
| 10 | | IRELL & MANELLA LLP |
| 11 | | |
| 12 | | By: /s/ Joseph M. Lipner |
| | | Joseph M. Lipner (SBN 155735) |
| 13 | | 1800 Avenue of the Stars |
| | | Los Angeles, CA 90067 |
| 14 | | Telephone: (310) 277-1010 |
| | | Facsimile: (310) 203-7199 |
| 15 | | jlipner@irell.com |
| 16 | | *Attorney for Defendant City of Hope* |
| 17 | Dated: October 26, 2009 | Respectfully submitted, |
| 18 | | WOODCOCK WASHBURN LLP |
| 19 | | |
| 20 | | By: /s/ Dianne B. Elderkin |
| | | Dianne B. Elderkin |
| 21 | | 2929 Arch St., 12th Floor |
| | | Philadelphia, PA 19104 |
| 22 | | Telephone: (215) 568-3100 |
| | | Facsimile: (215) 568-3439 |
| 23 | | elderkin@woodcock.com |
| 24 | | *Attorney for Plaintiff Centocor Ortho Biotech, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1  The foregoing proposed schedule is hereby approved and shall govern the
2  schedule of this case going forward, unless otherwise ordered by this Court.
3
4
5  IT IS SO ORDERED
6
7  DATED this _____ day of _____, 2009
8
9           By:_____
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28