UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 08CV03573-MRP | Date | October 28, 2009 |
|---|---|---|---|
| Title | CENTOCOR, INC. v. GENENTECH, INC., ET AL. | | |

| Present: The Honorable | MARIANA R. PFAELZER, SENIOR U.S. DISTRICT COURT JUDGE |
|---|---|

| Cynthia Salyer / Joseph Remigio | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **IN CHAMBERS (Note change in designation of motion hearing time)**

Please take notice that all civil motions set by the parties before the Honorable Mariana R. Pfaelzer from this date forward shall be scheduled for and heard on Mondays at 11:00 a.m.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | JRE | |