UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  LA08CV03573-MRP (CTx)                              Date: October 28, 2009

Title:  CENTOCOR, INC., v. GENENTECH, INC., ET AL.,
================================================================================

PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Cynthia Salyer | Lisa Gonzalez |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Dianne B. Elderkin                                          Daralyn Durie

**PROCEEDINGS:**  SCHEDULING CONFERENCE

   The case is called and appearances are made.  Court and counsel discuss various issues concerning pretrial matters, discovery and trial.  The Court hereby sets the following dates:

   (1)   Last day to file motions:  July 12, 2010

   (2)   Hearing on Motion for Summary Judgment:  August 17, 2010, at 11:00 a.m.

MINUTES FORM 11                                                       Initials of Deputy Clerk cs
CIVIL - GEN                                                                  Time: /30