Bruce G. Chapman (SB #164258)
bchapman@cblh.com
Keith D. Fraser (SB #216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE &
HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
T: (213)787-2500; F: (213)687-0498

Dianne B. Elderkin (*pro hac vice*)
elderkin@woodcock.com
Barbara L. Mullin (*pro hac vice*)
mullin@woodcock.com
Steven D. Maslowski (*pro hac vice*)
maslowski@woodcock.com
Amanda M. Kessel (*pro hac vice*)
akessel@woodcock.com
Aleksander J. Goranin (*pro hac vice*)
agoranin@woodcock.com
Matthew A. Pearson (*pro hac vice*)
mpearson@woodcock.com
WOODCOCK WASHBURN LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
T: (215)568-3100; F: (215)568-3439

Attorneys for CENTOCOR ORTHO BIOTECH, INC. AND THIRD-PARTY DEFENDANTS

Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
T: (312)862-2000; F: (312)862-2200

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI PAGE LEMLEY
ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
T: (415)362-6666; F: (415)236-6300

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
T: (310)277-1010; F: (310)203-7199

Attorneys for CITY OF HOPE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR, ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Defendants. | Case No. CV 08-03573 MRP (CTx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **[PROPOSED] SCHEDULING ORDER** |

1   Pursuant to the Court's request and with consideration given to the dates
2   identified by the Court at the conference held on October 28, 2009, the parties have
3   met and conferred regarding the case schedule, and have reached agreement
4   amongst themselves regarding key dates.  Accordingly, the parties hereby jointly
5   propose the following schedule, subject to the approval of the Court:

| Date | Event |
|---|---|
| April 30, 2010: | Close of fact discovery |
| May 14, 2010: | Parties to serve opening expert reports on issues on which they bear the burden of proof |
| June 4, 2010: | Parties to serve expert reports responding to opening expert reports |
| June 25, 2010: | Close of expert discovery |
| July 12, 2010: | Deadline to file summary judgment motions |
| August 17, 2010: | Hearing on motions for summary judgment |

| | |
|---|---|
| Dated:  November 5, 2009 | Respectfully submitted, |
| | KIRKLAND & ELLIS LLP |
| | By: /s/  Marcus E. Sernel |
| | Marcus E. Sernel<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>msernel@kirkland.com |
| | *Attorney for Defendant Genentech, Inc.* |
| Dated:  November 5, 2009 | Respectfully submitted, |
| | IRELL & MANELLA LLP |
| | By: /s/  Joseph M. Lipner |
| | Joseph M. Lipner (SBN 155735)<br>1800 Avenue of the Stars<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-1010<br>Facsimile:  (310) 203-7199<br>jlipner@irell.com |
| | *Attorney for Defendant City of Hope* |
| Dated:  November 5, 2009 | Respectfully submitted, |
| | WOODCOCK WASHBURN LLP |
| | By: /s/  Aleksander J. Goranin |
| | Aleksander J. Goranin<br>2929 Arch St., 12th Floor<br>Philadelphia, PA  19104<br>Telephone:  (215) 568-3100<br>Facsimile:  (215) 568-3439<br>agoranin@woodcock.com |
| | *Attorney for Plaintiff Centocor Ortho Biotech, Inc.* |

The foregoing proposed schedule is hereby approved and shall govern the schedule of this case going forward, unless otherwise ordered by this Court.

IT IS SO ORDERED

DATED this _____ day of _____, 2009

By:_____