Bruce G. Chapman (SB #164258)
bchapman@cblh.com
Keith D. Fraser (SB #216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE &
HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
T: (213)787-2500; F: (213)687-0498

Dianne B. Elderkin (*pro hac vice*)
elderkin@woodcock.com
Barbara L. Mullin (*pro hac vice*)
mullin@woodcock.com
Steven D. Maslowski (*pro hac vice*)
maslowski@woodcock.com
Amanda M. Kessel (*pro hac vice*)
akessel@woodcock.com
Aleksander J. Goranin (*pro hac vice*)
agoranin@woodcock.com
Matthew A. Pearson (*pro hac vice*)
mpearson@woodcock.com
WOODCOCK WASHBURN LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
T: (215)568-3100; F: (215)568-3439

Attorneys for CENTOCOR ORTHO
BIOTECH, INC. AND THIRD-
PARTY DEFENDANTS

Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
T: (312)862-2000; F: (312)862-2200

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI PAGE LEMLEY
ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
T: (415)362-6666; F: (415)236-6300

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
T: (310)277-1010; F: (310)203-7199

Attorneys for CITY OF HOPE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CENTOCOR, ORTHO BIOTECH, INC., | ) Case No. CV 08-03573 MRP (CTx) |
| Plaintiff, | ) The Honorable Mariana R. Pfaelzer |
| v. | ) [PROPOSED] SCHEDULING ORDER |
| GENENTECH, INC. AND CITY OF HOPE, | ) |
| Defendants. | ) |

1      Pursuant to the Court's request and with consideration given to the dates
2 identified by the Court at the conference held on October 28, 2009, the parties have
3 met and conferred regarding the case schedule, and have reached agreement
4 amongst themselves regarding key dates.  Accordingly, the parties hereby jointly
5 propose the following schedule, subject to the approval of the Court:

| April 30, 2010: | Close of fact discovery |
| --- | --- |
| May 14, 2010: | Parties to serve opening expert reports on issues on which they bear the burden of proof |
| June 4, 2010: | Parties to serve expert reports responding to opening expert reports |
| June 25, 2010: | Close of expert discovery |
| July 12, 2010: | Deadline to file summary judgment motions |
| August 17, 2010: | Hearing on motions for summary judgment |

1    Dated:  November 5, 2009              Respectfully submitted,

2                                         KIRKLAND & ELLIS LLP

3
                                         By:  /s/  Marcus E. Sernel
4                                             Marcus E. Sernel
                                             300 North LaSalle Street
5                                             Chicago, IL 60654
                                             Telephone:   (312) 862-2000
6                                             Facsimile:    (312) 862-2200
                                             msernel@kirkland.com
7
                                         *Attorney for Defendant Genentech, Inc.*
8

9    Dated:  November 5, 2009              Respectfully submitted,

10                                        IRELL & MANELLA LLP

11
                                         By:  /s/  Joseph M. Lipner
12                                            Joseph M. Lipner (SBN 155735)
                                             1800 Avenue of the Stars
13                                            Los Angeles, CA  90067
                                             Telephone:   (310) 277-1010
14                                            Facsimile:    (310) 203-7199
                                             jlipner@irell.com
15
                                         *Attorney for Defendant City of Hope*
16

17   Dated:  November 5, 2009              Respectfully submitted,

18                                        WOODCOCK WASHBURN LLP

19
                                         By:  /s/  Aleksander J. Goranin
20                                            Aleksander J. Goranin
                                             2929 Arch St., 12th Floor
21                                            Philadelphia, PA  19104
                                             Telephone:   (215) 568-3100
22                                            Facsimile:    (215) 568-3439
                                             agoranin@woodcock.com
23
                                         *Attorney for Plaintiff Centocor Ortho
24                                         Biotech, Inc.*

25

26

27

28

1        The foregoing proposed schedule is hereby approved and shall govern the
2    schedule of this case going forward, unless otherwise ordered by this Court.
3
4
5    IT IS SO ORDERED
6
7    DATED this ___6___ day of _Novembur__, 2009
8
9            By: _Mariana R. Pfalzer_
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28