

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Angela Verrecchio, Esq.

**DATE OF ADMISSION**

**January 15, 2003**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 22, 2010

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk