Bruce G. Chapman (Bar No. 164258)
bchapman@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
Wells Fargo Center, Suite 2300
333 South Grand Avenue
Los Angeles, CA  90071
Tel: (213)787-2500; Fax: (213) 687-0498

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br> Plaintiff(s) <br> v. <br> GENENTECH, INC. and CITY OF HOPE, <br> Defendant(s). | CASE NUMBER <br> CV 08-03573 (MRP) (CTx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of  **Angela Verrecchio**,
*Applicant's Name*

of Akin Gump Strauss Hauer & Feld LLP, 2001 Market Street, Suite 4100, Phila., PA19103
*Firm Name / Address*

215-965-1200                                    averrecchio@akingump.com
*Telephone Number*                               *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  [X] Plaintiff   [ ] Defendant

Centocor Ortho Biotech, Inc.

and the designation of  Bruce G. Chapman, Bar Number 164258
*Local Counsel Designee /State Bar Number*

of  Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, CA 90071
*Local Counsel Firm / Address*

213-787-2500                                    bchapman@cblh.com
*Telephone Number*                               *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

[ ]    GRANTED

[ ]    DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge

---

GB64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**