

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Ruben Humberto Munoz-Pascua, Esq.*

### DATE OF ADMISSION

*October 15, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 22, 2010

*Patricia Johnson*
_____
Patricia A. Johnson
Chief Clerk