Bruce G. Chapman (Bar No. 164258)
bchapman@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
Wells Fargo Center, Suite 2300
333 South Grand Avenue
Los Angeles, CA  90071
Tel: (213)787-2500; Fax: (213) 687-0498

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br>Plaintiff(s)<br>v.<br>GENENTECH, INC. and CITY OF HOPE,<br>Defendant(s). | CASE NUMBER<br>CV 08-03573 (MRP) (CTx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Ruben Munoz__,
*Applicant's Name*

of __Akin Gump Strauss Hauer & Feld LLP, 2001 Market Street, Suite 4100, Phila.,  PA19103__
*Firm Name / Address*

__215-965-1200__                                __rmunoz@akingump.com__
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  [X] Plaintiff   [ ] Defendant

__Centocor Ortho Biotech, Inc.__

and the designation of __Bruce G. Chapman, Bar Number 164258__
*Local Counsel Designee /State Bar Number*

of __Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, CA 90071__
*Local Counsel Firm / Address*

__213-787-2500__                                __bchapman@cblh.com__
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

[ X ]        GRANTED

[  ]         DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated   __March 03, 2010__          _____
                                    U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (01/08)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**