Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice)*
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200
Facsimile: (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. <br><br> AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Case No. CV 08-03573 MRP (CTx) <br><br> **[PROPOSED] ORDER ON PLAINITFF'S UNOPPOSED *EX PARTE* APPLICATION TO AMEND THE CASE SCHEDULE** <br><br> Date: TBA <br> Time: TBA <br> Place: Hon. Mariana Pfaezler, Courtroom 12 |

[PROPOSED] ORDER RE PLAINTIFF'S UNOPPOSED
*EX PARTE* APPLICATION TO AMEND CASE SCHEDULE
30190_1.DOC

The Court, having considered Centocor Ortho Biotech, Inc. ("Centocor") Unopposed *Ex Parrte* for an order amending the case schedule to allow for sufficient time to take discovery in light of Genentech, Inc.'s inability to make witnesses available for deposition before to current deadline for fact discovery and finding good cause,

IT IS HEREBY ORDERED that Centocor's Application for an order amending the case schedule is GRANTED as follows:

1. That the deadline for fact discovery in this case is extended through August 13, 2010
2. Opening expert reports:  August 30, 2010
3. Responsive expert reports:  September 20, 2010
4. Expert discovery completed:  October 11, 2010
5. Summary judgment motions:  October 27, 2010
6. Oppositions to summary judgment:  November 11, 2010
7. Replies in support of summary judgment:  November 18, 2010
8. Summary judgment hearing:  December 1, 2010

IT IS SO ORDERED.

Dated: _____                    _____
                                            Honorable Mariana R. Pfaelzer
                                            United States District Judge

Prepared and submitted by:

Connolly Bove Lodge & Hutz LLP

By:  */s/ Bruce G. Chapman*
    Bruce G. Chapman
    Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and
    Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC,
    CENTOCOR BIOLOGICS, LLC and
    JOM PHARMACEUTICAL SERVICES, INC