Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Telephone:  (213) 787-2500
Facsimile:  (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice)*
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone:  (215) 965-1200
Facsimile:  (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>  Plaintiff,<br><br>   v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>  Defendants.<br><br>AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Case No. CV 08-03573 MRP (CTx)<br><br>**PLAINTIFF'S AMENDED UNOPPOSED *EX PARTE* APPLICATION TO AMEND CASE SCHEDULE**<br><br>Date:   TBA<br>Time:   TBA<br>Place:  Hon. Mariana Pfaezler,<br>        Courtroom 12 |

## I. INTRODUCTION

Pursuant to Local Rule 7-19, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") hereby reapplies its *ex parte* application to the Court for an order amending the case schedule to allow for sufficient time to take discovery in light of witness unavailability before the current deadline for fact discovery. Specifically, Plaintiff respectfully requests an order extending the deadline for fact discovery until May 28, 2010.

Pursuant to Local Rules 7-19 and 7-19.1, counsel for Plaintiff contacted counsel for Defendants to advise them of the substance of the instant amended *ex parte* application. Counsel indicated that Defendants would not oppose Plaintiff's amended *ex parte* application. The contact information for Defendants' counsel City of Hope Medical Center and Genentech, Inc. are as follows:

David I. Gindler
Joseph M. Lipner
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: 310-277-1010
Email:  jlipner@irell.com
        dgindler@irell.com


Mark A. Pals
Marcus E. Sernel
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: 312-861-2000
Email:  mpals@kirkland.com
        msernel@kirkland.com

Daralyn J. Durie
Ryan Kent
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: 415-362-6666
Email:  ddurie@durietangri.com
        rkent@durietangri.com

On March 11, 16, and 19, 2010, Matthew Pearson, counsel for Centocor, spoke via telephone with Marc Sernel, counsel for defendant Genentech. On March 30, 2010, Angela Verrecchio, counsel for Centocor, spoke via telephone with Adam Brausa, counsel for defendant Genentech. Mr. Pearson and Ms. Verrecchio advised Mr. Sernel and Mr. Brausa, respectively, of, to the extent known, the date, time and substance of the Application. After such notification, counsel represented that Genentech would not oppose this Application.

On March 19, 2010, Mr. Pearson spoke via electronic mail with David Gindler, counsel for defendant City of Hope. On March 25, 2010, Ms. Verrecchio spoke via electronic mail with Mr. Gindler. Mr. Pearson and Ms. Verrecchio advised Mr. Gindler of, to the extent known, the date, time and substance of the Application. After such notification, counsel represented that City of Hope would not oppose this Application.

## II. GOOD CAUSE EXISTS TO GRANT PLAINTIFF'S REQUEST FOR CONTINUANCE OF THE CASE SCHEDULE

An extension of the fact discovery deadline, which is currently April 30, 2010, is necessary because there remain numerous depositions to be taken of all parties' witnesses. One of these witnesses is Wendy Lee, who recently had a baby and thus has not been available and is not available for a deposition until the week after the close of fact discovery. Ms. Lee is an attorney who was involved in the prosecution of one of the patents in suit, and she is listed on Genentech's Initial Disclosures as likely having relevant information about that prosecution. Centocor expects her testimony to be highly relevant because the record reflects that she was a prosecuting attorney for Genentech who made statements to the U.S. Patent and Trademark Office that Centocor contends contradict earlier statements made by another Genentech attorney in a European proceeding involving the European counterpart to the Cabilly patent in suit.

PLAINTIFF'S AMENDED UNOPPOSED *EX PARTE*
APPLICATION TO AMEND CASE SCHEDULE
LAX30339_1

Because of Ms. Lee's apparent role in the prosecution of the Cabilly patent family at issue, her deposition may lead to additional depositions of other persons similarly involved. In addition, expert witnesses may be asked to opine on her testimony and any follow-up discovery, and would need a reasonable opportunity to prepare those opinions.

Centocor therefore respectfully requests an extension of the deadline for fact discovery in this case through May 28, 2010. The following additional dates are proposed, corresponding to a May 28, 2010 fact discovery deadline and culminating with a proposed summary judgment hearing on October 11, 2010.

| | |
|---|---|
| Opening Expert Reports: | June 17, 2010 |
| Responsive Expert Reports: | July 26, 2010 |
| Expert Discovery completed: | August 20, 2010 |
| Opening Summary Judgment Motions: | August 30, 2010 |
| Oppositions to Summary Judgment: | September 20, 2010 |
| Replies in Support of Summary Judgment: | September 27, 2010 |
| Summary Judgment hearing: | October 11, 2010 |

Although a shorter extension of deadlines might allow adequate time for fact discovery to be completed, it would severely prejudice Centocor's ability to prepare its case for trial. Centocor's technical expert, Dr. Randall Wall, will be unavailable from June 18 through July 20 and again from August 1 through August 15. The schedule and length of extension proposed here are the minimum needed due to Dr. Wall's preexisting commitments.

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court continue the dates set forth in the Court's Scheduling Order as requested herein.

DATED: April 1, 2010

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Dianne B. Elderkin
Dianne B. Elderkin

and

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Bruce G. Chapman
Bruce G. Chapman
Attorneys for Plaintiff and Counter-Defendant Centocor Ortho Biotech, Inc. and Third-Party Defendants Global Pharmaceutical Supply Group, LLC, Centocor Biologics, LLC and JOM Pharmaceutical Services, Inc.