Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice)*
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200
Facsimile: (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. <br><br> AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Case No. CV 08-03573 MRP (CTx) <br><br> **[PROPOSED] ORDER ON PLAINITFF'S AMENDED UNOPPOSED *EX PARTE* APPLICATION TO AMEND THE CASE SCHEDULE** <br><br> Date: TBA <br> Time: TBA <br> Place: Hon. Mariana Pfaezler, Courtroom 12 |

The Court, having considered Centocor Ortho Biotech, Inc. ("Centocor") Amended Unopposed *Ex Parrte* for an order amending the case schedule to allow for sufficient time to take discovery in light of Genentech, Inc.'s inability to make witnesses available for deposition before to current deadline for fact discovery and finding good cause,

IT IS HEREBY ORDERED that Centocor's Amended Application for an order amending the case schedule is GRANTED as follows:

| | |
|---|---|
| Opening Expert Reports: | June 17, 2010 |
| Responsive Expert Reports: | July 26, 2010 |
| Expert Discovery completed: | August 20, 2010 |
| Opening Summary Judgment Motions: | August 30, 2010 |
| Oppositions to Summary Judgment: | September 20, 2010 |
| Replies in Support of Summary Judgment: | September 27, 2010 |
| Summary Judgment hearing: | October 11, 2010 |

IT IS SO ORDERED.

Dated: _____        _____
                                Honorable Mariana R. Pfaelzer
                                United States District Judge

Prepared and submitted by:

Connolly Bove Lodge & Hutz LLP

By:   */s/ Bruce G. Chapman*
        Bruce G. Chapman
    Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC