| | |
|---|---|
| 1  Bruce G. Chapman (State Bar No. 164258)<br>    bchapman@cblh.com<br>2  Keith D. Fraser (State Bar No. 216279)<br>    kfraser@cblh.com<br>3  CONNOLLY BOVE LODGE & HUTZ LLP<br>    333 S. Grand Ave., Suite 2300<br>4  Los Angeles, CA 90071<br>    Telephone: (213) 787-2500<br>5  Facsimile: (213) 687-0498 | **DENIED**<br>BY ORDER OF THE COURT |

6  Dianne B. Elderkin (admitted *pro hac vice*)
   delderkin@akingump.com
7  Barbara L. Mullin (admitted *pro hac vice*)
   bmullin@akingump.com
8  Steven D. Maslowski (admitted *pro hac vice*)
   smaslowski@akingump.com
9  Angela Verrecchio (admitted *pro hac vice*)
   averrecchio@akingump.com
10 Matthew A. Pearson (admitted *pro hac vice*)
   mpearson@akingump.com
11 Rubén H. Muñoz (admitted *pro hac vice*)
   rmunoz@akingump.com
12 AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Commerce Square, Suite 4100
13 2001 Market Street
   Philadelphia, Pennsylvania 19103-7013
14 Telephone: (215) 965-1200
   Facsimile: (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Case No. CV 08-03573 MRP (CTx)<br><br>**[PROPOSED] ORDER ON PLAINITFF'S AMENDED UNOPPOSED *EX PARTE* APPLICATION TO AMEND THE CASE SCHEDULE**<br><br>Date:　TBA<br>Time:　TBA<br>Place:　Hon. Mariana Pfaezler, Courtroom 12 |

The Court, having considered Centocor Ortho Biotech, Inc. ("Centocor") Amended Unopposed *Ex Parrte* for an order amending the case schedule to allow for sufficient time to take discovery in light of Genentech, Inc.'s inability to make witnesses available for deposition before to current deadline for fact discovery and finding good cause,

IT IS HEREBY ORDERED that Centocor's Amended Application for an order amending the case schedule is GRANTED as follows:

| | |
|---|---|
| Opening Expert Reports: | June 17, 2010 |
| Responsive Expert Reports: | July 26, 2010 |
| Expert Discovery completed: | August 20, 2010 |
| Opening Summary Judgment Motions: | August 30, 2010 |
| Oppositions to Summary Judgment: | September 20, 2010 |
| Replies in Support of Summary Judgment: | September 27, 2010 |
| Summary Judgment hearing: | October 11, 2010 |

IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

Dated: April 5, 2010

_____
Honorable Mariana R. Pfaelzer
United States District Judge

Prepared and submitted by:

Connolly Bove Lodge & Hutz LLP

By:  */s/ Bruce G. Chapman*
    Bruce G. Chapman
    Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC

---

1
[PROPOSED] ORDER RE PLAINTIFF'S AMENDED UNOPPOSED
*EX PARTE* APPLICATION TO AMEND CASE SCHEDULE
LAX30348_1