**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>　　　　　Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>　　　　　Counter-Plaintiffs,<br><br>　　　　　v.<br><br>CENTOCOR ORTHO BIOTECH, INC.<br><br>　　　　　Counter-Defendant<br><br>AND<br><br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.<br><br>　　　　　Third-Party Defendants. | Case No.  CV 08-03573 MRP (CTx)<br><br>**JOINT STIPULATION REGARDING CLAIMS RELATED TO U.S. PATENT NO. 6,417,335** |

　　　WHEREAS, Defendants Genentech, Inc. and City of Hope filed Second Amended Counterclaims on July 1, 2009 against Centocor Ortho Biotech, Inc., Global Pharmaceutical Supply Group, LLC, Centocor Biologics, LLC, and JOM Pharmaceutical Services, Inc. (collectively the "Centocor Parties").  Included were causes of action by Genentech claiming infringement of United States Patent No. 6,417,335 (the '335 patent) (the "Second Cause of Action" in the Counterclaims) and

seeking a declaratory judgment of infringement of the '335 patent (the "Fourth Cause of Action" in the Counterclaims);

WHEREAS, Genentech and the Centocor Parties seek to simplify the issues for trial in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Second and Fourth Causes of Action in Defendants' July 1, 2009 Second Amended Counterclaims (i.e., Genentech's claims related to the '335 patent) are hereby dismissed with prejudice with each party to bear its own costs and fees.

Dated:  April 8, 2010

By:  /s/ Steven D Maslowski
Dianne B. Elderkin
Barbara L. Mullin
Steven D. Maslowski
Angela Verrecchio
Matthew A. Pearson
Ruben H. Munoz
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 Market St., Suite 4100
Philadelphia, PA 19103-7013

*Attorneys for Centocor Ortho Biotech, Inc. and the related third-party Defendants*

By:  /s/ Marcus E. Sernel
Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Daralyn J. Durie
Mark Lemley
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111

*Attorneys for Genentech, Inc.*

|   |   |
|---|---|
| 1 | By: /s/ David I. Gindler |
| 2 | David I. Gindler |
|   | Joseph M. Lipner |
| 3 | IRELL & MANELLA, LLP |
|   | 1800 Avenue of the Stars |
| 4 | Los Angeles, CA  90067 |

*Attorneys for City of Hope*