**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| Centocor Inc | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 08-03573 MRP(CTx) |
| v. | |
| Genentech Inc et al | **NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY** |
| DEFENDANT(S). | **OF JUDICIAL OFFICER** |

To:   All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for ☑ random ☐ direct reassignment.

Accordingly, this case has been reassigned to:
☐ Hon. _____, U.S. District Judge for all further proceedings.
☑ Hon. John E. McDermott, Magistrate Judge for:
  ☑ any discovery and/or post-judgment matters that may be referred.
  ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: CV 08-03573 MRP (JEMx). This is very important because documents are routed by the initials.

Clerk U.S. District Court

04/28/2010                                                                 By: Robert R. Nadres
Date                                                                              Deputy Clerk

**Traditionally filed subsequent documents must be filed at the   ☑ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**