Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Attorneys for CITY OF HOPE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Counter-Plaintiffs <br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., <br><br> Counter-Defendant <br> AND <br><br> GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC., <br><br> Third-party Defendants. | Case No. CV 08-03573 MRP (JEMx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **DEFENDANTS' EX PARTE APPLICATION FOR PROTECTIVE ORDER PROHIBITING THE DEPOSITION OF GENENTECH COUNSEL JEFFREY KUSHAN; AND OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE DEPOSITION OF WITNESS JEFFREY KUSHAN AFTER DISCOVERY CUT-OFF** |

1 Pursuant to Federal Rules of Civil Procedure 26(b) and (c), Defendants Genentech, Inc, and City of Hope (collectively "Genentech") move for a Protective Order prohibiting the deposition of Jeffery P. Kushan by Plaintiff Centocor Ortho Biotech, Inc. ("Centocor"). As set forth more fully in the accompanying Memorandum, Centocor's subpoenaing of Mr. Kushan is untimely and is not directed toward discovery of any claim or defense in this case. It is instead improperly directed toward obtaining discovery related to Centocor's unpled inequitable conduct theories, whose eleventh hour introduction into this case is both prejudicial and untimely.

Furthermore, and for the same reasons as above, Defendants file this Opposition To Plaintiff's Ex Parte Application For Leave To Take Deposition Of Witness Jeffrey Kushan After Discovery Cut-Off.

WHEREFORE for the foregoing reasons and those set forth in the Memorandum accompanying this Motion, the Court should allow this Application and order that the Rule 30(b)(1) deposition of Jefferey P. Kushan not go forward. Furthermore, this court should deny Centocor's Application and not allow Centocor to Depose Mr. Kushan at any time, before or after the discovery cut-off.

Dated: April 28, 2010          Respectfully Submitted,

By: /s/ Marcus E. Sernel
Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Daralyn J. Durie
Mark Lemley
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111

*Attorneys for Genentech, Inc.*

By: /s/ David I. Gindler
David I. Gindler
Joseph M. Lipner
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA  90067

*Attorneys for City of Hope*

## **CERTIFICATE OF COMPLIANCE - L.R. 7-19 AND 7-19.1**

Notice of this Ex Parte Application was given to counsel for CENTOCOR at 5:53 PM on April 27, 2010, to the following CENTOCOR counsel:

Matthew Pearson
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street
Suite 4100
Philadelphia, PA 19103-7013
T (1) 215.965.1258
mpearson@akingump.com

By: /s/ Marcus E. Sernel

2