Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for CITY OF HOPE

Attorneys for GENENTECH, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Counter-Plaintiffs <br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., <br><br> Counter-Defendant <br> AND <br><br> GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC., <br><br> Third-party Defendants. | Case No. CV 08-03573 MRP (JEMx) <br><br> The Honorable Mariana R. Pfaelzer <br><br><br><br><br><br><br><br><br> **DECLARATION OF MARCUS E. SERNEL IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR PROTECTIVE ORDER PROHIBITING THE DEPOSITION OF GENENTECH COUNSEL JEFFREY KUSHAN; AND OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE DEPOSITION OF WITNESS JEFFREY KUSHAN AFTER DISCOVERY CUT-OFF** <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 12 |

I, Marcus E. Sernel, declare:

1. I am a partner at Kirkland & Ellis LLP, the law firm representing Genentech, Inc. in the above captioned matter.

2. This declaration is based on my personal knowledge, and I would testify to the matters set forth in this declaration if called upon as a witness.

3. Attached hereto as Exhibit 1 is a true and correct copy of Supplemental Response to Genentech's Interrogatories NOS. 16 & 17.

I declare under the penalty of perjury, that the foregoing is true and correct. Executed this 28th day of April, 2010 in Chicago, Illinois.

/s/ Marcus E. Sernel
Marcus E. Sernel

-1-

DECLARATION OF MARCUS E. SERNEL IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR PROTECTIVE ORDER PROHIBITING THE DEPOSITION OF GENENTECH COUNSEL JEFFREY KUSHAN; AND OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE DEPOSITION OF WITNESS JEFFREY KUSHAN AFTER DISCOVERY CUT-OFF