# EXHIBIT B

| | |
|---|---|
| Bruce G. Chapman (SB #164258)<br>bchapman@cblh.com<br>Keith D. Fraser (SB #216279)<br>kfraser@cblh.com<br><br>CONNOLLY BOVE LODGE &<br>HUTZ LLP<br>333 S. Grand Ave., Suite 2300<br>Los Angeles, CA 90071<br>Tel.  (213) 787-2500<br>Fax  (213) 687-0498<br><br>Attorneys for Plaintiff<br>CENTOCOR ORTHO BIOTECH, INC. | Dianne B. Elderkin (*pro hac vice*)<br>delderkin@akingump.com<br>Barbara L. Mullin (*pro hac vice*)<br>bmullin@akingump.com<br>Steven D. Maslowski (*pro hac vice*)<br>smaslowski@akingump.com.com<br>Angela Verrecchio (*pro hac vice*)<br>averrecchio@akingump.com<br>Matthew A. Pearson (*pro hac vice*)<br>mpearson@akingump.com<br>Ruben Munoz (*pro hac vice*)<br>rmunoz@akingump.com<br><br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>2001 Market St., Suite 4100<br>Philadelphia, PA 19103-7013<br>Tel.  (215) 965-1200<br>Fax  (215) 965-1210 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>       Plaintiff,<br><br>       v.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>       Defendants. | Case No.  CV 08-03573 MRP (CTx)<br><br>**CENTOCOR ORTHO BIOTECH, INC.'S NOTICE OF DEPOSITION OF JEFFREY P. KUSHAN** |

1  PLEASE TAKE NOTICE that at 9:00 a.m. on April 30, 2010, and
2  continuing thereafter until complete, Plaintiff Centocor Ortho Biotech, Inc.
3  ("Centocor"), by its counsel, will take the deposition upon oral examination of
4  Jeffrey P. Kushan pursuant to Fed. R. Civ. P. 30.  The deposition will take place at
5  the law offices of Kirkland & Ellis LLP, 555 California Street, San Francisco, CA
6  94104.
7  The deposition will take place upon oral examination before an official
8  authorized to administer oaths and will continue from day to day until completed.
9  In accordance with Fed. R. Civ. P. 30(b)(3), testimony will be recorded by
10 stenographic and audiovisual means, and may include machines using
11 instantaneous or "real-time" transcription, and instant visual displays of testimony.

Dated:  April 19, 2010

AKIN GUMP STRAUSS HAUER
& FELD LLP

By:  /s/ Angela Verrecchio
Dianne B. Elderkin
Barbara L. Mullin
Steven D. Maslowski
Angela Verrecchio
Matthew A. Pearson
Ruben Munoz
AKIN GUMP STRAUSS HAUER
& FELD LLP
2001 Market St., Suite 4100
Philadelphia, PA 19103-7013

*Attorneys for Centocor Ortho Biotech, Inc.*

# PROOF OF SERVICE

I, Angela Verrecchio, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Philadelphia, State of Pennsylvania, and not a party to the above-entitled cause. My business address is Akin Gump Strauss Hauer & Feld LLP, 2001 Market Street, Suite 4100, Philadelphia, Pennsylvania, 19103.

On April 19, 2010, I served a true and correct copy of the following document described as:

**CENTOCOR ORTHO BIOTECH, INC.'S NOTICE OF DEPOSITION OF JEFFREY P. KUSHAN**

on the interested parties in this action as follows:

**[ X ] By Email:** I caused the document(s) to be sent to the person(s) at the email addresses set forth below.

| | |
|---|---|
| dgindler@irell.com | msernel@kirkland.com |
| coh.centocor.team@irell.com | ddurie@durietangri.com |

Executed April 19, 2010 in Philadelphia, Pennsylvania.

   Angela Verrecchio                   /s/ Angela Verrecchio
       Name                                      Signature

Akin Gump Strauss Hauer & Feld LLP
2001 Market Street, Suite 4100
Philadelphia, PA 19103
(215) 965-1200

**PROOF OF SERVICE**

EXHIBIT B - PAGE 12