# EXHIBIT C

EXHIBIT C - PAGE 13

**From**: Matthew Shiels
**To**: Verrecchio, Angela
**Cc**: Pearson, Matthew
**Sent**: Tue Apr 20 20:53:14 2010
**Subject**: Centocor v. Genentech
Dear Angie:

We have reviewed Centocor's supplemental initial disclosures and note that Centocor has added an additional witness, Denise McGinn.  We would like to depose Ms. McGinn in the event Centocor intends to call her to testify at trial or if any of Centocor's experts are expected to rely on any information received from her.  Please advise if either of the above is the case and, if so, please let us know when she can be available for deposition.  Given the current crowded deposition schedule, it would be acceptable to defendants to conduct her deposition during the first week of May.

With respect to Centocor's proposed deposition of Jeff Kushan, we confirm that we are authorized to accept service of a subpoena on his behalf.  Please note, however, that we do not agree that such a subpoena is timely at this late stage of discovery or appropriate under any circumstances.  Accordingly, we do not intend to produce him for deposition.  If you believe that Centocor's subpoena to Mr. Kushan is both timely and appropriate, please explain so that we may consider your position.

Best regards,

Matthew J. Shiels
Kirkland & Ellis LLP
300 North LaSalle | Chicago, IL 60654
Direct (312) 862-3299 | Fax (312) 862-2200
matthew.shiels@kirkland.com

```
***************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***************************************************************
```