Name & Address:
Keith D. Fraser (SB 216279)   T: (213) 787-2500
Connolly Bove Lodge & Hutz LLP   F: (213) 687-0498
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Attorneys for Plaintiffs Centocor Ortho Biotech Inc. et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CENTOCOR ORTHO BIOTECH, INC., PLAINTIFF(S) v. GENENTECH, INC. and CITY OF HOPE, DEFENDANT(S). | CASE NUMBER: CV 08-03573 MRP (JEMx) NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
(1) Plaintiff's Application to File Documents Under Seal in Support of Ex Parte Application of to Compel Disclosure of Inappropriately Withheld Information; (2) [Proposed] Order; and (3) Confidential Exhibits A and K in Support of Plaintiff's Application to File Documents Under Seal in Support of Ex Parte Application

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  See above.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
These documents disclose confidential information of the parties and should be placed under seal.

April 30, 2010
Date

Attorney Name

Keith D. Fraser
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                   NOTICE OF MANUAL FILING