# EXHIBIT C

EXHIBIT C - PAGE 18

## IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7557
jlipner@irell.com

April 20, 2010

**VIA E-MAIL**

Matthew A. Pearson, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, Pennsylvania 19103-7013

Re:   Centocor v. Genentech and City of Hope

Dear Matthew:

I am responding to your letter to David Gindler dated April 13, 2010. In reviewing the testimony of Dr. Cabilly both in his 2007 deposition and the deposition he gave this month, it does not appear to us that he revealed any privileged communications. Accordingly, it follows that there has not been any waiver of privilege.

If you have a different view, please let us know why you believe the information to which Dr. Cabilly testified was privileged in the first place.

Very truly yours,

Joseph M. Lipner

JML:cbs