# EXHIBIT E

IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7557
jlipner@irell.com

April 22, 2010

**VIA E-MAIL**

Matthew A. Pearson, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, Pennsylvania 19103-7013

Re:   <u>Centocor v. Genentech and City of Hope</u>

Dear Matthew:

I am responding to your letter of April 21. You have never identified the specific deposition questions or privilege instructions that have been the subject of your correspondence about the deposition of Dr. Cabilly. I would appreciate if you would identify these questions and instructions, by page and line number, so we can communicate clearly on this issue and resolve any differences, if indeed there are any.

I note that my letter did not concede that any instruction was without basis, as you have asserted. It would be helpful to know which questions and instructions you are referring to in order to avoid any further misunderstandings.

Very truly yours,

Joseph M. Lipner

JML:cbs

2224730

EXHIBIT E - PAGE 26