# EXHIBIT F

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7557
jlipner@irell.com

April 29, 2010

**VIA E-MAIL**

Matthew A. Pearson, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, Pennsylvania 19103-7013

Re:   <u>Centocor v. Genentech and City of Hope</u>

Dear Matthew:

I am responding to your letter of April 28.

I had asked you in my last letter to specify which instructions not to answer to Dr. Cabilly you were attempting to resolve. In response, you specified no particular instructions but a broad page range – pages 62 to 73 – thus avoiding the question. I have read these pages and see no questions that remained unanswered. Accordingly, there is nothing arising from the deposition questioning that needs to be resolved.

You ask in your letter for a copy of the email between Dr. Cabilly and Gordon Goldsmith that Dr. Cabilly identified in his deposition. That document is clearly referenced as an exhibit in the deposition transcript of Dr. Cabilly in the MedImmune matter, which was produced to Centocor long ago. If Centocor had wanted a copy, it could have requested one before the deposition. In any event, I am enclosing a copy of the deposition exhibit as you asked.

In addition, we believe there may be one other communication from Dr. Cabilly that discusses the draft patent application in Dr. Cabilly's files. In an attempt to resolve your requests, we would agree to produce it if Centocor will agree that the production of this document will not constitute a waiver. Please let us know if that is acceptable.

We also need to meet and confer on another issue. On April 27, Mr. Wolk testified that he was advised by "legal counsel" "in-house counsel" and Ken Dow at Centocor that the Cabilly patent is invalid, and that Centocor relied on that advice to stop making payments on Remicade. Mr. Bazemore, too, testified that Centocor believed that the Cabilly patent was invalid, and was not paying royalties on that basis. This testimony constitutes a waiver of the attorney-client privilege. Accordingly, we ask that Centocor immediately produce all documents that Centocor attorneys sent and received that relate to the validity of the Cabilly patent.

2228371

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Matthew A. Pearson, Esq.
April 29, 2010
Page 2

I can be available to discuss at any time after 9:30 am Pacific Time on Friday.

Very truly yours,

Joseph M. Lipner

JML:cbs
Enclosure

2228371

```
Date:    12/13/99
Sender:  Shmuel Cabilly <bmshmil@weizmann.weizmann.ac.il>
To:      Gordon Goldsmith
Priority: Normal
Subject: Re: testimony
```

Hi Gordy.
Landed OK on the hollyland after a nice week with my wife in NY.
Thanks for your warm hospitality. Being with your family in Hanukka was of a great
pleasure and a unique event because in my family and among my friends "tradition" is
taken in a much more "loose" form and as your probably noticed I couldn't even
participate in the "Brachot" due to my ignorance. Send my thanks to Beth, Aliza and
Noh and I hope that we shall have a chance to meet them here in Israel.
Decomposition:
I found the original copies of the first draft of the patent and that of the second
draft.
In addition; I have a letter from Kate Murashige that was sent to Art on Feb 25
1982. According to its content it seems that it was includes to the first draft. I
do not know whether you have a copy of this letter because I left in the COH the
package of document that Well and Vernon had sent to me.

Do you want me to send you the Originals now of after I'll go over every paper that
I have from that period.
Invoices:
I was asked by my ticket agent, to whom should she addressed the invoice.  Me?
My e-mail address is going to be changed. Until 12 hours from now it will be the
same, if things will go smooth,  it will be changed to
Shmuel.Cabilly@weizmann.ac.il

shmulik.



MedImmune v. Genentech
CV03-2567
Plaintiff's Exhibit 201

Redacted

COH-MED 02799