Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice)*
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200
Facsimile: (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. <br><br> AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Case No. CV 08-03573 MRP (CTx) <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE DEPOSITION OF WITNESS SHARON CRANE AFTER THE DISCOVERY CUT-OFF DATE** <br><br> Date: TBA <br> Time: TBA <br> Place: Hon. Mariana Pfaezler, Courtroom 12 |

## I. INTRODUCTION

Pursuant to Local Rule 7-19, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") hereby applies *ex parte* to the Court for leave to take the deposition of third-party witness Sharon Crane on May 6, 2010, after the Discovery Cut-Off date of April 30, 2010.

This *ex parte* application is being filed because fact discovery in this case closes on April 30, 2010 and Centocor is unable to bring a noticed motion prior to the Discovery cut-off. On April 30, 2010, Keith Fraser, counsel for Centocor, contacted Matthew Shiels and David Gindler, counsel for Defendants Genentech and City of Hope respectively, and advised them of the substance of this *ex parte* application and of plaintiff's intent to file it today. Both counsel stated Defendants would not oppose Plaintiff's *ex parte* application. The contact information for Defendants' counsel is as follows:

David I Gindler
Joseph M Lipner
Irell and Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Tel: 310-277-1010
Email: jlipner@irell.com; dgindler@irell.com

Daralyn J. Durie
Ryan Kent
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: 415-362-6666
Email: ddurie@durietangri.com, rkent@durietangri.com

Mark A. Pals
Marcus E Sernel
Matthew Shiels
Kirkland and Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: 312-861-2000
Email: mpals@kirkland.com, msernel@kirkland.com, mshiels@kikrland.com

## II.   ARGUMENT

Sharon Crane was identified in Defendants' Initial Disclosure as a person having knowledge relevant to the subject of this litigation, and Defendants' counsel indicated that they should be contacted before Centocor contacted any witness directly. *See* Exhibit A. On April 6, Centocor sent a Notice of Deposition for Ms. Crane, noticing her deposition for April 30, 2010. (S*ee* Exhibit B, Notice of Deposition of Sharon Crane.) Two days later, Genentech's counsel indicated that it would produce Ms. Crane for a deposition during the last week in April. *See* attached Exhibit C, Sernel letter to Verrecchio, dated April 8, 2010. Then, on April 29, 2010, Genentech indicated that Ms. Crane would be available for a deposition on May 6, 2010. *See* Exhibit D, Shiels' email to Verreccho, dated April 29, 2010.

Defendants do not object to taking this deposition after the close of discovery. Accordingly, Centocor seeks leave to take the deposition of Sharon Crane after the discovery deadline.

///
///
///

### III. CONCLUSION

For the foregoing reasons, it is requested that this Court grant Centocor leave to take Ms. Crane's deposition after the Discovery Cut-off date of April 30, 2010.

DATED: April 30, 2010   Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _/s/ Dianne B. Elderkin_
Dianne B. Elderkin

and

CONNOLLY BOVE LODGE & HUTZ LLP

By: _/s/ Keith D. Fraser_
Keith D. Fraser

Attorneys for Plaintiff and Counter-Defendant Centocor Ortho Biotech, Inc. and Third-Party Defendants Global Pharmaceutical Supply Group, LLC, Centocor Biologics, LLC and JOM Pharmaceutical Services, Inc.

CERTIFICATE OF SERVICE

I, Dori Dellisanti, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On April 30, 2010, I served the foregoing documents described as:

(1) **PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE DEPOSITION OF WITNESS SHARON CRANE AFTER DISCOVERY CUT-OFF DATE**

on the following person(s) in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| David I Gindler<br>Joseph M Lipner<br>Irell and Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | Attorneys for Defendant and Counterclaimant City of Hope Medical Center<br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>Email: jlipner@irell.com;<br>dgindler@irell.com<br>Coh.centocor.team@irell.com |
| Mark A. Pals<br>Marcus E Sernel<br>Matthew Shiels<br>Kirkland and Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br>Tel: 312-861-2000<br>Fax: 312-861-2200<br>Email: mpals@kirkland.com<br>msernel@kirkland.com |
| Daralyn J. Durie<br>Ryan Kent<br>Durie Tangri Lemley Roberts & Kent LLP<br>332 Pine Street<br>Suite 200<br>San Francisco, CA 94104 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br>Tel: 415-362-6666<br><br>Email: ddurie@durietangri.com<br>rkent@durietangri.com |

[ ] **BY MAIL**  I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[ ] **FEDERAL EXPRESS**: I am readily familiar with the office practice of Connolly Bove Lodge & Hutz LLP for collecting and processing correspondence for overnight delivery by Federal Express. Such practice is that when correspondence for overnight delivery by Federal Express is deposited with the

Connolly Bove Lodge & Hutz LLP personnel responsible fore delivering correspondence to Federal Express, such correspondence is delivered to a Federal Express location or to an authorized courier or driver authorized by Federal Express to receive documents or deposited at a facility regularly maintained by Federal Express for receipt of documents on the same day in the ordinary course of business.

**[X]  BY E-MAIL:**  (1) I caused copies of the above documents to be emailed to the interested parties based on the email addresses indicated herein, and/or (2) based on General Order 08-02, the attached document(s) was sent to the person(s) at the e-mail addres(es) indicated above through the Court's Electronic Filing System (ECF).

**[X] FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2010 at Los Angeles, California.

| Dori Dellisanti | */s/ Dori Dellisanti* |
|---|---|
| Name | Signature |

5

PLAINTIFF'S *EX PARTE* APPLICATION TO TAKE DEPOSITION
AFTER DISCOVERY CUT-OFF DATE
LAX30709_1