1 | Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
2 | Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
3 | CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
4 | Los Angeles, CA 90071
Telephone:  (213) 787-2500
5 | Facsimile:  (213) 687-0498

6 | Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
7 | Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
8 | Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
9 | Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
10 | Matthew A. Pearson (admitted *pro hac vice*)
mpearson@akingump.com
11 | Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
12 | AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
13 | 2001 Market Street
Philadelphia, Pennsylvania 19103-7013
14 | Telephone:  (215) 965-1200
Facsimile:  (215) 965-1210

15 |
16 | Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
17 | SERVICES, INC.

18 | IN THE UNITED STATES DISTRICT COURT

19 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 20 CENTOCOR ORTHO BIOTECH, INC., | Case No. CV 08-03573 MRP (CTx) |
| 21 Plaintiff, | **[PROPOSED] ORDER ON PLAINITFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE DEPOSITIONOF WITNESS SHARON CRANE AFTER THE DISCOVERY CUT-OFF DATE** |
| 22 v. | |
| 23 GENENTECH, INC. and CITY OF HOPE, | |
| 24 Defendants. | |
| 25 | Date:    TBA |
| 26 AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Time:    TBA |
| 27 | Place:   Hon. Mariana Pfaezler, Courtroom 12 |

28 |

The Court, having considered Centocor Ortho Biotech, Inc. ("Centocor") *Ex Parte* Application For Leave to Take Deposition of Witness Sharon Crane After the Discovery Cut-Off Date and Good Cause being found,

IT IS HEREBY ORDERED that Centocor's Application is GRANTED as follows: Cenocor is given leave to take the deposition of Sharon Crane after the discovery deadline.

IT IS SO ORDERED.

Dated: _____          _____
                                                              Honorable Mariana R. Pfaelzer
                                                              United States District Judge

Prepared and submitted by:

Connolly Bove Lodge & Hutz LLP

By:___ */s/ Keith D. Fraser*_____
                Keith D. Fraser
        Attorneys for Plaintiff CENTOCOR
        ORTHO BIOTECH, INC. and
        Third-Party Defendants GLOBAL
        PHARMACUETICAL SUPPLY GROUP, LLC,
        CENTOCOR BIOLOGICS, LLC and
        JOM PHARMACEUTICAL SERVICES, INC

1

## CERTIFICATE OF SERVICE

I, Dori Dellisanti, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On April 30, 2010, I served the foregoing documents described as:

**[PROPOSED] ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE DEPOSITIONOF WITNESS SHARON CRANE AFTER THE DISCOVERY CUT-OFF DATE**

on the following person(s) in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| David I Gindler<br>Joseph M Lipner<br>Irell and Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | Attorneys for Defendant and Counterclaimant City of Hope Medical Center<br><br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>Email: jlipner@irell.com;<br>dgindler@irell.com<br>Coh.centocor.team@irell.com |
| Mark A. Pals<br>Marcus E Sernel<br>Matthew Shiels<br>Kirkland and Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br>Tel: 312-861-2000<br>Fax: 312-861-2200<br>Email: mpals@kirkland.com<br>msernel@kirkland.com |
| Daralyn J. Durie<br>Ryan Kent<br>Durie Tangri Lemley Roberts & Kent LLP<br>332 Pine Street<br>Suite 200<br>San Francisco, CA 94104 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br>Tel: 415-362-6666<br><br>Email: ddurie@durietangri.com<br>rkent@durietangri.com |

[ ] **BY MAIL** I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[ ] **FEDERAL EXPRESS**: I am readily familiar with the office practice of Connolly Bove Lodge & Hutz LLP for collecting and processing correspondence for overnight delivery by Federal Express. Such practice is that when correspondence for overnight delivery by Federal Express is deposited with the

[PROPOSED] ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION
TO TAKE DEPOSITION OF SHARON CRANE
LAX30711_1

Connolly Bove Lodge & Hutz LLP personnel responsible fore delivering correspondence to Federal Express, such correspondence is delivered to a Federal Express location or to an authorized courier or driver authorized by Federal Express to receive documents or deposited at a facility regularly maintained by Federal Express for receipt of documents on the same day in the ordinary course of business.

**[X]  BY E-MAIL:**  (1) I caused copies of the above documents to be emailed to the interested parties based on the email addresses indicated herein, and/or (2) based on General Order 08-02, the attached document(s) was sent to the person(s) at the e-mail addres(es) indicated above through the Court's Electronic Filing System (ECF).

**[X]  FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2010 at Los Angeles, California.

|  |  |
|---|---|
| Dori Dellisanti | /s/ Dori Dellisanti |
| Name | Signature |

[PROPOSED] ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION
TO TAKE DEPOSITION OF SHARON CRANE
LAX30711_1