Bruce G. Chapman (SB # 164258)
bchapman@cblh.com
Keith D. Fraser (SB # 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, California  90071
Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice)*
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>Plaintiffs<br><br>v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Defendants.<br><br>AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | **Case No. CV 08-03573 MRP (JEMx)**<br><br>The Honorable Mariana R. Pfaelzer<br><br>**NOTICE OF ERRATA**<br><br>Date:  TBA<br>Time:  TBA<br>Place:  Courtroom 12 |

NOTICE OF ERRATA

1   Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Counter-
2   Defendant Affiliates' inadvertently omitted Exhibits A through D from its *Ex Parte*
3   Application for Leave to Take Deposition of Witness Sharon Crane After
4   Discovery Cut-Off Date filed on April 30, 2010.  They are lodged herewith as:
5       Exh. A – Genentech, Inc.'s Initial Disclosure Pursuant to Fed. R. Civ.
6           P. 26(a)(1) and City of Hope's Initial Disclosure Pursuant to
7           Fed. R. Civ. P. 26(a)(1);
8       Exh. B - Centocor Ortho Biotech, Inc.'s Notice of Deposition of
9           Sharon Crane;
10      Exh. C - Letter from Marcus Sernel to Angela Verrecchio, April 8,
11          2010; and
12      Exh. D - Email from Matthew Shiels to Angela Verrecchio, April 29,
13          2010.

15  Dated:  May 3, 2010                    Respectfully submitted,
16                                          Connolly Bove Lodge & Hutz LLP

18                                          By:      */s/ Keith D. Fraser*
19                                                 Keith D. Fraser

20                                          Attorneys for Plaintiff CENTOCOR
                                            ORTHO BIOTECH, INC. and
21                                          Third-Party Defendants GLOBAL
                                            PHARMACUETICAL SUPPLY GROUP,
22                                          LLC, CENTOCOR BIOLOGICS, LLC
                                            and JOM PHARMACEUTICAL
23                                          SERVICES, INC.