# EXHIBIT B

| | |
|---|---|
| Bruce G. Chapman (SB #164258)<br>bchapman@cblh.com<br>Keith D. Fraser (SB #216279)<br>kfraser@cblh.com<br><br>CONNOLLY BOVE LODGE &<br>HUTZ LLP<br>333 S. Grand Ave., Suite 2300<br>Los Angeles, CA 90071<br>Tel.  (213) 787-2500<br>Fax  (213) 687-0498<br><br><br>Attorneys for Plaintiff<br>CENTOCOR ORTHO BIOTECH, INC. | Dianne B. Elderkin (*pro hac vice*)<br>elderkin@woodcock.com<br>Barbara L. Mullin (*pro hac vice*)<br>mullin@woodcock.com<br>Steven D. Maslowski (*pro hac vice*)<br>maslowski@woodcock.com<br>Angela Verrecchio (*pro hac vice*)<br>Matthew A. Pearson (*pro hac vice*)<br>mpearson@woodcock.com<br>Ruben Munoz (*pro hac vice*)<br>rmunoz@akingump.com<br><br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>2001 Market St., Suite 4100<br>Philadelphia, PA 19103-7013<br>Tel.  (215) 965-1200<br>Fax  (215) 965-1210 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>        Defendants. | Case No.  CV 08-03573 MRP (CTx)<br><br>**CENTOCOR ORTHO BIOTECH, INC.'S NOTICE OF DEPOSITION OF SHARON CRANE** |

PLEASE TAKE NOTICE that at 9:00 a.m. on April 30, 2010, and continuing thereafter until complete, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor"), by its counsel, will take the deposition upon oral examination of Sharon Crane pursuant to Fed. R. Civ. P. 30.  The deposition will take place at the law offices of Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036.

The deposition will take place upon oral examination before an official authorized to administer oaths and will continue from day to day until completed. In accordance with Fed. R. Civ. P. 30(b)(3), testimony will be recorded by stenographic and audiovisual means, and may include machines using instantaneous or "real-time" transcription, and instant visual displays of testimony.

Dated:  April 6, 2010

                   AKIN GUMP STRAUSS HAUER
                   & FELD LLP

By:  /s/ Angela Verrecchio
     Dianne B. Elderkin
     Barbara L. Mullin
     Steven D. Maslowski
     Angela Verrecchio
     Matthew A. Pearson
     Ruben Munoz
     AKIN GUMP STRAUSS HAUER
     & FELD LLP
     2001 Market St., Suite 4100
     Philadelphia, PA 19103-7013

*Attorneys for Centocor Ortho Biotech, Inc.*

# PROOF OF SERVICE

I, Angela Verrecchio, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Philadelphia, State of Pennsylvania, and not a party to the above-entitled cause. My business address is Akin Gump Strauss Hauer & Feld LLP, 2001 Market Street, Suite 4100, Philadelphia, Pennsylvania, 19103.

On April 6, 2010, I served a true and correct copy of the following document described as:

**CENTOCOR ORTHO BIOTECH, INC.'S NOTICE OF DEPOSITION OF SHARON CRANE**

on the interested parties in this action as follows:

**[ X ] By Email:** I caused the document(s) to be sent to the person(s) at the email addresses set forth below.

| | |
|---|---|
| dgindler@irell.com | mpals@kirkland.com |
| coh.centocor.team@irell.com | msernel@kirkland.com |
| | ddurie@durietangri.com |

Executed April 6, 2010 in Philadelphia, Pennsylvania.

    Angela Verrecchio           /s/ Angela Verrecchio
         Name                                    Signature

Akin Gump Strauss Hauer & Feld LLP
2001 Market Street, Suite 4100
Philadelphia, PA 19103
(215) 965-1200

**PROOF OF SERVICE**

EXHIBIT B - PAGE 25