# EXHIBIT D

## Verrecchio, Angela

**From:** Matthew Shiels [mshiels@kirkland.com]
**Sent:** Thursday, April 29, 2010 11:50 AM
**To:** Verrecchio, Angela
**Cc:** Pearson, Matthew; Maslowski, Steven
**Subject:** Re: Centocor v. Genentech and City of Hope

Angela,

We can confirm that Sharon Crane will be available for Deposition on May 6th at the D.C. offices of Rothwell, Figg, Ernst & Manbeck, P.C.

--Matt

Matthew J. Shiels
Kirkland & Ellis LLP
300 North LaSalle | Chicago, IL 60654
Direct (312) 862-3299 | Fax (312) 862-2200
matthew.shiels@kirkland.com

"Verrecchio, Angela" <averrecchio@AKINGUMP.com>

04/29/2010 10:18 AM

To "'Matthew Shiels'" <mshiels@kirkland.com>
cc "'Marc Sernel'" <msernel@kirkland.com>, "coh.centocor.team@irell.com" <coh.centocor.team@irell.com>, "'dgindler@irell.com'" <dgindler@irell.com>, "Daralyn Durie" <ddurie@durietangri.com>
Subject Centocor v. Genentech and City of Hope


Matt- Further to our conversation on April 26, and our notice of deposition of Sharon Crane dated April 6, please let us know immediately when Ms. Crane will be available for deposition.

Regards,
Angie


**Angela Verrecchio**
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
215.965.1286- direct
215.965.1210- fax
www.akingump.com


IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may

1

not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


```
************************************************************
```
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
```
************************************************************
```