# **NOTICE OF MANUAL FILING**

(Attachment)

**List of Documents:**

     1.    Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information;

     2.    Exhibit A to Declaration of Aaron M. Nathan in Support of Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information ("Nathan Declaration"):  Genentech's privilege logs from the *MedImmune* litigation as produced herein;

     3.    Exhibit B to Nathan Declaration:  City of Hope's privilege log from the *MedImmune* litigation as produced herein;

     4.    Exhibit C to Nathan Declaration:  Defendants' supplemental privilege log of August 7, 2009;

     5.    Exhibit D to Nathan Declaration:  Defendants' supplemental privilege log of May 4, 2010;

     6.    Exhibit E to Nathan Declaration:  Excerpts from the April 9, 2010 deposition transcript of Shmuel Cabilly taken herein, designated "Confidential Pursuant to Protective Order"; and

     7.    Exhibit J to Nathan Declaration:  Genentech's response to Centocor's Interrogatory No. 4, excerpted from Genentech's Responses and Objections to Centocor, Inc.'s First Set of Interrogatories, designated "Highly Confidential - Outside Counsel Eyes Only."