| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>MARK A. PALS, P.C. (*pro hac vice*)<br>mpals@kirkland.com<br>MARCUS E. SERNEL (*pro hac vice*)<br>msernel@kirkland.com<br>300 North La Salle<br>Chicago, IL 60654<br>(312)862-2000(o); (312)862-2200(f) | IRELL & MANELLA, LLP<br>DAVID I. GINDLER (SBN 117824)<br>dgindler@irell.com<br>JOSEPH M. LIPNER (SBN 155735)<br>jlipner@irell.com<br>1800 Avenue of the Stars<br>Los Angeles, CA 90067<br>(310)277-1010(o); (310)203-7199(f) |
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>MARK A. LEMLEY (SBN 155830)<br>mlemley@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300 | Attorneys for Defendant<br>CITY OF HOPE |

Attorneys for Defendant GENENTECH, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br>    Plaintiff,<br>v.<br>GENENTECH, INC., and CITY OF HOPE,<br>    Defendants.<br>GENENTECH, INC. AND CITY OF HOPE,<br>    Counter-Plaintiffs,<br>v.<br>CENTOCOR ORTHO BIOTECH, INC.,<br>    Counter-Defendant,<br>AND<br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.,<br>    Third-Party Defendants. | Case No. CV 08-03573 MRP (JEMx)<br><br>**DECLARATION OF AARON M. NATHAN IN SUPPORT OF DEFENDANTS GENENTECH, INC. AND CITY OF HOPE'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO COMPEL DISCLOSURE OF INAPPROPRIATELY WITHHELD INFORMATION**<br><br>Date:     TBA<br>Time:     TBA<br>Judge:    Hon. Mariana R. Pfaelzer<br>Ctrm:     12 |

I, Aaron M. Nathan, declare:

I am an associate attorney with the law firm of Durie Tangri LLP, counsel to Defendant Genentech, Inc. ("Defendant"). The factual assertions made herein are made of my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

1. Attached hereto as Exhibit A are a true and correct copies of Genentech's privilege logs from the *MedImmune* litigation as produced in this litigation.

2. Attached hereto as Exhibit B is a true and correct copy of City of Hope's privilege log from the *MedImmune* litigation as produced in this litigation.

3. Attached hereto as Exhibit C is a true and correct copy of Defendants' supplemental privilege log of August 7, 2009.

4. Attached hereto as Exhibit D is a true and correct copy of Defendants' supplemental privilege log of May 4, 2010.

5. On information and belief, Defendants have produced the following documents: (1) A FedEx slip showing transmission of the document from Dr. Cabilly to Genentech's attorneys; (2) a copy of the draft application and (3) the cover letter accompanying the draft application with the addition of handwriting from Dr. Cabilly's files noting that these were his copies of the original documents.

6. Attached hereto as Exhibit E is a true and correct copy of an excerpts from the April 9, 2010 deposition transcript of Schmuel Cabilly taken herein.

7. On information and belief, Genentech produced the *Chiron* expert reports of Deborah French, Richard Cote, Raymond Frackleton Jr., Mark I. Greene, William J. Harris, Jeffrey P. Kushan, Tristram G. Parslow, Joyce Taylor-Papadimitrious, and Jay Unkeless, as well as much of the trial transcript and certain deposition testimony.

8. Attached hereto as Exhibit F is a true and correct copy of Aleksander J. Goranin's letter of Dec. 1, 2009 to Marcus E. Sernel.

9. Attached hereto as Exhibit G is a true and correct copy of Marcus E. Sernel's letter of Dec. 11, 2009 to Aleksander J. Goranin.

10. Attached hereto as Exhibit H is a true and correct copy of an email from Steven Maslowski to Daralyn Durie dated April 29, 2010.

11. On information and belief, Genentech produced a copy of Dr. Sliwkowski's rebuttal report from the *Chiron* litigation on April 29, 2010.

12. Attached hereto as Exhibit I is a true and correct copy of a letter dated February 25, 2010 from Matthew Pearson to Marcus Sernel.

13. On information and belief, Centocor produced trial transcripts from the *Abbott* litigation.

14. On information and belief, Centocor did not produce all deposition testimony from the *Abbott* litigation.

15. Attached hereto as Exhibit J is a true and correct copy of Genentech's response to Centocor's Interrogatory No. 4, which is an excerpt of Genentech, Inc.'s Responses and Objections to Centocor, Inc.'s first set of interrogatories.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 5, 2010, in San Francisco, California.

                                                           */s/Aaron M. Nathan*
                                                           AARON M. NATHAN

# CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on May 5, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Bruce G. Chapman, Esq. | bchapman@cblh.com |
| Keith D. Fraser, Esq. | kfraser@cblh.com |
| Dianne B. Elderkin, Esq. | delderkin@akingump.com |
| Barbara L. Mullin, Esq. | bmullin@akingump.com |
| Steven D. Maslowski, Esq. | smaslowski@akingump.com |
| Angela Verrecchio, Esq. | averrecchio@akingump.com |
| Matthew A. Pearson, Esq. | mpearson@akingump.com |
| Rubén H. Muñoz, Esq. | rmunoz@akingump.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 5, 2010, at San Francisco, California.

*Margaret Ann Franz*
Margaret Ann Franz