**From:** Maslowski, Steven [mailto:smaslowski@AKINGUMP.com]
**Sent:** Thursday, April 29, 2010 8:12 AM
**To:** Daralyn Durie
**Cc:** Elderkin, Dianne; Mullin, Barbara; Verrecchio, Angela; 'bchapman@cblh.com'; 'coh.centocor.team@irell.com'; 'Marc Sernel'; 'Matthew Shiels'; Pearson, Matthew
**Subject:** RE: Centocor v. Genentech

Daralyn,

Further to my e-mail below, please confirm that Mr. Johnston will be available at your offices starting at 8:00 AM tomorrow for his deposition.

Additionally, we note that you recently represented to Judge Pfaelzer in the *GSK v. Genentech* case that Genentech has produced to Centocor the expert reports we requested from the *Chiron v. Genentech* case. This representation does not appear to be entirely accurate as we have asked on numerous occasion for all such reports, but it looks like we still do not have everything. For example, it appears that Mark Sliwkowski, who as you know is being deposed tomorrow, submitted an expert report in the Chiron case, but we have not been able to locate it in Genentech's production. To the extent you believe that all expert reports from the *Chiron* case have been produced, please immediately identify where in Genentech's production we may find them. If all such reports have not been produced, please produce them no later than 1 PM Eastern time today as we will be leaving for California after that time.

If you wish to discuss this, please don't hesitate to contact me.

Best regards,
Steve

Steven D. Maslowski
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street
Suite 4100
Philadelphia, PA  19103-7013
215.965.1200 (main)
215.965.1259 (direct)
215.965.1210 (fax)
smaslowski@akingump.com
www.akingump.com

EXHIBIT H
000239