Name & Address:
Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666 (p); (415) 236-6300 (f)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Centocor Ortho Biotech, Inc. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 08-03573 MRP (JEMx) |
| v. | |
| Genentech, Inc. and City of Hope | **CORRECTED NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
SEE LIST OF ATTACHED DOCUMENTS

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
  These documents contain confidential information of the parties and should be placed under seal.

May 5, 2010
Date

/s/ Daralyn J. Durie
Attorney Name

Defendants
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                NOTICE OF MANUAL FILING