# **CORRECTED NOTICE OF MANUAL FILING**

(Attachment)

## List of Documents:

1. Application to File Under Seal Documents In Support of Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information;

2. [Proposed] Order to File Under Seal;

3. Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information;

4. Confidential Exhibits A, B, C, D, E, and J to Declaration of Aaron M. Nathan in Support of Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information.