# EXHIBIT A

1   Brian G. Arnold (SBN 186007)
    barnold@kirkland.com
2   KIRKLAND & ELLIS LLP
    777 South Figueroa Street
3   Los Angeles, CA  90017
    (213)680-8400 (o); (213)680-8500 (f)
4
    Mark A. Pals, P.C. (pro hac vice)
5   mpals@kirkland.com
    Marcus E. Sernel (pro hac vice)
6   msernel@kirkland.com
    KIRKLAND & ELLIS LLP
7   200 East Randolph Drive
    Chicago, IL 60601
8   (312)861-2000 (o); (312)861-2200 (f)
9   John W. Keker (SBN 49092)
    jwk@kvn.com
10  KEKER & VAN NEST, LLP
    710 Sansome Street
11  San Francisco, CA  94111
    (415)391-5400 (o); (415)397-7188 (f)
12
    Daralyn J. Durie (SBN 169825)
13  ddurie@durietangri.com
    Mark Lemley (SBN 155830)
14  mlemley@durietangri.com
    DURIE TANGRI LEMLEY ROBERTS & KENT LLP
15  332 Pine Street, Suite 200
    San Francisco, CA  94104
16  (415)362-6666 (o); (415)236-6300 (f)
17  Attorneys for GENENTECH, INC.
18
19              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
20                WESTERN DIVISION
21
    CENTOCOR, INC.,                     Case No: CV08-03573
22                    Plaintiff,
23                                      **GENENTECH, INC.'S INITIAL
                                        DISCLOSURE PURSUANT TO
24                                      FED. R. CIV. P. 26(a)(1)**
25         v.
                                        **JURY TRIAL DEMANDED**
26  GENENTECH, INC. AND CITY OF
    HOPE NATIONAL MEDICAL
27  CENTER,
                    Defendants.
28

-1-

GENENTECH, INC.'S INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)

Defendant Genentech, Inc. ("Genentech") hereby makes the following
Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

## I.   INITIAL DISCLOSURES

### A.   Names and Addresses of Individuals (Fed. R. Civ. P. 26(a)(1)(A)(i)).

Genentech identifies the following individuals/entities and, where known,
addresses and telephone numbers of individuals/entities likely to have discoverable
information that Genentech may use to support its counterclaims or defenses, based
on information reasonably available to Genentech at this time.

1.   Various past and current employees or affiliates of Genentech or City
of Hope ("COH") including, without limitation, the following individuals:

| Name | Contact | Subject |
|------|---------|---------|
| Schmuel Cabilly, Ph.D. | COH Counsel[1] | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Herbert L. Heyneker, Ph.D. | Genentech Counsel | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| William E. Holmes, Ph.D. | Genentech Counsel | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Arthur D. Riggs, Ph.D. | COH Counsel | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Ronald B. Wetzel, Ph.D. | Genentech Counsel | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| L. Jeanne Perry, Ph.D. | Genentech Counsel | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Michael W. Rey | Genentech Counsel | Invention of subject matter claimed |

[1] Initial contact with a witness should be directed to counsel for COH or Genentech, as indicated. Counsel may or may not be authorized to accept service on a designated witness's behalf.

-2-

| | | in U.S. Patent Nos. 4,816,567 and 6,331,415 |
|---|---|---|
| Michael B. Mumford | Genentech Counsel | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| John E. Shively, Ph.D. | COH Counsel | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Yvonne Bobadilla | COH Counsel | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Kate H. Murashige, Esq. | Morrison & Foerster, LLP 3811 Valley Centre Drive Suite 500 San Diego, CA 92130 T: (858) 720-5112 | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415; preparation of U.S. Patent Application No. 06/483,457 |
| Max Hensley, Esq. | Genentech Counsel | Prosecution of U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Wendy Lee, Esq. | Genentech Counsel | Prosecution of U.S. Patent Nos. 6,331,415,and 6,417,335. |
| Sharon Crane, Esq. | Bingham McCutchen LLP 2020 K Street, NW Washington, DC 20006 T: (202) 373-6000 | Prosecution of U.S. Patent No. 6,331,415 |
| R. Danny Huntington, Esq. | Bingham McCutchen LLP 2020 K Street, NW Washington, DC 20006 T: (202) 373-6000 | Interference No. 102,572 |
| Tim Schwartz, Esq. | Genentech Counsel | Licensing of U.S. Patent No. 6,331,415 |
| Sue Desmond Hellman, MD | Genentech Counsel | Commercial success of products made pursuant to the teachings of U.S. Patent No. 6,331,415 |
| John Orwin | Genentech Counsel | Commercial success of products |

| | | made pursuant to the teachings of U.S. Patent No. 6,331,415 |
|---|---|---|
| Henry Lowman, Ph.D | Genentech Counsel | Methods of creating products made pursuant to the teachings of U.S. Patent No. 6,331,415 |
| Gregory S. Blank | Genentech Counsel | Invention of subject matter claimed in U.S. Patent No. 6,417,335. |
| Carol D. Basey | Genentech Counsel | Invention of subject matter claimed in U.S. Patent No. 6,417,335. |

    2.    Other individuals or entities including, without limitation, the following entities:

| | | |
|---|---|---|
| Global Pharmaceutical Supply Group LLC | 3 Gateway Center 16th Floor Westwing Pittsburgh, PA 15222 | Manufacture and supply of ReoPro, Remicade, CNTO 1275, and CNTO 148. |
| Centocor Biologics LLC | | Manufacture and supply of ReoPro, Remicade, CNTO 1275, and CNTO 148. |
| Centocor B.V. | | Manufacture and supply of ReoPro, Remicade, CNTO 1275, and CNTO 148. |
| JOM Pharmaceuticals | | Sales and distribution of ReoPro, Remicade, CNTO 1275, and CNTO 148. |

