EXHIBIT B

```
IRELL & MANELLA LLP
David I. Gindler (117824)
dgindler@irell.com
Joseph M. Lipner (155735)
jlipner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Attorneys for CITY OF HOPE
NATIONAL MEDICAL CENTER
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENTOCOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. AND CITY OF HOPE NATIONAL MEDICAL CENTER, <br><br> Defendants. | Case No. CV 08-03573 MRP (CTx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **DEFENDANT CITY OF HOPE'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** <br><br> **JURY TRIAL DEMANDED** |

Defendant City of Hope National Medical Center ("City of Hope") hereby makes the following Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

## I.

## INITIAL DISCLOSURES

**A.    Names and Addresses of Individuals (Fed. R. Civ. P. 26(a)(1)(A)(i)).**

City of Hope identifies the following individuals City of Hope currently believes are likely to have discoverable information that it may use to support its counterclaims or defenses, based on information reasonably available to City of Hope at this time.

1. Past and current employees of Genentech, Inc. ("Genentech") or City of Hope including, without limitation, the following individuals:

| Name | Contact | Subject |
|---|---|---|
| Shmuel Cabilly, Ph.D. | Irell & Manella LLP[1]<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Herbert L. Heyneker, Ph.D. | Counsel for Genentech | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| William E. Holmes, Ph.D. | Counsel for Genentech | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Arthur D. Riggs, Ph.D. | Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Ronald B. Wetzel, Ph.D. | Counsel for Genentech | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| L. Jeanne Perry, Ph.D. | Counsel for Genentech | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Michael W. Rey | Counsel for Genentech | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Michael B. Mumford | Counsel for Genentech | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| John E. Shively, Ph.D. | Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Yvonne Bobadilla | Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415 |

---

[1] Initial contact with a witness should be directed to counsel for City of Hope or Genentech, as indicated. Counsel may or may not be authorized to accept service on a designated witness's behalf.

| Name | Contact | Subject |
|---|---|---|
| Kate H. Murashige, Esq. | Morrison & Foerster, LLP 3811 Valley Centre Drive, Suite 500 San Diego, CA 92130 T: (858) 720-5112 | Invention of subject matter claimed in U.S. Patent Nos. 4,816,567 and 6,331,415; preparation of U.S. Patent Application No. 06/483,457 |
| Max Hensley, Esq. | Counsel for Genentech | Prosecution of U.S. Patent Nos. 4,816,567 and 6,331,415 |
| Wendy Lee, Esq. | Counsel for Genentech | Prosecution of U.S. Patent Nos. 6,331,415, and 6,417,335. |
| Sharon Crane, Esq. | Bingham McCutchen LLP 2020 K Street, NW Washington, DC 20006 T: (202) 373-6000 | Prosecution of U.S. Patent No. 6,331,415 |
| R. Danny Huntington, Esq. | Bingham McCutchen LLP 2020 K Street, NW Washington, DC 20006 T: (202) 373-6000 | Interference No. 102,572 |
| Tim Schwartz, Esq. | Counsel for Genentech | Licensing of U.S. Patent No. 6,331,415 |
| Sue Desmond Hellman, MD | Counsel for Genentech | Commercial success of products made pursuant to the teachings of U.S. Patent No. 6,331,415 |
| John Orwin | Counsel for Genentech | Commercial success of products made pursuant to the teachings of U.S. Patent No. 6,331,415 |
| Henry Lowman, Ph.D | Counsel for Genentech | Methods of creating products made pursuant to the teachings of U.S. Patent No. 6,331,415 |

2.  Others individuals or entities including, without limitation, the following entities:

| Name | Contact | Subject |
|---|---|---|
| Global Pharmaceutical Supply Group LLC | 3 Gateway Center 16th Floor Westwing Pittsburgh, PA 15222 | Manufacture and supply of ReoPro, Remicade, CNTO 1275, and CNTO 148. |
| Centocor Biologics LLC | | Manufacture and supply of ReoPro, Remicade, CNTO 1275, and CNTO 148. |
| Centocor B.V. | | Manufacture and supply of ReoPro, Remicade, CNTO 1275, and CNTO 148. |

| Name | Contact | Subject |
|---|---|---|
| JOM Pharmaceuticals | | Sales and distribution of ReoPro, Remicade, CNTO 1275, and CNTO 148. |

