| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>MARK A. PALS, P.C. (*pro hac vice*)<br>mpals@kirkland.com<br>MARCUS E. SERNEL (*pro hac vice*)<br>msernel@kirkland.com<br>300 North La Salle<br>Chicago, IL 60654<br>(312)862-2000(o); (312)862-2200(f) | IRELL & MANELLA, LLP<br>DAVID I. GINDLER (SBN 117824)<br>dgindler@irell.com<br>JOSEPH M. LIPNER (SBN 155735)<br>jlipner@irell.com<br>1800 Avenue of the Stars<br>Los Angeles, CA 90067<br>(310)277-1010(o); (310)203-7199(f) |
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>MARK A. LEMLEY (SBN 155830)<br>mlemley@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300 | Attorneys for Defendant<br>CITY OF HOPE |

Attorneys for Defendant GENENTECH, INC.

*Lodged Proposed Order*

FILED 2010 MAY -5 PM 4:59 CLERK U.S. DISTRICT COURT CENTRAL DIST. CALIF. LOS ANGELES BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>      Defendants.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>      Counter-Plaintiffs,<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>      Counter-Defendant,<br><br>AND<br><br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.,<br><br>      Third-Party Defendants. | Case No. CV 08-03573 MRP (JEMx)<br><br>**APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF GENENTECH, INC. AND CITY OF HOPE'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO COMPEL DISCLOSURE OF INAPPROPRIATELY WITHHELD INFORMATION**<br><br>Date:    TBA<br>Time:    TBA<br>Judge:   Hon. Mariana R. Pfaelzer<br>Ctrm:    12 |

APPL. TO FILE UNDER SEAL DOCS. ISO DEFS.' OPP'N TO PL.'S *EX PARTE* APPL. TO COMPEL DISCLOSURE / Case No. CV 08-03573 MRP (JEMx)

ORIGINAL

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.1, Defendant and Counter-Plaintiff Genentech, Inc. seeks leave to file the following documents under seal:

1. Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information; and

2. Exhibit A to Declaration of Aaron M. Nathan in Support of Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information ("Nathan Declaration"): Genentech's privilege logs from the *MedImmune* litigation as produced herein;

3. Exhibit B to Nathan Declaration: City of Hope's privilege log from the *MedImmune* litigation as produced herein;

4. Exhibit C to Nathan Declaration: Defendants' supplemental privilege log of August 7, 2009;

5. Exhibit D to Nathan Declaration: Defendants' supplemental privilege log of May 4, 2010;

6. Exhibit E to Nathan Declaration: Excerpts from the April 9, 2010 deposition transcript of Shmuel Cabilly taken herein, designated "Confidential Pursuant to Protective Order"; and

7. Exhibit J to Nathan Declaration: Genentech's response to Centocor's Interrogatory No. 4, excerpted from Genentech's Responses and Objections to Centocor, Inc.'s First Set of Interrogatories, designated "Highly Confidential - Outside Counsel Eyes Only."

The documents sought to be filed under seal contain Confidential information pursuant to the protective order. Therefore, Genentech seeks a Court order to seal these documents.

For the foregoing reasons, Genentech and City of Hope respectfully request that the Court grant this application and order that (1) Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of

Inappropriately Withheld Information and (2) Exhibits A, B, C, D, E and J to the Declaration of Aaron M. Nathan in Support of Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information be filed under seal.

Genentech and City of Hope are filing, concurrent with this Application, a proposed order sealing the above-referenced documents.

Dated: May 5, 2010

By: */s/ Daralyn J. Durie*
Daralyn J. Durie
Mark Lemley
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111

Attorneys for Defendant GENENTECH, INC.

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on May 5, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Bruce G. Chapman, Esq. | bchapman@cblh.com |
| Keith D. Fraser, Esq. | kfraser@cblh.com |
| Dianne B. Elderkin, Esq. | delderkin@akingump.com |
| Barbara L. Mullin, Esq. | bmullin@akingump.com |
| Steven D. Maslowski, Esq. | smaslowski@akingump.com |
| Angela Verrecchio, Esq. | averrecchio@akingump.com |
| Matthew A. Pearson, Esq. | mpearson@akingump.com |
| Rubén H. Muñoz, Esq. | rmunoz@akingump.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 5, 2010, at San Francisco, California.

*Margaret Ann Franz*
Margaret Ann Franz

---

3
APPL. TO FILE UNDER SEAL DOCS. ISO DEFS.' OPP'N TO PL.'S *EX PARTE* APPL.
TO COMPEL DISCLOSURE / Case No. CV 08-03573 MRP (JEMx)