KIRKLAND & ELLIS LLP
MARK A. PALS, P.C. (*pro hac vice*)
mpals@kirkland.com
MARCUS E. SERNEL (*pro hac vice*)
msernel@kirkland.com
300 North La Salle
Chicago, IL 60654
(312)862-2000(o); (312)862-2200(f)

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendant GENENTECH, INC.

IRELL & MANELLA, LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010(o); (310)203-7199(f)

Attorneys for Defendant
CITY OF HOPE

FILED
CLERK, U.S. DISTRICT COURT
MAY - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., <br><br> Counter-Defendant, <br><br> AND <br><br> GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC., <br><br> Third-Party Defendants. | Case No. CV 08-03573 MRP (JEMx) <br><br> [PROPOSED] ORDER TO FILE UNDER SEAL <br><br> Date: TBA <br> Time: TBA <br> Judge: Hon. Mariana R. Pfaelzer <br> Ctrm: 12 |

IT IS HEREBY ORDERED THAT Defendants' Application to File Under Seal is GRANTED as follows:

1. Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information and

2. Exhibits A, B, C, D, E and J to the Declaration of Aaron M. Nathan in Support of Defendants Genentech, Inc. and City of Hope's Opposition to Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information be filed under seal.

3. No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED.

Dated: May 6, 2010

_____
Honorable Mariana R. Pfaelzer
United States District Judge

Prepared and submitted by:

By: /s/ Daralyn J. Durie
Daralyn J. Durie
Mark Lemley
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111

Attorneys for Defendant
GENENTECH, INC.

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on May 5, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Bruce G. Chapman, Esq. | bchapman@cblh.com |
| Keith D. Fraser, Esq. | kfraser@cblh.com |
| Dianne B. Elderkin, Esq. | delderkin@akingump.com |
| Barbara L. Mullin, Esq. | bmullin@akingump.com |
| Steven D. Maslowski, Esq. | smaslowski@akingump.com |
| Angela Verrecchio, Esq. | averrecchio@akingump.com |
| Matthew A. Pearson, Esq. | mpearson@akingump.com |
| Rubén H. Muñoz, Esq. | rmunoz@akingump.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 4, 2010, at San Francisco, California.

/s/ Margaret Ann Franz
Margaret Ann Franz