# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:08-cv-03573-MRP-JEMx | Date | May 17, 2010 |
| Title | Centocor, Inc. v. Genentech, Inc. et al. | | |

**Present: The Honorable**  Mariana R. Pfaelzer, Senior U.S. District Judge

| | |
|---|---|
| Courtroom Clerk: | Cynthia Salyer |
| Court Reporter: | None. |
| Attorneys Present for Plaintiff: | None. |
| Attorneys Present for Defendants: | None. |

**Proceedings:**   IN CHAMBERS

1.   The Court has reviewed Plaintiff's *Ex Parte* Application for Leave to Take Deposition of Witness Jeffrey Kushan After the Discovery Cut-off Date and Defendants' *Ex Parte* Application for Protective Order Prohibiting the Deposition of Genentech Counsel Jeffrey Kushan.

   Plaintiff's Application is GRANTED as follows:

   In the event the D.C. District Court orders that the deposition of Jeffrey Kushan go forward, this Court GRANTS Centocor leave to take his deposition after the Discovery Cut-off Date of April 30, 2010.

   Defendants' Application is DENIED.

2.   The Court has reviewed Plaintiff's *Ex Parte* Application for Leave to Take Deposition of Witness Sharon Crane After the Discovery Cut-off Date.

   Plaintiff's Application is GRANTED as follows:

   Centocor is given leave to take the deposition of Sharon Crane after the Discovery Cut-off Date of April 30, 2010.

3.   The Court has reviewed Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information and Defendants' Opposition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:08-cv-03573-MRP-JEMx | Date | May 17, 2010 |
| Title | Centocor, Inc. v. Genentech, Inc. et al. | | |

Plaintiff's Application is GRANTED in part and DENIED in part as follows:

a. Defendants are required to produce the fourth document related to the December 13, 1999 Email for the Court's *in camera* review.  The Court will rule on whether the document is subject to attorney-client privilege.
b. Defendants are not required to provide the requested log of all documents withheld as privileged.
c. Defendants are not required to produce further materials related to the *Chiron v. Genentech* litigation.

IT IS SO ORDERED.

                                                                                      : 00

Initials of Deputy Clerk    CS