```
KIRKLAND & ELLIS LLP                      IRELL & MANELLA LLP
MARK A. PALS, P.C. (pro hac vice)         David I. Gindler (117824)
mpals@kirkland.com                        dgindler@irell.com
MARCUS E. SERNEL (pro hac vice)           Joseph M. Lipner (155735)
msernel@kirkland.com                      jlipner@irell.com
300 North La Salle                        Amir Naini (226627)
Chicago, Illinois 60654                   anaini@irell.com
Telephone:  (312) 862-2000                1800 Avenue of the Stars, Suite 900
Facsimile:  (312) 862-2200                Los Angeles, California 90067-4276
                                          Telephone:  (310) 277-1010
DURIE TANGRI LLP                          Facsimile:  (310) 203-7199
DURALYN J. DURIE (SBN 169825)
ddurie@durietangri.com                    Attorneys for CITY OF HOPE
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
217 Leidesdorff Street
San Francisco, California 94111
Telephone:  (415) 362-6666
Facsimile:  (415) 236-6300

Attorneys for GENENTECH, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>Defendants.<br><br>AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Case No. CV 08-03573 MRP (JEMx)<br><br>**NOTICE OF LODGING OF DOCUMENT FOR *IN CAMERA* REVIEW PURSUANT TO THE COURT'S MAY 17, 2010 ORDER** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2241946

NOTICE OF LODGING OF DOCUMENT PURSUANT TO
THE COURT'S MAY 17, 2010 ORDER
(Case No. Misc. (07-civ-9600 (BSJ) (DCF) S.D.N.Y.))

1   PLEASE TAKE NOTICE that, as required by the Court's order of May 17,
2   2010, defendants Genentech, Inc. ("Genentech") and City of Hope are lodging a
3   document for *in camera* review by the Court.  Genentech and City of Hope are
4   including with the lodged document a translation of the Hebrew handwriting on the
5   document.

6   As explained in Genentech's and City of Hope's Opposition to Plaintiff's *Ex*
7   *Parte* Application To Compel Disclosure of Inappropriately Withheld Information
8   (Docket No. 225), this is the letter by which Dr. Cabilly transmitted a draft patent
9   application to Genentech's attorneys.  Genentech and City of Hope offered to
10  produce this document, subject to an agreement by Centocor Ortho Biotech, Inc.
11  ("Centocor") that its production will not waive any privileges.  Centocor refused,
12  raising a concern that it was seeking to foment privilege waiver arguments.
13  Genentech and City of Hope also proposed that this Court could review the
14  document *in camera* to determine whether it is privileged.

15  With the exception of a single line that could be redacted, the letter actually
16  contains no more information than what would typically appear on a privilege log.
17  Accordingly, if the Court agrees that the document is not privileged (and thus its
18  production does not waive privilege), Genentech and City of Hope propose to
19  produce the entirety of the letter except for line 5, which it would redact as
20  privileged.

21  Dated: May 26, 2010                    IRELL & MANELLA LLP
                                            David I. Gindler
22                                          Joseph M. Lipner
                                            Amir Naini
23

24

25                                          By:     /s/
26                                                Joseph M. Lipner
                                                  Attorneys for City of Hope
27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2241946

NOTICE OF LODGING OF DOCUMENT PURSUANT TO
THE COURT'S MAY 17, 2010 ORDER
(Case No. Misc. (07-civ-9600 (BSJ) (DCF) S.D.N.Y.))