UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:08-cv-03573-MRP-JEMx | Date | June 1, 2010 |
| Title | Centocor Ortho Biotech, Inc. v. Genentech, Inc. et al. | | |

Present: The Honorable    Mariana R. Pfaelzer, Senior U.S. District Judge

|  |  |
|---|---|
| Courtroom Clerk: | Cynthia Salyer |
| Court Reporter: | None |
| Attorneys Present for Plaintiffs: | None. |
| Attorneys Present for Defendants: | None. |

**Proceedings:**     **IN CHAMBERS**

The Court has reviewed the document lodged by Defendants for the Court's *in camera* review associated with Plaintiff's *Ex Parte* Application to Compel Disclosure of Inappropriately Withheld Information.  Docket No. 229.  The Court ORDERS that the document is not subject to attorney-client privilege and must be disclosed to Plaintiffs.  Plaintiff's Application to Compel Disclosure of Inappropriately Withheld Information is GRANTED in part.

IT IS SO ORDERED.

                                                                                                 :     00

                                            Initials of Deputy
                                            Clerk