# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>　　　　Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>　　　　Counter-Plaintiffs,<br><br>　　　　v.<br><br>CENTOCOR ORTHO BIOTECH, INC.<br><br>　　　　Counter-Defendant<br><br>AND<br><br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.<br><br>　　　　Third-Party Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>**DEFENDANT GENENTECH, INC.'S NOTICE OF MOTION AND MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER** |

PLEASE TAKE NOTICE THAT at 11:00 a.m. on July 19, 2010, or as soon thereafter as the matter can be heard, before The Honorable Marianna R. Pfaelzer, in Courtroom 12 or the United States District Court for the Central District of California, Defendant Genentech, Inc. will and hereby does move to amend the Stipulated Protective Order to add the following paragraph:

"26.   Notwithstanding the foregoing, certain Confidential Material produced by Centocor consisting of (1) the Patent License Agreement between Celltech Therapeutics Limited ("Celltech") and Centocor dated March 31, 1998; (2) the Patent License Agreement between UCB Pharma S.A./UCB Celltech and Centocor dated October 1, 2008; (3) correspondence between Centocor and Celltech concerning such agreements; and (4) testimony concerning such agreements Genentech (collectively the "Potential Arbitration Confidential Material") shall be divulged to Williams & Connolly LLP, outside counsel to Genentech, for the purposes of investigating and, if deemed appropriate, noticing and commencing an arbitration proceeding against UCB Celltech and/or its subsidiaries (the "Genentech/Celltech Arbitration").  The Potential Arbitration Confidential Material shall only be disclosed to any other party in conformity with appropriate procedures and orders entered by an arbitration tribunal to protect the confidentiality of the Potential Arbitration Confidential Material.  Within thirty (30) days of the conclusion of the Genentech/Celltech Arbitration, including any

appeal therefrom, Genentech shall inform Centocor of the conclusion of the arbitration and Centocor shall have the option to request the procedure enumerated in ¶ 21 of this Stipulated Protective Order, with Genentech able to take advantage of the exceptions contained therein."

This motion is based on this Notice of Motion and Motion, the attached Joint Stipulation, the pleadings and papers on file in this action, and the oral argument at the hearing on the motion.

Pursuant to Local Rule 37-1, Genentech served a meet-and-confer demand letter on Centocor on June 4, 2010.  In the meet-and-confer conference call that occurred on June 14, Genentech repeated its willingness to ensure that the discovery materials remain confidential.  Centocor again refused to consent to the modification, thus requiring the filing of this Motion.

Dated:  June 28, 2010

                By:  /s/ Marcus E. Sernel
                    Mark A. Pals, P.C.
                    Marcus E. Sernel
                    KIRKLAND & ELLIS LLP
                    300 North LaSalle Street
                    Chicago, IL 60654

                    Daralyn J. Durie
                    Mark Lemley
                    DURIE TANGRI PAGE LEMLEY
                      ROBERTS & KENT LLP
                    332 Pine Street, Suite 200
                    San Francisco, CA  94104

*Attorneys for Genentech, Inc.*