| | |
|---|---|
| Mark A. Pals, P.C. (*pro hac vice*)<br>mpals@kirkland.com<br>Marcus E. Sernel (*pro hac vice*)<br>msernel@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312)862-2000 (o); (312)862-2200 (f) | Daralyn J. Durie (SBN 169825)<br>ddurie@durietangri.com<br>Mark Lemley (SBN 155830)<br>mlemley@durietangri.com<br>DURIE TANGRI PAGE LEMLEY<br>ROBERTS & KENT LLP<br>332 Pine Street, Suite 200<br>San Francisco, CA 94104<br>(415)362-6666 (o); (415)236-6300 (f) |

Attorneys for GENENTECH, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>  Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>  Counter-Plaintiffs<br>  v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>  Counter-Defendant<br>AND<br><br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.,<br><br>  Third-party Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>The Honorable Mariana R. Pfaelzer<br><br><br><br><br><br><br>**NON-CONFIDENTIAL EXHIBITS TO THE DECLARATION OF MARCUS E. SERNEL IN SUPPORT OF GENENTECH, INC.'S AND CITY OF HOPE'S JOINT STIPULATION REGARDING DEFENDANT GENENTECH INC.'S MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER** |

1   This Declaration and certain Exhibits are filed under seal.  Exhibits A, D-F are not
2   filed under seal.