# EXHIBITS B AND C

# FILED UNDER SEAL