Name & Address:
Marcus E. Sernel
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax.: (312) 862-2200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>PLAINTIFF(S)<br>v.<br>GENENTECH, INC. and CITY OF HOPE<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 08-03573 MRP (JEMx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

(1) Declaration of Marcus E. Sernel in Support of Genentech, Inc.'s and City of Hope's Joint Stipulation Regarding Defendant Genentech, Inc.'s Motion to Amend the Stipulated Protective Order; (2) Application to File Under Seal, (3) Proposed Order Granting Application to File Under Seal

**Document Description:**

☐   Administrative Record

☑   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   Declaration of Marcus E. Sernel in Support of Genentech, Inc.'s and City of Hope's Joint Stipulation Regarding Defendant Genentech, Inc.'s Motion to Amend the Stipulated Protective Order

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required (*reason*):

| | |
|---|---|
| June 29, 2010 | /s/ Marcus E. Sernel |
| Date | Attorney Name |
| | Defendant GENENTECH, INC. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   **NOTICE OF MANUAL FILING**