Name & Address:
Marcus E. Sernel
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax.: (312) 862-2200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CENTOCOR ORTHO BIOTECH, INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 08-03573 MRP (JEMx) |
| v. | |
| GENENTECH, INC. and CITY OF HOPE | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

(1) Suppl. Memo in Support of Genentech's Motion to Amend the Protective Order; (2) Decl. of Marcus E. Sernel in Support of Genentech's Suppl. Memo in Support of Motion to Amend Protective Order; (3) Application to File Under Seal, (4) Proposed Order Granting Application to File Under Seal

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  (1) Suppl. Memo in Support of Genentech's Motion to Amend the Protective Order; (2) Decl. of Marcus E. Sernel in Support of Genentech's Motion to Amend Protective Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| July 2, 2010 | /s/ Marcus E. Sernel |
|---|---|
| Date | Attorney Name |
| | Defendant GENENTECH, INC. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                           **NOTICE OF MANUAL FILING**