Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI PAGE LEMLEY
ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for GENENTECH, INC.

FILED 2010 JUL -2 PM 2:05 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

Lodged Prop. Order

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Counter-Plaintiffs <br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., <br><br> Counter-Defendant <br> AND <br><br> GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC., <br><br> Third-party Defendants. | Case No. CV 08-03573 MRP (CTx) <br><br> The Honorable Mariana R. Pfaelzer <br><br><br><br><br><br><br><br><br><br><br> **APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF GENENTECH, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF GENENTECH'S MOTION TO AMEND PROTECTIVE ORDER** <br><br><br> Date:  July 19, 2010 <br> Time:  11:00 am <br> Place:  Courtroom 12 |

[ORIGINAL]

PLEASE TAKE NOTICE that Pursuant to Local Rule 79-5.1, Defendant/Counter-Plaintiff Genentech, Inc. ("Genentech") seeks leave to file the following documents under seal:

1. Genentech, Inc.'s Supplemental Memorandum in Support of Genentech's Motion to Amend Protective Order.

2. Correspondence between Alex Goranin, Esq., counsel for Centocor and Marc E. Sernel, Esq., counsel for Genentech.

3. A May 20, 2010 letter from Hannah S. Williams, Esq., of Genentech to Dr. Phillip Ansell of Celltech.

4. A June 17, 2010 letter from Hannah S. Williams, Esq., of Genentech to Mr. Allen Norris of Celltech.

The documents sought to be filed under seal relate to license agreements and correspondence between Genentech and Celltech. The documents contain confidential business information and many are subject to confidentiality provisions. The exhibits identified above have been designated by each party as highly confidential, and were exchanged on an "outside attorneys' eyes only" basis.

Therefore, Genentech seeks a Court order to seal these documents. Genentech believes in good faith that Centocor *et al.* will not oppose this application because the material includes confidential business information of Centocor *et al.*

For the foregoing reasons, Genentech respectfully requests that the Court grant this Application and order that the: (1) Genentech, Inc.'s Supplemental Memorandum in Support of Genentech's Motion to Amend Protective Order; (2) Declaration of Marcus E. Sernel in Support of Genentech, Inc.'s Supplemental Memorandum in Support of Genentech's Motion to Amend Protective Order and exhibits A-C be filed under seal.

Genentech is also filing, concurrently with this Application, a proposed order sealing the above-referenced documents.

| | | |
|---|---|---|
| 1 | Dated: July 2, 2010 | /s/ Marcus E. Sernel |

Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI PAGE LEMLEY
ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

*Attorneys for Defendant/Counter-Plaintiff Genentech, Inc.*

APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF GENENTECH'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF GENENTECH'S MOTION TO AMEND PROTECTIVE ORDER

# PROOF OF SERVICE

I, Shira J. Kapplin, am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action. My business address is 300 N. LaSalle Street, Chicago, Illinois 60654.

On July 2, 2010 I served a true copy of the following documents described as: **APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF GENENTECH, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF GENENTECH'S MOTION TO AMEND PROTECTIVE ORDER** on the interested parties in this action as follows:

☒ **By E-Mail:** I caused to have delivered such documents to the addressees as set forth below:

bchapman@cblh.com
kfraser@cblh.com

coh.centocor.team@irell.com
ddurie@durietangri.com

delderkin@akingump.com
bmullin@akingump.com
smaslowski@akingump.com
averrechio@akingump.com
mpearson@akingump.com

Executed July 2, 2010 in Chicago, Illinois.

Shira J. Kapplin
Print Name

/s/ Shira J. Kapplin
Signature