LODGED

1   Mark A. Pals, P.C. (*pro hac vice*)          Daralyn J. Durie (SBN 169825)
    mpals@kirkland.com                           ddurie@durietangri.com
2   Marcus E. Sernel (*pro hac vice*)            Mark Lemley (SBN 155830)
    msernel@kirkland.com                         mlemley@durietangri.com
3   KIRKLAND & ELLIS LLP                         DURIE TANGRI PAGE LEMLEY
    300 North LaSalle                            ROBERTS & KENT LLP
4   Chicago, IL 60654                            332 Pine Street, Suite 200
    (312)862-2000 (o); (312)862-2200 (f)         San Francisco, CA  94104
5                                                (415)362-6666 (o); (415)236-6300 (f)

6   Attorneys for GENENTECH, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12  CENTOCOR ORTHO BIOTECH, INC.,     )   Case No. CV 08-03573 MRP (CTx)
                                      )
13            Plaintiff,              )   The Honorable Mariana R. Pfaelzer
                                      )
14       v.                           )
                                      )
15  GENENTECH, INC. and CITY OF HOPE, )
                                      )
16            Defendants.             )
                                      )
17  GENENTECH, INC. and CITY OF HOPE, )   [PROPOSED] ORDER
                                      )   GRANTING GENENTECH,
18            Counter-Plaintiffs      )   INC.'S APPLICATION TO FILE
         v.                           )   DOCUMENTS UNDER SEAL
19                                    )
    CENTOCOR ORTHO BIOTECH, INC.,     )
20                                    )
              Counter-Defendant       )
21  AND                               )
                                      )   Date:    July 19, 2010
22  GLOBAL PHARMACEUTICAL             )   Time:    11:00 am
    SUPPLY GROUP, LLC, CENTOCOR       )   Place:   Courtroom 12
23  BIOLOGICS, LLC, AND JOM           )
    PHARMACEUTICAL SERVICES, INC.,    )
24                                    )
              Third-party Defendants. )
25                                    )

26

27                                                    ORIGINAL

28

─────────────────────────────────────────────────────────────
    [PROPOSED] ORDER GRANTING GENENTECH, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

1    Having considered Genentech Inc.'s Application to File Under Seal and all papers
2  submitted therewith, the Court finds that good cause exists under Local Rule 79-5.1 for
3  the requested relief and hereby orders that the Motion is GRANTED.

4    IT IS THEREFORE ORDERED THAT:

5    1. Genentech, Inc.'s Supplemental Memorandum in Support of Genentech's
6  Motion to Amend Protective Order be filed under seal.

7    2. Declaration of Marcus E. Sernel in Support of Genentech, Inc.'s Supplemental
8  Memorandum in Support of Genentech's Motion to Amend Protective Order and exhibits
9  A-C be filed under seal.

10    3. No persons other than the Court and counsel of record are authorized to inspect
11  the above-listed records filed under seal.

12
13    IT IS SO ORDERED

14
15  Dated: *July 6, 2010*          *Mariana R. Pfaelzer*
16                                Hon. Mariana R. Pfaelzer
                                  United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING GENENTECH, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

## PROOF OF SERVICE

1

2      I, Shira J. Kapplin, am employed in the County of Cook, State of Illinois.  I am

3   over the age of 18 and not a party to the within action.  My business address is 300 N.

4   LaSalle Street, Chicago, Illinois  60654.

5

6      On July 2, 2010 I served a true copy of the following documents described as:
    **[PROPOSED] ORDER GRANTING GENENTECH, INC.'S APPLICATION TO**
7                      **FILE DOCUMENTS UNDER SEAL**

8   on the interested parties in this action as follows:

9

10   ☒   **By E-Mail:**  I caused to have delivered such documents to the addressees as set
         forth below:

11

12      bchapman@cblh.com              delderkin@akingump.com
        kfraser@cblh.com               bmullin@akingump.com
13                                      smaslowski@akingump.com
14      coh.centocor.team@irell.com    averrechio@akingump.com
        ddurie@durietangri.com         mpearson@akingump.com
15

16

17      Executed July 2, 2010 in Chicago, Illinois.

18

19   Shira J. Kapplin                   /s/ Shira J. Kapplin
20   Print Name                         Signature

21

22

23

24

25

26

27

28