Name & Address:
Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415.362.6666 (T); 415.236.6300 (F)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Centocor Ortho Biotech, Inc.<br><br>PLAINTIFF(S)<br>v.<br>Genentech, Inc. and City of Hope<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV-08-03573 MRP (JEMx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
SEE LIST OF ATTACHED DOCUMENTS

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
  These documents contain confidential information of the parties and should be placed under seal.

July 12, 2010                          /s/ Daralyn J. Durie
Date                                   Attorney Name
                                       Defendants
                                       Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                           NOTICE OF MANUAL FILING