# NOTICE OF MANUAL FILING

(Attachment)

**List of Documents:**

1. Application to File Under Seal Documents in Support of Defendants Genentech., Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall;

2. [Proposed] Order to File Under Seal;

3. Memorandum of Points and Authorities in Support of Defendants Genentech, Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall; and

4. Declaration of Daralyn J. Durie in Support of Defendant Genentech, Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall and exhibits A, B, and C thereto.