1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   MARK A. LEMLEY (SBN 155830)
3  mlemley@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone: 415-362-6666
5  Facsimile: 415-236-6300

6  KIRKLAND & ELLIS LLP
   MARK A. PALS, P.C. (*pro hac vice*)
7  mpals@kirkland.com
   MARCUS E. SERNEL (*pro hac vice*)
8  msernel@kirkland.com
   300 North LaSalle Street
9  Chicago, IL 60654
   Telephone: 312-862-2000
10 Facsimile: 312-862-2200

11 Attorneys for Defendant GENENTECH, INC.

12 IRELL & MANELLA, LLP
   DAVID I. GINDLER (SBN 117824)
13 dgindler@irell.com
   JOSEPH M. LIPNER (SBN 155735)
14 jlipner@irell.com
   1800 Avenue of the Stars
15 Los Angeles, CA 90067
   Telephone: 310-277-1010
16 Facsimile: 310-203-7199

17 Attorneys for Defendant CITY OF HOPE

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20                     WESTERN DIVISION

| | |
|---|---|
| 21  CENTOCOR, INC., | Case No. 2:08-cv-03573-MRP-CT |
| 22      Plaintiff and Counter-Defendant, | **DEFENDANTS GENENTECH, INC. AND CITY OF HOPE'S NOTICE OF MOTION AND MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL** |
| 23      v. | |
| 24  GENENTECH, INC. AND CITY OF HOPE NATIONAL MEDICAL CENTER, | Date:  August 17, 2010 |
| 25 | Time:  11:00 a.m. |
| 26      Defendants and Counter-Plaintiffs. | Ctrm:  12 |
| | Judge:  Honorable Mariana R. Pfaelzer |

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEFENDANTS' NOTICE OF MOTION AND MOTION
## TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL

PLEASE TAKE NOTICE THAT at 11:00 a.m. on August 17, 2010, or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, in Courtroom 12 of the United States District Court for the Central District of California, Defendants Genentech, Inc. and City of Hope will and hereby do move to preclude or strike the testimony of Plaintiff's expert Thomas Randolph Wall, Ph.D., in this matter.

This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the supporting Declaration of Daralyn J. Durie, the pleadings and papers on file in this action, and the oral argument at the hearing on the motion.

Dated:  July 12, 2010

Respectfully submitted

DURIE TANGRI LLP


By:  _____*/s/ Daralyn J. Durie*_____
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
217 Leisdesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIRKLAND & ELLIS LLP
MARK A. PALS, P.C. (*pro hac vice*)
mpals@kirkland.com
MARCUS E. SERNEL (*pro hac vice*)
msernel@kirkland.com
300 North LaSalle Street
Chicago, IL  60654
Telephone:    312-862-2000
Facsimile:    312-862-2200

Attorneys for Defendant and Counter-Plaintiff
GENENTECH, INC.

IRELL & MANELLA, LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars
Los Angeles, CA  90067
Telephone:  310-277-1010
Facsimile: 310-203-7199

Attorneys for Defendant and Counter-Plaintiff
CITY OF HOPE

2

1
2

## CERTIFICATE OF SERVICE

3    I certify that all counsel of record are being served on July 12, 2010 with a
4  copy of this document via the Court's CM/ECF system.

5    Bruce G. Chapman, Esq.          bchapman@cblh.com
6    Keith D. Fraser, Esq.           kfraser@clbh.com
7    Dianne B. Elderkin, Esq.        delderkin@akingump.com
8    Barbara L. Mullin, Esq.         bmullin@akingump.com
9    Steven D. Maslowski, Esq.       smaslowski@akingump.com
10   Angela Verrecchio, Esq.         averrecchio@akingump.com
11   Matthew A. Pearson, Esq.        mpearson@akingump.com
12   Rubén H. Muñoz, Esq.            rmunoz@akingump.com                `

13   I declare under penalty of perjury under the laws of the United States of
14  America that the foregoing is true and correct.  Executed on July 12, 2010, at San
15  Francisco, California.

16
17
18                              _____/s/ Margaret Ann Franz_____
                                      Margaret Ann Franz
19
20
21
22
23
24
25
26
27
28

3