DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

KIRKLAND & ELLIS LLP
MARK A. PALS, P.C. (*pro hac vice*)
mpals@kirkland.com
MARCUS E. SERNEL (*pro hac vice*)
msernel@kirkland.com
300 North La Salle
Chicago, IL 60654
(312)862-2000(o); (312)862-2200(f)

Attorneys for Defendant GENENTECH, INC.

IRELL & MANELLA, LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010(o); (310)203-7199(f)

Attorneys for Defendant CITY OF HOPE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br>    Counter-Defendant, <br><br> v. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br>    Counter-Plaintiffs. | Case No. CV 08-03573 MRP (JEMx) <br><br> **[PROPOSED] ORDER TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL** <br><br> Date:    August 17, 2010 <br> Time:   11:00 a.m. <br> Judge:  Hon. Mariana R. Pfaelzer <br> Ctrm:   12 |

1  Having considered Defendants Genentech, Inc. and City of Hope's Motion to
2  preclude or Strike the Testimony of Dr. Wall, any opposition there to, and the arguments
3  of the parties for and against the Motion, and good cause showing:
4  IT IS HEREBY ORDERED THAT:
5  1. Defendants Genentech, Inc. and City of Hope's Motion to Preclude or Strike
6  the Testimony of Dr. Wall is GRANTED.
7  **IT IS SO ORDERED.**
8  Dated: _____
9  _____
   Honorable Mariana R. Pfaelzer
   United States District Judge
10
11 Prepared and submitted by:
12
13
14 By: */s/ Daralyn J. Durie*
15 Daralyn J. Durie
   Mark Lemley
16 DURIE TANGRI LLP
   217 Leidesdorff Street
17 San Francisco, CA 94111

18 Attorneys for Defendant
   GENENTECH, INC.
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on July 12, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Bruce G. Chapman, Esq. | bchapman@cblh.com |
| Keith D. Fraser, Esq. | kfraser@clbh.com |
| Dianne B. Elderkin, Esq. | delderkin@akingump.com |
| Barbara L. Mullin, Esq. | bmullin@akingump.com |
| Steven D. Maslowski, Esq. | smaslowski@akingump.com |
| Angela Verrecchio, Esq. | averrecchio@akingump.com |
| Matthew A. Pearson, Esq. | mpearson@akingump.com |
| Rubén H. Muñoz, Esq. | rmunoz@akingump.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2010, at San Francisco, California.

/s/ *Margaret Ann Franz*
Margaret Ann Franz