| | |
|---|---|
| Name & Address:<br>Keith D. Fraser (SBN#216279)  T: (213) 787-2500<br>kfraser@cblh.com            F: (213) 687-0498<br>Connolly Bove Lodge & Hutz LLP<br>333 S. Grand Avenue, Suite 2300<br>Los Angeles, CA 90071<br>Attorneys for Plaintiffs & Third-Party Defendants | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>PLAINTIFF(S)<br>v.<br>GENENTECH, INC. and CITY OF HOPE,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 08-3573 MRP (JEMx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

SEE ATTACHED LIST OF DOCUMENTS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
These documents disclose confidential informatin of the parties and should be placed under seal.

| | |
|---|---|
| July 12, 2010<br>Date | /s/ Keith D. Fraser<br>Attorney Name<br><br>Plaintiff and Third-Party Defendants<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

## NOTICE OF MANUAL FILING
(Attachment)

List of Documents:

(1)  Applications to File Under Seal Documents in Support of Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment Re:

   1.  No Willful Infringement;
   2.  No Infringement of Claim 33;
   3.  Invalidity of Claim 33 for Failure to Comply with 35 USC § 112;
   4.  Of Anticipation;
   5.  That Claim 33 is Invalid for Failure to Disclose Best Mode; and
   6.  Motion for Construction of Claim Term "Immunoglobulin";

(2)  [Proposed] Order to File Under Seal;

(3)  Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of No Willful Infringement (Motion 1);

(4)  Statement of Undisputed Facts and Conclusions of Law in Support of Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of No Willful Infringement (Motion 1);

(5)  Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Construction of Claim Term "Immunoglobulin" (Motion 2);

(6)  Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of No Infringement of Claim 33 (Motion 3);

(7)  Statement of Undisputed Facts and Conclusions of Law in Support of Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of No Infringement of Claim 33 (Motion 3);

(8)  Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply 35 USC 112 (Motion 4);

(9)  Statement of Undisputed Facts and Conclusions of Law in Support of Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply 35 USC 112 (Motion 4);

(10) Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of Anticipation (Motion 5);

(11) Statement of Undisputed Facts and Conclusions of Law in Support of Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of Anticipation (Motion 5);

(12) Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment that Claim 33 is Invalid for Failure to Disclose the Best Mode (Motion 6);

(13) Statement of Undisputed Facts and Conclusions of Law in Support of Memorandum in Support of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment that Claim 33 is Invalid for Failure to Disclose the Best Mode (Motion 6); and

(14) Declaration of Matthew A. Pearson In Support Of Plaintiff's Motions For Summary Judgments and Confidential Exhibits 16 -19, 22-25, 27-28, 32, 34, 35-36, and 39:

    1. No Willful Infringement;
    2. No Infringement of Claim 33;
    3. Invalidity of Claim 33 for Failure to Comply with 35 USC § 112;
    4. Of Anticipation;
    5. That Claim 33 is Invalid for Failure to Disclose Best Mode; and
    6. Motion for Construction of Claim Term "Immunoglobulin".