1  Bruce G. Chapman  (SBN 164258)
   bchapman@cblh.com
2  Keith D. Fraser (SBN 216279)
   kfraser@cblh.com
3  **CONNOLLY BOVE LODGE & HUTZ LLP**
   333 S. Grand Avenue, Suite 2300
4  Los Angeles, CA  90071
   Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498
5
   Dianne B. Elderkin (*pro hac vice*)
6  delderkin@akingump.com
   Barbara L. Mullin (*pro hac vice*)
7  bmullin@akingump.com
   Steven D. Maslowski (*pro hac vice*)
8  smaslowski@akingump.com
   Angela Verrecchio (*pro hac vice*)
9  averrecchio@akingump.com
   Matthew A. Pearson (*pro hac vice*)
10 mpearson@akingump.com
   Rubén H. Muñoz (*pro hac vice*)
11 rmunoz@akingump.com
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
12 Two Commerce Square, Suite 4100
   2001 Market Street
13 Philadelphia, PA 19103
   Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210
14
   Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO
15 BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL
   SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM
16 PHARMACEUTICAL SERVICES, INC.

17                    **UNITED STATES DISTRICT COURT**

18          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

19

20 | CENTOCOR ORTHO BIOTECH, INC. , | Case No. CV 08-03573 MRP (JEMx) |
   |---|---|

21 |                                | The Honorable Mariana R. Pfaelzer |

22 |               Plaintiff,        |  |
   |          v.                     | **[PROPOSED] ORDER GRANTING CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT (MOTION NO. 1)** |

23 | GENENTECH, INC. and CITY OF HOPE, |  |

24 |               Defendants.        |  |

25 | _____ |  |

26 | AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | Date:    August 17, 2010 |
   |  | Time:    To Be Set |

27

28

1    The Court, having considered Plaintiff Centocor Ortho Biotech, Inc. ("Centocor")

2    and its Counter-Defendant Affiliates' Motion for Summary Judgment of No Willful

3    Infringement,

4         IT IS HEREBY ORDERED THAT:

5    Centocor Ortho Biotech, Inc. and its counter-defendant affiliates (Global Supply

6    Group, LLC, Centocor Biologics, LLC, and JOM Pharmaceutical Services, Inc.) have

7    not willfully infringed the asserted claims of U.S. Patent No. 6,331,415.

8

9    Dated: _____         _____

                                    Honorable Mariana R. Pfaelzer
10                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT