Bruce G. Chapman  (SBN 164258)
bchapman@cblh.com
Keith D. Fraser (SBN 216279)
kfraser@cblh.com
**CONNOLLY BOVE LODGE & HUTZ LLP**
333 S. Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498

Dianne B. Elderkin (*pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (*pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (*pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (*pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (*pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (*pro hac vice*)
rmunoz@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br>    Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br>    Defendants. <br> _____ <br><br> AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | Case No. CV 08-03573 MRP (JEMx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **NOTICE OF MOTION AND MOTION OF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' FOR CONSTRUCTION OF CLAIM TERM "IMMUNOGLOBULIN" (MOTION NO. 2)** <br><br> Date:   To Be Set <br> Time:   To Be Set <br> Place:  Ctrm. 12 |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CONSTRUCTION OF CLAIM TERM

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that at a date and time to be determined, in Courtroom
3  12 of this Court located at 312 North Spring Street, Los Angeles, California 90012,
4  plaintiff for Plaintiff and Counter-Defendant Centocor Ortho Biotech, Inc. and Third-
5  Party Defendants Global Pharmaceutical Supply Group, LLC, Centocor Biologics, LLC
6  and JOM Pharmaceutical Services, Inc. will and hereby moves this Court for an Order
7  Construing the Claim Term "Immunoglobulin."

9  DATED: July 12, 2010.                    CONNOLLY BOVE LODGE & HUTZ LLP

11                                          By:      */s/ Keith D. Fraser*
                                                    Keith D. Fraser

                                            Attorneys for Plaintiff and Counter-Defendant
                                            CENTOCOR ORTHO BIOTECH, INC. and
                                            Third-Party Defendants GLOBAL
                                            PHARMACEUTICAL SUPPLY GROUP,
                                            LLC, CENTOCOR BIOLOGICS, LLC and
                                            JOM PHARMACEUTICAL SERVICES,
                                            INC.