Bruce G. Chapman  (SBN 164258)
bchapman@cblh.com
Keith D. Fraser (SBN 216279)
kfraser@cblh.com
**CONNOLLY BOVE LODGE & HUTZ LLP**
333 S. Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498

Dianne B. Elderkin (*pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (*pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (*pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (*pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (*pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (*pro hac vice*)
rmunoz@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. , <br><br> Plaintiff, <br> v. <br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. <br> _____ <br> AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | Case No. CV 08-03573 MRP (JEMx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **[PROPOSED] ORDER GRANTING CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT OF CLAIM 33 (MOTION NO. 3)** <br><br> Date:    August 17, 2010 <br> Time:   To Be Set |

The Court, having considered Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Counter-Defendant Affiliates' Motion for Summary Judgment of No Infringement of Claim 33

IT IS HEREBY ORDERED THAT:

The accused processes of Centocor Ortho Biotech, Inc. and its counter-defendant affiliates (Global Supply Group, LLC, Centocor Biologics, LLC, and JOM Pharmaceutical Services, Inc.) have not infringed and do not infringe Claim 33 of U.S. Patent No. 6,331,415.

Dated: _____

_____
Honorable Mariana R. Pfaelzer
United States District Judge