1  Bruce G. Chapman  (SBN 164258)
   bchapman@cblh.com
2  Keith D. Fraser (SBN 216279)
   kfraser@cblh.com
3  **CONNOLLY BOVE LODGE & HUTZ LLP**
   333 S. Grand Avenue, Suite 2300
4  Los Angeles, CA  90071
   Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498
5
   Dianne B. Elderkin (*pro hac vice*)
6  delderkin@akingump.com
   Barbara L. Mullin (*pro hac vice*)
7  bmullin@akingump.com
   Steven D. Maslowski (*pro hac vice*)
8  smaslowski@akingump.com
   Angela Verrecchio (*pro hac vice*)
9  averrecchio@akingump.com
   Matthew A. Pearson (*pro hac vice*)
10 mpearson@akingump.com
   Rubén H. Muñoz (*pro hac vice*)
11 rmunoz@akingump.com
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
12 Two Commerce Square, Suite 4100
   2001 Market Street
13 Philadelphia, PA 19103
   Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210
14
15 Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO
   BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL
   SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM
16 PHARMACEUTICAL SERVICES, INC.

17                       **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

19

| CENTOCOR ORTHO BIOTECH, INC. ,<br><br>          Plaintiff,<br><br>     v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>          Defendants.<br>_____<br><br>AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | Case No. CV 08-03573 MRP (JEMx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>**NOTICE OF MOTION AND MOTION OF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 33 FOR FAILURE TO COMPLY WITH 35 U.S.C. § 112 (MOTION NO. 4)**<br><br>Date:    August 17, 2010<br>Time:    To Be Set<br>Place:   Ctrm. 12 |
|---|---|

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that at a date and time to be determined, in Courtroom
3  12 of this Court located at 312 North Spring Street, Los Angeles, California 90012,
4  plaintiff for Plaintiff and Counter-Defendant Centocor Ortho Biotech, Inc. and Third-
5  Party Defendants Global Pharmaceutical Supply Group, LLC, Centocor Biologics, LLC
6  and JOM Pharmaceutical Services, Inc. will and hereby moves this Court for an Order
7  of Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 U.S.C.
8  § 112.

10  DATED: July 12, 2010.      CONNOLLY BOVE LODGE & HUTZ LLP

12      By:    /s/ Keith D. Fraser
                    Keith D. Fraser

    Attorneys for Plaintiff and Counter-Defendant
    CENTOCOR ORTHO BIOTECH, INC. and
    Third-Party Defendants GLOBAL
    PHARMACEUTICAL SUPPLY GROUP,
    LLC, CENTOCOR BIOLOGICS, LLC and
    JOM PHARMACEUTICAL SERVICES,
    INC.