Bruce G. Chapman (SBN 164258)
bchapman@cblh.com
Keith D. Fraser (SBN 216279)
kfraser@cblh.com
**CONNOLLY BOVE LODGE & HUTZ LLP**
333 S. Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498

Dianne B. Elderkin (*pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (*pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (*pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (*pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (*pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (*pro hac vice*)
rmunoz@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br>          Defendants. <br> _____ <br><br> AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | Case No. CV 08-03573 MRP (JEMx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **NOTICE OF MOTION AND MOTION OF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' FOR SUMMARY JUDGMENT OF ANTICIPATION (MOTION NO. 5)** <br><br> Date:  August 17, 2010 <br> Time:  To Be Set <br> Place:  Ctrm. 12 |

1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that at a date and time to be determined, in Courtroom
3 | 12 of this Court located at 312 North Spring Street, Los Angeles, California 90012,
4 | plaintiff for Plaintiff and Counter-Defendant Centocor Ortho Biotech, Inc. and Third-
5 | Party Defendants Global Pharmaceutical Supply Group, LLC, Centocor Biologics, LLC
6 | and JOM Pharmaceutical Services, Inc. will and hereby moves this Court for an Order
7 | of Summary Judgment of Anticipation.

8 |

9 | DATED: July 12, 2010.     CONNOLLY BOVE LODGE & HUTZ LLP

11 | By:  */s/ Keith D. Fraser*
      Keith D. Fraser

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.