| | |
|---|---|
| 1 | Bruce G. Chapman  (SBN 164258) |
|   | bchapman@cblh.com |
| 2 | Keith D. Fraser (SBN 216279) |
|   | kfraser@cblh.com |
| 3 | **CONNOLLY BOVE LODGE & HUTZ LLP** |
|   | 333 S. Grand Avenue, Suite 2300 |
| 4 | Los Angeles, CA  90071 |
|   | Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498 |
| 5 | |
|   | Dianne B. Elderkin (*pro hac vice*) |
| 6 | delderkin@akingump.com |
|   | Barbara L. Mullin (*pro hac vice*) |
| 7 | bmullin@akingump.com |
|   | Steven D. Maslowski (*pro hac vice*) |
| 8 | smaslowski@akingump.com |
|   | Angela Verrecchio (*pro hac vice*) |
| 9 | averrecchio@akingump.com |
|   | Matthew A. Pearson (*pro hac vice*) |
| 10 | mpearson@akingump.com |
|   | Rubén H. Muñoz (*pro hac vice*) |
| 11 | rmunoz@akingump.com |
|   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 12 | Two Commerce Square, Suite 4100 |
|   | 2001 Market Street |
| 13 | Philadelphia, PA 19103 |
|   | Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210 |
| 14 | |
| 15 | Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. , | Case No. CV 08-03573 MRP (JEMx) |
|   | The Honorable Mariana R. Pfaelzer |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION (MOTION NO. 5)** |
| GENENTECH, INC. and CITY OF HOPE, | |
| Defendants. | |
| _____ | |
| AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | Date:    August 17, 2010 |
|   | Time:    To Be Set |

[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT

1  The Court, having considered Plaintiff Centocor Ortho Biotech, Inc. ("Centocor")
2  and its Counter-Defendant Affiliates' Motion for Summary Judgment of Anticipation
3  (Motion No. 5)
4      IT IS HEREBY ORDERED THAT:
5    Claims 18, 20, and 33 of U.S. Patent No. 6,331,415 are invalid for anticipation in
6  view of U.S. Patent No. 4,399,216 (Axel).

Dated: _____

Honorable Mariana R. Pfaelzer
United States District Judge