1  Bruce G. Chapman (SB # 164258)
   bchapman@cblh.com
2  Keith D. Fraser (SB # 216279)
   kfraser@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
   333 S. Grand Ave., Suite 2300
4  Los Angeles, California  90071
   Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498
5
   Dianne B. Elderkin (admitted *pro hac vice*)
6  delderkin@akingump.com
   Barbara L. Mullin (admitted *pro hac vice*)
7  bmullin@akingump.com
   Steven D. Maslowski (admitted *pro hac vice*)
8  smaslowski@akingump.com
   Angela Verrecchio (admitted *pro hac vice*)
9  averrecchio@akingump.com
   Matthew A. Pearson (admitted *pro hac vice)*
10 mpearson@akingump.com
   Rubén H. Muñoz (*pro hac vice*)
11 rmunoz@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
12 Two Commerce Square, Suite 4100
   2001 Market Street
13 Philadelphia, Pennsylvania 19103-7013
   Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210
14
   Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
15 and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
16 SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>　　　　　Defendants.<br><br>_____<br><br>AND RELATED COUNTER AND THIRD-PARTY ACTIONS.<br>_____ | Case No.  CV 08-03573 MRP (CTx)<br><br>**NON-CONFIDENTIAL EXHIBITS 1-15, 20-21, 26, 29-31, 33, 37-38, 40-46 TO DECLARATION OF MATTHEW A. PEARSON IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT RE:**<br>**(1)　NO WILLFUL INFRINGEMENT;**<br>**(2)　NO INFRINGEMENT OF CLAIM 35;**<br>**(3)　INVALIDITY OF CLAIM 33 FOR FAILURE TO COMPLY WITH 35 USC § 112;**<br>**(4)　FOR ANTICIPATION;**<br>**(5)　THAT CLAIM 33 IS INVALID FOR FAILURE TO DISCLOSE BEST MODE; AND**<br>**(6)　MOTION FOR CONSTRUCTION OF CLAIM TERM** |

**"IMMUNOGLOBULIN"**

Date: August 17, 2010
Time: To Be Set
Place: Ctrm. 12 of the Hon. Marianna R. Pfaelzer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CENTOCOR'S CONFIDENTIAL EXHIBITS IN
SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT