# EXHIBIT 12

EXHIBIT 12 - PAGE 000445

CONTROL NOS. 90/007,542 AND 90/007,859     ATTORNEY DOCKET NOS. 22338-10230 AND -10231

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Control Nos.: | **90/ 007,542**<br>**90/ 007,859** | Group Art Unit: | 3991 |
| Confirmation Nos.: | 7585 ('542)<br>6447 ('859) | Examiner: | P. Ponnaluri |
| Filed: | 13 May 2005    ('542)<br>23 December 2005    ('859) | | |
| Patent Owner: | Genentech, Inc. and<br>City of Hope | | |
| For: | Merged Reexaminations of U.S. Patent No. 6,331,415 (Cabilly *et al.*) | | |

Mail Stop **Ex Parte Reexam**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## NOTICE OF APPEAL UNDER 37 C.F.R. § 41.31(a)

Sir:

  Owners hereby appeal to the Board of Patent Appeals and Interferences from the decision of the Primary Examiner mailed 25 February 2008 finally rejecting claims 1-36.

  This notice is timely.  Most recently, in the advisory action mailed 19 July 2008, the period for response was extended to run to 6 months from the date of the final Office action (*i.e.*, to 25 August 2008).  *See also* decision on petition mailed 7 July 2008 (extension to 28 July 2008); decision on petition mailed 19 March 2008 (extension to 6 June 2008; further extended per the Office's standing policy, M.P.E.P. § 2265, to 7 July 2008 (the first business day following Sunday 6 July) when Owners filed a timely first reply); final Office action mailed 25 February 2008 (setting initial two-month period for response).

  Owners request that the Director charge the appeal fee of **$510** (§ 41.20(b)(1)), as well as any other fees required to render this notice timely or proper, to our **Deposit Account no. 18-1260**.

CONTROL NOS. 90/007,542 AND 90/007,859          ATTORNEY DOCKET NOS. 22338-10230 AND -10231

        Respectfully submitted,

        /David L. Fitzgerald/

        David L. Fitzgerald, Reg. No. 47,347
        Attorney of Record

22 August 2008

SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005

tel. (202) 736-8818
fax (202) 736-8711

CONTROL NOS. 90/007,542 AND 90/007,859         ATTORNEY DOCKET NOS. 22338-10230 AND -10231

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of this paper are being served by first class mail delivery on the date shown below to each of the following:

    Lisa V. Mueller, Wood, Phillips, Katz, Clark & Mortimer, 500 West Madison Street, Suite 3800, Chicago, IL  60661.

    Elliot M. Olstein, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, 5 Becker Farm Road, 2nd Floor, Roseland, NJ  07068.

| /David L. Fitzgerald/ | David L. Fitzgerald, Reg. No. 47,347 | 22 August 2008 |
|---|---|---|
| SIGNATURE | PRINTED NAME | DATE |

---