# EXHIBIT 13

EXHIBIT 13 - PAGE 000449

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,542 | 05/13/2005 | 6331415 | 22338-10230 | 7585 |

47554   7590   02/10/2009

SIDLEY AUSTIN LLP
ATTN: DC PATENT DOCKETING
1501 K STREET, NW
WASHINGTON, DC  20005

EXAMINER

ART UNIT | PAPER NUMBER

DATE MAILED: 02/10/2009

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

EXHIBIT 13 - PAGE 000450

GENE-CEN 022344

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

LISA V. MUELLER
WOOD PHILLIPS KATZ CLARK & MORTIMER
3800 WEST MADISON STREET, SUITE 3800
CHICAGO, IL 60661

MAILED

FEB 11 2009

CENTRAL REEXAMINATION UNIT

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. 90/007,542. & 90/007859

PATENT NO. 6331415.

ART UNIT 3991.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

EXHIBIT 13 - PAGE 000451

GENE-CEN 022345

| Ex Parte Reexamination Interview Summary | Control No. 90/007,859 & 90/007542 | Patent Under Reexamination 6331415 |
|---|---|---|
| | Examiner Padmashri Ponnaluri | Art Unit 3991 |

All participants (USPTO personnel, patent owner, patent owner's representative):

(1) *Padmashri Ponnaluri, Deborah Jones*      (3) *Jeffrey Kushan*

(2) *Evelyn Huang, Brenda Brumback*      (4) *Wendy Lee*

Date of Interview: *10 February 2009*

Type: a)☐ Telephonic   b)☐ Video Conference
c)☒ Personal (copy given to: 1)☐ patent owner   2)☒ patent owner's representative)   *faxed to*

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☒ No.
If Yes, brief description: _____

Agreement with respect to the claims f)☒ was reached.   g)☐ was not reached.   h)☐ N/A.
Any other agreement(s) are set forth below under "Description of the general nature of what was agreed to..."

Claim(s) discussed: *1-33*.

Identification of prior art discussed: *prior art of record*.

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*See Continuation Sheet.*

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims patentable, if available, must be attached. Also, where no copy of the amendments that would render the claims patentable is available, a summary thereof must be attached.)

A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION MUST INCLUDE PATENT OWNER'S STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. (See MPEP § 2281). IF A RESPONSE TO THE LAST OFFICE ACTION HAS ALREADY BEEN FILED, THEN PATENT OWNER IS GIVEN **ONE MONTH** FROM THIS INTERVIEW DATE TO PROVIDE THE MANDATORY STATEMENT OF THE SUBSTANCE OF THE INTERVIEW (37 CFR 1.560(b)). THE REQUIREMENT FOR PATENT OWNER'S STATEMENT CAN NOT BE WAIVED. **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

cc: Requester (if third party requester)

U.S. Patent and Trademark Office
PTOL-474 (Rev. 04-01)         *Ex Parte* Reexamination Interview Summary         Paper No. 20090210

EXHIBIT 13 - PAGE 000452

GENE-CEN 022346

Continuation Sheet (PTOL-474)                                                                 Reexam Control No. 90/007,859

Continuation of Description of the general nature of what was agreed to if an agreement was reached, or any other comments:  Discussed the term "immunoglobulin molecule" in claims 1 and 33.
Based on the prosecution history, declarations presented in the present case, and Interference record of the present Cabilly Patent, the "immunoglobulin molecule" is considered to be a immunologically functional immunoglobulin molecule.
Regarding Claim 21, discussed the possibility of amending the claim to include in step d), "so that said immunoglobulin heavy and light chain are produced as separate molecules in said host cell."

| INFORMATION DISCLOSURE STATEMENT | Docket No.     22338-10230, -10231 | Control No:     90/ 007,542 90/ 007,859 |
|---|---|---|
| | Inventor(s):     Cabilly, US 6,331,415 | Examiner:     P. Ponnaluri |
| | Filed:     13 May 2005     ('542) 23 December 2005 ('859) | Art Unit:     3991 |

## OTHER DOCUMENTS

| INITIAL | INDEX | CITATION |
|---|---|---|
| | M1 | Huber R. *Klin. Wochenschr.* 58: 1217-31, 1980. Spatial structure of immunoglobulin molecules. |
| | M2 | Putnam F.W. *Science* 163: 633-43, 1969. Immunoglobulin structure: variability and homology. |

| EXAMINER | DATE CONSIDERED |
|---|---|

Initial if a citation is considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include a copy of this form with the next communication to applicant.

Form PTO-1449 (modified)                                                                                                    SHEET  1  OF  1

EXHIBIT 13 - PAGE 000454

GENE-CEN 022348