# EXHIBIT 15

EXHIBIT 15 - PAGE 000466

US006331415C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (6829th)

# United States Patent
Cabilly et al.

(10) **Number:** US 6,331,415 C1
(45) **Certificate Issued:** May 19, 2009

(54) **METHODS OF PRODUCING IMMUNOGLOBULINS, VECTORS AND TRANSFORMED HOST CELLS FOR USE THEREIN**

(75) Inventors: **Shmuel Cabilly**, Monrovia, CA (US); **Herbert L. Heyneker**, Burlingame, CA (US); **William E. Holmes**, Pacifica, CA (US); **Arthur D. Riggs**, La Verne, CA (US); **Ronald B. Wetzel**, San Francisco, CA (US)

(73) Assignees: **Genentech, Inc.**, South San Francisco, CA (US); **City of Hope**, Duarte, CA (US)

Reexamination Request:
No. 90/007,542, May 13, 2005
No. 90/007,859, Dec. 23, 2005

Reexamination Certificate for:
Patent No.: **6,331,415**
Issued: **Dec. 18, 2001**
Appl. No.: **07/205,419**
Filed: **Jun. 10, 1988**

Certificate of Correction issued Jun. 25, 2002.

**Related U.S. Application Data**

(63) Continuation of application No. 06/483,457, filed on Apr. 8, 1983, now Pat. No. 4,816,567.

(51) Int. Cl.
*C12N 15/13* (2006.01)
*C12N 15/00* (2006.01)
*C12N 15/63* (2006.01)

(52) **U.S. Cl.** ................. **435/69.6**; 435/252.1; 435/252.3; 435/252.33; 435/254.11; 435/254.2; 435/254.21; 435/69.7; 435/70.21; 435/71.2; 435/71.1; 435/70.1; 435/320.1; 435/455; 435/483; 435/485; 435/471; 435/69.1

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,224,404 A | 9/1980 | Viza | |
| 4,348,376 A | 9/1982 | Goldenberg | |
| 4,366,246 A | 12/1982 | Riggs | |
| 4,370,417 A | 1/1983 | Hung | |
| 4,399,216 A | 8/1983 | Axel et al. | |
| 4,419,446 A | 12/1983 | Howley | |
| 4,431,740 A | 2/1984 | Bell | |
| 4,440,859 A | 4/1984 | Rutter | |
| 4,500,637 A | 2/1985 | Neville, Jr. et al. | |
| 4,511,502 A | * 4/1985 | Builder et al. | |
| 4,565,785 A | 1/1986 | Gilbert | |
| 4,599,197 A | 7/1986 | Wetzel | |
| 4,634,665 A | 1/1987 | Axel et al. | |
| 4,642,334 A | 2/1987 | Moore | |
| 4,668,629 A | 5/1987 | Kaplan et al. | |
| 4,713,339 A | 12/1987 | Levinson et al. | |
| 4,766,075 A | 8/1988 | Goeddel et al. | |
| 4,792,447 A | 12/1988 | Uhr et al. | |
| 4,816,567 A | 3/1989 | Cabilly et al. | |
| 4,965,196 A | 10/1990 | Levinson et al. | |
| 5,081,235 A | 1/1992 | Shively et al. | |
| 5,098,833 A | 3/1992 | Lasky et al. | |
| 5,116,964 A | 5/1992 | Capon et al. | |
| 5,137,721 A | 8/1992 | Dallas | |
| 5,179,017 A | 1/1993 | Axel et al. | |
| 5,225,538 A | 7/1993 | Capon et al. | |
| 5,336,603 A | 8/1994 | Capon et al. | |
| 5,420,020 A | 5/1995 | Riggs | |
| 5,428,130 A | 6/1995 | Capon et al. | |
| 5,455,165 A | 10/1995 | Capon et al. | |
| 5,500,362 A | 3/1996 | Robinson et al. | |
| 5,514,582 A | 5/1996 | Capon et al. | |
| 5,561,053 A | 10/1996 | Crowley | |
| 5,583,013 A | 12/1996 | Itakura | |
| 5,585,089 A | 12/1996 | Queen et al. | |
| 5,605,689 A | 2/1997 | Ammann | |
| 5,612,185 A | 3/1997 | Uhr et al. | |
| 5,648,237 A | 7/1997 | Carter | |
| 5,686,072 A | 11/1997 | Uhr et al. | |
| 5,721,108 A | 2/1998 | Robinson et al. | |
| 5,736,137 A | 4/1998 | Anderson et al. | |
| 5,807,715 A | 9/1998 | Morrison et al. | |
| 5,840,545 A | 11/1998 | Moore | |
| 5,846,818 A | 12/1998 | Robinson et al. | |
| 5,877,293 A | 3/1999 | Adair et al. | |
| 5,965,405 A | 10/1999 | Winter | |
| 5,997,867 A | 12/1999 | Waldmann et al. | |
| 6,054,297 A | 4/2000 | Carter et al. | |
| 6,054,561 A | 4/2000 | Ring | |
| 6,120,767 A | 9/2000 | Robinson et al. | |
| 6,204,023 B1 | 3/2001 | Robinson et al. | |
| 6,331,415 B1 | 12/2001 | Cabilly et al. | |
| 6,455,275 B1 | 9/2002 | Axel et al. | |
| 6,548,640 B1 | 4/2003 | Winter | |

FOREIGN PATENT DOCUMENTS

| EP | 0 036 776 | 3/1981 |
|---|---|---|
| EP | 044722 | 1/1982 |
| EP | 0 044 722 | 1/1982 |

(Continued)

OTHER PUBLICATIONS

Harvard Journal of Law & Technology 17(2) (Spring 2004), pp. 583–618.*

Jun. 5, 1995 preliminary amendment in the Moore U.S. Appl. No. 08/461,071.*

Declaration of Dr. Richard Axel, submitted Oct. 5, 1989 in U.S. Appl. No. 08/422,187.*

(Continued)

*Primary Examiner*—Padmashri Ponnaluri

(57) **ABSTRACT**

The invention relates to processes for producing an immunoglobulin or an immunologically functional immunoglobulin fragment containing at least the variable domains of the immunoglobulin heavy and light chains. The processes can use one or more vectors which produce both the heavy and light chains or fragments thereof in a single cell. The invention also relates to the vectors used to produce the immunoglobulin or fragment, and to cells transformed with the vectors.

GENE-CEN 022519

EXHIBIT 15 - PAGE 000467

**US 6,331,415 C1**

Page 2

### FOREIGN PATENT DOCUMENTS

| EP | 060057 | 9/1982 |
|----|--------|--------|
| EP | 0 114 506 | 12/1983 |
| EP | 102634 | 3/1984 |
| EP | 0171496 | 2/1986 |
| EP | 173494 | 3/1986 |
| EP | 177343 | 4/1986 |
| EP | 365997 | 5/1990 |
| EP | 0481790 | 4/1992 |
| WO | 81/02426 | 9/1981 |
| WO | WO 82/03088 | 9/1982 |
| WO | 83/00164 | 1/1983 |
| WO | 87/02671 | 5/1987 |
| WO | 89/00999 | 2/1989 |
| WO | 89/01783 | 3/1989 |
| WO | 92/16553 | 10/1992 |
| WO | 93/07899 | 4/1993 |
| WO | 93/10817 | 6/1993 |
| WO | 93/21319 | 10/1993 |
| WO | 97/30087 | 8/1997 |

### OTHER PUBLICATIONS

Accolla et al., *Proc. Nat'l Acad. Sci. USA* 77:563 (1980).

Rice and Baltimore, *Proc. Nat'l Acad. Sci. USA* 79:7862 (1982).

Deacon et al., Antibody Synthesis in *Xenopus* Oocytes with Messenger Ribonucleic Acid from Immunized Rats, Biochemical Society Transactions. vol. 4, pp. 818–820 (1976).

Ochi et al., Transfer of a cloned immunoglobulin light–chain gene to mutant hybridoma cells restores specific antibody production, Nature, vol. 302, pp. 340342 (1983).

Oi et al., Immunoglobulin gene expression in transformed lymphoid cells, Proc. Natl. Acad. Sci. USA, vol. 80, pp. 825–829 (1983).

Rice et al., Regulated expression for an immunoglobulin κ gene introduced into a mouse lymphoid cell line, Proc. Natl. Acad. Sci. USA, vol. 79, pp. 7862–7865 (1982).

Valle et al., Synthesis and secretion of mouse immunoglobulin chains from *Xenopus* oocytes, Nature, vol. 291, pp. 338–340 (1981).

Valle et al., Anti–ovalbumin monoclonal antibodies interact with their antigen in internal membranes of *Xenopus* oocytes, Nature, vol. 300, pp. 71–74 (1982).

U.S. Appl. No. 07/233,430, Boss et al.

U.S. Appl. No. 07/930,821, Boss et al.

U.S. Appl. No. 08/320,381, Boss et al.

U.S. Appl. No. 08/450,727, Boss et al.

U.S. Appl. No. 08/452,420, Boss et al.

U.S. Appl. No. 08/453,449, Boss et al.

Abbas et al., Cellular and Molecular Immunology, Second Edition pp. 38–39 (1994).

Abstract, Journal of Nuclear Medicine, May 1990, No. 613 (Exhibit 1177, Int. No. 104,532).

Abstract, The Society of Nuclear Medicine 37th Annual Meeting, Washington Convention Center—Washington, D.C., Tuesday, Jun. 19–Friday, Jun. 22, 1990 (Exhibit 1180, Int. No. 104,532).

Abstract, World Federation of Nuclear Medicine & Biology, Abstract submitted Jan. 15, 1990 (Exhibit 1178, Int. No. 104,532).

Achord et al. 1978. Human 0–glucuronidase: in vivo clearance and in vitro uptake by a glycoprotein recognition system on reticuloendothelial cells. Cell 15:269–278.

Alberts et al. Molecular Biology of The Cell, pp. 285 and 375. Garland Publishing, Inc., (1983).

Alberts, B. Molekularbiologie der Zelle, Weinheim: VCH p. 1075 (1987).

Alt et al. "Immunoglobulin heavy–chain expression and class switching in a murine leukaemia cell line," Nature. vol. 298, p. 325–31, (Mar. 25, 1982).

Andrews, D.W. and J.D. Capra. 1980. Clinical Immunology. pp. 1–18, W.B. Sanders.

Arathoon, et al.—Large–Scale Cell Culture in Biotechnology pp. 1390–1395, Science, vol. 232, Jun. 1986 (Exhibit 1157: Int. No. 104,532).

Arthritis & Rheumatism, Abstract Suppl. vol. 39, No. 9, Sep. 1996, p. S244.

Ashford et al. 1993 "Site–specific Glycosylation of Recombinant Rat and Human Soluble CD4 Variants Expressed in Chinese Hamster Ovary Cells", J. Biol. Chem., 268, 3260–3267.

Bagdasarian et al., "Activity of the hybrid trp–lac (tac) promoter of putida. Construction of broad–host–range, controlled–expression vectors" Gen 26 (2–3): 273–282 (Dec. 1983).

Baldwin, R.W. et al. 1990. Monoclonal Antibodies and Immunoconjugates. The Parthenon Publishing Group (UK), p. 209.

Banerji et al., "A Lymphocyte–Specific Cellular Enhancer Is Located Downstream of the Joining Region in Immunoglobulin Heavy Chain Genes," Cell, vol. 33, 729–740 (Jul. 1982).

J. Baselga et al., "Recombinant Humanized Anti–HER2 Antibody (Herceptin™) Enhances the Antitumor Activity of Paclitaxel and Doxorubicin against HER2/neu Overexpressing Human Breast Cancer Xenografts", Cancer Res. (1988) 58: 2825–2831.

Beatty et al., Cancer Research (Suppl). 50:922s–926s (Feb. 1, 1990) (Exhibit 1011; Int. No. 104,532).

Beatty et al., Cancer Research 49:1587–1594 (Mar. 15, 1989) (Exhibit 1010; Int. No. 104,532).

Begent et al., Br. J. Cancer, 62:487 (1990) (Exhibit 1088: Int. No. 104,532).

Benoist, C., et al., "In vivo sequence requirements of the SV40 early promoter region," Nature, 290: 304–310 (1981).

Bergman, Y., et al., "Two regulatory elements for *immunoglobulin kappa* light gene expression," *Proc. Natl. Acad. Sci.*, 81: 7041–45 (1984).

Berman et al., Science, Nov. 4, 1983; 222(4623): 524–7.

Bernier, "Proliferative Disorders of the Immune System," Chapter 21 (pp. 622–643) in Bellanti, *Immunology II* (1978).

Bindon et al. (1985). Therapeutic potential of monoclonal antibodies to the leukocyte–common antigen. Synergy and interference in complement–mediated lysis. Transplantation 40(5):538–44 (Exhibit 2072; Int. No. 104,532).

Blatt, C. and J. Haimovich. 1981. The selective effect of tunicamycin on the secretion of IgM and IgG produced by the same cells. European Journal Of Immunology 11:65–66.

Blair, DG, et al., "Activation of the transforming potential of a normal cell sequence: a molecular model for oncogenesis," Science, 212: 941–43 (1981).

Breathnach, R., et al. "Corrected splicing of a chicken ovalbumin gene transcript in mouse L cells," *Proc. Natl. Acad. Sci.*, 77: 740–44 (1980).

Bruggemann et al. 1987. Comparison of the effector functions of human immunoglobulins using a matched set of chimeric antibodies. Journal of Experimental Medicine 166(5):1351–61 (Exhibit 2079; Int. No. 104,532).

GENE-CEN 022520

EXHIBIT 15 - PAGE 000468

Byrn, et al., Nature 344:667–670 (Apr. 12, 1990) (Exhibit 1055; Int. No. 104,532).

Cabilly, S. and A.D. Riggs. 1985. Immunoglobulin transcripts and molecular history of a hybridoma that produces antibody to carcinoembryonic antigen. Gene 40(1):157–61 (Exhibit 2073; Int. No. 104,532).

Cabilly, Shmuel, "Growth at sub–optimal temperatures allows the production of functional, antigen–binding Fab fragments in Escherichia coli" Gene 85:553–57 (1989).

Cancer Principles & Practice of Oncology, 5th Edition, vol. 1, Chapter 18, pp. 360–372 (Exhibit 1181; Int. No. 104,532).

Carter et al., "High Level Escherichia coli Expression and Production of a Bivalent Humanized Antibody Fragment." Bio/Technology 10(2):153–167 (Feb. 1992).

Chang. E., et al., "Transformation by cloned Harvey sarcoma virus DNA: efficiency increased by long terminal repeat DNA," Science, 210: 1249–51 (1980).

Chang et al., Proc. Natl. Acad. Sci. USA, vol. 84, pp. 5640–5644 (1987) (Exhibit 1107; Int. No. 104,532).

Clynes et al., 2000 "Inhibitory Fc receptors modulate in vivo cytoxicity against tumor antigens" Nature Med 6: 443–446.

Cobbold et al., Bone Marrow Purging and Processing, pp. 139–154 (Jan. 1, 1990) (Exhibit 1027; Int. No. 104,532).

Cobbold, S.P. and H. Waldmann, "Therapeutic potential of monovalent monoclonal antibodies" Nature 308(5958):460–62 (1984) (Exhibit 2068; Int. No. 104,532).

Code of Medical Ethics and Current Opinions, excerpts from pp. 339–379 (Exhibit 2269; Int. No. 104,532).

Colcher et al., Cancer Res. 49:1738–1745 (1989) (Exhibit 1047; Int. No. 104,532).

Crowe, et al., A Clinical Experimental Immunology, 1992, 87, pp. 105–110 (Exhibit 1070; Int. No. 104,532).

Davies, J., et al., "A new selective agent for eukaryotic cloning vectors," Am J. Trop. Med. Hyg., 29 (5 Suppl): 1089–92 (1980).

Davis et al. 1990, "High Level Expression in Chinese Hamster Ovary Cells of Soluble Forms of CD4 T Lymphocyte Glycoprotein Including Glycosylation Variants." J Biol. Chem. 265, 10410–10418 (Exhibit 2189; Int. No. 104,532).

Davis, "Immunoglobulin molecules and genes" Microbiology Including Immunology and Molecular Genetics, Third edition, 1980, Chapter 17, pp. 338–379, Harper & Row, Hagerstown, MD.

De Waele et al. 1988. Expression in non–lymphoid cells of mouse recombinant immunoglobulin directed against the tumor marker human placental alkaline phosphatase. European Journal of Biochemistry 176:287–295 (Exhibit 2109; Int. No. 104,532).

Dean, C.J. 1994. Preparation and characterization of monoclonal antibodies to proteins and other cellular components. Methods in Molecular Biology 32:361–379 (Exhibit 2026; Int. No. 104,532).

DeBoer, "The tac promoter: A functional hybrid derived from the trp and lac Promoters" Proc. Natl. Acad. Sci. USA 80:21–25 (1983).

Devita et al., Cancer: Principles & Practice of Oncology, 1997, 5th Ed., vol. 1, Chapter 18, VT. DeVita (Ed.), Lippincott–Raven. Philadelphia, PA.

Duda et al., J. Surgical Oncology 44:73–77 (Jun. 1990) (Exhibit 1014; Int. No. 104,532).

Dyer et al., Blood 73:1431–1439 (May 1, 1989) (Exhibit 1025; Int. No. 104,532).

Emery & Adair, Exp. Opin. Invest. Drugs (1994) 3(3):241–251 (Exhibit 1087; Int. No. 104,532).

Estabrook A. and J. A. K. Patterson. "Immunotherapy using monoclonal antibodies," J. of Cutaneous Pathology 10: 559–66 (1983).

Ettinger, et al. Cancer Treatment Reports vol. 83, No. 1, pp. 131–134, Jan. 1979 (Exhibit 1129; Int. No. 104,532).

Finnegan et al., J. Rheumatology 1997, 24:7, 1448–1449 (Exhibit 1069; Int. No. 104,532).

Fittler et al., "Localization in Mouse–L–Cell Chromosomal Sites of Transferred Immunoglobulin Genes," Chromosoma (Berl.) 84, 717–727 (1982).

Fleischman, J. BioScience Reports 5:893–899 (1985) (Exhibit 1080 Case No. CIV S–00–1252 WBS GGH).

Frenkel et al. 1980. Analysis and detection of B cell neoplasms. Blood Cells 6:783–793 (Exhibit 2123; Int. No. 104,532).

Friend et al., Transplantation 48:248–253 (Aug. 1, 1989) (Exhibit 1023; Int. No. 104,532).

Fundenberg and Koistinen. "Human Allotype Detection by Passive Hemagglutination, with Special Reference to Immunoglobulin A Allotypes" Chapter 103 (pp. 767–774) in Rose and Friedman, Manual of Clinical Immunology, Second Edition (1980).

Geisse et al. 1996. Eukaryotic expression systems: a comparison. Protein Expression and Purification 8:271–282 (Exhibit 2025; Int. No. 104,532).

Gillies et al., "Expression of cloned immunoglobulin genes introduced into mouse L cells," Nucl. Acids. Res., vol. 11, No. 22, pp. 7982–7997 (1983).

Glaser et al., "Functional interrelationship between two tandem E. coli ribosomal RNA promoters" Nature 302(59031:74–76 (Mar. 3, 1983).

Goeddel et al. 1979. Direct expression in Escherichia coli of a DNA sequence coding for human growth hormone. Nature 281(5732):544–8 (Exhibit 2038; Int. No. 104,532).

Goeddel et al., "Synthesis of Human Fibroblast Interferon by E. coli" Nucleic Acids Research 8(18):4057–4074 (1980).

Goeddel, Methods in Enzymology, vol. 185, AGene Expression Technology (1990) (Exhibit 1077; Int. No. 104,532).

Gold et al. 1978. Carcinoembryonic antigen (CEA) in clinical medicine. Cancer 42:1399–1405 (Exhibit 2135; Int. No. 104,532).

Goochee et al. 1991, "The Oligosaccharides of Glycoproteins: BioProcess Factors Affecting Oligosaccharide Structure and Their Effect on Glycoprotein Properties", Bio Technology 9, 1347–1355 (Exhibit 2187; Int. No. 104,532).

Goochee, C. F., and T. Monica. 1990. Environmental effects on protein glycosylation. Bio Technology 8:421–427 (Exhibit 2023; Int. No. 104,532).

Goodman and MacDonald, "Cloning of hormone genes from a mixture of cDNA molecules" Methods in Enzymology 68:75–90 (1979).

Greipp. P. 1992. Advances in the diagnosis and management of myeloma. Seminars in Hematology 29(3: Suppl. 2):24–45 (Exhibit 2020; Int. No. 104,532).

Grillo–Lopez et al. 1999. Overview of the clinical development of rituximab: first monoclonal antibody treatment approved for the treatment of lymphoma. Seminars in Oncology 26:66–73 (Exhibit 2144; Int. No. 104,532).

Gross et al, "Bone marrow Purging and Processing," International Symposium on Bone Marrow Purging and Processing (2nd, Apr. 27 and 28, 1989 Cancun, Mexico) Gross et al. (Ed.), Wiley–Liss, NY.

GENE-CEN 022521

EXHIBIT 15 - PAGE 000469

**US 6,331,415 C1**

Page 4

Grossbard, M.L. 1998. Monoclonal Antibody Based Therapy of Cancer. Marcel Dekker, p. 451 (Exhibit 2094; Int. No. 104,532).

Gruss, P., et al., "Simian virus 40 tandem repeated sequences as an element of the early promoter," *Proc. Natl. Acad. Sci.*, 78:943–47 (1981).

