

```
DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

KIRKLAND & ELLIS LLP
MARK A. PALS, P.C. (pro hac vice)
mpals@kirkland.com
MARCUS E. SERNEL (pro hac vice)
msernel@kirkland.com
300 North La Salle
Chicago, IL 60654
(312)862-2000(o); (312)862-2200(f)

Attorneys for Defendant GENENTECH, INC.

IRELL & MANELLA, LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010(o); (310)203-7199(f)

Attorneys for Defendant CITY OF HOPE
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CENTOCOR ORTHO BIOTECH, INC., <br><br>Counter-Defendant, <br><br>v. <br><br>GENENTECH, INC., and CITY OF HOPE, <br><br>Counter-Plaintiffs. | Case No. CV 08-03573 MRP (JEMx) <br><br>**APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF GENENTECH, INC. AND CITY OF HOPE'S MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL** <br><br>Date: August 17, 2010 <br>Time: 11:00 a.m. <br>Judge: Hon. Mariana R. Pfaelzer <br>Ctrm: 12 |
|---|---|

APPL. TO FILE UNDER SEAL DOCS. ISO DEFS.' MOT. TO PRECLUDE OR STRIKE TEST.
OR DR. WALL / Case No. CV 08-03573 MRP (JEMx)

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.1, Defendants and Counter-Plaintiffs Genentech, Inc. and City of Hope seek leave to file the following documents under seal:

1.  Memorandum of Points and Authorities in Support of Defendants Genentech, Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall;

2.  Declaration of Daralyn J. Durie in Support of Defendant Genentech, Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall, with the exhibits set forth below:

3.  Exhibit A to Durie Declaration: Expert Report of Randolph Wall, Ph.D., designated confidential pursuant to the protective order herein;

4.  Exhibit B to Durie Declaration: Responsive Expert Report of Randolph Wall, Ph.D., designated confidential pursuant to the protective order herein; and

5.  Exhibit C to Durie Declaration: Transcript of June 11, 2010 deposition of Randolph Wall, Ph.D., designated confidential pursuant to the protective order herein.

The documents sought to be filed under seal contain confidential information pursuant to the protective order. Therefore, Genentech seeks a Court order to seal these documents.

For the foregoing reasons, Genentech and City of Hope respectfully request that the Court grant this application and order that (1) Memorandum of Points and Authorities in Support of Defendants Genentech, Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall and (2) Declaration of Daralyn J. Durie in Support of Defendant Genentech, Inc. and City of Hope's Motion to Preclude or Strike Testimony of

///
///
///
///
///

1 | Dr. Wall and Exhibits A, B and C thereto be filed under seal.

2 | Genentech and City of Hope are filing, concurrent with this Application, a

3 | proposed order sealing the above-referenced documents.

5 | Dated: July 12, 2010          By: */s/ Daralyn J. Durie*
6 |                                    Daralyn J. Durie
                                        Mark Lemley
7 |                                    DURIE TANGRI LLP
                                        217 Leidesdorff Street
                                        San Francisco, CA 94111

                                        Attorneys for Defendant GENENTECH, INC.

---

2

APPL. TO FILE UNDER SEAL DOCS. ISO DEFS.' MOT. TO PRECLUDE OR STRIKE TEST. OR DR. WALL / Case No. CV 08-03573 MRP (JEMx)

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on July 12, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Bruce G. Chapman, Esq. | bchapman@cblh.com |
| Keith D. Fraser, Esq. | kfraser@cblh.com |
| Dianne B. Elderkin, Esq. | delderkin@akingump.com |
| Barbara L. Mullin, Esq. | bmullin@akingump.com |
| Steven D. Maslowski, Esq. | smaslowski@akingump.com |
| Angela Verrecchio, Esq. | averrecchio@akingump.com |
| Matthew A. Pearson, Esq. | mpearson@akingump.com |
| Rubén H. Muñoz, Esq. | rmunoz@akingump.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2010, at San Francisco, California.

*Margaret Ann Franz*
Margaret Ann Franz