| | |
|---|---|
| 1 | Bruce G. Chapman (State Bar No. 164258) |
|   | bchapman@cblh.com |
| 2 | Keith D. Fraser (State Bar No. 216279) |
|   | kfraser@cblh.com |
| 3 | CONNOLLY BOVE LODGE & HUTZ LLP |
|   | 333 S. Grand Avenue, Suite 2300 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498 |
| 5 | Dianne B. Elderkin (admitted *pro hac vice*) |
|   | delderkin@akingump.com |
| 6 | Barbara L. Mullin (admitted *pro hac vice*) |
|   | bmullin@akingump.com |
| 7 | Steven D. Maslowski (admitted *pro hac vice*) |
|   | smaslowski@akingump.com |
| 8 | Angela Verrecchio (admitted *pro hac vice*) |
|   | averrecchio@akingump.com |
| 9 | Matthew A. Pearson (admitted *pro hac vice*) |
|   | mpearson@akingump.com |
| 10 | Rubén H. Muñoz (admitted *pro hac vice*) |
|   | rmunoz@akingump.com |
| 11 | AKIN GUMP STRAUSS HAUER & FELD LLP |
|   | Two Commerce Square, Suite 4100 |
| 12 | 2001 Market Street |
|   | Philadelphia, Pennsylvania 19103-7013 |
| 13 | Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210 |
| 14 | Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC. |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., | Case No. CV 08-03573 MRP (JEMx) |
| Plaintiff, | **NOTICE OF ERRATA RE: NOTICE OF HEARING ON CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR CONSTRUCTION OF CLAIM TERM "IMMUNOGLOGULIN" (MOTION NO. 2)** |
| v. | |
| GENENTECH, INC. and CITY OF HOPE, | |
| Defendants. | |
| AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Date:  August 17, 2010<br>Time:  TBA<br>Place:  Hon. Mariana Pfaezler, Courtroom 12 |

NOTICE OF ERRATA

In its previously-filed Notice of Motion for Construction of Claim Term "Immunoglobulin" (Motion No. 2), plaintiff inadvertently omitted the date of the hearing.

The date scheduled for hearing on Centocor's Motion for Construction of Claim Term "Immunoglobulin" (Motion No. 2) is August 17, 2010, at 11:00 a.m. in Courtroom 12 of the Honorable Mariana R. Pfaezler of the United States District Court, 312 North Spring Street, Los Angeles, California.

Dated: July 13 2010.

Respectfully submitted,

Connolly Bove Lodge & Hutz LLP

By: _____*/s/ Keith D. Fraser*_____
Keith D. Fraser

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

NOTICE OF ERRATA