ORIGINAL

1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   MARK A. LEMLEY (SBN 155830)
3  mlemley@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone: (415) 362-6666
5  Facsimile: (415) 236-6300

6  KIRKLAND & ELLIS LLP
   MARK A. PALS, P.C. (*pro hac vice*)
7  mpals@kirkland.com
   MARCUS E. SERNEL (*pro hac vice*)
8  msernel@kirkland.com
   300 North La Salle
9  Chicago, IL 60654
   (312)862-2000(o); (312)862-2200(f)
10
   Attorneys for Defendant GENENTECH, INC.
11

12 IRELL & MANELLA, LLP
   DAVID I. GINDLER (SBN 117824)
13 dgindler@irell.com
   JOSEPH M. LIPNER (SBN 155735)
14 jlipner@irell.com
   1800 Avenue of the Stars
15 Los Angeles, CA 90067
   (310)277-1010(o); (310)203-7199(f)
16

17 Attorneys for Defendant CITY OF HOPE

18

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2010 JUL 12 PM 4:02
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED

19              UNITED STATES DISTRICT COURT
20              CENTRAL DISTRICT OF CALIFORNIA
21                    WESTERN DIVISION

| | |
|---|---|
| 22  CENTOCOR ORTHO BIOTECH, INC., | Case No. CV 08-03573 MRP (JEMx) |
| 23           Counter-Defendant, | [~~PROPOSED~~] ORDER TO FILE UNDER SEAL |
| 24        v. | |
| 25  GENENTECH, INC., and CITY OF HOPE, | Date:  August 17, 2010 |
| 26           Counter-Plaintiffs. | Time:  11:00 a.m.<br>Judge: Hon. Mariana R. Pfaelzer<br>Ctrm:  12 |
| 27 | |
| 28 | |

[PROPOSED] ORDER TO FILE UNDER SEAL / Case No. CV 08-03573 MRP (JEMx)

1  IT IS HEREBY ORDERED THAT Defendants' Application to File Under Seal is
2  GRANTED as follows:
3   1.   Memorandum of Points and Authorities in Support of Defendants Genentech,
4  Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall;
5   2.   Declaration of Daralyn J. Durie in Support of Defendant Genentech, Inc. and
6  City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall and exhibits A, B, and
7  C thereto shall be filed under seal.
8   3.   No persons other than the Court and counsel of record are authorized to
9  inspect the above-listed records filed under seal.
10  IT IS SO ORDERED.

11
12 Dated: *July 14, 2010*        _____
                                  Honorable Mariana R. Pfaelzer
13                                United States District Judge

14

15 Prepared and submitted by:

16

17 _____

18 By: */s/ Daralyn J. Durie*
   Daralyn J. Durie
19 Mark Lemley
   DURIE TANGRI LLP
20 217 Leidesdorff Street
   San Francisco, CA 94111
21
   Attorneys for Defendant
22 GENENTECH, INC.

23
24 _____
25
26
27
28

                                    1
[PROPOSED] ORDER TO FILE UNDER SEAL / Case No. CV 08-03573 MRP (JEMx)

## CERTIFICATE OF SERVICE

1. I certify that all counsel of record are being served on July 12, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Bruce G. Chapman, Esq. | bchapman@cblh.com |
| Keith D. Fraser, Esq. | kfraser@clbh.com |
| Dianne B. Elderkin, Esq. | delderkin@akingump.com |
| Barbara L. Mullin, Esq. | bmullin@akingump.com |
| Steven D. Maslowski, Esq. | smaslowski@akingump.com |
| Angela Verrecchio, Esq. | averrecchio@akingump.com |
| Matthew A. Pearson, Esq. | mpearson@akingump.com |
| Rubén H. Muñoz, Esq. | rmunoz@akingump.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2010, at San Francisco, California.

/s/ *Margaret Ann Franz*
Margaret Ann Franz

2

[PROPOSED] ORDER TO FILE UNDER SEAL / Case No. CV 08-03573 MRP (JEMx)