1 | Bruce G. Chapman (State Bar No. 164258)
    bchapman@cblh.com
2 | Keith D. Fraser (State Bar No. 216279)
    kfraser@cblh.com
3 | CONNOLLY BOVE LODGE & HUTZ LLP
    333 S. Grand Avenue, Suite 2300
4 | Los Angeles, CA 90071
    Telephone: (213) 787-2500; Facsimile: (213) 687-0498
5 | Dianne B. Elderkin (admitted *pro hac vice*)
    delderkin@akingump.com
6 | Barbara L. Mullin (admitted *pro hac vice*)
    bmullin@akingump.com
7 | Steven D. Maslowski (admitted *pro hac vice*)
    smaslowski@akingump.com
8 | Angela Verrecchio (admitted *pro hac vice*)
    averrecchio@akingump.com
9 | Matthew A. Pearson (admitted *pro hac vice*)
    mpearson@akingump.com
10| Rubén H. Muñoz (admitted *pro hac vice*)
    rmunoz@akingump.com
11| AKIN GUMP STRAUSS HAUER & FELD LLP
    Two Commerce Square, Suite 4100
12| 2001 Market Street
    Philadelphia, Pennsylvania 19103-7013
13| Telephone: (215) 965-1200; Facsimile: (215) 965-1210

14 | Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY
15 | GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

16 | IN THE UNITED STATES DISTRICT COURT

17 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., | Case No. CV 08-03573 MRP (JEMx) |
| Plaintiff, | **CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES' APPLICATION TO FILE UNDER SEAL:** |
| v. | |
| GENENTECH, INC. and CITY OF HOPE, | **(1) MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT THAT CLAIM 33 IS** |
| Defendants. | |

FILED
JUL 13 2010
12:47
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

1

| AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | INVALID FOR FAILURE TO DISCLOSE THE BEST MODE (MOTION NO. 6); AND<br><br>(2) STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT THAT CLAIM 33 IS INVALID FOR FAILURE TO DISCLOSE THE BEST MODE (MOTION NO. 6)<br><br>Date: August 17, 2010<br>Time: TBA<br>Place: Hon. Mariana Pfaezler, Courtroom 12 |
|---|---|

Pursuant to Local Rule 79-5.1, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Cross-Defendant Affiliates seek leave to file the following documents under seal:

1. Memorandum in Support of Centocor Ortho BioTech, Inc. and its Cross Defendant Affiliates' Motion for Summary Judgment that Claim 33 is Invalid for Failure to Disclose the Best Mode (Motion No. 6) ("Memorandum"); and

2. Statement of Undisputed Facts and Conclusions of Law in Support of Centocor Ortho BioTech, Inc. and its Cross Defendant Affiliates' Motion for Summary Judgment that Claim 33 is Invalid for Failure to Disclose the Best Mode (Motion No. 6) ("Statement of Undisputed Facts").

The documents to be filed under seal contain or reflect confidential business information that is subject to confidentiality provisions. Specifically, the Memorandum cites to and discusses various supporting exhibits, including Exhibits 28, 32, 35, and 36 which contain confidential details regarding Genentech's pharmaceutical research and development. These exhibits, cited and referenced in the Memorandum, have been designated as Confidential pursuant to the terms of the

Protective Order. Similarly, the Statement of Undisputed Facts cites to and references these same Confidential Exhibits.

Also, balancing the potential harm to Centocor, Genentech and third parties if the sensitive business information is released into the public with the relatively low public harm for nondisclosure of this information favors prohibiting disclosure.

For the foregoing reasons, Centocor respectfully requests that the Court grant this Application and order the aforementioned documents be filed under seal.

Dated: July 12, 2010

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____Keith Fra_____
Keith D. Fraser
Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC. LLC and JOM PHARMACUETICAL SERVICES, INC.