Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500; Facsimile: (213) 687-0413

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200; Facsimile: (215) 965-1210

FILED
JUL 1 3 2010
12:45
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. | Case No. CV 08-03573 MRP (JEMx) <br><br> **CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES' APPLICATION TO FILE UNDER SEAL:** <br><br> **DECLARATION OF MATTHEW PEARSON IN SUPPORT OF CENTOCOR ORTHO BIOTECH,** |

| | |
|---|---|
| AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | INC. AND ITS COUNTER DEFENDANT AFFILIATES' MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR CONSTRUCTION OF CLAIM TERM "IMMUNOGLOBULIN" (MOTION NOS. 1-6)<br><br>Date: August 17, 2010<br>Time: TBA<br>Place: Hon. Mariana Pfaezler, Courtroom 12 |

Pursuant to Local Rule 79-5.1, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Cross-Defendant Affiliates seek leave to file the following documents under seal:

1. Declaration of Matthew Pearson in Support of Centocor Ortho BioTech, Inc. and its Cross Defendant Affiliates' Motions for Summary Judgment and Motion For Construction of Claim Term "Immunoglobulin" (Motion Nos. 1-6) ("Declaration").

The document to be filed under seal refers to confidential documents that are subject to confidentiality provisions. Specifically, the Declaration cites to and describes various supporting exhibits, including Exhibits 16-19 22-25, 27, 28, 32, 34-36 and 39 which contain confidential details regarding Genentech's pharmaceutical research and development. These exhibits have been designated as Confidential pursuant to the terms of the Protective Order.

Also, balancing the potential harm to Centocor, Genentech and third parties if the sensitive business information is released into the public with the relatively low public harm for nondisclosure of this information favors prohibiting disclosure.

For the foregoing reasons, Centocor respectfully requests that the Court grant this Application and order the aforementioned document be filed under seal.

Dated: July 12, 2010                    Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Keith D. Fraser
Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC. LLC and JOM PHARMACUETICAL SERVICES, INC.