ORIGINAL

1 | Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
2 | Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
3 | CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
4 | Los Angeles, CA 90071
Telephone: (213) 787-2500; Facsimile: (213) 687-0498

5 | Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
6 | Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
7 | Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
8 | Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
9 | Matthew A. Pearson (admitted *pro hac vice*)
mpearson@akingump.com
10 | Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
11 | AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
12 | 2001 Market Street
Philadelphia, Pennsylvania 19103-7013
13 | Telephone: (215) 965-1200; Facsimile: (215) 965-1210

14 | Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY
15 | GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.


FILED
JUL 1 3 2010
12:44
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. | Case No. CV 08-03573 MRP (JEMx) <br><br> **CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES' APPLICATION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR CONSTRUCTION OF CLAIM** |

| | |
|---|---|
| AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | TERM "IMMUNOGLOBULIN" (MOTION NOS. 1-6)<br><br>Date: August 17, 2010<br>Time: TBA<br>Place: Hon. Mariana Pfaezler, Courtroom 12 |

Pursuant to Local Rule 79-5.1, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Cross-Defendant Affiliates seek leave to file the following Exhibits to the Declaration of Matthew Pearson in Support of Centocor Ortho BioTech, Inc. and its Cross Defendant Affiliates' Motions for Summary Judgment and Motion For Construction of Claim Term "Immunoglobulin" (Motion Nos. 1-6) under seal:

1. Exhibit 16: Expert Report of Randolph Wall, Ph.D.;
2. Exhibit 17: Expert Report of Arne Skerra, Ph.D.;
3. Exhibit 18: Expert Report of Eugene Rzucidlo;
4. Exhibit 19: Responsive Expert Report of Randolph Wall, Ph.D.;
5. Exhibit 22: Portions of Deposition Transcript of Jeffrey Kushan;
6. Exhibit 23: Portions of Deposition Transcript of Bruce Dolnick, Ph.D.;
7. Exhibit 24: Expert Report of Matthew P. Scott, Ph.D.;
8. Exhibit 25: Opening Expert Report of George H. Kidd, PhD.;
9. Exhibit 27: Expert Report of Bruce Dolnick, Ph.D.;
10. Exhibit 28: Portions of Deposition Transcript of Matthew Peter Scott, Ph.D. dated June 15, 2010;
11. Exhibit 32: Portions of Deposition Transcript of Robert B. Freedman dated June 22, 2010;

PLAINTIFF'S APP TO FILE DOCS UNDER SEAL

12. Exhibit 34: Portions of Deposition Transcript of Carlo M. Croce, M.D. dated July 8, 2010;

13. Exhibit 35: Portions of Laboratory Notebook, Genentech Inc.;

14. Exhibit 36: Portions of Deposition Transcript of Ronald Wetzel dated January 28, 2010; and

15. Exhibit 39: Portions of Deposition Transcript of George H. Kidd dated June 17, 2010

The Exhibits to be filed under seal contain or reflect confidential business information that relate to license and other agreements between Genentech, Centocor and third parties and contain or reflect confidential business information that is subject to confidentiality provisions. Specifically, the Exhibits contain confidential details regarding Genentech's pharmaceutical research and development. The Exhibits also contain references to confidential documents related to the patent at issue. The Exhibits have been designated as Confidential pursuant to the terms of the Protective Order.

Also, balancing the potential harm to Centocor, Genentech and third parties if the sensitive business information is released into the public with the relatively low public harm for nondisclosure of this information favors prohibiting disclosure.

For the foregoing reasons, Centocor respectfully requests that the Court grant this Application and order the aforementioned documents be filed under seal.

Dated: July 12, 2010

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Keith D. Fraser
Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC. LLC and JOM PHARMACUETICAL SERVICES, INC.