1  Bruce G. Chapman (State Bar No. 164258)
   bchapman@cblh.com
2  Keith D. Fraser (State Bar No. 216279)
   kfraser@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
   333 S. Grand Avenue, Suite 2300
4  Los Angeles, CA 90071
   Telephone: (213) 787-2500; Facsimile: (213) 687-0498
5
   Dianne B. Elderkin (admitted *pro hac vice*)
6  delderkin@akingump.com
   Barbara L. Mullin (admitted *pro hac vice*)
7  bmullin@akingump.com
   Steven D. Maslowski (admitted *pro hac vice*)
8  smaslowski@akingump.com
   Angela Verrecchio (admitted *pro hac vice*)
9  averrecchio@akingump.com
   Matthew A. Pearson (admitted *pro hac vice*)
10 mpearson@akingump.com
   Rubén H. Muñoz (admitted *pro hac vice*)
11 rmunoz@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
12 Two Commerce Square, Suite 4100
   2001 Market Street
13 Philadelphia, Pennsylvania 19103-7013
   Telephone: (215) 965-1200; Facsimile: (215) 965-1210

14 Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH,
   INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY
15 GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
   SERVICES, INC.

16            IN THE UNITED STATES DISTRICT COURT

17         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 18  CENTOCOR ORTHO BIOTECH, INC., | Case No. CV 08-03573 MRP (JEMx) |
| 19                                | |
| 20              Plaintiff,        | **CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES' APPLICATION TO FILE UNDER SEAL:** |
| 21    v.                          | |
| 22  GENENTECH, INC. and CITY OF HOPE, | **1. MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION** |
| 23             Defendants.        | |

1

PLAINTIFF'S APP TO FILE DOCS UNDER SEAL

| | |
|---|---|
| AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | (MOTION NO. 5)<br><br>**2. STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION (MOTION NO. 5)**<br><br>Date: August 17, 2010<br>Time: TBA<br>Place: Hon. Mariana Pfaezler, Courtroom 12 |

Pursuant to Local Rule 79-5.1, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Cross-Defendant Affiliates seek leave to file the following documents under seal:

1. Memorandum in Support of Centocor Ortho BioTech, Inc. and its Cross Defendant Affiliates' Motion for Summary Judgment of Anticipation (Motion No. 5) ("Memorandum"); and

2. Statement of Undisputed Facts and Conclusions of Law in Support of Centocor Ortho BioTech, Inc. and its Cross Defendant Affiliates' Motion for Summary Judgment of Anticipation (Motion No. 5) ("Statement of Undisputed Facts").

The documents to be filed under seal contain or reflect confidential business information that is subject to confidentiality provisions. Specifically, the Memorandum cites to and discusses various supporting exhibits, including Exhibits 16, 28, and 34 which contain confidential details regarding Genentech's pharmaceutical research and development. These exhibits, cited and referenced in the Memorandum, have been designated as Confidential pursuant to the terms of the Protective Order. Similarly, the Statement of Undisputed Facts cites to and references these same Confidential Exhibits.

Also, balancing the potential harm to Centocor, Genentech and third parties if the sensitive business information is released into the public with the relatively low public harm for nondisclosure of this information favors prohibiting disclosure.

1  For the foregoing reasons, Centocor respectfully requests that the Court grant
2  this Application and order the aforementioned documents be filed under seal.

4  Dated: July 12, 2010            Respectfully submitted,

5                                  CONNOLLY BOVE LODGE & HUTZ LLP

6                                  By: _____
                                        Keith D. Fraser
7                                  Attorneys for Plaintiff CENTOCOR ORTHO
                                   BIOTECH, INC. and Third-Party Defendants
8                                  GLOBAL PHARMACUETICAL SUPPLY GROUP,
                                   LLC, CENTOCOR BIOLOGICS, LLC and JOM
9                                  PHARMACEUTICAL SERVICES, INC. LLC and
                                   JOM PHARMACUETICAL SERVICES, INC.