| | |
|---|---|
| 1 | Bruce G. Chapman (State Bar No. 164258)<br>bchapman@cblh.com |
| 2 | Keith D. Fraser (State Bar No. 216279)<br>kfraser@cblh.com |
| 3 | CONNOLLY BOVE LODGE & HUTZ LLP<br>333 S. Grand Avenue, Suite 2300 |
| 4 | Los Angeles, CA 90071<br>Telephone: (213) 787-2500; Facsimile: (213) 687-0498 |
| 5 | Dianne B. Elderkin (admitted *pro hac vice*)<br>delderkin@akingump.com |
| 6 | Barbara L. Mullin (admitted *pro hac vice*)<br>bmullin@akingump.com |
| 7 | Steven D. Maslowski (admitted *pro hac vice*)<br>smaslowski@akingump.com |
| 8 | Angela Verrecchio (admitted *pro hac vice*)<br>averrecchio@akingump.com |
| 9 | Matthew A. Pearson (admitted *pro hac vice*)<br>mpearson@akingump.com |
| 10 | Rubén H. Muñoz (admitted *pro hac vice*)<br>rmunoz@akingump.com |
| 11 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square, Suite 4100 |
| 12 | 2001 Market Street<br>Philadelphia, Pennsylvania 19103-7013 |
| 13 | Telephone: (215) 965-1200; Facsimile: (215) 965-1210 |
| 14 | |
| 15 | Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.<br>and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, |
| 16 | LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL<br>SERVICES, INC. |



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | | |
|---|---|---|
| 19 | CENTOCOR ORTHO BIOTECH,<br>INC. | Case No. CV 08-03573 MRP (JEMx) |
| 20 | Plaintiffs | The Honorable Mariana R. Pfaelzer |
| 21 | v. | [PROPOSED] ORDER TO FILE<br>UNDER SEAL: |
| 22 | GENENTECH, INC. and CITY<br>OF HOPE, | CENTOCOR ORTHO BIOTECH, |
| 23 | Defendants. | INC. AND ITS COUNTER-<br>DEFENDANT AFFILIATES' |
| 24 | GENENTECH, INC. and CITY OF<br>HOPE, | |
| 25 | Counter-Plaintiffs | 1. MEMORANDUM IN SUPPORT OF<br>MOTION FOR SUMMARY |
| 26 | v. | JUDGMENT OF ANTICIPATION<br>(MOTION NO. 5) |
| 27 | CENTOCOR ORTHO BIOTECH,<br>INC., et al. | 2. STATEMENT OF UNDISPUTED |
| 28 | Counter-Defendants | FACTS IN SUPPORT OF MOTION<br>FOR SUMMARY JUDGMENT OF |

|   |   |
|---|---|
| 1 | ) ANTICIPATION (MOTION NO. 5) |
| 2 | ) Date:   August 17, 2010 |
| 3 | ) Time: TBD |
|   | ) Ctrm:   12 |

6   The Court, having considered Centocor Ortho Biotech, Inc. And Its Counter-
Defendant Affiliates' *Ex Parte* Application To File Under Seal their Memorandum
In Support Of Motion For Summary Judgment Of Anticipation (Motion No. 5) and
Statement Of Undisputed Facts In Support Of Motion For Summary Judgment Of
Anticipation (Motion No. 5) and all papers submitted in support therewith, finds
that (1) The parties possess overriding confidentiality interests in the subject
documents that overcomes the right of public access to the record; (2) The parties'
overriding confidentiality interests support sealing these documents; and (3) a
substantial probability exists that the parties' overriding confidentiality interests
will be prejudiced if the record is not sealed.

IT IS THEREFORE ORDERED that Centocor's Application To File Under
Seal is GRANTED as follows:

1. Memorandum In Support Of Motion For Summary Judgment Of Anticipation (Motion No. 5); and

2. Statement Of Undisputed Facts In Support Of Motion For Summary Judgment Of Anticipation (Motion No. 5).

No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED

Dated: July 14, 2010

*Mariana R. Pfaelzer*
Honorable Mariana R. Pfaelzer
United States District Judge

1  Prepared and submitted by:

2  Connolly Bove Lodge & Hutz LLP

3

4  By: _____
      Keith D. Fraser
5  Attorneys for Plaintiff CENTOCOR
   ORTHO BIOTECH, INC. and
6  Third-Party Defendants GLOBAL
   PHARMACUETICAL SUPPLY GROUP, LLC,
7  CENTOCOR BIOLOGICS, LLC and
   JOM PHARMACEUTICAL SERVICES, INC
8