Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500; Facsimile: (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200; Facsimile: (215) 965-1210

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>Plaintiffs<br><br>v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Counter-Plaintiffs<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC., et al.<br><br>Counter-Defendants | Case No. CV 08-03573 MRP (JEMx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL:<br><br>CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES'<br><br>(1) MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 33 FOR FAILURE TO COMPLY WITH 35 U.S.C. § 112 (MOTION NO. 4)<br><br>(2) STATEMENT OF UNDISPUTED |

|   |   |   |
|---|---|---|
| 1 | ) | **FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 33 FOR FAILURE TO COMPLY WITH 35 U.S.C. § 112 (MOTION NO. 4)** |
| 2 | ) |
| 3 | ) |
| 4 | ) | Date:  August 17, 2010 |
|   |   | Time: TBD |
| 5 | ) | Ctrm:  12 |

6  The Court, having considered Centocor Ortho Biotech, Inc. And Its Counter-
7  Defendant Affiliates' *Ex Parte* Application To File Under Seal their Memorandum
8  In Support Of Motion For Summary Judgment Of Invalidity Of Claim 33 For
9  Failure To Comply With 35 U.S.C. § 112 (Motion No. 4) and Statement Of
10 Undisputed Facts In Support Of Motion For Summary Judgment Of Invalidity Of
11 Claim 33 For Failure To Comply With 35 U.S.C. § 112 (Motion No. 4) and all
12 papers submitted in support therewith, finds that (1) The parties possess overriding
13 confidentiality interests in the subject documents that overcomes the right of public
14 access to the record; (2) The parties' overriding confidentiality interests support
15 sealing these documents; and (3) a substantial probability exists that the parties'
16 overriding confidentiality interests will be prejudiced if the record is not sealed.

17  IT IS THEREFORE ORDERED that Centocor's Application To File Under
18 Seal is GRANTED as follows:

19  1.  Memorandum In Support Of Motion For Summary Judgment Of Invalidity Of Claim 33 For Failure To Comply With 35 U.S.C. § 112 (Motion No. 4); and

21  2.  Statement Of Undisputed Facts In Support Of Motion For Summary Judgment Of Invalidity Of Claim 33 For Failure To Comply With 35 U.S.C. § 112 (Motion No. 4).

No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED

Dated: July 14, 2010

_____
Honorable Mariana R. Pfaelzer
United States District Judge

Prepared and submitted by:

Connolly Bove Lodge & Hutz LLP

By: _____
Keith D. Fraser
Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC