ORIGINAL

Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500; Facsimile: (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200; Facsimile: (215) 965-1210

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2010 JUL 13 PM 12: 56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Lodged

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br>Plaintiffs<br>v.<br>GENENTECH, INC. and CITY OF HOPE,<br>Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE,<br>Counter-Plaintiffs<br>v.<br>CENTOCOR ORTHO BIOTECH, INC., et al.<br>Counter-Defendants | Case No. CV 08-03573 MRP (JEMx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL:<br><br>CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES'<br><br>(1) MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NO INFRINGMENT OF CLAIM 33 (MOTION NO. 3); AND<br><br>(2) STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION |

|   |   |   |
|---|---|---|
| 1 |   | **FOR SUMMARY JUDGMENT OF NO INFRINGEMENT OF CLAIM 33 (MOTION NO. 3)** |
| 2 |   |   |
| 3 |   | Date: August 17, 2010<br>Time: BD<br>Ctrm: 12 |

6   The Court, having considered Centocor Ortho Biotech, Inc. And Its Counter-
7 Defendant Affiliates' *Ex Parte* Application To File Under Seal their Memorandum
8 In Support Of Motion For Summary Judgment Of No Infringement Of Claim 33
9 (Motion No. 3) and Statement Of Undisputed Facts In Support Of Motion For
10 Summary Judgment Of No Infringement Of Claim 33 (Motion No. 3)
11 and all papers submitted in support therewith, finds that (1) The parties possess
12 overriding confidentiality interests in the subject documents that overcomes the
13 right of public access to the record; (2) The parties' overriding confidentiality
14 interests support sealing these documents; and (3) a substantial probability exists
15 that the parties' overriding confidentiality interests will be prejudiced if the record
16 is not sealed.

17   IT IS THEREFORE ORDERED that Centocor's Application To File Under
18 Seal is GRANTED as follows:

19   1.  Memorandum In Support Of Motion For Summary Judgment Of No Infringement Of Claim 33 (Motion No. 3)

20   2.  Statement Of Undisputed Facts In Support Of Motion For Summary Judgment Of No Infringement Of Claim 33 (Motion No. 3)

22 No persons other than the Court and counsel of record are authorized to
23 inspect the above-listed records filed under seal.

   IT IS SO ORDERED

Dated: July 14, 2010

_____
Honorable Mariana R. Pfaelzer
United States District Judge

1  Prepared and submitted by:

2  Connolly Bove Lodge & Hutz LLP

3
4  By: _____*Kent Fu*_____
5  Keith D. Fraser
   Attorneys for Plaintiff CENTOCOR
6  ORTHO BIOTECH, INC. and
   Third-Party Defendants GLOBAL
7  PHARMACUETICAL SUPPLY GROUP, LLC,
   CENTOCOR BIOLOGICS, LLC and
8  JOM PHARMACEUTICAL SERVICES, INC

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28