| | |
|---|---|
| 1 | Bruce G. Chapman (State Bar No. 164258)<br>bchapman@cblh.com |
| 2 | Keith D. Fraser (State Bar No. 216279)<br>kfraser@cblh.com |
| 3 | CONNOLLY BOVE LODGE & HUTZ LLP<br>333 S. Grand Avenue, Suite 2300 |
| 4 | Los Angeles, CA 90071<br>Telephone: (213) 787-2500; Facsimile: (213) 687-0498 |
| 5 | Dianne B. Elderkin (admitted *pro hac vice*)<br>delderkin@akingump.com |
| 6 | Barbara L. Mullin (admitted *pro hac vice*)<br>bmullin@akingump.com |
| 7 | Steven D. Maslowski (admitted *pro hac vice*)<br>smaslowski@akingump.com |
| 8 | Angela Verrecchio (admitted *pro hac vice*)<br>averrecchio@akingump.com |
| 9 | Matthew A. Pearson (admitted *pro hac vice*)<br>mpearson@akingump.com |
| 10 | Rubén H. Muñoz (admitted *pro hac vice*)<br>rmunoz@akingump.com |
| 11 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square, Suite 4100 |
| 12 | 2001 Market Street<br>Philadelphia, Pennsylvania 19103-7013 |
| 13 | Telephone: (215) 965-1200; Facsimile: (215) 965-1210 |
| 14 | |
| 15 | Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.<br>and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL |
| 16 | SERVICES, INC. |

**FILED** CLERK, U.S. DISTRICT COURT
JUL 1 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Lodged
JUL 1 3 2010
12:48
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| 19 | CENTOCOR ORTHO BIOTECH, INC. | ) Case No. CV 08-03573 MRP (JEMx) |
| 20 | Plaintiffs | ) The Honorable Mariana R. Pfaelzer |
| 21 | v. | ) [~~PROPOSED~~] ORDER TO FILE UNDER SEAL: |
| 22 | GENENTECH, INC. and CITY OF HOPE, | ) |
| 23 | Defendants. | ) CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER- |
| 24 | GENENTECH, INC. and CITY OF HOPE, | ) DEFENDANT AFFILIATES': |
| 25 | Counter-Plaintiffs | ) (1) MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY |
| 26 | v. | ) JUDGMENT THAT CLAIM 33 IS INVALID FOR FAILURE TO |
| 27 | CENTOCOR ORTHO BIOTECH, INC., et al. | ) DISCLOSE THE BEST MODE (MOTION NO. 6); AND |
| 28 | Counter-Defendants | ) (2) STATEMENT OF UNDISPUTED |

|   |   |
|---|---|
| 1 | ) **FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT THAT CLAIM 33 IS INVALID FOR FAILURE TO DISCLOSE THE BEST MODE (MOTION NO. 6)** |
| 2 | ) |
| 3 | ) |
| 4 | ) Date: August 17, 2010 |
| 5 | ) Time: TBD  Ctrm: 12 |

The Court, having considered Centocor Ortho Biotech, Inc. And Its Counter-Defendant Affiliates' *Ex Parte* Application To File Under Seal their Memorandum In Support Of Motion For Summary Judgment That Claim 33 Is Invalid For Failure To Disclose The Best Mode (Motion No. 6) and Statement Of Undisputed Facts In Support Of Motion For Summary Judgment That Claim 33 Is Invalid For Failure To Disclose The Best Mode (Motion No. 6) and all papers submitted in support therewith, finds that (1) The parties possess overriding confidentiality interests in the subject documents that overcomes the right of public access to the record; (2) The parties' overriding confidentiality interests support sealing these documents; and (3) a substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed.

IT IS THEREFORE ORDERED that Centocor's Application To File Under Seal is GRANTED as follows:

1. Memorandum In Support Of Motion For Summary Judgment That Claim 33 Is Invalid For Failure To Disclose The Best Mode (Motion No. 6); and

2. Statement Of Undisputed Facts In Support Of Motion For Summary Judgment That Claim 33 Is Invalid For Failure To Disclose The Best Mode (Motion No. 6)

1  No persons other than the Court and counsel of record are authorized to
2  inspect the above-listed records filed under seal.
3
4  IT IS SO ORDERED

5  Dated: July 14, 2010                    _____
6                                           Honorable Mariana R. Pfaelzer
                                            United States District Judge
7
   Prepared and submitted by:
8
   Connolly Bove Lodge & Hutz LLP
9

10 By: _____
11     Keith D. Fraser
       Attorneys for Plaintiff CENTOCOR
12     ORTHO BIOTECH, INC. and
       Third-Party Defendants GLOBAL
13     PHARMACUETICAL SUPPLY GROUP, LLC,
       CENTOCOR BIOLOGICS, LLC and
14     JOM PHARMACEUTICAL SERVICES, INC

[PROPOSED] ORDER TO FILE UNDER SEAL