ORIGINAL

Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500; Facsimile: (213) 687-0498

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200; Facsimile: (215) 965-1210

Lodged

JUL 1 3 2010
12:46
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY                    DEPUTY

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP,
LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>Plaintiffs<br><br>v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Counter-Plaintiffs<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC., et al.<br><br>Counter-Defendants | **Case No. CV 08-03573 MRP (JEMx)**<br><br>The Honorable Mariana R. Pfaelzer<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL:<br><br>**DECLARATION OF MATTHEW PEARSON IN SUPPORT OF CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER DEFENDANT AFFILIATES' MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR CONSTRUCTION OF CLAIM TERM "IMMUNOGLOBULIN" (MOTION NOS. 1-6)** |

|   |   |
|---|---|
| 1 | ) |
| 2 | ) |
| 3 | ) |
| 4 | ) |
| 5 | ) |

Date:     August 17, 2010
Time: TBD
Ctrm:     12

6

The Court, having considered Centocor Ortho Biotech, Inc. And Its Counter-

7

Defendant Affiliates' *Ex Parte* Application To File Under Seal the Declaration Of

8

Matthew Pearson In Support Of Centocor Ortho Biotech, Inc. And Its Counter

9

Defendant Affiliates'  Motions For Summary Judgment And Motion For

10

Construction Of Claim Term "Immunoglobulin"  (Motion Nos. 1-6) and all papers

11

submitted in support therewith, finds that (1) The parties possess overriding

12

confidentiality interests in the subject documents that overcomes the right of public

13

access to the record; (2) The parties' overriding confidentiality interests support

14

sealing these documents; and (3) a substantial probability exists that the parties'

15

overriding confidentiality interests will be prejudiced if the record is not sealed.

16

        IT IS THEREFORE ORDERED that Centocor's Application To File Under

17

Seal is GRANTED as follows:

18

        1.      The Declaration Of Matthew Pearson In Support Of Centocor

19

                Ortho Biotech, Inc. And Its Counter Defendant Affiliates'
                Motions For Summary Judgment And Motion For Construction

20

                Of Claim Term "Immunoglobulin"      (Motion Nos. 1-6).

21

        No persons other than the Court and counsel of record are authorized to

22

inspect the above-listed records filed under seal.

23

24

        IT IS SO ORDERED

25

Dated: July 14, 2010

26

27

28

*Mariana R. Pfaelzer*
Honorable Mariana R. Pfaelzer
United States District Judge

[PROPOSED] ORDER TO FILE UNDER SEAL

1  Prepared and submitted by:

2  Connolly Bove Lodge & Hutz LLP

3

4  By:_____

        Keith D. Fraser

5  Attorneys for Plaintiff CENTOCOR
   ORTHO BIOTECH, INC. and

6  Third-Party Defendants GLOBAL
   PHARMACUETICAL SUPPLY GROUP, LLC,

7  CENTOCOR BIOLOGICS, LLC and
   JOM PHARMACEUTICAL SERVICES, INC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO FILE UNDER SEAL