ORIGINAL

1  Bruce G. Chapman (State Bar No. 164258)
   bchapman@cblh.com
2  Keith D. Fraser (State Bar No. 216279)
   kfraser@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
   333 S. Grand Avenue, Suite 2300
4  Los Angeles, CA 90071
   Telephone: (213) 787-2500; Facsimile: (213) 687-0498
5
   Dianne B. Elderkin (admitted *pro hac vice*)
6  delderkin@akingump.com
   Barbara L. Mullin (admitted *pro hac vice*)
7  bmullin@akingump.com
   Steven D. Maslowski (admitted *pro hac vice*)
8  smaslowski@akingump.com
   Angela Verrecchio (admitted *pro hac vice*)
9  averrecchio@akingump.com
   Matthew A. Pearson (admitted *pro hac vice)*
10 mpearson@akingump.com
   Rubén H. Muñoz (admitted *pro hac vice*)
11 rmunoz@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
12 Two Commerce Square, Suite 4100
   2001 Market Street
13 Philadelphia, Pennsylvania 19103-7013
   Telephone: (215) 965-1200; Facsimile: (215) 965-1210
14

15 Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
   and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP,
16 LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
   SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>Plaintiffs<br><br>v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Defendants.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Counter-Plaintiffs<br><br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC., et al.<br><br>Counter-Defendants | Case No. CV 08-03573 MRP (JEMx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL:<br><br>CONFIDENTIAL EXHIBITS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR CONSTRUCTION OF CLAIM TERM "IMMUNOGLOBULIN" (MOTION NOS. 1-6)<br><br>Date:  August 17, 2010<br>Time: TBD<br>Ctrm:  12 |

|   |   |
|---|---|
| 1 | ) |
| 2 | ) |
| 3 | ) |
| 4 | ) |
| 5 | ) |

6  The Court, having considered Centocor Ortho Biotech, Inc. And Its Counter-Defendant Affiliates' *Ex Parte* Application To File Under Seal Confidential Exhibits In Support Of Motions For Summary Judgment And Motion For Construction Of Claim Term "Immunoglobulin" (Motion Nos. 1-6) and all papers submitted in support therewith, finds that (1) The parties possess overriding confidentiality interests in the subject documents that overcomes the right of public access to the record; (2) The parties' overriding confidentiality interests support sealing these documents; and (3) a substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed.

IT IS THEREFORE ORDERED that Centocor's Application To File Under Seal is GRANTED as follows:

1. Confidential Exhibits In Support Of Motions For Summary Judgment And Motion For Construction Of Claim Term "Immunoglobulin" (Motion Nos. 1-6)

No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED

Dated: July 14, 2010

*Mariana R. Pfaelzer*

United States District Judge

1  Prepared and submitted by:
2  Connolly Bove Lodge & Hutz LLP
3
4  By: _____/s/ Keith Fraser_____
5       Keith D. Fraser
     Attorneys for Plaintiff CENTOCOR
6    ORTHO BIOTECH, INC. and
     Third-Party Defendants GLOBAL
7    PHARMACUETICAL SUPPLY GROUP, LLC,
     CENTOCOR BIOLOGICS, LLC and
8    JOM PHARMACEUTICAL SERVICES, INC

[PROPOSED] ORDER TO FILE UNDER SEAL