Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel, P.C. (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Attorneys for CITY OF HOPE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Counter-Plaintiffs <br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., <br><br> Counter-Defendant <br> AND <br><br> GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC., <br><br> Third-party Defendants. | Case No. CV 08-03573 MRP (CTx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **REQUEST FOR EXTENSION OF TIME TO FILE  PROPOSED ORDER** |

1  At the conclusion of the July 19, 2010 hearing on Genentech's Motion to
2  Amend the Stipulated Protective Order, the Court directed Genentech to prepare a
3  revision of its proposed amendment to identify the personnel at Williams & Connolly
4  LLP who will have access to the materials identified in its Motion, to provide the
5  revised amendment to Centocor for its review, and to file on Friday, July 23, 2010 a
6  Proposed Order to effect the amendment.  Genentech prepared the revised amendment
7  and provided it to Centocor, but Centocor's counsel has indicated that they will require
8  until Monday, July 26, 2010, to confer with their client.  Genentech therefore requests
9  an extension of time until Tuesday, July 27 to file the proposed order.  A proposed
10 order granting this request for an extension is being filed concurrently with this
11 Notice.

| | | |
|---|---|---|
| 1 | Dated:  July 23, 2010 | /s/ Mark A. Pals |
| 2 | | Mark A. Pals, P.C. (*pro hac vice*) |
| | | mpals@kirkland.com |
| 3 | | Marcus E. Sernel, P.C. (*pro hac vice*) |
| | | msernel@kirkland.com |
| 4 | | KIRKLAND & ELLIS LLP |
| | | 300 North LaSalle Street |
| 5 | | Chicago, IL 60654 |
| | | Telephone:  (312)862-2000 |
| 6 | | Facsimile:   (312)862-2200 |

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  (415)362-6666
Facsimile:   (415)236-6300

*Attorneys for Defendant/Counter-Plaintiff Genentech, Inc.*

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA  90067
Telephone:  (310)277-1010
Facsimile:   (310)203-7199

*Attorneys for Defendant/Counter-Plaintiff  City of Hope*

**REQUEST FOR EXTENSION OF TIME TO FILE  PROPOSED ORDER**