Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel, P.C. (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Attorneys for CITY OF HOPE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>　　　　Defendants.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>　　　　Counter-Plaintiffs<br>　　v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>　　　　Counter-Defendant<br>AND<br><br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.,<br><br>　　　　Third-party Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>The Honorable Mariana R. Pfaelzer<br><br><br><br><br><br><br><br><br>**[PROPOSED] ORDER GRANTING GENENTECH, INC.'S REQUEST FOR EXTENSION OF TIME** |

Having considered Genentech Inc.'s Request for Extension of Time to File Proposed Order, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Genentech, Inc. shall have until July 27, 2010 to file the proposed order effecting the amendment to the Stipulated Protective Order discussed at the July 19, 2010 hearing on Genentech's Motion to Amend the Stipulated Protective Order.

IT IS SO ORDERED

Dated: _____     _____
                                  Hon. Mariana R. Pfaelzer
                                  United States District Judge

-1-

[PROPOSED] ORDER GRANTING GENENTECH, INC.'S AND CITY OF HOPE'S CROSS-MOTION FOR SUMMARY JUDGMENT

Dated: July 23, 2010

/s/ Mark A. Pals
Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel, P.C. (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

*Attorneys for Defendant/Counter-Plaintiff Genentech, Inc.*

/s/ David I. Gindler
David I. Gindler
dgindler@irell.com
Joseph M. Lipner
jlipner@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars
Los Angeles, CA  90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant/Counter-Plaintiff City of Hope*

-2-

[PROPOSED] ORDER GRANTING GENENTECH, INC.'S AND CITY OF HOPE'S CROSS-MOTION FOR SUMMARY JUDGMENT