Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel, P.C. (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Attorneys for CITY OF HOPE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>Defendants.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>Counter-Plaintiffs<br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>Counter-Defendant<br>AND<br><br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.,<br><br>Third-party Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>**NOTICE OF FILING OF [PROPOSED] ORDER AMENDING THE OCTOBER 20, 2009 STIPULATED PROTECTIVE ORDER** |

1  Defendant Genentech, Inc. hereby gives notice that, pursuant to the Court's
2  direction at the July 19, 2010 hearing on Genentech's Motion to Amend the Stipulated
3  Protective Order, the parties have conferred and agree on the form of the attached
4  Proposed Order granting Genentech's Motion.

By: /s/ Mark A. Pals
Mark A. Pals, P.C.
Marcus E. Sernel, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

Daralyn J. Durie
Mark Lemley
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111

*Attorneys for Genentech, Inc.*