Name & Address:
Mark A. Pals, P.C. (
mpals@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
312.862.2000 (T); 312.862.2200 (F)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Centocor Ortho Biotech, Inc. | CASE NUMBER: |
| PLAINTIFF(S) | CV-08-03573 MRP (JEMx) |
| v. | |
| Genentech, Inc. and City of Hope | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**
See Attachment.

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the
         Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑    Other

**Reason:**

☐    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☑    Manual Filing required (*reason*):
         These documents contain confidential information of the parties and should be placed under seal.

July 27, 2010 _____          /s/ Mark A. Pals, P.C. _____
Date                                                                      Attorney Name

                                                                          Defendants _____
                                                                          Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

## <u>NOTICE OF MANUAL FILING</u>

(Attachment)

**List of Documents:**

1. Application to File Documents Under Seal in Support of Genentech, Inc.'s and City of Hope's Cross Motion for Summary Adjudication and Opposition to Centocor Ortho Biotech, Inc.'s Motion Nos. 1-6

2. [Proposed] Order Granting Genentech, Inc.'s and City of Hope's Application to File Documents Under Seal

3. Opposition By Genentech, Inc. and City of Hope To Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of No Willful Infringement (Motion No. 1)

4. Statement of Genuine Issues in Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Willful Infringement (Motion No. 1)

5. Opposition of Genentech, Inc. & City of Hope to Centocor Ortho Biotech, Inc.'s Motion for Construction of Claim Term "Immunoglobulin" (Motion No. 2)

6. Cross Motion for Summary Judgment Adjudication and Opposition of Genentech, Inc. & City of Hope to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3)

7. Statement of Genuine Issues in Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3)

8.  Statement of Uncontroverted Facts and Conclusions of Law in Support of Genentech, Inc.'s and City of Hope's Cross Motion for Summary Adjudication

9.  Genentech, Inc. and City of Hope's Opposition to Centocor's Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 U.S.C. § 112 (Motion No. 4)

10. Response of Defendants Genentech, Inc. and City of Hope to Statement of Undisputed Facts and Conclusions of Law In Support Of Centocor's Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 U.S.C. § 112 (Motion No. 4)

11. Opposition by Genentech, Inc. and City of Hope to Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of Anticipation (Motion No. 5)

12. Statement of Genuine Issues In Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of Anticipation (Motion No. 5)

13. Genentech, Inc. and City of Hope's Opposition to Centocor Inc.'s Motion for Summary Judgment That Claim 33 Is Invalid for Failure to Disclose The Best Mode (Motion No. 6)

14. Response of Defendants Genentech, Inc. and City of Hope to Statement of Undisputed Facts and Conclusions of Law In Support Of Centocor's Motion for Summary Judgment That Claim 33 Is Invalid for Failure to Disclose the Best Mode (Motion No. 6)

15. Declaration of Mark A. Pals In Support of Genentech, Inc.'s and City of Hope's Cross Motion for Summary Adjudication and Opposition to Centocor Ortho Biotech, Inc.'s Motions for Summary Judgment and Claim Construction (Nos. 1-6) ("Pals Declaration")

16. Exhibits B-M, O-R, W, Z-BB, EE-JJ, LL-NN, QQ-TT, WW to the Pals Declaration

17. Proof of Service