1 | Bruce G. Chapman (SB # 164258)
bchapman@cblh.com
2 | Keith D. Fraser (SB # 216279)
kfraser@cblh.com
3 | CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
4 | Los Angeles, California  90071
Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498
5
Dianne B. Elderkin (admitted *pro hac vice*)
6 | delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
7 | bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
8 | smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
9 | averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice)*
10 | mpearson@akingump.com
Rubén H. Muñoz (*pro hac vice*)
11 | rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
12 | Two Commerce Square, Suite 4100
2001 Market Street
13 | Philadelphia, Pennsylvania 19103-7013
Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210
14
Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
15 | and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP,
LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
16 | SERVICES, INC.

17 | **UNITED STATES DISTRICT COURT**

18 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 19  CENTOCOR ORTHO BIOTECH, INC. | )  Case No.  CV 08-03573 MRP (JEMx) |
| 20            Plaintiff, | )  **CENTOCOR ORTHO BIOTECH,** |
| | )  **INC.'S AND ITS COUNTER-** |
| 21            v. | )  **DEFENDANT AFFILIATES' NON-** |
| | )  **CONFIDENTIAL EXHIBITS 3, 4, 7** |
| 22  GENENTECH, INC. and CITY | )  **AND 10-14 TO DECLARATION OF** |
| 23  OF HOPE | )  **ANGELA VERRECCHIO IN** |
| | )  **OPPOSITION TO DEFENDANTS'** |
| 24            Defendants. | )  **MOTION TO PRECLUDE OR** |
| | )  **STRIKE TESTIMONY OF DR.** |
| 25  _____ | )  **WALL** |
| | ) |
| 26  AND RELATED COUNTER AND | )  Date:      August 17, 2010 |
| 27  THIRD-PARTY ACTIONS. | )  Time:      11:00 a.m. |
| | )  Ctrm.:    12 of the Hon. Mariana R. |
| 28  _____ | )             Pfaelzer |

CENTOCOR'S NON-CONFIDENTIAL EXHIBITS IN SUPPORT OF DECL. OF
A. VERRECCHIO RE OPPOSITION TO DEFS' MOTION TO STRIKE TESTIMONY OF DR. WALL