| | |
|---|---|
| Mark A. Pals, P.C. (*pro hac vice*) <br> mpals@kirkland.com <br> Marcus E. Sernel, P.C. (*pro hac vice*) <br> msernel@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> (312)862-2000 (o); (312)862-2200 (f) | David I. Gindler (SBN 117824) <br> dgindler@irell.com <br> Joseph M. Lipner (SBN 155735) <br> jlipner@irell.com <br> IRELL & MANELLA, LLP <br> 1800 Avenue of the Stars <br> Los Angeles, CA 90067 <br> (310)277-1010 (o); (310)203-7199 (f) |
| Daralyn J. Durie (SBN 169825) <br> ddurie@durietangri.com <br> Mark Lemley (SBN 155830) <br> mlemley@durietangri.com <br> DURIE TANGRI LLP <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> (415)362-6666 (o); (415)236-6300 (f) | Attorneys for CITY OF HOPE |

Attorneys for GENENTECH, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Counter-Plaintiffs <br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., <br><br> Counter-Defendant <br> AND <br><br> GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC., <br><br> Third-party Defendants. | Case No. CV 08-03573 MRP (CTx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **NOTICE OF MOTION IN SUPPORT OF GENENTECH, INC.'S AND CITY OF HOPE'S CROSS MOTION FOR SUMMARY ADJUDICATION** <br><br><br><br><br><br><br><br><br><br><br><br> Date: August 17, 2010 <br> Time: TBD <br> Ctrm: 12 <br> Judge: Honorable Mariana R. Pfaelzer |

1  PLEASE TAKE NOTICE THAT on August 17, 2010, or as soon thereafter as
2  the matter may be heard, before the honorable Mariana R. Pfaelzer, in Courtroom 12
3  of the United States District Court for the Central District of California, Defendants
4  Genentech, Inc. and City of Hope will hereby cross move for summary adjudication in
5  this matter, that the processes used to produce ReoPro, Remicade, Simponi, and
6  Stelara include the step of "independently expressing a first DNA sequence encoding
7  at least the variable domain of the immunoglobulin heavy chain and a second DNA
8  sequence encoding at least the variable domain of the immunoglobulin light chain so
9  that said immunoglobulin heavy and light chains are produced as separate molecules
10 in said single host cell" as recited in claim 33 of U.S. Patent No. 6,331,415.

11  This Cross Motion is based on this Notice and the accompanying briefing,
12 Statement of Uncontroverted Facts and Conclusions of Law , and the supporting
13 Declaration of Mark A. Pals with supporting exhibits, all filed concurrently herewith.
14 This Cross Motion is further based upon the papers, records, and pleadings on file
15 herein and such other matters as may be brought to the Court's attention at the hearing
16 on this Cross Motion.  A Proposed Order is also being filed for the Court's
17 consideration.

| | | |
|---|---|---|
| 1 | Dated: July 27, 2010 | /s/ Mark A. Pals |

Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312)862-2000
Facsimile: (312)862-2200

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: (415)362-6666
Facsimile: (415)236-6300

*Attorneys for Defendant/Counter-Plaintiff Genentech, Inc.*

/s/ David I. Gindler
David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA  90067
Telephone: (310)277-1010
Facsimile: (310)203-7199

*Attorneys for Defendant/Counter-Plaintiff  City of Hope*