Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Attorneys for CITY OF HOPE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., | Case No. CV 08-03573 MRP (CTx) |
| Plaintiff, | The Honorable Mariana R. Pfaelzer |
| v. | |
| GENENTECH, INC. AND CITY OF HOPE, | **[PROPOSED] ORDER GRANTING GENENTECH, INC.'S AND CITY OF HOPE'S CROSS MOTION FOR SUMMARY ADJUDICATION** |
| Defendants. | |
| GENENTECH, INC. AND CITY OF HOPE, | |
| Counter-Plaintiffs | |
| v. | |
| CENTOCOR ORTHO BIOTECH, INC., | |
| Counter-Defendant | |
| AND | |
| GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC., | Date: August 17, 2010 |
| Third-party Defendants. | Time: TBD<br>Ctrm: 12<br>Judge: Honorable Mariana R. Pfaelzer |

1    Having considered Genentech, Inc.'s and City of Hope's Cross Motion for
2    Summary Adjudication, any opposition thereto, and the arguments of the parties for
3    and against the Motion, and good cause showing,

4    IT IS HEREBY ORDERED THAT:

5    1. Genentech, Inc. and City of Hope's Cross Motion for Summary
6    Adjudication is GRANTED.

7    2. The processes used to produce ReoPro, Remicade, Simponi, and Stelara
8    include the step of "independently expressing a first DNA sequence encoding at least
9    the variable domain of the immunoglobulin heavy chain and a second DNA sequence
10   encoding at least the variable domain of the immunoglobulin light chain so that said
11   immunoglobulin heavy and light chains are produced as separate molecules in said
12   single host cell" as recited in claim 33 of U.S. Patent No. 6,331,415.

13

14   IT IS SO ORDERED

15

16

17   Dated: _____          _____

18                                    Hon. Mariana R. Pfaelzer
                                      United States District Judge

19

20

21

22

23

24

25

26

27

28