| | |
|---|---|
| Mark A. Pals, P.C. (*pro hac vice*)<br>mpals@kirkland.com<br>Marcus E. Sernel (*pro hac vice*)<br>msernel@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312)862-2000 (o); (312)862-2200 (f) | David I. Gindler (SBN 117824)<br>dgindler@irell.com<br>Joseph M. Lipner (SBN 155735)<br>jlipner@irell.com<br>IRELL & MANELLA, LLP<br>1800 Avenue of the Stars<br>Los Angeles, CA 90067<br>(310)277-1010 (o); (310)203-7199 (f) |
| Daralyn J. Durie (SBN 169825)<br>ddurie@durietangri.com<br>Mark Lemley (SBN 155830)<br>mlemley@durietangri.com<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>(415)362-6666 (o); (415)236-6300 (f) | Attorneys for CITY OF HOPE |

Attorneys for GENENTECH, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>Defendants.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>Counter-Plaintiffs<br>v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>Counter-Defendant<br>AND<br><br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.,<br><br>Third-party Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>The Honorable Mariana R. Pfaelzer<br><br>**EXHIBITS A, N, S THROUGH V, X, Y, CC, DD, KK, OO, PP, UU, AND VV ATTACHED TO DECLARATION OF MARK A. PALS IN SUPPORT OF GENENTECH, INC.'S AND CITY OF HOPE'S CROSS MOTION FOR SUMMARY ADJUDICATION AND OPPOSITION TO CENTOCOR ORTHO BIOTECH, INC.'S MOTIONS FOR SUMMARY JUDGMENT AND CLAIM CONSTRUCTION (NOS. 1-6)**<br><br>Date: August 17, 2010<br>Time: TBD<br>Ctrm: 12<br>Judge: Honorable Mariana R. Pfaelzer |