# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  June 30, 2010

1. Total requests filed since start of *ex parte* reexam on 07/01/81.................................. 10782[1]

    a. By patent owner                    3680    34%
    b. By other member of public          6937    64%
    c. By order of Commissioner            165     2%

2. Number of filings by discipline

    a. Chemical Operation                 3019    28%
    b. Electrical Operation               3895    36%
    c. Mechanical Operation               3697    34%
    d. Design Patents                      171     2%

3. Annual *Ex Parte* Reexam Filings

    | Fiscal Yr. | No.         | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010YTD | 539 |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation……….....…….…….................. .3443……………32%

5. Decisions on requests………………………………………………………………..10296

    a. No. granted…………………………………………………… …9467………....92%

        (1) By examiner                    9353
        (2) By Director (on petition)       114

    b. No. denied …………………………………………………………829…………......8%

        (1) By examiner                     793
        (2) Reexam vacated                   35

---

[1] Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 55 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director)…………........................907

    a. Patent owner requester        451      50%
    b. Third party requester         456      50%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency        25.4 (mos.)
    b. Median pendency         20.0 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 22% | 25% | 12% | 23% |
| b. All claims cancelled | 8% | 13% | 23% | 12% |
| c. Claims changes | 70% | 62% | 65% | 65% |

9. Total *ex parte* reexamination certificates issued (1981 – present) ………………………7586

    a. Certificates with all claims confirmed      1786      23%
    b. Certificates with all claims canceled       877      12%
    c. Certificates with claims changes         4923      65%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER ……………………………………..2910

        (1) All claims confirmed      634      22%
        (2) All claims canceled       250      8%
        (3) Claim changes          2026      70%

    b. Certificates – 3rd PARTY REQUESTER …………………………………………..4524

        (1) All claims confirmed      1134      25%
        (2) All claims canceled       592      13%
        (3) Claim changes          2798      62%

    c. Certificates – COMMISSIONER INITIATED REEXAM …………..………......152

        (1) All claims confirmed        18      12%
        (2) All claims canceled         35      23%
        (3) Claim changes            99      65%