# EXHIBIT CC

Exhibit CC
Page 879

*All communications respecting this case should identify it by number and names of parties.*



**U.S. DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: BOX INTERFERENCE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

Telephone: (703)557-4007
Facsimile: (703)557-8642

MAILED

FEB 28 1991

PATENT AND TM OFFICE
BOARD OF PATENT APPEALS
AND INTERFERENCES

Applicants: Cabilly et al
Serial No.: 07/205,419
Filed: June 10, 1988
For: RECOMBINANT IMMUNOGLOBIN PREPARATIONS
Accorded Benefit of: U.S. S.N. 06/483,457, filed 04/08/83, now Patent No. 4,816,567, issued 03/28/89

The case referred to above has been forwarded to the Board of Patent Appeals and Interferences because it is adjudged to interfere with other cases hereafter specified. Attention is directed to the fact that this interference is declared pursuant to 37 CFR 1.601 et seq., effective February 11, 1985 (49 F.R. 48416. 1050 O.G. 385). The interference is designated as No. 102,572.

By direction of the Commissioner of Patents and Trademarks and as required by 35 USC 135(c), notice is hereby given the parties of the requirement of the law for filing in the Patent and Trademark Office a copy of any agreement "in connection with or in contemplation of the termination of the interference."

Exhibit CC
Page 880

GENE-CEN 000927

Serial No. 205,419            -2-

The cases involved in this interference are:

<u>Junior Party</u>

Patentees: Michael A. Boss, John H. Kenten, John S. Emtage and Clive R. Wood

Address: 20 Hunter Court, Huntercombe Lane North, Slough, Berkshire, SL1 6DS, U.K.
24 Avery Avenue, Downley, High Wycombe, Buckinghamshire, U.K.
12 Benjamin House, Amersham Hill, High Wycombe, Buckinghamshire, U.K.
'Whych Wood', Buddle Hill, North Gorley, Near Fordingbridge, Hampshire, U.K.

Serial No.: 06/672,265, filed 11/14/84, now Patent No. 4,816,397, issued 03/28/89

For: MULTICHAIN POLYPEPTIDES OR PROTEINS AND PROCESSES FOR THEIR PRODUCTION

Assignee: Celltech Limited, Berkshire SL1 4DY, U.K., A British Company

Attorneys of Record: Paul N. Kokulis, Allen Kirkpatrick, Lloyd J. Street, George T. Mobille, James L. Dooley, Alvin Guttag, Raymond F. Lippitt, G. Lloyd Knight, Carl G. Love, Lawrence A. Hymo, Akin T. Davis, Edgar H. Martin, William K. West, Jr., Kevin E. Joyce, Edward M. Prince, Donald B. Deaver, David W. Brinkman, George M. Sirilla, William T. Bullinger, Donald J. Bird, Larry S. Nixon, James R. Longacre, Arthur R. Crawford, W. Warren Taltavull, Michael L. Keller, Charles R. Donohoe, Sherman O. Parrett, Robert A. Vanderhye, Watson T. Scott, Peter W. Gowdey, Michael A. Lechter, Dale S. Lazar, James T. Hosmer and Glenn J. Perry

Associate Attorney: None

Accorded Benefit of: None

Address: Cushman, Darby & Cushman
Eleventh Floor
1615 L Street, N.W.
Washington, DC 20036

Exhibit CC
Page 881

GENE-CEN 000928

Serial No. 205,419                                                              -3-


Senior Party

Applicants: Shmuel Cabilly, Herbert L. Heyneker,
            William E. Holmes, Arthur D. Riggs and
            Ronald B. Wetzel

Address: 2038 S. Peck, Monrovia, CA 91016
         2621 Easton Drive, Burlingame, CA 94010
         29 Eastlake, Pacifica, CA 94044
         4852 St. Andres Avenue, La Verne, CA 91750
         76 Melrose Avenue, San Francisco, CA 94131

Serial No.: 07/205,419, filed 06/10/88

For: RECOMBINANT IMMUNOGLOBULIN PREPARATIONS

Assignee: Genentech, Inc., South San Francisco, CA, A California
          Corporation

Attorneys of Record: Walter H. Dreger, Thomas D. Kiley,
          Kate H. Murashige, Max D. Hensley and Janet E. Hasak

Associate Attorneys: None

Accorded Benefit of: U.S. S.N. 06/483,457, filed 04/08/83, now
          Patent No. 4,816,567, issued 03/28/89

Address: Max D. Hensley
         Genentech, Inc.
         460 Point San Bruno Blvd.
         So. San Francisco, CA 94080


Exhibit CC
Page 882

GENE-CEN 000929

Serial No. 205,419                                                    -4-

Count 1

A process for producing an Ig molecule or an immunologically functional Ig fragment comprising at least the variable domains of the Ig heavy and light chains, in a single host cell, comprising the steps of:

(i)  transforming said single host cell with a first DNA sequence encoding at least the variable domain of the Ig heavy chain and a second DNA sequence encoding at least the variable domain of the Ig light chain, and

(ii)  independently expressing said first DNA sequence and said second DNA sequence so that said Ig heavy and light chains are produced as separate molecules in said transformed single host cell.

The claims of the parties which correspond to this count are:

Boss et al:   Claims 1-18.

Cabilly et al:   Claims 101-120.

*[signature]*
Mary F. Downey
Examiner-in-Chief
(703) 557-4003

MFD/raj

Exhibit CC
Page 883

GENE-CEN 000930