# EXHIBIT UU

DOCKET 100/150

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | ) | |
| SHMUEL CABILLY ET AL. | ) | |
| | ) | Art Unit: 127 |
| Serial No. 06/483,457 | ) | |
| | ) | Examiner: J. HULEATT |
| Filed: April 8, 1983 | ) | |
| | ) | |
| For: RECOMBINANT IMMUNOGLOBIN PREPARATIONS | ) | |

AFFIDAVIT UNDER C.F.R. § 1.131

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

I, RONALD B. WETZEL, being duly sworn, depose and say that I am a coinventor of the subject matter claimed in the above-described patent application. Affiant further deposes and says that the subject matter of at least claims 53-56, 58-60 and 63-67 was reduced to practice in the United States of America prior to March 25, 1983, as shown in the attached Exhibits. The specific dates appearing in the Exhibits have been obscured.

Exhibit 1 is a Western blot showing the levels of stable expression of murine anti-CEA gamma and kappa immunoglobulins (and a mixture of gamma and kappa) in E. coli transformed with plasmids bearing genes encoding the gamma, kappa, and gamma and kappa immunoglobulin chains, respectively. The levels of each of the proteins are shown in

LC8x076.mdh

PLAINTIFF EXHIBIT 66 2:08cv03573

CONFIDENTIAL INFORMATION OF GENENTECH, INC.

GEN-CEL 0443

Cabilly Exhibit 2170
Cabilly v. Boss

the table at the top of the Exhibit.

Exhibit 2 is a representative example of how the bacterially-produced immunoglobulin chains were refolded into an immunologically active form, i.e. a form in which they were able to bind to CEA. Column D is a control (E. coli transformed with interferon), while columns A, B and C, respectively, represent refolding experiments on an extract from E. coli transformed with two plasmids, each bearing one of the gamma or kappa chain DNAs (A), an extract from E. coli transformed with a plasmid bearing the kappa chain only (B), and a combined extract from E. coli transformed with a plasmid bearing the gamma chain only (designated "43C") and a plasmid bearing the kappa chain only (C). Column D is a control. As expected, the results with the cotransformant extracts and combined extracts were essentially the same, in both cases indicating anti-CEA activity on the part of the refolded immunoglobulins (576 and 454 versus the control level of 2), while the refolded kappa chain, not having the companion variable region from the heavy (gamma) chain, was considerably less active.

Exhibit 3 is a similar experiment, although it includes additional runs with variations in the refolding reagents and conditions. Again, columns A and G-J show that the refolded extract from kappa and gamma cotransformed E. coli immunologically binds to its specific antigen, CEA, as does the refolded combined extract from separately

LC8x076.mdh

CONFIDENTIAL INFORMATION OF GENENTECH, INC.

transformed E. coli (column C). Consistent with the results in Exhibit 2, refolded kappa chain was less active. Refolded recombinant gamma chains (column E) also were less active than the combined chains.

Further deponent sayeth not.

Ronald B. Wetzel
7/22/86

LC8x076.mdh

CONFIDENTIAL INFORMATION OF GENENTECH, INC.

GENE-CEN 012642

EXHIBIT 2 p.1

78

Project No.
Book No.
TITLE Use best conditions (pg 74) with E. coli.

From Page No. ___ urea, 5M urea, 5M guanidine, glycerol?

| | A | B | C | D |
|---|---|---|---|---|
| γ,K extract | 850 | | | |
| K extract | | 850 | 850 | |
| 43 C | | | 25 | |
| IFN extract | | | | 850 |
| urea | 500 | 500 | 500 | 500 |
| 2 M BME | 10 | 10 | 10 | 10 |
| 1M tris 8.5 | 50 | 50 | 50 | 50 |
| 250 mM EDTA | 4 | 4 | 4 | 4 |
| | ~1000 | | | |

Dialyze against 4°, 5M urea, pH 10.8 .1M Na glycinate, 5mM GSH, 0.1 mM GSSG, 10mM Gly OEt

Results (ng/ml)

| | A | B | C | D |
|---|---|---|---|---|
| undiluted: | 576 | 43 | 454 | 2 |
| 1:5, PBS, ...: | 425 | 60 | 570 | 10 |
| 1:5, BSA, ...: | 410 | 45 | 445 | 15 |

γ,K extract: (100)(576-43) / 200,000 = 0.27%

K extract: (100)(454-43) / 400,000 = .07%

Best reconstitution yet from coli extract. May be a low estimate because of loss of γ,K in extract or loss of IgG during dialysis.

* estimate from Western of γ yield in SDS treated frozen cells, pg. 59

To Page No.

Witnessed & Understood by me, [signature] Date

Invented by [signature] Date

Recorded by

TITLE Cleft

From Page No. 74

57[illegible]
200 ml
43C
1 M tri[illegible]
250 m[illegible]
Na[illegible]
Dialy.
Dialy:
total 30μl

Witnessed & Unde[rstood]



EXHIBIT 2 p. 2

Project No.
Book No. 79

TITLE

From Page No. 74

To Page No.

Witnessed & Understood by me, Date

Invented by Date

Recorded by

CONFIDENTIAL INFORMATION OF GENENTECH, INC.

GEN-CEL 0448

GENE-CEN 012644



EXHIBIT 3
Project No.
Book No.
TITLE Repeat Exp. pg. 78 exactly
80
From Page No. 78
Conclusions:
(1) lower concentration facilitates refolding
(2) addition of BSA to second (PBS) dialysis keeps IgG in soln (.5mg/ml)
(3) .5M urea helps at pH 10.8
(4) 25°C hurts; extra GSG doesn't help
To Page No.
Witnessed & Understood by me,
Date
Invented by
Recorded by
TITLE More
From Page No. 74
Next:
Witnessed & Unders
CONFIDENTIAL INFORMATION OF GENENTECH, INC.
GEN-CEL 0449

GENE-CEN 012645

Exhibit UU
Page 1765

EXHIBIT 3

Project No.
Book No.
81

TITLE More optimization, non or ...

From Page No. 79

81 Stock
...

RT, dialysis
pH 11 ...

Next: repeat coli extracts
1) diluted 1→10
2) added BSA between dialyses (or at beginning)

To Page No.

Witnessed & Understood by me, | Date | Invented by | Date
Recorded by

CONFIDENTIAL INFORMATION OF GENENTECH, INC.

GEN-CEL 0450

GENE-CEN 012646