Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel, P.C. (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Attorneys for CITY OF HOPE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>　　　　Defendants.<br><br>GENENTECH, INC. AND CITY OF HOPE,<br><br>　　　　Counter-Plaintiffs<br>　　v.<br><br>CENTOCOR ORTHO BIOTECH, INC.,<br><br>　　　　Counter-Defendant<br>AND<br><br>GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC.,<br><br>　　　　Third-party Defendants. | Case No. CV 08-03573 MRP (CTx)<br><br>The Honorable Mariana R. Pfaelzer<br><br><br><br><br><br><br><br>**ORDER GRANTING GENENTECH, INC.'S REQUEST FOR EXTENSION OF TIME** |

Having considered Genentech Inc.'s Request for Extension of Time to File Proposed Order, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Genentech, Inc. shall have until July 27, 2010 to file the proposed order effecting the amendment to the Stipulated Protective Order discussed at the July 19, 2010 hearing on Genentech's Motion to Amend the Stipulated Protective Order.

IT IS SO ORDERED

Dated:  July 27, 2010                    _____
                                         Hon. Mariana R. Pfaelzer
                                         United States District Judge

-1-

[PROPOSED] ORDER GRANTING GENENTECH, INC.'S AND CITY OF HOPE'S CROSS-MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Dated: July 23, 2010 | /s/ Mark A. Pals<br>Mark A. Pals, P.C. (*pro hac vice*)<br>mpals@kirkland.com<br>Marcus E. Sernel, P.C. (*pro hac vice*)<br>msernel@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br><br>Daralyn J. Durie (SBN 169825)<br>ddurie@durietangri.com<br>Mark Lemley (SBN 155830)<br>mlemley@durietangri.com<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:  (415) 362-6666<br>Facsimile:   (415) 236-6300<br><br>*Attorneys for Defendant/Counter-Plaintiff Genentech, Inc.*<br><br><br>/s/ David I. Gindler<br>David I. Gindler<br>dgindler@irell.com<br>Joseph M. Lipner<br>jlipner@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-1010<br>Facsimile:   (310) 203-7199<br><br>*Attorneys for Defendant/Counter-Plaintiff City of Hope* |

-2-

[PROPOSED] ORDER GRANTING GENENTECH, INC.'S AND CITY OF HOPE'S CROSS-MOTION FOR SUMMARY JUDGMENT