**B.    Documents and Tangible Things (Fed. R. Civ. P. 26(a)(1)(A)(ii)).**

Copies of the non-privileged documents in Genentech's possession, custody, or control that Genentech may use to support its counterclaims and defenses (unless solely for impeachment) will be produced to plaintiff Centocor.  Such documents include, but are not limited to, documents relating to the inventions claimed in U.S. Patent Nos. 4,816,567, 6,331,415, and 6,417,335, documents relating to the prosecution of  U.S. Patent Nos. 4,816,567, 6,331,415, and 6,417,335, documents relating to Interference No. 102,572, documents relating to the case captioned

-4-

1  *Genentech, Inc. v. Celltech Therapeutics, Ltd.*, Case No. C-98-3926 MMC (Section
2  146 proceeding), and documents relating to license agreements for U.S. Patent Nos.
3  4,816,567, 6,331,415, and 6,417,335.  Genentech has already produced the
4  prosecution histories of U.S. Patent Nos. 4,816,567, 6,331,415, and 6,417,335;
5  certain documents relating to Interference No. 102,572; and certain documents
6  relating to Reexamination Control Nos. 90/007,859 and 90/007,542.  These
7  documents are and will be disclosed subject to, and without waiver of, the
8  protections from disclosure afforded by the attorney-client privilege and the work
9  product doctrine.  Genentech reserves the right to object to the production of any
10  document based on privilege or any other proper ground.  Genentech will produce
11  confidential, non-privileged documents after the entry of an appropriate protective
12  order.

13      Because discovery and investigation are continuing, Genentech anticipates
14  that it may later become aware of, or appreciate the significance of, additional
15  documents and things in the possession, custody, or control of Genentech.  Without
16  obligating itself to do so, Genentech reserves the right to supplement this initial
17  disclosure pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

18      By providing the documents identified herein, Genentech does not waive the
19  right to object to the production of other documents and things on the basis of any
20  privilege or work-product protections, nor does Genentech concede that these
21  documents necessarily are relevant to or admissible in this action.  All evidentiary
22  objections to the use of such documents are reserved.

23  **C.    Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii)).**

24      Genentech seeks damages to the extent permissible under the applicable laws.
25  At this point, Genentech has not yet determined the full extent and/or nature of the
26  injuries it has suffered and continues to suffer as a result of Centocor's infringement
27  and imminent infringement.  At a minimum, Genentech intends to seek a reasonable
28  royalty for each infringing product made, sold, offered for sale, used, and/or

-5-

1   imported into the United States by, for, and/or on behalf of Centocor and/or as a

2   result of Centocor's inducement of infringement and/or contributory infringement.

3   Genentech also intends to seek treble damages and its attorneys fees due to

4   Centocor's willful infringement of the '415 patent.  Once Genentech has received

5   information and documents from Centocor, Genentech will supplement its

6   disclosure in accordance with Rule 26(e) of the Federal Rules of Civil Procedure or

7   in the form of an interrogatory response if such an interrogatory is served, or

8   through expert reports.

9        **D.    Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv)).**

10       Genentech is presently unaware of any insurance agreements applicable to the

11   claims asserted in the Complaint.  Because discovery and investigation are

12   continuing, Genentech reserves the right to supplement the initial disclosures

13   pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

14

15

16

17   Dated: February 23, 2009

18                              KIRKLAND & ELLIS LLP

19                         By:      /s/ Marcus E. Sernel
                                 Marcus E. Sernel (pro hac vice)
20                               KIRKLAND & ELLIS LLP
                                 200 East Randolph Drive
21                               Chicago, IL 60601
                                 (312)861-2000 (o); (312)861-2200 (f)
22
                                 *Attorney for Defendant Genentech, Inc.*
23

24

25

26

27

28

-6-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

    I, Shira J. Kapplin, am employed in the County of Cook, State of Illinois.  I am over the age of 18 and not a party to the within action.  My business address is 200 E. Randolph Street, Chicago, Illinois 60601.

    On February 23, 2009, I served a true copy of the following document(s) described as:

**GENENTECH, INC.'S INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)**

on the interested parties in this action as follows:

☐ **By U.S. Mail:**  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California to the addressee(s) set forth below.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

☒ **By Fedex:**  By placing the document(s) listed above in a sealed overnight courier envelope addressed as set forth above and routing the envelope for pick up with Federal Express for overnight delivery.

Dianne B. Elderkin
Barbara L. Mullin
WOODCOCK WASHBURN LLP
2929 Arch St., 12th Floor
Philadelphia, PA  19104

Bruce G. Chapman
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071

David I. Gindler
Joseph M. Lipner
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

☒ **By E-Mail:**  I caused to have delivered such documents to the addressee as set forth below:

bchapman@cblh.com
kfraser@cblh.com

dgindler@irell.com
jlipner@irell.com

elderkin@woodcock.com
mullin@woodcock.com
maslowski@woodcock.com
akessel@woodcock.com
agoranin@woodcock.com
mpearson@woodcock.com

Executed February 23, 2009, at Chicago, Illinois.

| Shira J. Kapplin | /s/ Shira J. Kapplin |
|---|---|
| Print Name | Signature |