### B. Documents and Tangible Things (Fed. R. Civ. P. 26(a)(1)(A)(ii)).

City of Hope will produce non-privileged documents in its possession, custody, or control that City of Hope may use to support its counterclaims and defenses (unless solely for impeachment) so long as those documents do not duplicate documents produced by Genentech. In addition, City of Hope expects it will rely on documents produced by Genentech. Such documents include, but are not limited to, documents relating to the inventions claimed in U.S. Patent Nos. 4,816,567 and 6,331,415, documents relating to the prosecution of U.S. Patent Nos. 4,816,567 and 6,331,415, documents relating to Interference No. 102,572, documents relating to the case captioned *Genentech, Inc. v. Celltech Therapeutics, Ltd.*, Case No. C-98-3926 MMC (Section 146 proceeding), and documents relating to license agreements for U.S. Patent Nos. 4,816,567 and 6,331,415. Genentech has already produced the prosecution histories of U.S. Patent Nos. 4,816,567 and 6,331,415; certain documents relating to Interference No. 102,572; and certain documents relating to Reexamination Control Nos. 90/007,859 and 90/007,542. These documents are and will be disclosed subject to, and without waiver of, the protections from disclosure afforded by the attorney-client privilege and the work product doctrine. City of Hope reserves the right to object to the production of any document based on privilege or any other proper ground. City of Hope too will produce confidential, non-privileged documents after the entry of an appropriate protective order.

Because discovery and investigation are continuing, City of Hope may produce additional documents. Without obligating itself to do so, City of Hope reserves the right to supplement this initial disclosure pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 4 -

By providing the documents identified herein, City of Hope does not waive the right to object to the production of other documents and things on the basis of any privilege or work-product protections, nor does City of Hope concede that these documents necessarily are relevant to or admissible in this action. All evidentiary objections to the use of such documents are reserved.

### C. Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii)).

City of Hope seeks damages to the extent permissible under the applicable laws. At this point, City of Hope has not yet determined the full extent and/or nature of the injuries it has suffered and continues to suffer as a result of Centocor's infringement and imminent infringement. At a minimum, City of Hope intends to seek a reasonable royalty for each infringing product made, sold, offered for sale, used, and/or imported into the United States by, for, and/or on behalf of Centocor and/or as a result of Centocor's inducement of infringement and/or contributory infringement. City of Hope also intends to seek treble damages and its attorneys fees due to Centocor's willful infringement of the '415 patent. Once City of Hope has received information and documents from Centocor, City of Hope will supplement its disclosure in accordance with Rule 26(e) of the Federal Rules of Civil Procedure or in the form of an interrogatory response if such an interrogatory is served, or through expert reports.

### D. Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv)).

City of Hope is presently unaware of any insurance agreements applicable to the claims asserted in the Complaint. Because discovery and investigation are continuing, City of Hope reserves the right to supplement the initial disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| 1 | Dated: February 23, 2009 | Respectfully submitted, |
| 2 | | IRELL & MANELLA LLP |
| 3 | | David I. Gindler<br>Joseph M. Lipner |
| 4 | | |
| 5 | | By: _____ |
| 6 | | Joseph M. Lipner |
| 7 | | Attorneys for CITY OF HOPE<br>NATIONAL MEDICAL CENTER |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On February 23, 2009, I served the foregoing document described as **DEFENDANT CITY OF HOPE'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** on each interested party, as stated on the attached service list.

[X] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as stated on the attached service list, with fees for overnight delivery paid or provided for.

    [X] (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

    [ ] (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

[X] (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail address(es), as stated on the attached service list, and the transmission was reported as complete and no error was reported.

Executed on February 23, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____Celia B. Silver_____                    _____/s/ Celia Silver_____
(Type or print name)                                            (Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

# SERVICE LIST

Dianne B. Elderkin, Esq.
Barbara L. Mullin, Esq.
Steven D. Maslowski, Esq.
Amanda M. Kessel, Esq.
Aleksander J. Goranin, Esq.
Matthew A. Pearson, Esq.
WOODCOCK WASHBURN LLP
2929 Arch Street, 12th Floor
Philadelphia, Pennsylvania 19104-2891

Email:   elderkin@woodcock.com
         mullin@woodcock.com
         maslowski@woodcock.com
         akessel@woodcock.com
         agoranin@woodcock.com
         mpearson@woodcock.com

Brian G. Arnold, Esq.
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017

Email:   barnold@kirkland.com

John W. Keker, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, California 94111

Email:   jwk@kvn.com

Bruce G. Chapman, Esq.
Keith D. Fraser, Esq.
CONNOLLY BOVE LODGE
 & HUTZ LLP
333 South Grand Avenue, Suite 2300
Los Angeles, California 90071

Email:   bchapman@cblh.com
         kfraser@cblh.com

Mark A. Pals, P.C.
Marcus E. Sernel, Esq.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601

Email:   mpals@kirkland.com
         msernel@kirkland.com

Daralyn J. Durie, Esq.
Mark Lemley, Esq.
DURIE TANGRI LEMLEY ROBERTS
 & KENT LLP
332 Pine Street, Suite 200
San Francisco, California 94104

Email:   ddurie@durietangri.com
         mlemley@durietangri.com