Habara et al. "Rauscher Murine Leukemia Virus: Molecular Cloning of Infectious Integrated Proviral DNA," J. of Virology, vol. 44, No. 2, pp. 731–735 (No.v 1982).

Hale et al. 1985. Reactivity of rat monoclonal antibody CAMPATH–I with human leukemia cells and its possible application for autologous bone marrow transplantation. British Journal of Hematology 60(I):41–8 (Exhibit 2074; Int. No. 104,532).

Hale et al. 1988. Remission induction in non Hodgkin lymphoma with reshaped human monoclonal antibody CAM-PATH–l H. Lancet 2 (8625): 1394–1399 (Exhibit 2015 and 1024; Int. No. 104,532).

Hale et al., 1990. The Campath–I antigen (CDw52). Tissue Antigens 35:118–127 (Exhibit 2049 Int. No. 104,532).

Hale, "Effects of Monoclonal Anti–lymphocyte Antibodies in Vivo in Monkeys and Humans", Mol Biol Med (1983) 1, 321–334 (Exhibit 2240; Int. No. 104,532).

Hale, Progress Report (May 1990–Dec. 31, 1990), MRC Wellcome Therapeutic Antibody Center (Exhibit 1072; Int. No. 104,532).

Hamilton, R., "Application of engineered chimeric antibodies to the calibration of human antibody standards" Annales de Biologie Clinique 49 (4):242–248 (1991).

Harris "Expression of Eukaryotic Genes in *E. coli*" Genetic Engineering, R.Williamson, 4th edition pp. 127–185 (1983).

Harris, et al., Proceedings of the 34th Oholo Conference, Eilat, Israel (1990) (Exhibit 1073; Int. No. 104,532).

Haynes and Weissmann. "Constitutive, long–term production of human interferons by hamster cells containing multiple copies of a cloned interferon gene," (1983) Nucl. Acid. Res., vol. 11 No. 3, pp. 687–706 (Exhibit 1109; Int. No. 104,532).

Hodge, J.W. 1996. carcinoembryonic antigen as a target for cancer vaccines. Cancer Immunol and Immunother 43:127–134 (Exhbit 2032; Int. No. 104,532).

Hutchins et al., Proc. Natl. Acad. Sci. USA, vol. 92, pp. 11980–11984 (1995).

Huynh et al., 1984. Constructing and screening cDNA libraries in kgt lO and kgtl 1. DNA Cloning. vol. l—A practical Approach 49–78. Glover, D(Editor), IRL Press, Oxford (Exhibit 2050; Int. No. 104,532).

Jackson and Davis, "Quantitation of Immunoglobulins," Chapter 14 (pp. 109–120) in Rose and Friedman, *Manual of Clinical Immunology*, Second Edition (1980).

Jefferis et al. 1998. IgG–Fc–mediated effector functions: molecular definition of interaction sites for effector ligands and the role of glycosylation. Immunological Reviews 163:59–76 (Exhibit 2095; Int. No. 104,532).

Joziasse, et al., 2000 "a3–Galactosylated glycoproteins can bind to the hepaticasialoglycoprotein receptor" Eur. J. Biochem. 267:6501–6508 (Exhibit 1037; Int. No. 104,532).

Kabat et al. Sequences of Proteins of Immunological Interest, Bethesda, MD: National Institute of Health pp. i, xxi, xxii (1983).

Khazaeli, et al., Cancer Research, 51, 5461–5466 (1991) (Exhibit 1074; Int. No. 104,532).

Kabat et al., "Sequences of immunoglobulin chains: tabulation and analysis of amino acid sequences of precursors, V–regions, C–regions, J–chain and [beta]2–microglobulins . . . ," The Kabat Database of Sequences of Proteins of Immunological Interest, 1979, Publication No. 80–2008, p. 185, National Institute of Health, Bethesda, MD. (GNE–MED 52680).

Kaetzel et al. 1985. Expression of biologically active bovine luteinizing hormone in Chinese hamster ovary cells. Proc. Natl. Acad Sci. USA 82:7280–7283 (Exhibit 2152; Int. No. 104,532).

Kagawa Y; J Biol Chem Nov. 25, 1988:263(33):17508–15 (Exhibit 1153; Int. No. 104,532).

Kaufman et al. 1987. Coamplification and coexpression of human tissue–type plasminogen activator and murine dihydrofolate reductase sequences in Chinese hamster ovary cells. Molecular and Cellular Biology 5:1750–1759 (Exhibit 2075; Int. No. 104,532).

Khazaeli et al., Manuscript—Frequent Anti–V Region Immune Response to Mouse B72.3 Monoclonal Antibody (pp. 25–63).

Kipriyanov et al. 1999. Generation of recombinant antibodies. Molecular Biotechnology 12:173–201 (Exhibit 2017; Int. No. 104,532).

Klausner, A. "Genentech makes monoclonal precursors from *E.coli*" BioTechnology I(5):396–397 (1983).

Kohler, G., et al., "Immunoglobulin chain loss in hybridoma cell lines." *Proc. Natl Acad. Sci.*, 77:2197–99 (1980).

Kohler, G. BioScience Reports 5:533–549 (1985) (Plaintiff Exhibit 1108, Case No. CIV S–00–1252 WBS GGH).

Krag et al., J. Biological Chemistry, vol. 257, No. 14, p. 8424 (1983) (Exhibit 1115; Int. No. 104,532).

Krag, J. Biol. Chem. 254:9167–9177 (1979) (Exhibit 1043; Int. No. 104,532).

Krolick et al. 1982. In vivo therapy of a Murine B cell tumor (BCL I) using antibody–ricin a chain immunotoxins. J Exp. Med. 155:1797–1809 (Exhibit 2122; Int. No. 104,532).

Kyle, "Classification and Diagnosis of Monoclonal Gammopathies," Chapter 16 (pp. 135–150) in Rose and Friedman, *Manual of Clinical Immunology*, Second Edition (1980).

Levy, R. and R.A. Miller. 1983. Biological and clinical implications of lymphocyte hybridomas: tumor therapy with monoclonal antibodies. Ann. Rev. Med–34:107–116 (Exhibit 2121; Int. No. 104,532).

Lifely et al., Glycobiology, vol. 5 No. 8; 813–822, 1995 (Exhibit 1170; Int. No. 104,532).

Lingappa et al. 1980. Signal sequences for early events in protein secretion and membrane assembly. Ann. NYAcad. Sci. 343:356–61 (Exhibit 2147; Int. No. 104,532).

Linscott's Directory (formerly Catalog) of Immunological and Biological Reagents, second edition 1982–83, pp. 1–57.

LoBuglio and Saleh, Am. J. Medical Sciences, Sep. 1992 vol. 304, No. 3, pp. 214–224 (Exhibit 1160; Int. No. 104, 532).

Liu et al., "Expression of mouse: human immunoglobulin heavy–chain cDNA in lymphoid cells" Gene 54(1):33–40 (1987).

M.D. Pegram et al., "Antibody dependent cell–mediated cytotoxicity in breast cancer patients in Phase III clinical trials of a humanized anti–HER2 antibody", Proc Am. Assoc. Cancer Res., 1997, 38:602 (#4044) (Exhibit 2248; Int. No. 104,532).

GENE-CEN 022522

EXHIBIT 15 - PAGE 000470

Ma, S. and W. Nashabeh. 1999. Carbohydrate analysis of a chimeric recombinant monoclonal antibody by capillary electrophoresis with laser–induced fluorescence detection. Analytical Chemistry 71:5185–5192 (Exhibit 2145; Int. No. 104,532).

Maniatis, T., E.F. Fritsch, and J. Sambrook. 1982. Table of Contents: "Extraction, Purification, and Analysis of MRNA from Eukaryotic Cells", 187–209; "Synthesis and Cloning of CDNA", 211–246; and "Construction of Genomic Libraries", 269–307. In Molecular Cloning A Laboratory Manual, New York: Cold Spring Harbor Laboratory (Exhibit 2008; Int. No. 104,532).

Margulies et al., "Regulation of immunoglobulin expression in mouse myeloma cells" Immunoglobulin Expression pp. 781–791 (1977) (GNE–MED 31462).

Marx, J. Science 229:455–456 (1985) (Plaintiff Exhibit No. 1118, Case No. CIV S–00–1252 WBS GGH).

Martinis et al., "Monoclonal antibodies with dual antigen specificity" Oncology pp. 311–316.

Matsuuchi et al. 1981. An analysis of heavy chain glycopeptides of hybridoma antibodies: correlation between antibody specificity and sialic acid content. Journal of Immunology 127(5):2188–90 (Exhibit 2060; Int. No. 104,532).

Mercola et al., "Transcriptional Enhancer Elements in the Mouse Immunoglobulin Heavy Chain Locus," Science, vol. 221, No. 4611, p. 663–65 (Aug. 12, 1983).

Meredith et al., J. Nucl. Med, Jan. 1992, 33:23–29 (pp. 13–19).

Meredith et al., J. Nucl. Med., vol. 33, No. 9: 1648–1653, Sep. 1992.

Meredith, et al., Hum. Antibod. Hybridomas, 1993, 4:190–197 (Exhibit 1083; Int. No. 104,532).

Miles Biochemicals 1979–80, p. 140–142.

Miller et al., "Transfection of human lymphoblastoid cells with herpes simplex viral DNA," Proc. Natl. Acad. Sci., vol. 76, No. 2, pp. 949–953 (Feb. 1979).

Morell et al. 1971. The role of sialic acid in determining the survival of glycoproteins in the circulation. J. Biol Chem. 246:1461–1467 (Exhibit 2117; Int. No. 104,532).

Morrison SL, et al., "A mouse myeloma variant with a defect in light chain synthesis," Eur. J. Immunol., 9:461–65 (1979).

Morrison et al. 1988. Genetically engineered antibody molecules: new tools for cancer therapy. Cancer Investigation 6(2):185–92 (Exhibit 2085; Int. No. 104,532).

Morrison et al. 1988. Production and characterization of genetically engineered antibody molecules. Clinical Chemistry 34(9):1668–75 (Defendant Exhibit 5009, Case No. CIV S–00–1252 WBS GGH).

Morrison, S. Hospital Practice 24(10):65–80 (1989) (GNE–MED 077476).

Morrison, S., "In vitro antibodies: strategies for production and application" Annual Review of Immunology 10:239–265 (1992).

Mulligan, RC, et al., "Selection for animal cells that express the Escherichia coli gene coding for xanthine–guanine phosphoribosyltransferase," Proc. Natl. Acad. Sci., 78 :2072–76 (1980).

Munro, "Uses of chimeric antibodies," Nature 312:597 (1984).

Neuberger, M. TIBS 347–349 (1985) (Plaintiff Exhibit 1130 (Case No. CIV S–00–1252 WBS GGH).

Neuhaus et al., JACC 14:1566–1569 (Nov. 15, 1989) (Exhibit 1032; Int. No. 104,532).

Neumaier et al., Cancer Research 50:2128–2134 (Apr. 1, 1990) (Exhibit 1013; Int. No. 104,532).

Nose, M. and H. Wigzell. 1983. Biological significance of carbohydrate chains on monoclonal antibodies. Proc. Natl. Acad. Sci. USA 80:6632–6636 (Exhibit 2022; Int. No. 104, 532).

Oi et al., "Immunoglobulin Gene Expressin in Transformed Lymphoid Cells," Proc. Natl. Acad. Sci., vol. 80, No. 3, p. 825–59 (Feb. 1, 1983).

Oi & Morrison BioTechniques 4(3):214–221 (1986) (Plaintiff Exhibit 1135, Case No. CIV S–00–1252 WBS GGH).

Oldham. R. 1983. Monoclonal antibodies in cancer therapy. Journal of Clinical Oncology 1:582–590 (Exhibit 2119; Int. No. 104,532).

Orfila et al., "Immunofluorescence study of "non–idiopathic" renal amyloidosis," Hum. Pathol. 14(4):362–7 (1983).

Peakman et al., Hum. Antibod. Hybridomas 5:65–74 (1994) (Exhibit 1038; Int. No. 104,532).

Page et al., Biotech, 9:64–68 (1991).

Picard et al., "Correct transcription of a cloned mouse immunoglobulin gene in vivo," Proc. Natl. Acad. Sci., vol. 80, pp. 417–421 (Jan. 1983).

Potamianos et al. 2000. Radioimmunoscintigraphy and Radioimmunotherapy in Cancer: Principles and Application, Anticancer Research 20, 925–948 (Exhibit 2185, Int. No. 104,532).

Primus et al., Cancer Immunol. Immunotherapy (1990) 31:349–357 (Exhibit 1164; Int. No. 104,532).

Queen and Baltimore, "Immunoglobulin gene transcription is activated by downstream sequence elements" Cell 33(3):741–748 (Jul. 1983).

Queen, C, "Comparison of mouse and human V–kappa domains" (Submitted by PDL Mar. 27, 1997).

Queen, C., "Comparison of human and mouse VH domains" (Submitted by PDL on Mar. 27, 1997.

Rademacher et al. (1988) Ann. Rev. Biochem. 57:785–838 (Exhibit 2165; Int. No. 104,532).

Raju et al. 2000. Species–specific variation in glycosylation of IgG: evidence for the species–specific sialylation and branch–specific galactosylation and importance for engineering recombinant glycoprotein therapeutics. Glycobiology 10(5):477–486 (Exhibit 2027; Int. No. 104,532).

Reff et al., Blood, vol. 83, No. 2, pp. 435–445 (1994) (Exhibit 1111; Int. No. 104,532).

Renner et al. 1997. Monoclonal antibodies in the treatment of non–Hodgkin's lymphoma: recent results and future prospects. Leukemia 11(2):S55–S59 (Exhibit 2019; Int. No. 104, 532).

Rhodes and Birch Biotechnology 6:518, 521, 523 (1988) (Exhibit 1046; Int. No. 104,532).

Rhodes, Adv. Anim. Cell. Biol. Technol. Bioprocess., 472–74 (1988) (Exhibit 1045; Int. No. 104,532).

Riechmann et al. 1988. Expression of an antibody Fv fragment in myeloma cells. Journal of Molecular Biology 203(3):825–8 (Exhibit 2087; Int. No. 104,532).

Riechmann et al. 1988. Reshaping human antibodies for therapy. Nature 322:323–327 (Exhibit 1022; Int. No. 104, 532).

Rosen et al. 1983. Application of monoclonal antibodies to tumor diagnosis and therapy. Annals of Clinical and Laboratory Science 13:173–184 (Exhibit 2120; Int. No. 104,532).

Routledge et al., Eur. J. Immunol. 1991, 21:2717–2725 (Exhibit 1068; Int. No. 104,532).

GENE-CEN 022523

EXHIBIT 15 - PAGE 000471

## US 6,331,415 C1
Page 6

Schein et al., "Formation of Soluble Recombinant Proteins in *Escherichia coli* is Favored by Lower Growth Temperature" BioTechnology 6:291–294 (1988).

Schein, Catherine H., "Production of soluble recombinant proteins in bacteria" Bio/Technology 7:1141–1149 (1989).

Sekigawa et al., J. Virology 64:5194–5198 (Oct. 1990) (Exhibit 1056; Int. No. 104,532).

Sheeley et al., Analytical Biochemistry 247, 102–110 (1997) (Exhibit 1096; Int. No. 104,532).

Sidman, C. 1981. Differing requirements for glycosylation in the secretion of related glycoproteins is determined neither by the producing cell nor by the relative number of oligosaccharide units. Journal of Biol. Chem. 256(18):9374–9376 (Exhibit 2100; Int. No. 104,532).

Solomon, "Bence–Jones Proteins and Light Chains of Immunoglobulins," Scand. J. Immunol., vol. 5, 685–695 (1976).

Southern, PJ et al. "Transformation of mammalian cells to antibiotic resistance with a bacterial gene under control of the SV40 early region promoter," *J. Molec. Appl. Genet.*, 1:327–41 (1982).

Spellman et al., 1989, J. Bio. Chem. 264:14100–14111 (Exhibit 1151; Int. No. 104,532).

Stafford and Queen, "Cell–type specific expression of a transfected immunoglobulin gene" Nature 306(5938)—77–79 (Nov. 3, 1983).

Stevenson et al., 1989, A Chimeric Antibody With Dual Fc Regions (bisFabFc) Prepared by Manipulations at the IgG Hinge, Anti–Cancer Drug Design 3, 219–230 (Exhibit 2182; Int. No. 104,532).

Stevenson et al., Blood 77:1071–1079 (Mar. 1, 1991) (Exhibit 1026; Int. No. 104,532).

Summers et al., "Stable expression in mouse cells of nuclear neoantigen after transfer of a 3.4–megadalton cloned fragment of Epstein–Barr virus DNA," Proc. Natl. Acad. Sci., vol. 79, pp. 5688–5692 (Sep. 1982).

Sun et al. 1987. Chimeric antibody with human constant regions and mouse variable regions directed against carcinoma–associated antigen 17–IA. Proc. Natl. Acad. Sci. 84(I):214–8 (Exhibit 2080; Int. No. 104,532).

T.E. Hotaling et al., "The humanized anti–HER2 antibody rhuMAb HER2 mediates antibody dependent cell–mediated cytotoxicity via FcγR III", Proc. Am. Assoc. Cancer Res., 1996, 37:471 (#3215).

Takeda et al. Nature 314:452–454 (1985) (Plaintiff Exhibit 1171, Case No. CIV S–00–1252 WBS GGH).

Takei et al. 1980. Monoclonal antibody H9/25 reacts with functional subsets of T and B cells: killer, killer percursor and plaque–forming cells. European Journal of Immunology 10(7):503–9 (Exhibit 2042; Int. No. 104,532).

Takeuchi et al., J. Biol. Chem., 263:3657–3663, (Exhibit 1152; Int. No. 104,532).

Tan et al. 1985. A human–mouse chimeric in immunoglobulin gene with a human variable region is expressed in mouse myeloma cells. Journal of immunology 135(5):3564–7 (Exhibit 2078; Int. No. 104,532).

Taniguchi et al., "Expression of the Human Fibroblast Interferon Gene in *Escherichia Coli*", Proc. Natl. Acad. Sci. USA, 77(9):5230–5233 (Sep. 1980).

Tarentino et al. 1974. The release of intact oligosaccharides from specific glycoproteins by Endo–o–N–acetylglucosaminidase H. Journal of Biological Chemistry 249:818–824 (Exhibit 2116; Int. No. 104,532).

Tomimo et al., "Specificity of eluted antibody from renal tissues of patients with IgA nephropathy," Am. J. Kidney Dis. 1(5):276–80 (1982).

Trill et al. 1995. Production of monoclonal antibodies in COS and CHO cells. Current Opinion in Biotechnology 6: 553–560 (Exhibit 2108; Int. No. 104,532).

Tsuchiya et al. 1989. Effects of galactose depletion from oligosaccharide chains on immunological activites of human IgG. Journal of Hematology 16:285–90 (Exhibit 2092; Int. No. 104,532).

Urlaub, G. and L. A. Chasin. 1980. Isolation of Chinese hamster cell mutants deficient in dihydrofolate reductase activity. Proc. Natl. Acad Sci. USA 77:4216–4220 (Exhibit 2031; Int. No. 104,532).

Van Brunt, J. 1986. There's nothing (quite) like the real thing. Bio/Technology 4:835–839 (Exhibit 2024; Int. No. 104,532).

Van Nagell et al. 1980. Radioimmunodetection of primary and metastasis ovarian cancer using radiolabeled antibodies to carcinoembryonic antigen. Cancer Research 40(3):502–6 (Exhibit 2043; Int. No. 104,532).

Verhoeyen et al. 1988. Reshaping human antibodies: grafting an antilysozyme activity. Science 239(4847):1534–6 (Exhibit 2089; Int. No. 104,532).

Villiers et al. "Transcriptional 'enhancers' from SV40 and polyoma virus show a cell type preference," Nucl. Acids Res., vol. 10, No. 24, p. 7965–76 (1982).

Wagener, Shively publication (Bates Nos. 0927–0934) (GNE–MED–01597).

Wallick et al. 1988. Glycosylation of a VH residue of a monoclonal antibody against alpha (1 |6) dextran increases its affinity for antigen. Journal Of Experimental Medicine 168(3):1099–109 (Exhibit 2090; Int. No. 104,532).

Weidle et al. 1987. Expression of antibody CDNA in murine myeloma cells: possible involvement of additional regulatory elements in transcription of in immunoglobulin genes. Gene 60 (2–3):205–216 (Exhibit 2082; Int. No. 104,532).

Weidle et al. 1987. Reconstitution of functionally active antibody directed against creatine kinase from separately expressed heavy and light chains in non–lymphoid cells. Gene 51(I):21–9 (Exhibit 2081; Int. No. 104,532).

White et al., "Biologicals from recombinant microorganisms and animal cells: production and recovery," Proceedings of the 34th [i.e. 35th] OHOLO Conference, Eilat, Isreal, 1990, p. 567, White et al. (Ed.) (Exhibit 1073; Int. No. 104,532).

Whittle et al., Expression in COS cells of a mouse—human chimaeric B72.3 antibody, 1987, pp. 499–505, vol. 1, No. 6.

Wickens et al. 1978. Synthesis of double–stranded DNA complementary to lysozyme, ovomucoid, and ovalbumin mRNAs. Optimization of full length second strand synthesis by *Escherichia coli* DNA polymerase I. Journal ofbiological Chemistry 253(7):2483–95 (Exhibit 2036; Int. No. 104,532).

Williams et al. Cancer Research (Suppl.) 50:1029s–1030s (Feb. 1, 1990) (Exhibit 1012; Int. No. 104,532).

Wold et al., "Introduction and expression of a rabbit β–globin gene in mouse fibroblasts," Proc. Natl. Acad. Sci., Bol. 76, No. 11 pp. 5694–88 (Nov. 1979).

Wood et al., J. Immunol., vol. 145:3011–3016, No. 9, Nov. l, 1990 (Exhibit 1089; Int. No. 104,532).

GENE-CEN 022524

EXHIBIT 15 - PAGE 000472

**US 6,331,415 C1**

Page 7

Wright and Morrison, 1994 Effect of Altered CH2–associated Carbohydrate Structure on the Functional Properties and In Vivo Fate of Chimeric Mouse–Human Immunoglobulin Gl, J. Exp. Med 180.1087–1096 (Exhibit 2186; Int. No. 104.532).

Zettlmeissl et al. 1987. Expression of biologically active human antithrombin III in Chinese hamster ovary cells. Biol Technology 5:720–5 (Exhibit 1076; Int. No. 104.532).

Rey Nbk #1173 (Bates Nos. 0502, 0504, 0509–0516, 0521–0522, 0525–0528, 0530–0531, 0533–0537, 0541, 0543–0544).

Mumford Nbk #1246 (Bates Nos. 0615, 0617, 0626–0627, 0645).

Perry Nbk #1290 (Bates Nos. 0136a–0136b, 0142–0147, 0149–0154, 0156–0158, 0160–0161, 0164–0173, 0181, 0187–0188, 0190–0192, 0197–0218, 0223, 0237, 0244–0261, 0304–0307).

Wetzel Nbk #1432 (Bates Nos. 0034 0044, 0047, 0049 0050, 0053, 0061 0064, 0077 0081, 0087–0088).

Holmes Spiral #44 (Bates Nos. 0825, 0830, 0837–0838, 0840–0843, 0845–0846, 0848–0849, 0852–0853, 0855, 0858).

Holmes Spiral #5 (Bates Nos. 0876, 0881–0882, 0885–0887, 0889).

Holmes Nbk #1446 (Bates Nos. 0941–0943, 0946–0947, 0950, 0954–0957).

Perry Nbk #1683 (Bates Nos. 0336–0342, 0357–0362).

File History U.S. Appl. No. 08/909,611.

File History of U.S. Patent No. 5,545,404 (U.S. Appl. No. 08/335,400) (Exhibit 2163; Int. No. 104,532).

File History of U.S. Patent No. 5,545,405 (U.S. Appl. No. 08/335,401) (Exhibit 2164; Int. No. 104,532).

Robinson's U.S. Appl. No. 07/016,202, filed Jan. 8, 1987 (Exhibit 2153; Int. No. 104,532).

Robinson's U.S. Appl. No. 08/471,984, filed Jun. 6, 1995 (Exhibit 2154; Int. No. 104,532).

Cabilly U.S. Appl. No. 07/205,419, filed Jun. 10, 1988.

Restriction Requirement (Paper No. 4) dated Mar. 6, 1990 in U.S. Appl. No. 07/205,419.

Restriction Requirement (Paper No. 11) dated Sep. 7, 1990 in U.S. Appl. No. 07/205,419.

Appointment of Associate Attorney, Mar. 25, 1991 in U.S. Appl. No. 07/205,419.

Interview Summary (Paper No. 22) in U.S. Appl. No. 07/205,419.

Amendment After Interference (Paper No. 24) filed Oct. 4, 2001 in U.S. Appl. No. 07/205,419.

Decision Granting Petition to Correct the Assignee on the Correction Page of U.S. Appl. No. 07/205,419, May 7, 2002.

File History of U.S. Patent No. 4,816,397 (Boss et al.).

Declaration of Interference, Feb. 28, 1991 (Int. No. 102, 572).

Summary of Times Running, Feb. 28, 1991 (Int. No. 102, 572).

Designation of Lead Attorney (Cabilly), Mar. 14, 1991 (Int. No. 102,572).

Submission of Associate Attorneys, Apr. 8, 1991 (Int. No. 102,572).

Revocation of Power of Attorney, Apr. 15, 1991 (Int. No. 102,572).

Boss et al. Substitution of Lead Attorney, Apr. 19, 1991 (Int. No. 102,572).

Associate Power of Attorney, Apr. 19, 1991 (Int. No. 102, 572).

Cabilly et al. Motion for Extension of Time, May 28, 1991 (Int. No. 102,572).

Cabilly et al. Extension of Time–Approved. Jun. 3, 1991 (Int. No. 102,572).

Transmittal of Preliminary Statement of Boss et al. and Notice to Opposing Party. Jun. 4, 1991 (Int. No. 102,572).

Boss et al. Motion for Benefit of its PCT Application (Boss Motion 1), Jun. 4, 1991 (Int. No. 102,572).

Boss et al. Motion for Benefit of its British Application (Boss Motion 2), Jun. 4, 1991 (Int. No. 102,572).

Declaration of Timothy John Roy Harris in Support of Boss Motion for Benefit of its British Application (Boss Motion 2), Jun. 4, 1991 (Int. No. 102,572).

Boss et al. Motion for Judgment of Unpatentability of Cabilly Claims (Boss Motion 3), Jun. 4, 1991 (Int. No. 102, 572).

Certificate of Service and List of Documents Filed, Jun. 4, 1991 (Int. No. 102,572).

Cabilly et al. Notice of Filing of Preliminary Statement, Jun. 4, 1991 (Int. No. 102,572).

Preliminary Statement of the Party Cabilly et al., Jun. 4, 1991 (Int. No. 102,572).

Cabilly et al. Request for the Exercise of Discretion Pursuant to 37 C.F.R. § 1.642, Jun. 4, 1991 (Int. No. 102,572).

Boss et al. Opposition to Cabilly et al. Request Pursuant to 37 C.F.R. § 1.642, Jun. 24, 1991 (Int. No. 102,572).

Opposition to Boss et al. Motion for Judgment of Unpatentability of Cabilly et al. Claims (Boss Motion 3), Jun. 24, 1991 (Int. No. 102,572).

Declaration of Paul Carter In Support Of Cabilly et al Opposition to Boss et al Motion For Judgment OF Unpatentability of Cabilly et al Claims 101–120 (Boss Motion 3), Jun. 24, 1991 (Int. No. 102,572).

Boss et al Reply to Opposition to Boss et al Motion for udgment of Unpatentability of Cabilly Claims, Jul. 9, 1991 (Int. No. 102,572).

Decision on Motions. Jul. 26, 1991 (Int. No. 102,572).

Order Regarding Testimony, Jul. 26, 1991 (Int. No. 102, 572).

Service of Boss et al. Preliminary Statement: Boss et al. Preliminary Statement, Jul. 31, 1991 (Int. No. 102,572).

Service of Cabilly et al. Preliminary Statement, Aug. 13, 1991 (Int. No. 102,572).

"Communication" to PTO from Cabilly et al. (Paper #28); Information Disclosure Statement, Sep. 20, 1991 (Int. No. 102,572).

Cabilly et al. Motion for Extension of Time, Sep. 25, 1991 (Int. No. 102,572).

Decision—dismissal of "Communication" paper, Sep. 26, 1991 (Int. No. 102,572).

Transmittal Letter re: Declarations of Riggs, Shively, Wetzel, Perry, Holmes, Rey, Mumford, Cabilly and Exhibits 1–20, Notice Pursuant to 37 CFR 1.671(e), Oct. 28, 1991 (Int. No. 102,572).

Proposed Revision to Schedule for Records and Briefs, Dec. 3, 1991 (Int. No. 102,572).

Cabilly et al. Notice of Filing Record, Jan. 8, 1992 (Int. No. 102,572).

Motion by the Party Cabilly et al Pursuant to 37 CFR ∈ 1.635 to Replace Exhibits 1–20 Filed on Jan. 8, 1992 With a Corrected Set of Exhibits and for the Return of Exhibits 1–20 Filed 1–20 on Jan. 8, 1992, Jan. 22, 1992 (Int. No. 102,572).

Corrected Submission of Stipulation Concerning Testimony, Feb. 5, 1992 (Int. No. 102,572).

**GENE-CEN 022525**

EXHIBIT 15 - PAGE 000473

## US 6,331,415 C1

Cabilly et al. Motion for Extension of Time, Feb. 10, 1992 (Int. No. 102,572).

Main Brief at Final Hearing of Junior Party Cabilly et al., Feb. 18, 1992 (Int. No. 102,572).

Transmittal of Brief for the Party Boss et al., Mar. 18, 1992 (Int. No. 102,572).

Brief at Final Hearing for Senior Party Boss et al.. Feb. 18, 1992 (Int. No. 102,572).

Reply Brief at Final Hearing of Junior Party Cabilly et al., Apr. 7, 1992 (Int. No. 102,572).

Cabilly et al Motion Pursuant to 37 C.F. R. § 1.635 To Enter Additional Pages Into the Cabilly et al Record, Apr. 14, 1992 (Int. No. 102,572).

Opposition to Cabilly et al Motion Pursuant to 37 C.F. R. §1.635 To Enter Additional Pages Into the Cabilly et al Record, Apr. 22, 1992 (Int. No. 102,572).

Cabilly et al Reply to Boss et al Opposition to Cabilly et al Motion Pursuant to 37 C.F. R. § 1.635 To Enter Additional Pages Into the Cabilly et al Record, May 7, 1992 (Int. No. 102,572).

Notice of Filing Substitute Exhibits 8 and 20 for the Cabilly. et al. Record, May 7, 1992 (Int. No. 102,572).

Cabilly et al. Notice of Submission of Replacement Set of Exhibits 1–20, May 7, 1992 (Int. No. 102,572).

Notice of Final Hearing for Mar. 29, 1994 (paper #54), Feb. 4, 1992 (Int. No. 102,572).

Cabilly et al. Supplemental Brief at Final Hearing, Apr. 5, 1992 (Int. No. 102,572).

Final Decision (Priority awarded to Boss et al.) (paper #57), Aug. 13, 1998 (Int. No. 102,572).

Transmittal and Filing of Agreements Under 35 USC §135(c) (Int. No. 102,572).

Communication form BPAI re: Filing of agreements and request to keep separate from interference file acknowledged (paper #59), Sep. 10, 1998 (Int. No. 102,572).

Notice From PTO Requesting Comunication Regarding Appeal, Nov. 19, 1998 (Int. No. 102,572).

Belated Response to Communication Regarding Appeal, Dec. 1, 1998 (Int. No. 102,572).

Boss et al. Power to Inspect and Make Copies, Dec. 9, 1998 (Int. No. 102,572).

Final Order After District Court Judgment, Jul. 25, 2001 (Int. No. 102,572).

Petition Pursuant to 37 C.F.R. § 1.666(b) for Access to Settlement Agreement (filed by Med Immune), May 8, 2002 (Int. No. 102,572).

Order on Petition for Access Pursuant to 35 U.S.C. § 165(c) and 37 C.F.R. § 1.666(b), Jun. 19, 2002 (Int. No. 102,572).

Cabilly et al. Objection to Petition for Access to Settlement Agreement, Jul. 22, 2002 (Int. No. 102,572).

Celltech's Objection to Petition for Access to Settlement Agreement, Jul. 22, 2002 (Int. No. 102,572).

Reply to Objections of Celltech R&D Ltd. and Cabilly et al. to MedImmune's Petition for Access to Settlement Agreement, Aug. 1, 2002 (Int. No. 102,572).

Curriculum Vitae of Art Riggs (Int. No. 102,572).

Proposal to Genentech re: funding for IgG (Bates Nos. 0921–0926) (Int. No. 102,572).

Curriculum Vitae of Jack Shively (Int. No. 102,572).

Curriculum Vitae of Ron Wetzel (Int. No. 102,572).

Curriculum Vitae of William Holmes (Int. No. 102,572).

Curriculum Vitae of Michael Rey (Int. No. 102,572).

Curriculum Vitae of Michael Mumford (Int. No. 102,572).

Curriculum Vitae of Shmuel Cabilly (Int. No. 102,572).

Cabilly Nbk (Bates Nos. 0970–0976, 0982–0987, 0989, 0991–0992, 0994–01001, 01013–01014) (Int. No. 102,572).

Interference Initial Memorandum (Int. No. 104,532).

Glaxo Wellcome Inc.'s Observations. Apr. 18, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc. Miscellaneous Motion 10 (Suppress New Evidence Supporting Cabilly Reply 6), Apr. 18, 2001 (Int. No. 104,532).

Notice Declaring Interference, May 15, 2000 (Int. No. 104, 532).

Cabilly Notice of Real Party in Interest, May 25, 2000 (Int. No. 104,532).

Glaxo Wellcome Inc. Notice of Reap Party in Interest, May 26, 2000 (Int. No. 104,532).

Glaxo Wellcome Notice of Intent to File Preliminary Motions, Jul. 10, 2000 (Int. No. 104,532).

Glaxo Wellcome Inc. Notice of Related Litigation, Jul. 11, 2000 (Int. No. 104,532).

Glaxo Wellcome Inc. List of Preliminary Motions It Intends to File, Jul. 11, 2000 (Int. No. 104,532).

Cabilly List of Preliminary Motions, Jul. 11, 2000 (Int. No. 104,532).

Cabilly Notice, 37 C.F.R. § 1.660(d), Jul. 11, 2000 (Int. No. 104,532).

Glaxo Wellcome Inc. Miscellaneous Motion 1 (with attachments), Sep. 28, 2000 (Int. No. 104,532).

Glaxo Wellcome Reply to Opposition to Miscellaneous Motion 1, Oct. 10, 2000 (Int. No. 104,532).

Order Denying Glaxo Wellcome Inc. Miscellaneous Motion 1, Oct. 18, 2000 (Int. No. 104,532).

Order Regarding Discovery, Oct. 26, 2000 (Int. No. 104, 532).

Cabilly Preliminary Motion 1, Nov. 1, 2000 (Int. No. 104, 532).

Cabilly Preliminary Motion 2, Nov. 1, 2000 (Int. No. 104, 532).

Cabilly Preliminary Motion 3, Nov. 1, 2000 (Int. No. 104, 532).

Cabilly Preliminary Motion 4, Nov. 1, 2000 (Int. No. 104, 532).

Cabilly Preliminary Motion 5, Nov. 1, 2000 (Int. No. 104, 532).

Cabilly Preliminary Motion 6, Nov. 1, 2000 (Intl. No. 104, 532).

Cabilly Preliminary Motion 7, Nov. 13, 2000 (Int. No. 104, 532).

Cabilly Preliminary Motion 8, Nov. 13, 2000 (Int. No. 104, 532).

Cabilly Preliminary Motion 9, Nov. 13, 2000 (Int. No. 104, 532).

Letter Regarding Error in Notice Declaring Interference, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 1, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 2, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 3, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 4, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 5, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 6, Nov. 1, 2000 (Int. No. 104,532).

GENE-CEN 022526

EXHIBIT 15 - PAGE 000474

## US 6,331,415 C1

Page 9

Glaxo Wellcome, Inc.'s Preliminary Motion 7, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 8, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 9, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 10, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 11, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 12, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 13, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome, Inc.'s Preliminary Motion 14, Nov. 1, 2000 (Int. No. 104,532).

Glaxo Wellcome Inc. Preliminary Statement, Nov. 8, 2000 (Int. No. 104,532).

Cabilly Preliminary Statement, Nov. 1, 2000 (Int. No. 104, 532).

Glaxo Wellcome Objection to Admissibility of Evidence, Nov. 8, 2000 (Int. No. 104,532).

Cabilly Objection to Evidence, Nov. 13, 2000 (Int. No. 104, 532).

Cabilly Miscellaneous Motion 1 (Motion for Permission to Issue a Subpoena, 35 U.S.C. § 24), Dec. 8, 2000 (Int. No. 104,532).

Opposition to Cabilly Miscellaneous Motion 1, Dec. 15, 2000 (Int. No. 104,532).

Decision Granting Cabilly Miscellaneous Motion 1, Dec. 20, 2000 (Int. No. 104,532).

Glaxo Wellcome Inc. Objection to Admissibility of Evidence, Dec. 20, 2000 (Int. No. 104,532).

Cabilly Reply to Opposition to Cabilly Miscellaneous Motion 1, Dec. 20, 2000 (Int. No. 104,532).

Cabilly Response to Objections to Admissibility of Evidence, Jan. 16, 2001 (Int. No. 104,532).

Glaxo Wellcome Miscellaneous Motion 2, Jan. 16, 2001 (Int. No. 104,532).

Glaxo Wellcome Miscellaneous Motion 3, Jan. 16, 2001 (Int. No. 104,532).

Glaxo Response to Cabilly's Objection to Evidence, Jan. 16, 2001 (Int. No. 104,532).

Cabilly Opposition 1, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 2, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 3, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Response to Glaxo Motion 4, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 5, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 6, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 7, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 8, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 9, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 10, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 11, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 12, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 13, Feb. 2, 2001 (Int. No. 104,532).

Cabilly Opposition 14, Feb. 2, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc. Objection to Admissibility of Evidence, Jan. 23, 2001 (Int. No. 104,532).

Order Denying Glaxo Motions Miscellaneous Motions 1 and 2, Jan. 29, 2001 (Int. No. 104,532).

Glaxo Miscellaneous Motion 4, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Miscellaneous Motion 5, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Opposition to Motion 6, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Wellcome Miscellaneous Motion 6 (Correct Opp. No. 3), Mar. 9, 2001 (Int. No. 104,532).

Glaxo Wellcome Miscellaneous Motion 7 (Correct Opp. No. 5), Mar. 9, 2001 (Int. No. 104,532).

Glaxo Wellcome Miscellaneous Motion 8 (Correct Opp. No. 6), Mar. 9, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc.'s Miscellaneous Motion No. 9, Mar. 16, 2001 (Int. No. 104,532).

Glaxo Opposition to Motion 1, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Opposition to Motion 2, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Opposition to Motion 3, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Opposition to Motion 4, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Opposition to Motion 5, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Wellcome's Supplemental Opposition to Cabilly's Preliminary Motion 6, May 5, 2001 (Int. No. 104,532).

Glaxo Opposition to Motion 7, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Opposition to Motion 8, Feb. 2, 2001 (Int. No. 104, 532).

Glaxo Opposition to Motion 9, Feb. 2, 2001 (Int. No. 104, 532).

Cabilly Response to Glaxo Miscellaneous Motion 4, Feb. 8, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc. Objection to Admissibility of Evidence, Feb. 9, 2001 (Int. No. 104,532).

Order Granting Glaxo Miscellaneous Motion 4, Feb. 13, 2001 (Int. No. 104,532).

Order Authorizing Deposition Testimony, Mar. 5, 2001 (Int. No. 104,532).

Cabilly Reply 1, Mar. 27, 2001 (Int. No. 104,532).

Cabilly Reply 2, Mar. 27, 2001 (Int. No. 104,532).

Cabilly Reply 3, Mar. 27, 2001 (Int. No. 104,532).

Cabilly Reply 4, Mar. 27, 2001 (Int. No. 104,532).

Cabilly Reply 5, Mar. 27, 2001 (Int. No. 104,532).

Cabilly Reply 6, Mar. 27, 2001 (Int. No. 104,532).

Cabilly Reply 7, Mar. 27, 2001 (Int. No. 104,532).

Cabilly Reply 8, Mar. 27, 2001 (Int. No. 104,532).

Cabilly Reply 9, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 1, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 2, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 3, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 4, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 5, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 6, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 7, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 8, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 9, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 11, Mar. 27, 2001 (Int. No. 104,532).

Glaxo Reply 14, Mar. 27, 2001 (Int. No. 104,532).

Order Granting Glaxo Wellcome Inc. Miscellaneous Motions, Apr. 2, 2001 (Int. No. 104,532).

Cabilly Response to Objection to Admissibility of Evidence, Feb. 22, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc. Objection to Admissibility of Evidence, Apr. 3, 2001 (Int. No. 104,532).

GENE-CEN 022527

EXHIBIT 15 - PAGE 000475

## US 6,331,415 C1

Page 10

Transcript of teleconference with APJ on Apr. 5, 2001 (Int. No. 104,532).

Order Authorizing Glaxo Supplemental Opposition 6, Apr. 6, 2001 (Int. No. 104,532).

Cabilly Motion to Suppress, 37 C.F.R. § 1.656(h), Apr. 18, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc.'s Request for Defer Decision on Motions Until Final Hearing or to Permit the Filing of Briefs, Apr. 18, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc.'s Miscellaneous Motion 11(Suppression of Certain Deposition Exhibits and Deposition Testimony), Apr. 18, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc.'s Miscellaneous Motion 12 (Suppression of Deposition Testimony), Apr. 18, 2001 (Int. No. 104, 532).

Glaxo Wellcome Inc.'s Notice of Change of Real Party in Interest, Apr. 19, 2001 (Int. No. 104,532).

Petition from the Apr. 6, 2001 Order of the APJ Under 37 C.F.R. 1.644(a)(1), Apr. 20, 2001 (Int. No. 104,532).

Memorandum Opinion and Order, Apr. 30, 2001 (Int. No. 104,532).

Order Regarding Glaxo Wellcome Inc. Motions, May 2, 2001 (Int. No. 104,532).

Cabilly's Opposition to Glaxo Miscellaneous Motion 10, May 2, 2001 (Int. No. 104,532).

Cabilly's Opposition to Glaxo Wellcome Misc. Motion 11, May 2, 2001 (Int. No. 104,532).

Cabilly's Opposition to Glaxo Wellcome Misc. Motion 12, May 2, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc.'s Opposition to Cabilly Motion to Suppress (With exhibits attached), May 2, 2001 (Int. No. 104,532).

Cabilly's Reply to Glaxo's Supplemental Opposition to Preliminary Motion 6, Jun. 1, 2001 (Int. No. 104,532).

Glaxo Wellcome Objection to Admissibility of Evidence, Jun. 8, 2001 (Int. No. 104,532).

Glaxo Wellcome's Reply to Cabilly's Opposition to Misc. Motion 10, Jul. 2, 2001 (Int. No. 104,532).

Glaxo Wellcome's Reply to Cabilly's Oppositions to Misc. Motion 11, Jul. 2, 2001 (Int. No. 104,532).

Glaxo Wellcome's Reply to Cabilly's Oppositions to Misc. Motion 12, Jul. 2, 2001 (Int. No. 104,532).

Cabilly Reply to the Opposition to It's Motion to Suppress Evidence, Jul. 2, 2001 (Int. No. 104,532).

Submission of Transcript of Oral Hearing Held Sep. 18, 2001, Sep. 24, 2001 (Int. No. 104,532).

Order Making Visual Aid of Record, Sep 27, 2001 (Int. No. 104,532).

Order Regarding Filing of Glaxo Supplemental Evidence, Nov. 13, 2001 (Int. No. 104,532).

Glaxo Wellcome Inc.'s Submission of Late Evidence, Nov. 15, 2001 (Int. No. 104,532).

Cabilly Motion to Suppress, Nov. 20, 2001 (Int. No. 104, 532).

Glaxo Wellcome Inc.'s Opposition to Cabilly Motion to Suppress, Nov. 21, 2001 (Int. No. 104,532).

Cabilly Reply to Glaxo Opposition to Motion To Suppress, Nov. 27, 2001 (Int. No. 104,532).

Decision on Preliminary and Other Motions and Final Judgment, Sep. 4, 2002 (Int. No. 104,532).

Cabilly Exhibit List (Int. No. 104,532).

Notice of Allowability, Paper No. 21 dated Jun. 13, 1995 in U.S. Appl. No. 08/155,864 (Exhibit 1006; Int. No. 104,532).

Notice of Allowability, Paper No. 9 dated Jun. 7, 1995 in U.S. Appl. No. 08/335,400 (Exhibit 1007; Int. No. 104,532).

Notice of Allowability, Paper No. 9 dated Jun. 8, 1995 in U.S. Appl. No. 08/335,401 (Exhibit 1008; Int. No. 104,532).

Declaration of Stephen V. Desiderio, M.D., Ph.D. (Exhibit 1028; Int. No. 104,532).

Declaration of Sharon S. Krag, Ph.D. (Exhibit 1029; Int. No. 104,532).

Declaration of John E. Shively, Ph.D. (Exhibit 1030; Int. No. 104,532).

Activase™ 7 (Alteplase) package insert dated Jun. 1988 (Exhibit 1033; Int. No. 104,532).

Declaration of James Scott Crowe, Paper No. 16, received in executed form in Group 1800 on Nov. 17, 1994 in U.S. Appl. No. 08/155,864 (Exhibit 1034; Int. No. 104,532).

Declaration of Robert Lifely, Paper No. 10, received in executed form in Group 1800 on Apr. 12, 1994 in U.S. Appl. No. 08/155,864 (Exhibit 1035; Int. No. 104,532).

Declaration of Geoffrey Hale, Paper No. 16, received in executed form in Group 1800 on Nov. 17, 1994 in U.S. Appl. No. 08/155,864 (Exhibit 1036; Int. No. 104,532).

Curriculum Vitae of John E. Shively, Ph.D. (Exhibit 1039; Int. No. 104,532).

Curriculum Vitae of Stephen V. Desiderio, M.D., Ph.D. (Exhibit 1040; Int. 104,532).

Curriculum Vitae of Sharon S. Krag, Ph.D. (Int. No. 104,532).

Citation of Information, dated Sep. 6, 1995 in U.S. Appl. No. 08/335,400 (Exhibit 1049; Int. No. 104,532).

Citation of Information, Paper No. 14 dated Sep. 6, 1995 in U.S. Appl. No. 08/335,401 (Exhibit 1050; Int. No. 104,532).

Examiner Communication, Paper No. 30 dated May 16, 1996 in U.S. Appl. No. 08/155,864 (Exhibit 1051; Int. No. 104,532).

Examiner Communication dated Dec. 29, 1995 in U.S. Appl. No. 08/335, 400 (Exhibit 1052; Int. No. 104,532).

Examiner Communication, Paper No. 15 dated Jan. 5, 1996 in U.S. Appl. No. 08/335,401 (Exhibit 1053; Int. No. 104, 532).

Office Action dated Mar. 10, 1992, Paper No. 5 in U.S. Appl. No. 07/770,730, filed Oct. 16, 1991 (Exhibit 1057; Int. No. 104,532).

Preliminary Amendment, Paper No. 9 in U.S. Appl. No. 08/155,864, filed Nov. 23, 1993 in U.S. Appl. No. 08/155, 864, filed Nov. 23, 1993.

Preliminary Amendment of Mar. 30, 1994 submitted in U.S. Appl. No. 08/155,864 (Exhibit 1058; Int. No. 104,532).

Declaration of Robert Lifely, submitted in U.S. Appl. No. 08/155,864, dated Jun. 4, 1994 (Exhibit 1059; Int. No. 104, 532).

Preliminary Communication, Paper No. 15, received in Group 1800 on Nov. 17, 1994 in U.S. Appl. No. 08/155,864 (Exhibit 1060; Int. No. 104,532).

Declaration of Geoffrey Hale, submitted in U.S. Appl. No. 08/155,864, dated Nov. 16, 1994 (Exhibit 1062; Int. No. 104,532).

Amendment in U.S. Appl. No. 08/155,864 dated Feb. 28, 1995 (Exhibit 1063; Int. No. 104,532).

Office Action dated Jan. 6, 1995, Paper No. 4 in U.S. Appl. No. 08/335,400, filed Nov. 3, 1994 (Exhibit 1064; Int. No. 104,532).

Amendment of May 8, 1995 submitted in U.S. Appl. No. 08/335,400 (Exhibit 1065; Int. No. 104,532).

GENE-CEN 022528

EXHIBIT 15 - PAGE 000476

Office Action dated Jan. 11, 1995, Paper No. 4 in U.S. Appl. No. 08/335.401, filed Nov. 3, 1994 (Exhibit 1066; Int. No. 104.532).

Amendment dated May 8, 1995, Paper No. 7 in U.S. Appl. No. 08/335,400 to Page (Exhibit 1067; Int. No. 104.532).

Second Declaration of Sharon S. Krag, Ph.D. (Exhibit 1071; Int. No. 104.532).

Third Declaration of Sharon S. Krag, Ph.D. (Exhibit 1075; Int. No. 104,532).

Amendment filed in U.S. Appl. No. 08/909,611 (Exhibit 1081; Int. No. 104.532).

Declaration of Steven B. Kelber (Exhibit 1085; Int. No. 104, 532).

Protocol UAC 180 of the University of Alabama's Comprehensive Cancer Center, describing Clinical Phase 1 trials conducted over the period Nov. 1989 through Oct. 1990. (See in particular, § 5.1, p. 9.) (Exhibit 1090; Int. No. 104, 532).

Data Report for Protocol UAC 180 dated Aug. 24, 1990: Patient data collected after administration of cB72.3 monoclonal antibody (Exhibit 1093; Int. No. 104.532).

Status Report: Phase 1 Contract Cancer Therapy Evaluation Program No1–CM–97611 dated Feb. 4, 1991 (pp. 1–12) (Exhibit 1094; Int. No. 104,532).

James Scott Crowe Deposition Transcript (Exhibit 1100; Int. No. 104,532).

Methods in Enzymology, vol. 101, Part C, Table of Contents, p. v–viii (Exhibit 1101; Int. No. 104,532).

Yarranton Deposition Transcript and Supporting Exhibits (Exhibit 1112; Int. No. 104,532).

Second Declaration of Stephen V. Desiderio, M.D., Ph.D. (Exhibit 1113; Int. No. 104,532).

LoBuglio Deposition Transcript (Exhibit 1114; Int. No. 104, 532).

Fourth Declaration of Sharon S. Krag, Ph.D. (Exhibit 1117; Int. No. 104,532).

Deposition Transcript of Ellen Vitetta, Jan. 8, 2001 (Exhibit 1120; Int. No. 104,532).

Deposition Transcript of Richard Youle Jan. 3, 2001 (Exhibit 1121; Int. No. 104,532).

Third Declaration of Stephen V. Desiderio, M.D., Ph.D. (Exhibit 1122; Int. No. 104,532).

Deposition Transcript of Sharon Krag Jan. 5, 2001 (Exhibit 1123; Int. No. 104,532).

Deposition Transcript of Stephen Desiderio Dec. 28, 2000 (Exhibit 1125; Int. No. 104,532).

ATCC deposit verification for CEA.66–E3—(Exhibit 1126; Int. No. 104,532).

Chart Entitled "A Human Leucocyte Surface Markers by Immunotech" (Exhibit 1127; Int. No. 104,532).

Excerpts from Prosecution File History of 5,545,403 (U.S. Appl. No. 08/155,864) (not entire file history) (Exhibit 1154; Int. No. 104,532).

Excerpts from Prosecution File History of 5,545,404 (U.S. Appl. No. 08/355,400) (not entire file history) (Exhibit 1155; Int. No. 104,532).

Transcript from Second Deposition of Robert Lifely, Ph.D. (Exhibit 1165; Int. No. 104,532).

Transcript from Deposition of Nicholas Rapson, Ph.D. (Exhibit 1166; Int. No. 104,532).

Transcript from Second Deposition of James Scott Crowe, Ph.D. (Exhibit 1167; Int. No. 104,532).

Transcript from Second Deposition of Richard Youle, Ph.D. (Exhibit 1168; Int. No. 104,532).

Deposition of Vitetta Mar. 18, 2001 (Exhibit 1169; Int. No. 104,532).

Transcript from Second Deposition of Sharon Krag, Ph.D. (Exhibit 1171; Int. No. 104,532).

Deposition Transcript of Mark Sydenham (Exhibit 1172; Int. No. 104,532).

Excerpts from Prosecution File History of U.S. Appl. No. 08/155,864 (Exhibit 1173; Int. No. 104,532).

Declaration of Vladimir Drozdoff, Ph.D. (Exhibit 1174; Int. No. 104,532).

Verdict—United States District Court, District of Delaware (Exhibit 1175; Int. No. 104,532).

Ellen Vitetta Deposition Transcript, May 21, 2001 (Exhibit 1176; Int. No. 104,532).

Linda Thurmond Deposition Transcript, May 18, 2001 (Exhibit 1179; Int. No. 104,532).

Glaxo Wellcome Inc. Exhibit List (Int. No. 104,532).

Office Action dated May 27, 1999 from Cabilly's U.S. Appl. No. 08/909,611 (Paper 14) (Exhibit 2001; Int. No. 104,532).

Declaration of John Ridgway dated Jun. 17, 1999 (with attached Exhibit A) from Cabilly's U.S. Appl. No. 08/908, 611 (Paper 15) (Exhibit 2002; Int. No. 104,532).

Interview Summary dated Jun. 22, 1999 from Cabilly's U.S. Appl. No. 08/909,611 (Paper 16) (Exhibit 2003; Int. No. 104,532).

Interview Summary dated Jul. 12, 1999 from Cabilly's U.S. Appl. No. 08/909,611 (Paper 17) (Exhibit 2004; Int. No. 104,532).

Office Action dated Mar. 2, 2000 from Cabilly's U.S. Appl. No. 08/909,611 (Paper 18) (Exhibit 2005; Int. No. 104,532).

Headings in the Cabilly Application (Exhibit 2010; Int. No. 104,532).

Curriculum Vitae of Dr. Richard Youle (Exhibit 2011; Int. No. 104,532).

Declaration 1 of Dr. Richard Youle (Exhibit 2012; Int. No. 104,532).

CD Molecules printout ("Human cell surface molecule recognized by the International Workshops on Human Leukocyte Differentiation Antigens"). Protein Reviews on the Web (Exhibit 2018; Int. No. 104,532).

Vitetta Declaration 1 (Dr. Ellen Vitetta) (Exhibit 2028; Int. No. 104,532).

Lifely Declaration with Exhibits dated Apr. 6, 1994 (Exhibit 2033; Int. No. 104,532).

Medline Abstracts regarding rat anti–CDw52 therapeutic antibodies (Exhibit 2051; Int. No. 104,532).

File History of Page's U.S. Appl. No. 07/777,730, filed Oct. 16, 1991 (Exhibit 2056; Int. No. 104,532).

Curriculum Vitae of Dr. Ellen Vitetta (Exhibit 2058; Int. No. 104,532).

Medline Abstracts regarding murine anti–CD4 therapeutic antibodies (Exhibit 2064; Int. No. 104,532).

Crowe Declaration with Exhibits (Exhibit 2088; Int. No. 104,532).

Cabilly Claims Corresponding to the Count (Exhibit 2096; Int. No. 104,532).

Availability of CEA.66–E3 (Exhibit 2097; Int. No. 104,532).

Declaration 2 of Dr. Richard Youle (Exhibit 2098; Int. No. 104,532).

EPO Communication dated Jun. 2, 1987 during prosecution of Cabilly et al. European Application No. 84302368.0–2105 (Exhibit 2111; Int. No. 104,532).

GENE-CEN 022529

EXHIBIT 15 - PAGE 000477

# US 6,331,415 C1

Page 12

Jan. 29, 1987 response of Cabilly et al. filed before EPO during prosecution of Cabilly et al. European Application No. 84302368.0–2105 (Exhibit 2112; Int. No. 104,532).

Search results of ATCC product listing of deposited cell lines (Exhibit 2114; Int. No. 104,532).

Legal Analysis Concerning Written Description (Exhibit 2126; Int. No. 104,532).

Amendment dated May 8, 1995, Paper No. 7 in U.S. Appl. No. 08/335,400 (Exhibit 2133; Int. No. 104,532).

Amendment of May 11, 1995 submitted in U.S. Appl. No. 08/335,401 (Exhibit 2134; Int. No. 104,532).

Genentech, Inc.'s released product sales for Rituxan (Exhibit 2139; Int. No. 104,532).

Genentech Reports 25 Percent Increase in Product Sales for Third Quarter (from Genentech web site) (Exhibit 2140; Int. No. 104,532).

Genentech Reports 1999 Year–End Results (from Genentech web site) (Exhibit 2141; Int. No. 104,532).

Cancer data sheet from the National Cancer Institute "CancerNet" internet site (Exhibit 2142; Int. No. 104,532).

FDA Product Description Sheet (Exhibit 2143; Int. No. 104, 532).

Datasheet on CD52 from Workshop on Leukocyte Antigens (Exhibit 2146; Int. No. 104,532).

Declaration 3 of Dr. Richard Youle (Exhibit 2148; Int. No. 104,532).

Declaration 4 of Dr. Richard Youle (Exhibit 2130; Int. No. 104,532).

Datasheet on CD4 from Workshop on Leukocyte Antigens (Exhibit 2151; Int. No. 104,532).

File History of Page's U.S. Appl. No. 07/943,146, filed Sep. 10, 1992 (Exhibit 2149; Int. No. 104,532).

File History of Page's U.S. Appl. No. 08/046,893, filed Apr. 15, 1993 (Exhibit 2150; Int. No. 104,532).

Request for Admissions 1–11—Rituxan (Exhibit 2155; Int. No. 104,532).

Herceptin—description sheets (4 pages) (Exhibit 2156; Int. No. 104,532).

Vitetta Declaration 2 (Exhibit 2157; Int. No. 104,532).

Youle Declaration 5 (Exhibit 2159; Int. No. 104,532).

Mark Sydenham Declaration (Exhibit 2160; Int. No. 104, 532).

Declaration 2 of J. Scott Crowe (Exhibit 2161; Int. No. 104, 532).

Robinson's U.S. Appl. No. 09/021,934, filed Feb. 12, 1998 and selected papers from the file wrapper (Exhibit 2162; Int. No. 104,532).

Hale Declaration (Exhibit 2167; Int. No. 104,532).

Youle Declaration 6 (Exhibit 2169; Int. No. 104,532).

Deposition Transcript of Ellen Vitetta, Ph.D., Jan. 8, 2001 (Exhibit 2170; Int. No. 104,532).

Deposition Transcript of James S. Crowe Dec. 14, 2000 (Exhibit 2171; Int. No. 104,532).

VS Form 16–6A—U.S. Veterinary Permit for Importation and Transportation of Controlled Materials and Organisms and Vectors—Permit No. 27899—Date Issued: Nov. 8, 1991—Re: Campath 1H Monoclonal Antibody (Exhibit 2172; Int. No. 104,532).

Internal Notice of Shipment of Campath 1H May 10, 1990 (Exhibit 2173; Int. No. 104,532).

Deposition Transcript of Stephen V. Desiderio, Dec. 28, 2000 (Exhibit 2177; Int. No. 104,532).

Deposition Transcript of Mark Robert Lifely Jan. 9, 2000 (Exhibit 2180; Int. No. 104,532).

Deposition Transcript of John Shively Jan. 12, 2001 (Exhibit 2181; Int. No. 104,532).

Cabilly Claims 53–67 (Exhibit 2184; Int. No. 104,532).

Mar. 6, 1989 Memorandum from Jeffrey M. Johnston, M.D. Re: Campath and Rheumatoid Arthritis Overview Medical Position (Exhibit 2191; Int. No. 104,532).

Mar. 28, 1989—Lab Meeting—handwritten notes—First Mention of Campath–1H, 3 pages (Exhibit 2190; Int. No. 104,532).

Jul. 13, 1989—handwritten notes—4 pages (Exhibit 2192; Int. No. 104,532).

Jun. 11, 1990—Laboratory Notebook 90/0522, Iodination of C–1 H (Exhibit 2193; Int. No. 104,532).

CV of Linda Thurmond (Exhibit 2194; Int. No. 104,532).

CV of Mark Sydenham (Exhibit 2195; Int. No. 104,532).

131 Declaration of Rapson (Exhibit 2196; Int. No. 104,532).

131 Declaration of Thurmond (Exhibit 2197; Int. No. 104, 532).

Declaration 4 of James Scott Crowe (Exhibit 2198; Int. No. 104,532).

P73 Campath–IH Project Team Meeting Minutes—Feb. 6, 1990 (Exhibit 2199; Int. No. 104,532).

Laboratory Notebook (Exhibit 2201; Int. No. 104,532).

Laboratory Notebook (Exhibit 2202; Int. No. 104,532).

Laboratory Notebook (Exhibit 2203; Int. No. 104,532).

Laboratory Notebook—May 23, 1990–Oct. 12, 1990 (Exhibit 2200; Int. No. 104,532).

Laboratory Notebook—Nov. 27, 1991–Dec. 4, 1991 (Exhibit 2204; Int. No. 104,532).

Laboratory Notebook (Exhibit No. 2205; Int. No. 104,532).

Laboratory Notebook (Exhibit No. 2206; Int. No. 104,532).

Laboratory Notebook (Exhibit 2207; Int. No. 104,532).

Laboratory Notebook (Exhibit 2208; Int. No. 104,532).

Laboratory Notebook (Exhibit 2209; Int. No. 104,532).

Laboratory Notebook (Exhibit 2210; Int. No. 104,532).

Laboratory Notebook (Exhibit 2211; Int. No. 104,532).

Laboratory Notebook (Exhibit 2212; Int. No. 104,532).

Laboratory Notebook (Exhibit 2213; Int. No. 104,532).

Laboratory Notebook (Exhibit 2214; Int. No. 104,532).

Laboratory Notebook (Exhibit 2215; Int. No. 104,532).

Laboratory Notebook (Exhibit 2216; Int. No. 104,532).

Laboratory Notebook (Exhibit 2217; Int. No. 104,532).

CV of James S. Crowe (Exhibit 2218; Int. No. 104,532).

Vitetta Declaration 3 (Exhibit 2220; Int. No. 104,532).

Jul. 13, 1989 Memorandum from Jeffrey M. Johnston to Research Committee RE: Campath–1H: A Humanized Anti–lymphocyte monoclonal antibody (Exhibit 2221; Int. No. 104,532).

Thurmond Personal Notebook Entry for Jun. 26, 1989 (Exhibit 2224; Int. No. 104,532).

Thurmond Personal Notebook Entry for Oct. 17, 1994 (Exhibit 2225; Int. No. 104,532).

Youle Declaration 7 (Exhibit 2234; Int. No. 104,532).

Herceptin description sheets from Genentech web site (16 pages) (Exhibit 2235; Int. No. 104,532).

Rituxan description sheets from Genentech web site (11 pages) (Exhibit 2236; Int. No. 104,532).

Reuters news article and San Francisco Chronicle News article (Exhibit 2241; Int. No. 104,532).

Results of Medline search of "therapeutic antibodies" years 1966–1990 (Exhibit 2242; Int. No. 104,532).

Vitetta Declaration 4 (Exhibit 2243; Int. No. 104,532).

Certificate of Correct Inventorship U.S. Patent No. 5,545, 405, Jun. 17, 1997 (Exhibit 2245; Int. No. 104,532).

GENE-CEN 022530

EXHIBIT 15 - PAGE 000478

US 6,331,415 C1

Page 13

Declaration of Mary Anne Armstrong (Exhibit 2249; Int. No. 104,532).

Declaration of Jeffrey J. Berns (Exhibit 2250; Int. No. 104, 532).

Library of Congress Online Catalog record for Cabilly Exhibit 1074 (Exhibit 2251; Int. No. 104,532).

Library of Congress Online Catalog record for Cabilly Exhibit 1073 (Exhibit 2256; Int. No. 104,532).

National Library of Medicine PubMed Medline record for Cabilly Exhibit 1074 (Exhibit 2252; Int. No. 104,532).

Oct. 17, 1994 Teleconference on Campath Long Term Follow Up (handwritten sheet and translation page) (Exhibit 2253; Int. No. 104,532).

Declaration 3 of Crowe (Exhibit 2254; Int. No. 104,532).

Declaration 2 of Jeffrey J. Berns (Exhibit 2255; Int. No. 104,532).

Excerpts from 21 C.F.R. (Exhibit 2270; Int. No. 104,532).

Vitetta Declaration 5 (Exhibit 2271; Int. No. 104,532).

Supplemental 131 Declaration of Thurmond (Exhibit 2272; Int. No. 104,532).

*Horne v. Patton* (Exhibit 2273; Int. No. 104,532).

Office Action in U.S. Appl. No. 08/046,893 to Page dated Jun. 23, 1993 (Exhibit 2274; Int. No. 104,532).

Letter dated Apr. 20, 2001 from Jean Harney to Jerry Murphy (Exhibit 2277; Int. No. 104,532).

Excerpts from Lifely Lab notebook ZEIA/90/17 (Exhibit 2278; Int. No. 104,532).

Documents from EP 120694 file, namely Aug. 30, 1988 Celltech's request to amend the application and Jun. 15, 1990 Minutes of the Oral Proceedings.

Declaration of Michael Francis Tuite with CV attached (May 26, 1995) (EP 120694).

Declaration of Atsuo Ochi (CV attached. Regarding EP 120694 and EP 125023 oppositions)(May 17, 1996).

Declaration of Gabrielle L. Boulianne(Exhibits A–C attached. Regarding EP 120694 and EP 125023 oppositions.) (May 15, 1996).

Minutes from the EP 120694 oral proceedings (Aug. 13, 1996).

Interlocutory Decision in Opposition Proceedings (Article 106(3)EPC) (EP 120694) (Feb. 14, 1997).

Decision of PCR EP 0200362 and decision of PCR EP 0201184. Sections 5 only. Submitted by PDL on Mar. 27, 1997 (Dec. 14, 1995) (EP 120694).

Reasons for the Decision of T612/92 and T694/92. Submitted by PDL on Mar. 27, 1997 (EP 120694).

Appeal No. T400/97–344, Appellant: Genentech, Inc. European Patent No. 120694 (Celltech), European Patent Application No. 84301996.9, Grounds of Appeal (Apr. 1, 1997 Notice of Appeal attached) (Jun. 13, 1997).

Papers relevant to the interpretation of Ellison et al. PNAS 79:1984–1988(1982), Fig. 2 from Ellison paper and pp. 203 & 211 from New England Biolabs Catalog with Ellison paper attached. Ellison paper already cited previously (EP 120694).

European Patent Office communication with copy of EP 120694 maintained patent in amended form (Oct. 17, 2001).

Decision to Maintain the European Patent in Amended Form (Article 102(3) EPC) (Regarding EP 120694) (Mar. 14, 2002).

Jan. 29, 1987 response of Cabilly et al. filed before EPO during prosecution of Cabilly et al. European Application No. 84302368.0–2105 (EP 125023).

Jun. 2, 1987 Communication from EPO Examiner during prosecution of Cabilly et al. European Application No. 84302368.0–2105 (EP 125023).

Opposition to EP 125023 B of Genentech, Patentee's Response to the Opponents' Arguments (Feb. 22, 1993).

Response on behalf of the Patentees to the Further submissions filed on behalf of Opponents I and IV in connection with Opposition Proceedings to EP–B–0125023 (84302368.0) (Aug. 9, 1994 Declaration of Leon R. Lyle with Exhibits A–B and Aug. 11, 1994 Affidavit of Allan Robert Adler with Exhibits A–E) (Oct. 31, 1995) (EP 125023).

Genentech's request for Opponent IV to provide the subject matter to be presented by Dr. Shulman at the oral proceedings (Mar. 3, 1997) (EP 125023).

Genentech's opposition to PDL's request to admit the entire Boss file as documentations at the oral proceedings (Mar. 18, 1997) (EP 125023).

Documents submitted by Genentech prior to oral proceedings (Mar. 27, 1997) (EP 125023).

Decision Revoking the European Patent (Article 102(1) EPC) (EP 125.023 with Minutes attached) (Oct. 16, 1997).

Appeal T1212/97–334 in Re Genentech EP–125023 Substantiation of the Proprietor's Appeal (Feb. 26, 1999).

Genentech's suggestions on the time frame of the oral proceedings (Nov. 18, 1999) (EP 125023).

Opposition to European Patent No. EP–B–0125023 (84302368.0–2106) (Genentech's submission prior to the oral proceedings with affidavit from Christopher Denison dated Apr. 19, 2000 and exhibits attached) (Apr. 20, 2000).

European Patent EP–B–125023 (Genentech, Inc.) Declaration of Dr. Richard Axel dated Apr. 18, 2000 with Exhibit A. Declaration of Paul J. Carter dated Apr. 20, 2000 with Exhibit A and ATCC letter (EP 125023).

Genentech's Submissions in Response to Board of Appeals' Feb. 2, 2000 Communication. Richard Axel's Apr. 18, 2000 Declaration with Exhibit A, Paul J. Carter's Apr. 20, 2000 Declaration with Exhibit A, ATCC letter, Walter Moore's Apr. 21, 2000 Statement and claim requests (Apr. 21, 2000) (EP 125023).

Minutes of the public oral proceedings before the Technical Board of Appeal 3.3.4 of May 22, 2000 (Regarding EP 120694) (May 22, 2000).

Statement By Walter Moore (Regarding the non–availability of the Herzenberg grant application) (Apr. 21, 2000).

Minutes of the public oral proceedings before the Technical Board of Appeal 3.3.4 of May 14, 2001 (EP 0125023) (May 14, 2001).

Decision of the Technical Board of Appeal 3.3.4 of May 14, 2001 (Regarding EP–B–125,023. Sep. 27, 2001 correction to the decision attached.) (May 14, 2001).

FDI Advisory 76–7, Procedure for Requests for Grant Applications and Progress Reports (May 19, 1976 Memo from the NIH Freedom of Information Coordinator at the US Department of Health, Education, and Welfare, and May 10, 1976 letter accompanying the memo) (May 1997).

Public Information Regulation (Paragraphs 5.71(c) and 5.72 (e)only), U.S. Department of Health, Education, and Welfare (Aug. 1974).

Slide entitled "18 Publications Discussing Chimeric Monoclonal Antibodies Before the 1987 Application", presented at Jury trial (2002).

Cabilly, S. (Letter from Shmuel Cabilly to Arthur D. Riggs) (Aug. 5, 1980) (ND Calif. Case No. C98–3926 MMC).

GENE-CEN 022531

EXHIBIT 15 - PAGE 000479

# US 6,331,415 C1

Page 14

Genentech, Inc.'s Notice of Mot. and Mot. Summ. Adjudication on Diligence (Jul. 28, 2000), *Genentech, Inc. v. Celltech Therapeutics, Ltd.*, No. C98–3926 MMC, 2001 U.S. Dist. Lexis 3489 (N.D. Cal. Mar. 16, 2001).

Genentech, Inc.'s Decl. of Kate H. Murashige, Ph.D., *Genentech, Inc. v. Celltech Therapeutics, Ltd.*, No. C98–3926 MMC, 2001 U.S. Dist. Lexis 3489 (N.D. Cal. Mar. 16, 2001).

Response of Cabilly et al. filed before EPO during prosecution of Cabilly et al. European Application No. 84302368.0–2105 (Feb. 9, 1988).

Plaintiff MedImmune, Inc.'s First Amended Complaint, Demand for Jury Trial (U.S. District Court, Case No. 03–2567 MRP (CTX) *MedImmune, Inc. vs. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*) (Aug. 13, 2003).

Joint Claim Construction Statement (Nov. 7, 2003).

Declaration of Dean G. Dunlavey in Support of Defendant Genentech, Inc.'s Opening Brief Regarding Claim Construction with Exhibits A–P (Dec. 22, 2003).

Joint Statement Responsive to Court's Jan. 28, 2004 Order re: Terms to be Construed at Markman Hearing (Feb. 9, 2004).

Defendant Genentech, Inc.'s Reply Brief Regarding Claim Construction (Feb. 13, 2004).

Supplemental Declaration of Dean G. Dunlavey in Support of Defendant Genentech, Inc.'s Reply Brief Regarding Claim Construction with Exhibit Q (Feb. 13, 2004).

MedImmune, Inc.'s Responses and Objections to Genentech, Inc.'s Second Set of Interrogatories (Feb. 24, 2004).

Deposition Transcript Exhibits 1–29 of Janet Hasak (Feb. 25, 2004).

Deposition Transcript of Exhibits 30–33 of Genentech through witness, Janet Hasak (Feb. 25, 2004).

Deposition Transcript of Genentech through witness, Janet Hasak (Feb. 25, 2004).

Deposition Transcript of Wendy M. Lee and Exhibits 34–47 (Mar. 4, 2004).

Deposition Transcript of Wendy M. Lee and Exhibits 48–60 (Mar. 5, 2004).

Curriculum Vitae of Jeanne Perry.

Reporter's Transcript, Motion to Dismiss, Monday (May 21, 2001).

Memorandum and Order (May 23, 2001).

Expert Report of Deborah L. French, Ph.D., with Exhibits A, B, C (Dec. 6, 2001).

Declaration of Lewis L. Lanier, Ph.D. with Exhibits A–B (Jan. 8, 2002).

Rebuttal Expert Report of Deborah L French, Ph.D. (Jan. 25, 2002).

Lanier deposition transcript (Feb. 14, 2002).

Harris deposition transcript (Feb. 27, 2002).

Transcript of Proceedings Before the Honorable Gregory G. Hollows United States Magistrate Judge Markman Hearing (Mar. 6, 2002) (vols. I–III).

Transcript of Proceedings Before the Honorable Gregory G. Hollows United States Magistrate Judge Markman Hearing (Mar. 7, 2002) (vol. II).

Genentech's Post–Hearing Markman Submission (Mar. 12, 2002).

Magistrate's Findings and Recommendations [Markman Hearing] (Mar. 20, 2002).

Genentech's Objections to Magistrate's Findings & Recommendations [Markman Hearing] (Apr. 1, 2002).

Genentech's Response to Chiron's Objection and Magistrate's Findings & Recommendations [Markman Hearing] Apr. 8, 2002), with attached Exhibits.

Memorandum and Order [Markman] (Apr. 22, 2002).

Genentech's Second Supplemental Response to Chiron's Interrogatory No. 25 (May 13, 2002).

Declaration of Lewis L. Lanier, Ph.D. in Support of Chiron's Oppositions to Genentech's Motions for Summary Judgment (May 20, 2002).

Declaration of William J. Harris, PH.D. in Support of Chiron's Replies to Summary Judgment Oppositions, with Exhibits A–D (May 27, 2002).

Genentech's Reply in Support of its Motion for Summary Judgment re Invalidity for Anticipation and Lack of Priority (May 28, 2002).

Reporter's Transcript, Motion to Preclude Admission of Undisclosed License Agreements and Cross Motions for Summary Judgment (Monday, Jun. 3, 2002).

Memorandum and Order re: Priority, Anticipation, Written Description, Enablement, Best Mode, Utility (Jun. 24, 2002).

Supplemental Expert Report of Deborah L. French Ph.D. (Jul. 3, 2002).

Chiron's Motion for Clarification regarding Memorandum and Order re: Priority, Anticipation, Written Description, Enablement, Best Mode, Utility, or, in the alternative, Motion for Reconsideration (Jul. 3, 2002).

Genentech's Inc.'s Proposed Jury Instructions (Phase I) (Jul. 26, 2002).

Genentech Inc.'s Responsive Trial Brief (Jul. 26, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 6, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 8, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 9, 2002).

Genentech' Inc.'s Memorandum of Points and Authorities in Support of Objections to Chiron's Proposed Limiting Instruction (Aug. 9, 2002).

Genentech Inc.'s Request for a Remedial Jury Instruction, with Exhibits A–C (Aug. 12, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 12, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 13, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 14, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 16, 2002).

Genentech's Objections to Chiron's Proposed Jury Instructions (Phase I) (Aug. 16, 2002).

Genentech's Opposition to Chiron's Motion for Judgment as a Matter of Law Under Fed. R. Civ. P.50(A), with attached testimony cited to therein (Aug. 16, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 20, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 21, 2002).

Reporter's Daily Transcript Jury Trial (Aug. 22, 2002).

Reporter's Daily Transcript, Jury Trial (Sep. 3, 2002).

Memorandum of Points and Authorities Supporting Genentech's Motion for Judgment as a Matter of Law Under Fed. R. Civ. P.50(A) (Sep. 3, 2002).

Reporter's Daily Transcript, Jury Trial (Sep. 4, 2002).

Memorandum and Order Re: Rule 50 Motions (Sep. 11, 2002).

Genentech's Opposition to Chiron's Rule 50/59 Motion, with Attached Appendix of transcript and trial transcript pages cited to therein (Oct. 7, 2002).

Memorandum and Order Re: Renewed Motion for JM0L; Motion for New Trial (Oct. 22, 2002).

Brief of Defendant–Cross–Appellant, Genentech, Inc. (May 12, 2003).

**GENE-CEN 022532**

EXHIBIT 15 - PAGE 000480

*Chiron Corp.* v. *Genentech, Inc.*, 363 F.3d 1247 (Fed. Cir. 2004).

Expert Report of Dr. Rodney Kellems filed Aug. 27, 2004 in *In re Columbia University Patent Litigation*, MDL No. 1592.

Rebuttal Expert Report of Dr. Rodney Kellems filed Sep. 17, 2004 in *In re Columbia University Patent Litigation*, MDL No. 1592.

Deposition of Robert E. Kellems, Oct. 2, 2004, taken in *In re Columbia University Patent Litigation*, MDL No. 1592.

Plaintiffs' Joint Contentions On Invalidity to Non–Statutory Double Patenting, served Jul. 23, 2004 in *In re Columbia University Patent Litigation*, MDL No. 1592.

Exhibit 1 to Plaintiffs' Joint Contentions On Invalidity to Non–Statutory Double Patenting, served Jul. 23, 2004 in *In re Columbia University Patent Litigation*, MDL No. 1592.

Exhibit 2 to Plaintiffs' Joint Contentions On Invalidity to Non–Statutory Double Patenting, served Jul. 23, 2004 in *In re Columbia University Patent Litigation*, MDL No. 1592.

Decision on Motions (paper # 258 ), Nov. 30, 2004 (Int. No. 105, 048).

Decision on Priority (paper #39), Sep. 30, 2005 (Int. No. 105, 266).

Decision on Priority (paper #32), Sep. 30, 2005 (Int. No. 105, 267).

Abreau S.L. et al. *Biochem. Biophys. Res. Comm.* 82(4): 1300–1305, Jun. 1978. Intracellular location of human fibroblast interferon messenger RNA.

Adams J.M. et al. *Biochem.* 55: 147–155, 1966. N–formylmethionyl–tRNA as the initiator of protein synthesis.

Alberts B. et al. Molecular Biology of the Cell. 107–108, 921, 1983.

Ali F. et al. *Cell* 27: 381–390, Dec. 1981. Organization and reorganization of immunoglobulin genes in A–MuLv–transformed cells: rearrangement of heavy but not light chain genes.

Applebaum S.W. et al. *Biochem. J.* 193: 209–216, 1981. The preparation and characterization of locust vitellogenin messenger RNA and the synthesis of its complementary DNA.

Atherton K.T. et al. *J. Gen. Virol.* 29: 297–304, 1975. Interferon induction by viruses and polynucleotides: a differential effect of camptothecin.

Aviv H. et al. *Proc. Natl. Acad. Sci. USA* 68(9): 2303–2307, Sep. 1971. Protein synthesis directed by encephalomyocarditis virus RNA: properties of a transfer RNA–dependent system.

Aviv H. et al. *Proc. Nat. Acad. Sci. USA* 69(6): 1408–1412, Jun. 1972. Purification of biologically active globin messenger RNA by chromatography on oligothymidylic acid–cellulose.

Ballantine J.E.M. et al. *J. Embryol. Exp. Morph.* 51: 137–153, 1979. Changes in protein synthesis during the development of *Xenopus laevis*.

Banerji J. et al. *Cell* 33: 729–740, 1983. A lymphocyte–specific cellular enhancer is located downstream of the joining region in immunoglobulin heavy chain genes.

Bantle J.A. et al. *Analytical Biochem.* 72: 413–427, 1976. Specificity of oligo (dT)–cellulose chromatography in the isolation of polyadenylated RNA.

Beato M. et al. *FEBS Lett.* 59(2): 305–309, Nov. 1975. Translation of the messenger RNA for rabbit uterglobulin in *Xenopus* oocytes.

Bergman W. et al. *J. Biol. Chem.* 254(13): 5690–5694, 1979. Formation of intermolecular disulfide bonds on nascent immunoglobulin polypeptides.

Berridge M.V. et al. *Cell* 8: 283–297, Jun. 1976. Translation of *Xenopus* liver messenger RNA in *Xenopus* oocytes: vitellogenin synthesis and conversion to platelet proteins.

Bevan M.J. *Biochem. J.* 122: 5–11, 1971. The vectoral release of nascent immunoglobulin peptides.

Blobel G. *FEBS Gene Expression*, 1977. Mechanisms for the intracellular compartmentation of newly synthesized proteins.

Blobel G. et al. *J. Cell Biol.* 67: 835–851, 1975. Transfer of proteins across membranes.

Bole D.G. et al. *J. Cell. Biol.* 102: 1558–1566, 1986. Post-translational association of Immunoglobulin heavy chain binding protein with nascent heavy chains in nonsecreting and secreting hybridomas.

Boss M. et al. *Nucl. Acids. Res.* 12(9): 3791–3806, 1984. Assembly of functional antibodies from immunoglobulin heavy and light chains synthesized in *E. coli*.

Brack C. et al. *Cell* 15: 1–14, Sep. 1978. A complete immunoglobulin gene is created by somatic recombination.

Brinster R.L. et al. *Nature* 306: 332–336, 1983. Expression of a microinjected immunoglobulin gene in the spleen of transgenic mice.

Britten R.J. *Science* 142: 963–965, Nov. 1963. Complementary strand association between nucleic acids and nucleic acid gels.

Browne C.L. *Science* 203: 182–183, Jan. 1979. Ooctye-follicle cell gap junctions in *Xenopus laevis* and the effects of gonadotropin on their permeability.

Burke D. et al. *Nature* 271: 10–11, Jan. 1978. Translation of interferon messenger RNA in vivo and in vitro.

Calos M.P. et al. *Proc. Natl. Acad. Sci. USA* 80: 3015–3019, 1983. High mutation frequency in DNA transfected into mammalian cells.

Campbell P.N. et al. *FEBS Lett.* 72(2): 215–226, Dec. 1976. The role of organelles in the chemical modification of the primary translation products of secretory proteins.

Cattaneo A. et al. *EMBO J.* 6(9): 2753–2758, 1987. Polymeric immunoglobulin M is secreted by transfectants of non–lymphoid cells in the absence of immunoglobulin J chain.

Cavalieri R.L. et al. *Proc. Natl. Acad. Sci. USA* 74(10): 4415–4419, Oct. 1977. Induction and decay of human fibroblast interferon mRNA.

Chan L. et al. *J. Clin. Invest.* 57: 576–585, Mar. 1976. Translation of ovalbumin mRNA in *Xenopus laevis* oocytes.

Chen T.T. et al. *J. Biol. Chem.* 253(15): 5325–5331, 1978. Vitellin and vitellogenin from locusts (*Locusta migratoria*).

Coffino P. et al. *Proc. Natl. Acad. Sci. USA* 68(1): 219–223, Jan. 1971. Rate of somatic mutation in immunoglobulin production by mouse myeloma cells.

Cohn M. *Nucleic Acids in Immunology*, 671–715, 1968. The molecular biology of expectation.

Colman A. *Transcript. Translat.* 2: 49–69, 1984. Expression of exogeneous DNA in *Xenopus* oocytes.

Colman A. Transcription and Translation, a practical approach, edited by B.D. James and S. J. Higgins, 271–302, 1984. Translation of eukaryotic messenger RNA in *Xenopus* oocytes.

Colman A. et al. *Ciba Found. Symp.* 98: 249–67, 1983. The oocyte as a secretory cell.

Colman A. et al. *Cell* 17: 517–526, 1979. Export of proteins from oocytes of *Xenopus laevis*.

**US 6,331,415 C1**

Page 16

Colman A. et al. *Eur. J. Biochem.* 113:339–348, 1981. The influence of topology and glycosylation on the fate of heterologous secretory proteins made in *Xenopus* oocytes.

Colman A. et al. *J. Cell Biol.* 91: 770–780, Dec. 1981. Fate of secretory proteins trapped in oocytes of *Xenopus laevis* by disruption of the cytoskeleton or by imbalanced subunit synthesis.

Colman A. et al. *J. Mol. Biol.* 160: 459–474, 1982. Interaction of Mouse immunoglobulin chains within *Xenopus* oocytes.

Craig R.K. et al. *Biochem. J.* 160: 57–74, 1976. Guinea–pig milk–protein synthesis.

Craig R.K. et al. *Biochem. J.* 173: 633–641, 1978. Separation and partial characterization of guinea–pig caseins.

Darnell J.E. et al. *Proc. Natl. Acad. Sci. USA* 68(6): 1321–1325, Jun. 1971. An adenylic acid–rich sequence in messenger RNA of HeLa cells and its possible relationship to reiterated sites in DNA.

Darnell J.E. et al. *Science* 174: 507–510, Oct. 1971. Polyadenylic acid sequences: role in conversion of nuclear RNA into messenger RNA.

De Robertis E.M. et al. *Sci. Amer.* 75–82, Oct. 1979. Gene transplantation and the analysis of development.

Deacon N.J. et al. *FEBS Lett.* 79(1): 191–194, Jul. 1977. Fucose incorporation into oocyte–synthesized rat immunoglobulins.

Deacon N.J. et al. *Immunol.* 38(1): 137–144, Sep. 1979. Post–translational modification of rat immunoglobulins synthesized in the *Xenopus* oocyte translation system.

Deshpande A. K. et al. *J. Biol. Chem.* 254(18): 8937–8942, Sep. 1979. Translation and stability of rat liver messenger RNA for $\alpha_{2u}$–globulin in *Xenopus* oocyte.

Dicou E. et al. FEBS Lett. 104(2): 275–278, Aug. 1979. Synthesis of *Dyctyosleium discoideum* secretory proteins in *Xenopus laevis* oocytes.

Doel M.T. *Cell* 8: 51–58, May 1976. The translational capacity of deadenylated ovalbumin messenger RNA.

Dryer W.J. et al. *Proc. Natl. Acad. Sci.* USA 54: 864–869, 1965. The molecular basis for antibody formation: a paradox.

Dulis B. *J. Biol. Chem.* 258(4): 2181–2187, 1983. Regulation of protein expression in differentiation by subunit assembly.

Dumont J.N. et al. *J. Morph.* 155(1): 73–98, 1978. Oogenesis in *Xenopus laevis* (Daudin).

Edmonds M. et al. *Proc. Natl. Acad. Sci* USA 68(6): 1336–1340, Jun. 1971. Polyadenylic acid sequences in the heterogeneous nuclear RNA and rapidly–labeled polyribosomal RNA of HeLa Cells: possible evidence for a precursor relationship.

Eppig J.J. et al. *Dev. Biol.* 28: 531–536, 1972. Amino acid pools in developing oocytes of *Xenopus laevis*.

European Patent Office, Case No. T 0400/97 (Celltech Therapeutics Ltd.), Decision of the Technical Board of Appeal, May 24, 2000.

Falcoff E. et al. *Virol.* 75: 384–393, 1976. Intracellular location of newly synthesized interferon in human FS–4 cells.

Falkner G.F. et al. *Nature* 298(5871): 286–288, 1982. Expression of mouse immunoglobulin genes in monkey cells.

Feit H. et al. *J. Neurochem.* 28(4): 697–706, 1977. Comparison of the isoelectric and molecular weight properties of tubulin subunits.

Ford C.C. et al. *J. Embryol. Exp. Morph.* 37: 203–209, 1977. A method for enucleating oocytes of *Xenopus laevis*.

Fraser T. H. et al. *Proc. Natl. Acad. Sci. USA* 75(12): 5936–5940, Dec. 1978. Chicken ovalbumin is synthesized and secreted by ovalbumin is synthesized and secreted by *Escherichia coli*.

Futuichi Y. et al. *Nature* 266: 235–239, Mar. 1977. 5'–terminal structure and mRNA stability.

Gally J.A. et al. *Nature* 227: 341–348, Jul. 1970. Somatic translocation of antibody genes.

Gillies S.D. et al. *Cell* 33: 717–728, Jul. 1983. A tissue–specific transcription enhancer element is locate in the major intron of a rearranged immunoglobulin heavy chain gene.

Gillies S.D. et al. *Nucl. Acids Res.* 11(22): 7981–7997, 1983. Expression of cloned immunoglobulin genes introduced into mouse L cells.

Goldman B.M. *Proc. Nat. Acad. Sci. USA* 75(10): 5066–5070, Oct. 1978. Biogenesis of peroxisomes: intracellular site of synthesis f catalase and uricase.

Goodridge A. et al. *Eur. J. Biochem.* 98(1): 1–8, 1979. Synthesis of albumin and malic enzyme in wheat–germ lysates and *Xenopus laevis* oocytes programmed with chicken–liver messenger RNA.

Grässman A. et al. *Hoppe–Seyler's Z. Physiol. Chem.* 352: 527–532, Apr. 1971. Über die bildung von melanin in muskelzellen nach der direkten übertragung von RNA aus Harding–Passey–mclamnomzellen.

Gray W.R. et al. *Science* 465–467, Jan. 1967. Mechanism of antibody synthesis: size differences between mouse kappa chains.

Gurdon J.B. *J. Embryol. exp. Morph.* 20(3): 401–414, Nov. 1968. Changes in somatic cell nuclei inserted into growing and maturing amphibian oocytes.

Gurdon J.B. et al. *Ann. Rev. Genet.* 15: 189–218, 1981. Gene transfer in amphibian eggs and oocytes.

Gurdon J.B. et al. *J. Mol. Biol.* 80: 539–551, 1973. Message stability in injected frog oocytes: long life of mammalian $\alpha$ and $\beta$ globin messages.

Gurdon J.B. et al. *Nature* 233: 177–182, Sep. 1971. Use of frog eggs and oocytes for the study of messenger RNA and its translation in living cells.

Gurdon J.B. et al. *Transcript Translat.* , xvii–xviii, 1984. A practical approach.

Haas I.G. et al. *Nature* 306(24): 387–389, 1983. Immunoglobulin heavy chain binding protein.

Hanks J.H. et al. *Proc. Soc. Exp. Biol. Med.* 71: 196–200, 1949. Relation of oxygen and temperature in the preservation of tissues by refrigeration.

Harry P. et al. *Comp. Biochem. Physiol.* 63B(2): 287–293, 1979. Changes in the pattern of secretion of locust female diglyceride–carrying lipoprotein and vitellogenin by the fat body in vitro during oocyte development.

Hendershot L. et al. *J. Cell. Biochem.* 104: 761–767, 1987. Assembly and secretion of heavy chains that do not associate posttranslationally with immunoglobulin heavy chain–binding protein.

Hendershot L. et al. *Mol. Cell. Biol.* 8(10): 4250–4256, 1988. Identity of the immunoglobulin heavy–chain protein with the 78,000–dalton glucose–regulated protein and the role of posttranslational modifications in its binding function.

GENE-CEN 022534

EXHIBIT 15 - PAGE 000482

Hew C.L. et al. *Biochem. Biophys. Res. Comm.* 71(3). 845–850. 1976. The synthesis of freezing–point–depressing protein of the winter founder *Pseudopleuronectus americanus* in *Xenopus laevis* oocytes.

Higgins S.J. et al. *Biochem. J.* 158: 271–282, 1976. Androgen–dependent synthesis of basic secretory proteins by the rat seminal vesicle.

Higgins S.J. et al. *Biochem. J.* 174: 543–551, 1978. Effects of testosterone on messenger ribonucleic acid and protein synthesis in rat seminal vesicle.

Hood L. et al. *Science* 168: 325–343 1979. Mechanism of antibody diversity: germ line basis for variability.

Hood L.E. *Fed. Proc.* 31(1): 177–187, 1972. Two genes. one polypeptide chain—fact or fiction?

Housman D. et al. *Nature* 227: 913–918, 1970. Initiation of Haemoglobin synthesis by methionyl–tRNA.

Huez G. et al. *Nature* 271: 572–573, Feb. 1978. Functional stabilisation of HeLa cell histone messenger RNAs injected into *Xenopus* oocytes by 3'–OH polyadenylation.

Huez G. et al. *Proc. Natl. Acad. Sci. USA* 71(8): 3143–3246, Aug. 1974. Role of the polyadenylate segment in the translation of globin messenger RNA in *Xenopus* oocytes.

Jackson R. C. et al. *Proc. Natl. Acad. Sci.* 74(12): 5598–5602, Dec. 1977. Post–translational cleavage of presecretory proteins with an extract of rough microsomes from dog pancreas containing signal peptidase activity.

Jackson R. et al. *Nature* 227: 672–676, Aug. 1970. Role of methionine in the initiation of haemoglobin synthesis.

Jilka R. L. et al. *Arch. Biochem. Biophys.* 192(1): 290–295, 1979. Synthesis and processing of the mouse MOPC–321 κ Chain in *Xenopus laevis* oocytes.

Jilka R.L. et al. *Biochem. Biophys. Res. Comm.* 79(3): 627–630, 1977. Synthesis and glycosylation of the MOPC–46V immunoglobulin in kappa chain in *Xenopus laevis* oocytes.

Kacian D.L. et al. *Nature* 23(58)5: 167–169, 1972. In vitro synthesis of DNA components of human genes for globins.

Katz F.N. et al. *Proc. Natl. Acad. Sci. USA* 74(8): 3278–3282, Aug. 1977. Membrane in vitro synthesis, glycosylation, and asymmetric insertion of a transmembrane protein.

Kindas–Mügge I. et al. *J. Mol. Biol.* 87: 451–462, 1974. Insect protein synthesis in frog cells: the translation of honey bee promelittin messenger RNA in *Xenopus* oocytes.

Kitajewski J. et al. *Mol. Cell. Biol.* 12(2): 784–790, 1992. Interaction of Wnt–1 proteins with the binding protein BiP.

Koch G. *J. Biol. Chem.* 251(19): 6097–6107, 1976. Synthesis of the mitochondrial inner membrane in cultured *Xenopus laevis* oocytes.

Köhler G. *Proc. Natl. Acad. Sci. USA* 77(4): 2197–99, 1980. Immunoglobulin chain loss in hybridoma lines.

Kortbeek–Jacobs N. et al. *J. Immunol. Meth.* 24(1/2):195–199, 1978. Detection of specific antibody producing cells in porcine colostrum by in ovo translation of their mRNA.

Kourides I.A. et al. *Proc. Natl. Acad. Sci. USA* 76(1): 298–302. Jan. 1979. mRNA–directed biosynthesis of α subunit of thyrotopin: translation in cell–free and whole–cell systems.

Kreil G. *Ann. Rev. Biochem.* 50:317–348, 1981. Transfer of proteins across membranes.

Kvist S. et al. *Cell* 29: 61–69. May 1982. Membrane insertion and oligomeric assembly of HLA–DR histocompatibility antigens.

Labarca C. et al. *Proc. Natl. Acad. Sci. USA* 74(10): 4462–4465, Oct. 1977. mRNA–directed synthesis of catalytically active mouse β–glucuronidase in *Xenopus* oocytes.

Labrie F. *Nature* 221: 1217–1222, Mar. 1969. Isolation of an RNA with the properties of haemoglobin messenger.

Laemmli U.K. *Nature* 227, 680–685, Aug. 1970. Cleavage of structural proteins during the assembly of the head of bacteriophage T4.

Lanclos K.D. *Cell Diff.* 7: 259–270, 1978. Effects of estradiol on early messenger RNA in male *Xenopus laevis* liver.

Lane C. et al. *Eur. J. Biochem.* 101(2): 485–495, 1979. Sequestration and turnover of guinea–pig milk proteins and chicken ovalbumin in *Xenopus* oocytes.

Lane C. et al. *J. Mol. Biol.* 61: 73–91, 1971. Rabbit haemoglobin synthesis in frog cells: the translation of reticulocyte 9 s RNA in frog oocytes.

Lane C.D. *Curr. Top. Dev. Biol.* 18: 89–116, 1983. The fate of genes, messengers, and proteins introduced into *Xenopus* oocytes.

Lane, C.D. et al. *Biochem. Animal Dev.* 145–181, 1975. The injection of RNA into living cells: the use of frog oocytes for the assay of mRNA and the study of the control of gene expression.

Lane C.D. et al. *Eur. J. Biochem.* 111:225–235, 1980. The *Xenopus* oocyte as a surrogate secretory system.

Larkins B.A. et al. *Proc. Natl. Acad. Sci. USA* 76(12): 6448–6452, Dec. 1979. Synthesis and processing of maize storage proteins in *Xenopus laevis* oocytes.

Laskov R. et al. *J. Exp. Med.* 515–541, 1970. Synthesis, assembly, and secretion of gamma globulin by mouse myeloma cells.

Lebreleu B. et al. *Biochem. Biophys. Res. Comm.* 82(2): 665–673, 1978. Translation of mouse interferon mRNA *Xenopus laevis* oocytes.

Lederberg J. *Science* 1649–1653, Jun. 1959. Genes and antibodies.

Lee S.Y. et al. *Proc. Natl. Acad. Sci. USA* 68(6): 1331–1335, Jun. 1971. A polynucleotide segment rich in adenylic acid in the rapidly–labeled polyribosomal RNA component of mouse sarcoma 180 ascites cells.

Lennox E.S. et al. *Cold Spring Harbor Symposia on Quantitative Biology* 32: 249–254, 1967. A search for biosynthetic subunits of light and heavy chains of immunoglobulins.

Lim L. et al. *Biochim. Biophys. Acta* 361: 241–247, 1974. Isolation of microsomal poly(a)–RNA from rat brain directing the synthesis of the myelin encephalitogenic protein in *Xenopus* oocytes.

Lim L. et al. *Nature* 227: 710–712, 1970. Adenine–rice polymer associated with rabbit reticulocyte messenger RNA.

Lingappa V.R. et al. *J. Cell Biol.* 79: 567–572, Nov. 1978. Nascent chicken ovalbumin contains the functional equivalent of a signal sequence.

Lingappa V.R. et al. *Nature* 281: 117–121, Sep. 1979. Chicken ovalbumin contains an internal signal sequence.

Lingappa V.R. et al. *Proc. Natl. Acad. Sci. USA* 74(7): 2432–2436, Jun. 1977. Nascent prehormones are intermediates in the biosynthesis of authentic bovine pituitary growth hormone and prolactin.

Lisowska–Bernstein B. et al. *Proc. Natl. Acad. Sci. USA* 66(2): 425–532, Jun. 1970. Synthesis of immunoglobulin heavy and light chains by the free ribosomes of a mouse plasma cell tumor.

GENE-CEN 022535

EXHIBIT 15 - PAGE 000483

**US 6,331,415 C1**

Page 18

Liu C.P. et al. *Proc. Natl. Acad. Sci. USA* 76(9): 4503–4506, Sep. 1979. Biological detection of specific mRNA molecules by microinjection.

Lockard R.E. et al. *Nucl. Acids Res.* 5(9): 3237–3247, Sep. 1978. Requirement for 7–methylguanosine in translation of globin mRNA in vivo.

Mach B. et al. *Mol. Biol. Rep.* 1: 3–6, 1973. Different size of the product of the 14s light chain mRNA translated in vitro and in amphibian oocytes.

Mains P.E. et al. *J. Biol. Chem.* 258(8): 5027–5033, 1983. The requirement of light chain for the surface deposition of the heavy chain of immunoglobulin M.

Maizel J.V. *Methods in Virology,* 5: 179–246, 1971. Polyacrylamide gel electrophoresis of viral proteins.

Masui Y. *J. Exp. Zool.* 166(3): 365–376, 1967. Relative roles of the pituitary, follicle cells, and progesterone in the induction of oocyte maturation in *Ranna pipiens.*

Mechler B. et al. *J. Cell Biol.* 67: 1–15, 1975. Membrane–bound ribosomes of myeloma cells.

*MedImmune, Inc.* v. *Genentech, Inc.,* No. 05–608 (U.S.), Brief for Petitioner.

*MedImmune, Inc.* v. *Genentech, Inc.,* No. 05–608 (U.S.), Brief for Respondent City of Hope.

*MedImmune, Inc.* v. *Genentech, Inc.,* No. 05–608 (U.S.), Brief of Respondent Genentech, Inc.

*MedImmune, Inc.* v. *Genentech, Inc.,* No. 05–608 (U.S.), Reply Brief for Petitioner.

*MedImmune, Inc.* v. *Genentech, Inc..* No. 05–608 (U.S.), transcript of oral argument.

Miflin B.J. et al. *Seed Prot. Improv.* 1: 137–159, 1979. The biology and biochemistry of cereal seed prolamins.

Mills F.C. et al. *Nature* 306: 809–812, Dec. 1983. DNase I hypersensitive sites in the chromatin of human μ immunoglobulin heavy–chain genes.

Moar V.A. et al. *J. Mol. Biol.* 61: 93–103, 1971. Translational capacity of living frog eggs and oocytes, as judged by messenger RNA injection.

Morrison S. *Ann. Rev. Immunol.* 2: 239–56, 1984. Transfer and expression of immunoglobulin genes.

Morrison S. et al. *Adv. Immunol.* 44: 65–92, 1989. Genetically engineered antibody molecules.

Morrison S. et al. *Proc. Natl. Acad. Sci. USA* 81: 6851–6855, 1984. Chimeric human antibody molecules: mouse antigen–binding domains with human constant region domains.

Morrison S.L. *Science* 229(4719): 1202–1207, 1985. Transfectomas provide novel chimeric antibodies.

Morser J. et al. *J. Gen. Virol.* 44: 231–234. Characterization of interferon messenger RNA from human lymphoblastoid cells.

Mous J. et al. *Biochem. Biophys. Res. Comm.* 79(4): 1111–1116, 1979. Synthesis of rat prostatic binding protein in *Xenopus* oocytes and in wheat germ.

Mous J. et al. *Eur. J. Biochem.* 94: 393–400, 1979. Translation of biologically active messenger RNA from human placenta in *Xenopus* oocytes.

Mous J.M. et al. *J. Biol. Chem.* 257(19): 11822–11828, Oct. 1982. Assembly, glycosylation, and secretion of the oligomeric rat prostatic binding protein in *Xenopus* oocytes.

Neuberger M. *EMBO J.* 2(8): 1373–1378, 1983. Expression and regulation of immunogloublin heavy chain gene transfected into lymphoid cells.

O'Farrell P. *J. Biol. Chem.* 250(10): 4007–4021, 1975. High resolution two–dimensional electrophoresis of proteins.

Ochi A. et al. *Proc. Natl. Acad. Sci. USA* 80: 6351–6355, 1983. Functional immunoglobulin M production after transfection of cloned immunoglobulin heavy and light chain genes into lymphoid cells.

Olsson L. *Proc. Natl. Acad. Sci. USA* 77(9): 5429–5431, 1980. Human–human hybridomas producing monoclonal antibodies of predefined antigenic specificity.

Olsson L. et al. *J. Immunol. Meth.* 61: 17–32, 1983. Antibody producing human–human hybridomas.

Palade G. *Science* 189: 347–358, 1975. Intracellular aspects of the process of protein synthesis.

Palmiter R. et al. *J. Biol. Chem.* 246(3): 724–737, 1971. Modulation of ovalbumin synthesis by estradiol–17β and actinomycin D as studied in explants of chick oviduct in culture.

Papkoff J. et al. *Mol. Cell. Biol.* 10(6): 2723–2730, 1990. Secreted int–1 Protein Is Associated with the Cell Surface.

Penman S. et al. *J. Mol. Biol.* 34: 49–69, 1968. Localization and kinetics of formation of nuclear heterodisperse RNA, cytoplasmic heterodisperse RNA and polyribosome–associated messenger RNA in HeLa cells.

Pilz I. et al. *Proc. Natl. Acad. Sci. USA* 77(1): 117–121, 1980. Effect of cleaving interchain disulfide bridges on the radius of gyration and maximum length of anti–poly(D–alanyl) antibodies before and after reaction with tetraalanine hapten.

Potter M. *Methods in Cancer Research* II: 105–157, 1967. The plasma cell tumors and myeloma proteins of mice.

Potter M. et al. *J. Gen. Virol.* 24(5): 1153–1163, 1960. Studies on eight transplantable plasma–cell neoplasms of mice.

Queen C. et al. *Cell* 33: 741–748, 1983. Immunoglobulin gene transcription is activated by downstream sequence elements.

Raftery M.A. et al. *Biochem. Biophys. Res. Comm.* 10(6): 467–72, 1963. Tryptic cleavage at cysteinyl peptide bonds.

Rapoport T.A. et al. *Eur. J. Biochem.* 87: 229–233, 1978. Synthesis of carp proinsulin in *Xenopus* oocytes.

Raschke W. C. et al. *Proc. Natl. Acad. Sci. USA* 76(7): 3469–3473, Jul. 1979. Assembly and secretion of pentameric IgM in a fusion between a nonsecreting B cell lymphoma and an IgG–secreting plasmacytoma.

Reynolds, Jr. F.H., et al. *Proc. Natl. Acad. Sci. USA* 72(12): 4881–4885, 1975. Interferon activity produced by translation of human interferon messenger RNA in cell–free ribosomal systems and in *Xenopus* oöcytes.

Robertson M. *Nature* 301(13): 114, 1983. Control of antibody production.

Rollins J.W. et al. *Science* 178: 1204–1205, 1972. Collagen synthesis in *Xenopus* oocytes after injection of nuclear RNA of frog embryos.

Ross J. et al. *Proc. Natl. Acad. Sci. USA* 69(1): 264–268, 1972. In vitro synthesis of DNA complementary to purified rabbit globin mRNA.

Roth R.A. et al. *Biochem.* 20: 6594–6599, 1981. Role of disulfide interchange enzyme in immunoglobulin synthesis.

Rothman J.F. et al. *Nature* 269: 775–780, 1977. Synchronised transmembrane insertion and glycosylation of a nascent membrane protein.

Rubinstein M. et al. *Science* 202: 1289–1290, 1978. Human leukocyte interferon purified to homogeneity.

Scherrer, K. *Proc. Nat. Acad. Sci. USA* 56: 1571–1578, 1966. Patterns of RNA metabolism in a differentiated cell: a rapidly labeled, unstable 60S RNA with messenger properties in duck erythroblasts.

**GENE-CEN 022536**

EXHIBIT 15 - PAGE 000484

Schubert D. et al. *J. Mol. Biol.* 53: 305–320, 1970. Immunoglobulin biosynthesis.

Sehgal P.B. et al *Proc. Natl. Acad. Sci. USA* 74(8): 3409–3413. 1977. Interferon messenger RNA content of human fibroblasts during induction, shutoff, and superinduction of interferon production.

Sehgal P.B. et al. *Proc. Natl. Acad. Sci. USA* 75(10): 5000–5033. 1978. Does 3'–terminal poly(A) stabilize human fibroblast interferon mRNA in oocytes of *Xenopus laevis*?

Seidman J.G. et al. *Nature* 276(21): 790–795, 1978. The arrangement and rearrangement of antibody genes.

Sherr C.J. et al. *Proc. Natl. Acad. Sci. USA* 66(4): 1183–1189, 1970. Immunoglobulin synthesis and secretion. V. Incorporation of leucine and glucosamine into immunoglobulin on free and bound polyribosomes.

Shores G.C. et al. *J. Cell Biol.* 72:726–743, 1977. Two fractions of rough endoplasmic reticulum from rat liver.

Siden E. et al. *Proc. Natl. Acad. Sci. USA* 78(3): 1823–1827, Mar. 1981. Synthesis of immunoglobulin μ chain gene products precedes synthesis of light chains during B–lymphocyte development.

Siden E.J. et al. *Cell* 16: 389–396, 1979. Immunoglobulin Synthesis by Lymphoid Cells transformed in vitro by abelson murine leukemia virus.

Smith A.E. et al. *J. Virol.* 28(1): 140–153, 1978. Extraction and fingerprint analysis of simian virus 40 large and small T–antigens.

Smith M. et al. *J. Mol. Biol.* 80: 553–557. 1973. Translation of Messenger RNA for mouse immunoglobulin light chains in living frog oocytes.

Smithies O. *Science* 157: 267–273, 1967. Antibody variability.

Snel P. et al. *Neth. J. Med.* 21: 138–143, 1978. Removal of bile acids by plasma exchange or plasma cell separation followed by perfusion through a charcoal adsorber.

Soeiro R. et al. *J. Cell Biol.* 39: 112–118, 1968. The turnover of nuclear DNA–like RNA in HeLa cells.

Soreq, H. *Critical Reviews in Biochemistry* 18(3): 199–238, 1985. The biosynthesis of Biologically Active Proteins in mRNA–Microinjected *Xenopus* Oocytes.

Stavnezer J. et al. *Nature New Biology* 230(14): 172–176, 1971. Synthesis of a mouse immunoglobulin light chain in a rabbit reticulocyte cell–free system.

Stevens R.H. et al. *J. Cell Biol.* 50: 818–829, 1971. RNA metabolism in HeLa cells at reduced temperature.

Stevens R.H. et al. *Nature* 239: 143–146, 1972. Specific IgG mRNA molecules from myeloma cells in heterogeneous nuclear and cytoplasmic RNA containing poly–A.

Stevens R.H. et al. *Proc. Natl. Acad. Sci. USA* 70(4): 1127–1131, 1973. Isolation of messenger RNA coding for mouse heavy–chain immunoglobulin.

Stevens R.H. et al. *Proc. Natl. Acad. Sci. USA* 72: 4679, 1975. Authors' statement on the isolation of mRNA coding for immunoglobulin heavy chain.

Strauss A.W. et al. *Critical Reviews in Biochemistry*, ed. Fasman G.D. 205–235, Mar. 1982. Compartmentation of newly synthesized proteins.

Summers D.F. et al. *Proc. Natl. Acad. Sci. USA* 54: 505–513, 1965. Evidence for virus–specific noncapsid proteins in poliovirus–infected HeLa cells.

Swan D. et al. *Proc. Natl. Acad. Sci. USA* 69(7): 1967–1971, 1972. Purification and properties of biologically active messenger RNA for a myeloma light chain.

Szilard L. *Proc. Natl. Acad. Sci. USA* 46: 293–302, 1960. The molecular basis of antibody formation.

Valle G. et al. *Eur. J. Biochem.* 132: 131–138, 1983. Post–translational fate of variant MOPC 315 λ chains in *Xenopus* oocytes and mouse myeloma cells.

vanderDonk J.A. et al. *Nature* 271: 479–481, 1978. The use of *Xenopus* egg cells to assay the mRNA of single cells.

Vassalli P. et al. *J. Mol. Biol.* 56: 1–19, 1971. Cell–free synthesis of rat immunoglobulin.

Vassalli P. et al. *Proc. Natl. Acad. Sci. USA* 58: 2422–2429, 1967. Studies on cell–free synthesis of rat immunoglobulins. II. Synthesis of immunoglobulin and of antibody to the dinitrophenyl hapten.

Vassart G. et al. *Eur. J. Biochem.* 55: 15–22, 1975. Thyroglobulin messenger RNA: Translation of a 33–S mRNA into a peptide immunologically related to thyroglobulin.

Vassart G. et al. *Proc. Natl. Acad. Sci. USA* 72(10): 3839–3843, 1975. Translation of thyroglobulin 33S messenger RNA as a means of determining thyroglobulin quaternary structure.

Verma I.M. et al. *Nature New Biology* 235(58): 163–167, 1972. In vitro synthesis of DNA complementary to rabbit reticulocyte 10S RNA.

Vernon T.O. *Proc. Natl. Acad. Sci. USA* 80: 825–829, 1983. Immunoglobulin gene expression in transformed lymphoid cells.

Wabl M. et al. *Proc. Natl. Acad. Sci. USA* 79: 6976–6978, 1982. A theory of allelic and isotypic exclusion for immunoglobulin genes.

Wallace R.A. et al. *Developmental Biology* 19: 498–526, 1969. Studies on amphibian yolk.

Wallace R.A. et al. *J. Cell. Physiol.* 72(2): 73–89, 1968. The induced synthesis and transport of yolk proteins and their accumulation by the oocyte in *Xenopus laevis*.

Wallace R.A. et al. *J. Exp. Zool.* 175(3): 259–270, 1970. Protein incorporation by isolated amphibian oocytes.

Wheeler T. et al. *J. Virol.* 21(1): 215–224, 1977. Cell–free synthesis of polyoma virus capsid proteins VP1 and VP2.

White J.O. et al. *Biochem. Soc. Trans.* 3: 94–95, 1975. Properties of rat brain microsomal ribonucleic acid containing polyadenylate.

Wilde C.D. et al. *Eur. J. Immunol.* 10: 462–267, 1980. Analysis of immunoglobulin chain secretion using hybrid myelomas.

Williamson A.R. *Biochem. Soc. Trans.* 5: 139–175, 1969. The Biosynthesis of multichain proteins.

Williamson R. et al. *Ser. Haemat.* IV(3): 23–36, 1971. The isolation and DNA/RNA hybridization of messenger RNA for globin.

Winberry L. et al. *J. Immunol.* 124(3): 1174–1182, 1980. Immunoglobulin production and secretion by variant clones of the MOPC 315 mouse myeloma cell line.

Woodland H.R. et al. *Developmental Biology* 39(1): 134–140, 1974. The translation of mammalian globin mRNA injected into fertilised eggs of *Xenopus laevis*.

Yip C.C. et al. *Proc. Natl. Acad. Sci. USA* 72(12): 4777–4779, 1975. Translation of messenger ribonucleic acid from isolated pancreatic islets and human insulinomas.

Zehavi-Willner T. et al. *Cell* 11: 683–693, 1977. Subcellular compartmentation of albumin and globin made in oocytes under the direction of injected messenger RNA.

Joziasse D.H. et al. *Subcellular Biochem.* 32, 25–48. The α1,3–galactosyltransferase gene.

GENE-CEN 022537

EXHIBIT 15 - PAGE 000485

## US 6,331,415 C1

Page 20

*MedImmune, Inc. v. Genentech, Inc.*, 427 F.3d 958 (Fed. Cir. 2005).

Sambrook, J., et al. *Molecular Cloning: A Laboratory Manual*, 2d ed., New York: Cold Spring Harbor, 1989. Table of contents; sections 16.1–16.8.1 ("Expression of cloned genes in cultured mammalian cells"); sections 17.1–17.44 ("Expression of cloned genes in *Escherichia coli*").

Petition showing good cause to make an interference settlement available under 35 U.S.C. § 135(c) and 37 C.F.R. § 1.666(b), Interference No. 102,572, Aug. 13, 2002.

Order on petition for access pursuant to 35 U.S.C. § 135(c) and 37 C.F.R. § 1.666(b), Interference No. 107,572, Oct. 18, 2002.

LoBuglio, A.F., et al. Human immune response to chimeric B72.3 (γ4), Abst. No. 76. *Antibody Immunoconj. Radiopharm.*, 1983. Exhibit No. 1182, Interference No. 104,532.

Cabilly Opposition to Glaxo Wellcome Inc.'s Miscellaneous Motion 1, Interference No. 104,532, Oct. 5, 2000.

Plaintiff MedImmune Inc.'s Complaint and Demand for Jury Trial, *MedImmune, Inc. v. Genentech, Inc.* (Case No. CV–03–2567, C.D. Cal.) (Apr. 11, 2003).

Amended Memorandum of Decision Re: Defendant Celltech's Motion for Judgment on the Pleadings and Defendant Genentech's Motion for Summary Judgment (Case No. CV–03–2567, C.D. Cal.), pp. 1–26 (Jan. 12, 2004).

Celltech R&D Ltd.'s Amended Answer to First Amended Complaint (Case No. CV–03–2567, C.D. Cal.), pp. 1–40 (Sep. 22, 2003).

Celltech R&D Ltd.'s Answer (Case No. CV–03–2567, C.D. Cal.), pp. 1–26 (Jun. 4, 2003).

Celltech R&D Ltd.'s Answer to First Amended Complaint (Case No. CV–03–2567, C.D. Cal.), pp. 1–40 (Sep. 2, 2003).

Civil Minute Order—General (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–4 (Aug. 4, 2003).

Declaration of Jeffrey R. Witham in Support of MedImmune, Inc.'s Opposition Brief in Support of Claim Construction (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–3 with Exhibits A–M (Jan. 16, 2004).

Declaration of Susan L. Friedman in Support of Genentech, Inc.'s Request for Judicial Notice in Support of Reply Memorandum for Motion to Dismiss the Third and Eleventh Causes of Action (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), p. 1 (Jul. 28, 2003).

Defendant City of Hope National Medical Center's Answer (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–37 (Sep. 2, 2003).

Defendant City of Hope's Joinder in Defendant Genentech, Inc.'s Opening Brief Re: Claim Construction (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–2 (Dec. 22, 2003).

Defendant Genentech, Inc.'s Answer and Affirmative Defenses (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–32 (Sep. 2, 2003).

Defendant Genentech, Inc.'s Opening Brief Regarding Claim Construction (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–39 (Dec. 22, 2003).

Defendant Genentech, Inc.'s Notice of Motion and Motion to Dismiss the Third and Eleventh Causes of Action; Memorandum of Points and Authorities in Support (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–14 (Jun. 4, 2003).

Defendant Genentech, Inc.'s Reply Memorandum of Points and Authorities in Support of Motion to Dismiss the Third and Eleventh Causes of Action (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. i–v and 1–14 (Jul. 28, 2003).

Genentech, Inc.'s Request for Judicial Notice in Support of Reply Memorandum for Motion to Dismiss the Third and Eleventh Causes of Action (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–22 (Jul. 28, 2003).

Initial Disclosures of Plaintiff MedImmune, Inc. (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–10 (Aug. 21, 2003).

MedImmune, Inc.'s Opposition Brief Regarding Claim Construction (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. i–ii and 1–38 (Jan. 16, 2004).

MedImmune, Inc.'s Responses and Objections to Genentech, Inc.'s First Set of Interrogatories (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–14 (Sep. 3, 2003).

MedImmune, Inc.'s Responses and Objections to Genentech, Inc.'s First Set of Requests for Admission (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–18 (Sep. 3, 2003).

MedImmune, Inc.'s Responses and Objections to Genentech, Inc.'s First Set of Requests for the Production of Documents (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–28 (Sep. 3, 2003).

Memorandum of Decision Re: Defendant Celltech's Motion for Judgment on the Pleadings and Defendant Genentech's Motion for Summary Judgment (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–26 (Dec. 22, 2003).

Order Granting Genentech Inc.'s Motion to Dismiss the Third and Eleventh Causes of Action (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–2 (Aug. 11, 2003).

Plaintiff MedImmune, Inc.'s Opposition to Motion by Defendant Genentech, Inc. to Dismiss the Third and Eleventh Causes of Action (*MedImmune, Inc. v. Genentech, Inc., City of Hope, and Celltech R&D Ltd.*), pp. 1–19 (Jul. 14, 2003).

*MedImmune, Inc. v. Genentech, Inc.*, No. 05–608 (U.S.), slip op. (Jan. 9, 2007).

Decision on Petition, Interference No. 102,572, filed Apr. 4, 2003 (Paper No. 85).

Decision on Petition, Interference No. 102,572, filed Apr. 4, 2003 (Paper No. 86).

Grounds of Opposition filed on Behalf of Lundbeck in Respect of Their Opposition to EP–B–0120694 (84301996.9) in the Name of Celltech Limited and entitled 'Process for the Production of Multichain Polypeptides or Proteins,' filed Apr. 19, 1994.

Bolivar F. et al. *Gene* 2: 95–113, 1977. Construction and characterization of new cloning vehicles. II. A multipurpose cloning system.

Cohen S.N. et al. *Proc. Nat'l Acad. Sci. USA* 69(8): 2110–14, 1972. Nonchromosomal antibiotic resistance in bacteria: genetic transformation of *Escherichia coli* by R–factor DNA.

Grunstein M. et al. *Proc. Nat'l Acad. Sci. USA* 72(10): 3961–65, 1975. Colony hybridization: a method for the isolation of cloned DNAs that contain a specific gene.

GENE-CEN 022538

EXHIBIT 15 - PAGE 000486

**US 6,331,415 C1**

Page 21

Hanahan D. et al. *Cell* 21: 127–39, 1980. Characteristics of an SV40 plasmid recombinant and its movement into and out of the genome of a murine cell.

Hood L. et al. *Ann. Rev. Genet.* 9: 305–53, 1975. Organization, expression, and evolution of antibody genes and other multigene families.

Howard M.C. *CRC Crit. Rev. Immunol.* 3(3): 181–208, 1982. Antigen–induced B lymphocyte differentiation.

Mellon P. et al. *Cell* 27(2 pt 1): 279–88, 1981. Identification of DNA sequences required for transcription of the human α1–globin gene in a new SV40 host–vector system.

Miozzari G.F. et al. *J. Bacteriol.* 133(3): 1457–66, 1978. Translation of the leader region of the *Escherichia coli* tryptophan operon.

Polisky B. *Cell* 55(6): 929–32, 1988. ColE1 replication control circuitry: sense from antisense.

Ross J. *Microbiol. Rev.* 59(3): 423–50, 1995. mRNA stability in mammalian cells.

U.S. Appl. No. 06/358,414 (Moore et al.), application filed Mar. 15, 1982.

U.S. Appl. No. 08/165,530 (Winter et al.), prosecution history.

*MedImmune, Inc. v. Genentech, Inc.*, Order remanding to district court (Fed. Cir. Nos. 04–1330, –1364, Mar. 7, 2007). *MedImmune, Inc.* v. *Genentech, Inc.*, Stipulation and order rescheduling status conference (C.D. Cal. No. CV 03–2567 MRP (CTx), Apr. 12, 2007).

Amzel et al., "The Three Dimensional Structure of a Combining Region–Ligand Complex of Immunoglobulin NEW at 3.5 Å Resolution," *Proc. Natl. Acad. Sci. USA* 71:1427–1430 (1974).

Basic & Clinical Immunology, pp. 28–29, 34–37, 83–95, 254–257, 266–267, 342–381, 742, 745–746 (H. Hugh Fudenberg ed., Lange Medical Publications 1980).

Burton, "Human Monoclonal Antibodies: Achievement and Potential," *Hospital Practice* 27(8): 67–74 (1992).

Edelman et al., "Reconstitution of Immunologic Activity by Interaction of Polypeptide Chains of Antibodies," *Proc. Natl. Acad. Sci.* 50:753–761 (1963).

Edelman et al., "The Covalent Structure of an Entire γG Immunoglobulin Molecule," *Biochem.* 63:78–85 (1969).

Edelman, "Antibody Structure and Molecular Immunology," *Nobel Lecture: Physiology or Medicine*, Dec. 2, 1972, pp. 31–54.

Maclyn McCarty, "Chemical Nature And Biological Specificity Of The Substance Inducing Transformation of Pneumococcal Types," *Microbiol. Mol. Biol. Rev.* 10(12): 63–71 (1946).

Milstein et al., "Interchain Disulphide Bridges of Mouse Immunoglobulin M," *Biochem. J.* 151:615–624 (1975).

"Monoclonal Antibodies," pp. 8–11, 75–99, 171–182, 275–289 (Roger H. Kennett et al. ed., Plenum Press 1980).

Poljak et al., "Structure of Fab' New at 6 Å resolution." *Nat New Biol.* 235:137–140 (1972).

Sarma et al., "The Three–Dimensional Structure at 6 Å Resolution of a Human γG1 Immunoglobulin Molecule." *J. Biological Chem.* 246:3753–3759 (1971).

Segal DM et al., "The Three–Dimensional Structure of Phosphorylcholine–Binding Mouse Immunoglobulin Fab and the nature of the antigen Binding Site," *Proc. Natl. Acad. Sci. USA* 71:4298–4302 (1974).

Silverton et al., "Three–dimensional structure of an intact human immunoglobulin," *Proc. Natl. Acad. Sci. USA* 74:5140–5144 (1977).

Thaler et al., Medical Immunology, pp. 3–8 (J.B. Lippincott Company 1977).

Wigler et al., "Biochemical Transfer of Single–Copy Eucaryotic Genes Using Total Cellular DNA as Donor," *Cell* 14: 725–731 (1978).

Weissman et al., Essential Concepts in Immunology, pp. 2, 12–19, 23–26, 49–54 (The Benjamin/Cummings Pub. Co. 1978).

Yarmush et al., "Identification and characterization of rabbit–mouse hybridomas secreting rabbit immunoglobulin chains." *Proc. Natl. Acad. Sci.* 77(5): 2899–2903 (1980).

File history of U.S. Appl. No. 07/233,430.

File History of U.S. Appl. No. 07/930,821.

File History of U.S. Appl. No. 08/165,530.

File History of U.S. Appl. No. 08/320,381.

File History of U.S. Appl. No. 08/450,727.

File History of U.S. Appl. No. 08/461,071.

Transcript of Proceedings before Honorable Mariana Pfaelzer, United States District Judge, Markman Hearing, Jul. 11, 2007, *MedImmune, Inc.* v. *Genentech, Inc.* (C.D. Cal. No. CV 03–2567 MRP (CTx)).

Claim Construction Order, Aug. 16, 2007, *MedImmune, Inc.* v. *Genentech, Inc.* (C.D. Cal. No. CV 03–2567 MRP (CTx)).

Deposition transcript of Shmuel Cabilly (Nov. 1, 2007), with exhibits.

Deposition transcript of Herbert Heyneker (Oct. 28, 1997), with exhibits.

Deposition transcript of William E. Holmes (Oct. 19, 2007), with exhibits.

Deposition transcript of Arthur D. Riggs, M.D. (Nov. 16, 2007).

Deposition transcript of Ronald Burnell Wetzel (Nov. 29, 2007), with exhibits.

Deposition transcript of Ian M. Armitage (Oct. 16, 2007), with exhibits.

Deposition transcript of Ginger Dreger (Oct. 17, 2007), with exhibits.

Deposition transcript of Max D. Hensley (Oct. 24, 2007), with exhibits.

Deposition transcript of Sean Johnston (Nov. 9, 2007), with exhibits.

Andersen D.C. et al. *Curr. Op. Biotechnol.* 15:456–62 (2004). Production technologies for monoclonal antibodies and their fragments.

Liu F.–T. et al. *Proc. Nat'l Acad. Sci. USA* 79: 7852–56 (1982). Cloning and nucleotide sequence of mouse immunoglobulin ε chain cDNA.

Wetzel R. *Am. Sci.* 68:664–75, 1980. Applications of recombinant DNA.

Wetzel R. et al. *Biochem.* 19: 6096–104 (1980). Production of biologically active Nα–desacetylthymosin α1 in *Escherichia coli* through expression of a chemically synthesized gene.

Exhibit 136 to deposition of Herbert Heyneker (Oct. 28, 1997).

Exhibits to deposition of Arthur D. Riggs, M.D. (Nov. 16, 2007).

Alexander A. et al. *Proc. Natl. Acad. Sci. USA* 79: 3260–64, 1982. Gamma heavy chain disease in man: cDNA sequence supports partial gene deletion model.

Auffray C. et al. *Gene* 12: 77–86, 1980. Nucleotide sequence of a cloned cDNA corresponding to secreted mu chain of a mouse immunoglobulin.

GENE-CEN 022539

EXHIBIT 15 - PAGE 000487

## US 6,331,415 C1

Page 22

Dunnick W. et al. *Nucl. Acids. Res.* 8: 1475–84, 1980. A mouse immunoglobulin heavy chain deletion mutant: isolation of a cDNA clone and sequence analysis of the mRNA.

Hellman L. et al. *Proc. Natl. Acad. Sci. USA* 79(4): 1264–68, 1982. Characterization and molecular cloning of the mRNA for the heavy (epsilon) chain of rat immunoglobulin E.

Hiatt A. et al., *Nature* 342: 76–78, (1989). Production of antibodies in transgenic plants.

Kenten J. et al. *Proc. Natl. Acad. Sci. USA* 79: 6661–65, 1982. Cloning and sequence determination of the gene for the human immunoglobulin epsilon chain expressed in a myeloma cell line.

Martens C.L. et al. *Proc. Natl. Acad. Sci. USA* 79: 6018–22, 1982. Heavy chain genes of rabbit IgG: isolation of a cDNA encoding gamma heavy chain and identification of two genomic C gamma genes.

Mushinski J.F. et al. *Proc. Natl. Acad. Sci. USA* 77: 7405–09, 1980. Mouse immunoglobulin D: construction and characterization of a cloned delta chain cDNA.

Obata M. et al. *Gene* 9: 87–97, 1980. Immunoglobulin gamma 1 heavy chain gene: structural gene sequences cloned in a bacterial plasmid.

Rogers J. et al. *Cell* 20: 302–12, 1980. Two mRNAs with different 3' ends encode membrane–bound and secreted forms of immunoglobulin mu chain.

Schlom J. et al. *Proc. Natl. Acad. Sci.* 77: 6841–45, Nov. 1980. Generation of human monoclonal antibodies reactive with human mammary carcinoma cells.

Schrier P.H. et al. *Proc. Natl. Acad. Sci. USA* 78: 4495–99, 1981. Multiple differences between the nucleic acid sequences of the IgG2aa and IgG2ab alleles of the mouse.

Simmons L.C. et al. *J. Immunol. Meth.* 263: 133–147, 2002. Expression of full–length immunoglobulins in *Escherichia coli*: rapid and efficient production of aglycosylated antibodies.

Sire J. et al. *Gene* 20: 377–86, 1982. Rat immunoglobulin delta heavy chain gene: nucleotides sequence derived from cloned cDNA.

Tyler B.M. et al. *Proc. Natl. Acad. Sci. USA* 79: 2008–12, 1982. mRNA for surface immunoglobulin gamma chains encodes a highly conserved transmembrane sequence and a 28-residue intracellular domain.

Associated Press, Jul. 11, 1982. RI scientists find way to mass–produce cancer fighters.

Baker M.D. et al. *Gene* 69: 349–55, 1988. Expression of an immunoglobulin kappa light–chain gene in lymphoid cells using a bovine papilloma–virus–1 (BPV–1) vector.

Banerji J. et al. *Cell* 27: 299–307, 1981. Expression of a β–globin gene is enhanced by remote SV40 DNA sequences.

Barrett T.J. et al. *J. Clin. Microbiol.* 17: 625–27, 1983. Enzyme–linked immunosorbent assay for detection of human antibodies to *Salmonella typhi* Vi antigen.

Bollen A. et al. *Biochem. Biophys. Res. Comm.* 103: 391–401, 1981. Expression in *Escherichia coli* of urokinase. antigenic determinants.

Boven E. et al. *Radiother. Oncol.* 5: 109–17, 1986. Monoclonal antibodies in cancer treatment: where do we stand after 10 years?

Bowden D.W. et al. *Gene* 27: 87–99, 1984. Cloning of eukaryotic genes in single–strand phage vectors: the human interferon genes.

Braun J. et al. *Western J. Med.* 157:158–68, 1992. The second century of the antibody. Molecular perspectives in regulation, pathophysiology. and therapeutic applications.

Brekke O.H. et al. *Nat. Rev. Drug Discov.* 2: 52–62, 2003. Therapeutic antibodies for human diseases at the dawn of the twenty–first century.

Brousseau R. et al. *Gene* 17: 279–89, 1982. Synthesis of a human insulin gene. V. Enzymatic assembly, cloning and characterization of the human proinsulin DNA.

Chang A.C. et al. *Nature* 275: 617–24, 1978. Phenotypic expression in *E. coli* of a DNA sequence coding for mouse dihydrofolate reductase.

Cordingley M. et al. *J. Gen. Virol.* 54: 409–11, 1981. Transcription and translation of the herpes simplex virus type 1 thymidine kinase gene after microinjection into *Xenopus laevis* oocytes.

Cosimi A.B. et al. *N. Engl. J. Med.* 305: 308–14, 1981. Use of monoclonal antibodies to T–cell subsets for immunologic monitoring and treatment in recipients of renal allografts.

Crea R. et al. *Proc. Nat'l Acad. Sci. USA* 75:5765–69, 1978. Chemical synthesis of genes for human insulin.

Croce C.M. et al. *Eur. J. Immunol.* 10: 486–88, 1980. Preferential retention of human chromosome 14 in mouse×human B cell hybrids.

Croce C.M. et al. *Proc. Nat'l Acad. Sci. USA* 76: 3416–19, 1979. Chromosomal location of the genes for human immunoglobulin heavy chains.

Dalla–Favera R. et al. *Proc. Nat'l Acad. Sci. USA* 79: 7824–27, 1982. Human c–myc oncogenic is located on the region of chromosome 8 that is translocated in Burkitt lymphoma cells.

de Saint Vincent B.R. et al. *Cell* 27: 267–77, 1981. The cloning and reintroduction into animal cells of a functional CAD gene, a dominant amplifiable genetic marker.

Dillman R.O. *Crit. Rev. Oncol. Hematol.* 1: 357–86, 1984. Monoclonal antibodies in the treatment of cancer.

Ebersman D. Slides presented on Genentech, Inc. webcast Mar. 14, 2008. Investment community meeting: financial overview.

Echols H. et al. *Microbiol. Rev.* 42: 577–91, 1978. Genetic map of bacteriophage lambda.

Edge M.D. et al. *Nature* 292: 756–62, 1981. Total synthesis of a human leukocyte interferon gene.

Engvall E. et al. *Immunochem.* 8: 871–74, 1971. Enzyme–linked immunosorbent assay (ELISA). Quantitative assay of immunoglobulin G.

Erikson J. et al. *Nature* 294: 173–75, 1981. Assignment of the genes for human λ immunoglobulin chains to chromosome 22.

Etkin L.D. et al. *Dev. Biol.* 75: 13–25, 1980. The synthesis of authentic sea urchin transcriptional and translational products by sea urchin histone genes injected into *Xenopus laevis* oocytes.

Fjermedal G. *Magic Bullets*. New York: MacMillan, 1984 (dust jacket and table of contents).

Folger K.R. et al. *Mol. Cell. Biol.* 2:1372–87, 1982. Patterns of integration of DNA microinjected into cultured mammalian cells; evidence for homologous recombination between injected plasmid DNA molecules.

Freedman M.H. et al. *J. Biol. Chem.* 241: 5225–32, 1966. Recovery of specific activity upon reoxidation of completely reduced polyalanyl rabbit antibody.

GENE-CEN 022540

EXHIBIT 15 - PAGE 000488

Gerhard W. et al. *Proc. Nat'l Acad. Sci. USA* 75: 1510–14, 1978. Repertoire of antiviral antibodies expressed by somatic cell hybrids.

Gheysen D. et al. *J. Mol. Appl. Genet.* 1: 385–94, 1982. Expression and excretion of human fibroblast β1 interferon in monkey cells after transfection with a recombinant SV40 plasmid vector.

Goeddel D.V. et al. *Proc. Nat'l Acad. Sci. USA* 76: 106–10, 1979. Expression in *Escherichia coli* of chemically synthesized genes for human insulin.

Goto Y. et al. *J. Mol. Biol.* 156: 891–910, 1982. Unfolding and refolding of the constant fragment of the immunoglobulin light chain.

Goto Y. et al. *J. Mol. Biol.* 156: 911–26, 1982. Unfolding and refolding of the reduced constant fragment of the immunoglobulin light chain. Kinetic role of the intrachain disulfide bond.

Graham F.L. et al. *Virology* 54: 536–39, 1973. Transformation of rat cells by DNA of human adenovirus 5.

Graves J.F. et al. *J. Bacteriol.* 152: 1071–77, 1982. Sequence-specific DNA uptake in transformation of *Neisseria gonorrhoeae*.

Grosschedl R. et al. *Cell* 38: 647–58, 1984. Introduction of a μ immunoglobulin gene into the mouse germ line: specific expression in lymphoid cells and synthesis of functional antibody.

Grosschedl R. et al. *Cell* 41: 885–97, 1985. Cell-type specificity of immunoglobulin gene expression is regulated by at least three DNA sequence elements.

Gunge N. *Ann. Rev. Microbiol.* 37: 253–76, 1983. Yeast DNA plasmids.

Haber E. *Biochem. Pharmacol.* 32: 1976–77, 1983. Antibodies as models for rational drug design.

Haber E. *Pharm. Rev.* 34: 77–84, 1982. Antibodies in vivo.

Haber E. *Proc. Nat'l Acad. Sci. USA* 52: 1099–1106, 1964. Recovery of antigenic specificity after denaturation and complete reduction of disulfides in a papain fragment of antibody.

Haber E., in *Monoclonal Antibodies in Clinical Medicine*, A.J. McMichael et al., eds., New York: Academic Press, 1982, pp. 478–500. Monoclonal antibodies to drugs: new diagnostic and therapeutic tools.

Hamer D.H. et al. *Cell* 17: 725–35, 1979. SV40 recombinants carrying rabbit β-globin gene coding sequences.

Hamer D.H. et al. *Nature* 281: 35–40, 1979. Expression of the chromosomal mouse βⁿᵃʲ-globin gene cloned in SV40.

Hardy K. et al. *Nature* 293: 481–83, 1981. Production in *B. subtilis* of hepatitis B core antigen and a major antigen of foot and mouth disease virus.

Hawley T. et al. *Immunol. Lett.* 12: 257–62, 1986. Immunoglobulin synthesis in non-B cell lines.

Hess B. et al. *Adv. Enzyme Regul.* 7: 149–67, 1969.

Hitzeman R.A. et al. *Nucleic Acids Res.* 11: 2745–63, 1983. Expression of hepatitis B virus surface antigen in yeast.

Hitzeman R.A. et al. *Nature* 293: 717–21, 1981. Expression of a human gene for interferon in yeast.

Hitzeman R.A. et al. *J. Biol. Chem.* 255: 12073–80, 1980. Isolation and characterization of the yeast 3-phosphoglycerokinase gene (PGK) by an immunological screening technique.

Hodgson J. *Biotechnology* 9: 421–25, 1991. Making monoclonals in microbes.

Holland M.J. et al. *Biochem.* 17: 4900–07, 1978. Isolation and identification of yeast messenger ribonucleic acid coding for enolase, glyceraldehyde-3-phosphate dehydrogenase, and phosphoglycerate kinase.

Hung P.P. *Adv. Exp. Med. Biol.* 172: 281–93, 1984. The cloning, isolation and characterization of a biologically active human enzyme, urokinase, in *E. coli*.

Itakura K. et al. *Science* 198: 1056–63, 1977. Expression in *Escherichia coli* of a chemically synthesized gene for the hormone somatostatin.

Jones E.W. *Genetics* 85: 23–33, 1977. Proteinase mutants of *Saccharomyces cerevisiae*.

Kasten F.H., in *Tissue culture: methods and applications*, P.F. Kruse et al., eds., New York: Academic Press, 1973, pp. 72–122. Mammalian myocardial cells.

Kearney J.F. et al. *J. Immunol.* 123: 1548–50, 1979. A new mouse myeloma cell line that has lost immunoglobulin expression but permits the construction of antibody-secreting hybrid cell lines.

Kenten J. et al. *Proc. Nat'l Acad. Sci. USA* 81: 2955–59, 1984. Properties of a human immunoglobulin ε-chain fragment synthesized in *Escherichia coli*.

Kingsman A.J. et al. *Gene* 7: 141–52, 1979. Replication in *Saccharomyces cerevisiae* of plasmid pBR313 carrying DNA from the yeast trpl region.

Kipps T.J. et al. 13th Ann. UCLA Symp., *J. Cell. Biochem.* Suppl 8A, 1984, abst. No. 0443. Allotype switch variants in cultured monoclonal producing hybridomas.

Koprowski H. et al. *Proc. Nat'l Acad. Sci. USA* 74: 2985–87, 1977. Production of antibodies against influenza virus by somatic cell hybrids between mouse myeloma and primed spleen cells.

Kurokawa T. et al. *Nucl. Acids Res.* 11: 3077–85, 1983. Expression of human immunoglobulin E ε chain cDNA in *E. coli*.

Laub O. et al. *J. Biol. Chem.* 258: 6037–42, 1983. Expression of the human insulin gene in an alternate mammalian cell and in cell extracts.

Laub O. et al. *J. Biol. Chem.* 258: 6043–50, 1983. Expression of the human insulin gene and cDNA in a heterologous mammalian system.

Lennox E.S., in *Hybridomas in cancer diagnosis and treatment* (*Prog. Cancer Res.* vol. 21), M.S. Mitchell et al., eds., New York: Raven Press, pp. 5–13, 1982. Monoclonal antibodies and tumor antigens—a perspective.

Marston F.A. *Biochem. J.* 240: 1–12, 1986. The purification of eukaryotic polypeptides synthesized in *Escherichia coli*.

McCormick F. et al. *Mol. Cell. Biol.* 4: 166–72, 1984. Inducible expression of amplified human β-interferon genes in CHO cells.

Mellor J. et al. *Gene* 24: 1–14, 1983. Efficient synthesis of enzymatically active calf chymosin in *Saccharomyces cerevisiae*.

Mertz J.E. et al. *Proc. Nat'l Acad. Sci. USA* 74: 1502–06, 1977. Purified DNAs are transcribed after microinjection into *Xenopus* oocytes.

Miller R.A. et al. *N. Engl. J. Med.* 306: 517–22. 1982. Treatment of B-cell lymphoma with monoclonal anti-idiotype antibody.

Miller R.A., in *Hybridomas in cancer diagnosis and treatment* (*Prog. Cancer Res.* vol. 21), M.S. Mitchell et al., eds., New York: Raven Press, pp. 133–145, 1982. Considerations for treatment with hybridoma antibodies.

GENE-CEN 022541

EXHIBIT 15 - PAGE 000489

## US 6,331,415 C1
Page 24

Morrison S.L. et al. *Important Adv. Oncol.* 1990: 3–18, 1990. Recombinant chimeric monoclonal antibodies.

Morrison S.L. et al. *Mt. Sinai J. Med.* 53: 175–80, 1986. Production of novel immunoglobulin molecules by gene transfection.

Nakamura R.M. *Clin. Physiol. Biochem* 1: 160–72, 1983. Monoclonal antibodies: methods and clinical laboratory applications.

Newman R. et al. *Nature* 304: 643–45, 1983. Selection and properties of a mouse L–cell transformant expressing human transferrin receptor.

Ng A.K. et al. *Adv. Internal Med.* 28: 253–76, 1983. Monoclonal antibodies and immunologic approaches to malignant tumors.

Norman P.S. *Prog. Allergy* 32: 318–46, 1982. Immunotherapy.

Ohno S. et al. *Nucl/ Acids Res.* 10: 967–77, 1982. Inducer–responsive expression of the cloned human interferon β1 gene introduced into cultured mouse cells.

Oldham R.K. et al. *J. Biol. Response Mod.* 2; 1–37, 1983. Immunotherapy: the old and the new.

Olsson L. *Allergy* 38: 145–54, 1983. Monoclonal antibodies in clinical immunobiology. Derivation, potential, and limitations.

Olsson L. et al. *Meth. Enzymol.* 92: 3–16, 1983. Human–human monoclonal antibody–producing hybridomas: technical aspects.

Pääbo S. et al. *Cell* 33: 445–53, 1983. Association between transplantation antigens and a viral membrane protein synthesized from a mammalian expression vector.

Pavlakis G.N. et al. *Proc. Nat'l Acad. Sci. USA* 80: 397–401, 1983. Regulation of a metallothionein–growth hormone hybrid gene in bovine papilloma virus.

Pennica D. et al. *Nature* 301: 214–21, 1983. Cloning and expression of human tissue–type plasminogen activator cDNA in *E. coli*.

Petersen J.G. et al. *J. Biol. Chem.* 249: 5633–41, 1974. An in vitro system for studying the kinetics of interchain disulfide bond formation in immunoglobulin G.

Pharmalive. *Med Ad News* 11(7), Jul. 2005. Top 100 biotechnology companies.

Pharmalive. *Med Ad News* 13(9), Sep. 2007. Top 50 pharmaceutical companies charts and lists.

Piggee C. *Analyt. Chem.* 80: 2305–10 (2008). Therapeutic antibodies coming through the pipeline.

Poynton C.H. et al. *Exp. Biol.* 43: 13–33, 1984. Monoclonal antibodies: the possibilities for cancer therapy.

Prentice H.G. et al. *Lancet* 1(8274): 700–03, 1982. Use of anti–T–cell monoclonal antibody OKT3 to prevent acute graft–versus–host disease in allogeneic bone–marrow transplantation for acute leukaemia.

Ratzkin B. et al. *Proc. Nat'l Acad. Sci. USA* 78(6): 3313–17, 1981. Expression in *Escherichia coli* of biologically active enzyme by a DNA sequence coding for the human plasminogen activator urokinase.

Ringold G. et al. *J. Mol. Appl. Genet* 1: 165–75, 1981. Co–expression and amplification of dihydrofolate reductase cDNA and the *Escherichia coli* XGPRT gene in Chinese hamster ovary cells.

Russell P.S. *Transplant. Proc.* 14: 506–08, 1982. New approaches to the use of antibodies for immunosuppression.

Russell P.S. et al. *Ann. Rev. Med.* 35: 63–79, 1984. Monoclonal antibodies for the diagnosis and treatment of transplant rejection.

Satz M.L. et al. *Mol. Cell. Biol.* 3: 2006–16, 1983. Differential expression of porcine major histocompatibility DNA sequences introduced into mouse L cells.

Seto J. et al. *Cancer Res.* 42: 5209–15, 1982. Monoclonal anti–MM46 antibody: ricin A chain conjugate: in vitro and in vivo antitumor activity.

Shulman M. et al. *Nature* 276: 269–70, 1978. A better cell line for making hybridomas secreting specific antibodies.

Stepién P.P. et al. *Gene* 24: 289–97, 1983. Synthesis of a human insulin gene. VI. Expression of the synthetic proinsulin gene in yeast.

Stinchomb D.T. et al. *Nature* 282: 39–43, 1979. Isolation and characterisation of a yeast chromosomal replicator.

Tsukada Y. et al. *Proc. Nat'l Acad. Sci. USA* 79: 621–25, 1982. Effect of a conjugate of daunomycin and antibodies to rat α–fetoprotein on the growth of α–fetoprotein–producing tumor cells.

Tuite M.F. et al. *EMBO J.* 1: 603–08, 1982. Regulated high efficiency expression of human interferon–α in *Saccharomyces cerevisiae*.

US News & World Report, Mar. 28, 1983, p. 48. Spawning new forms of life: now the payoff starts.

Valenzuela P. et al. *Nature* 298: 347–50, 1982. Synthesis and assembly of hepatitis B virus surface antigen particles in yeast.

Voller A. et al. *J. Clin. Pathol.* 31: 507–20, 1978. Enzyme immunoassays with special reference to ELISA techniques.

Weitzman S. et al. *Ann. Med.* 85: 110–16, 1976. Mutations in mouse myeloma cells: implications for human multiple myeloma and the production of immunoglobulins.

Whitney P.L. et al. *Proc. Nat'l Acad. Sci. USA* 53: 524–32, 1965. Recovery of specific activity after complete unfolding and reduction of an antibody fragment.

Wigler M. et al. *Cell* 11: 223–32, 1977. Transfer of purified herpes virus thymidine kinase gene to cultured mouse cells.

Zalcberg J.R. et al. *Aust. N.Z. J. Surg.* 52: 431–38, 1982. Hybridomas and monoclonal antibodies: applications in oncology.

Huber R. *Klin. Wochenschr.* 58: 1217–31, 1980. Spatial structure of immunoglobulin molecules.

Putnam F.W. *Science* 163: 633–43, 1969. Immunoglobulin structure: variability and homology.

* cited by examiner

GENE-CEN 022542

EXHIBIT 15 - PAGE 000490

US 6,331,415 C1

<table>
<tr><td>

1

## EX PARTE
## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 1–20 and 33–36 is confirmed.

Claims 21, 27 and 32 are determined to be patentable as amended.

Claims 22–26 and 28–31, dependent on an amended claim, are determined to be patentable.

21. A method comprising
   a) preparing a *first* DNA sequence [consisting essentially of DNA] encoding an immunoglobulin [consisting of

</td><td>

2

an immunoglobulin] heavy chain and *a second DNA sequence encoding an immunoglobulin* light chain [or Fab region, said immunoglobulin having specificity for a particular known antigen];
   b) inserting the DNA [sequence] *sequences* of step a) into a replicable expression vector *wherein each sequence is* operably linked to a suitable promoter;
   c) transforming a prokaryotic or eukaryotic microbial host cell culture with the vector of step b);
   d) culturing the host cell *so that said immunoglobulin heavy and light chains are produced as separate molecules in said transformed host cell*; and
   e) recovering the immunoglobulin from the host cell culture, said immunoglobulin being capable of binding to a known antigen.

27. The method of claim 26 wherein the heavy chain and light [chains or Fab region] *chain* are deposited within the cells as insoluble particles.

32. The insoluble particles of heavy chain and light chains [or Fab region] produced by the method of claim 27.

* * * * *

</td></tr>
</table>

GENE-CEN 022543

EXHIBIT 15 - PAGE 000491