ORIGINAL

*lodged proposed order*

FILED 2010 JUL 27 PM 3:43 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

Bruce G. Chapman  (SBN 164258)
bchapman@cblh.com
Keith D. Fraser (SBN 216279)
kfraser@cblh.com
**CONNOLLY BOVE LODGE & HUTZ LLP**
333 S. Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498

Dianne B. Elderkin (*pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (*pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (*pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (*pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (*pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (*pro hac vice*)
rmunoz@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. , <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. <br><br> AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | Case No. CV 08-03573 MRP (JEMx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> **APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANTS' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL** <br><br> Date:      August 17, 2010 <br> Time:     11:00 a.m. <br> Ctrm:     12 |

APPL. TO FILE UNDER SEAL DOCS. ISO PLAINTIFFS' OPPOSITION TO DEFS.' MOTION TO PRECLUDE OR STRIKE TEST. OF DR. WALL

1      PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.1, Plaintiffs and
2 Counter-Defendants Centocor Ortho Biotech, Inc., *et al.* seek leave to file the
3 following documents under seal:
4      1.     Centocor Ortho Biotech, Inc.'s and its Counter-defendant Affiliates'
5 Opposition to Defendants' Motion to Preclude or Strike Testimony of Dr. Wall;
6      2.     Declaration of Angela Verrecchio In Support of Centocor Ortho Biotech,
7 Inc.'s and its Counter-defendant Affiliates' Opposition to Defendants' Motion to
8 Preclude or Strike Testimony of Dr. Wall, with the exhibits set forth below:
9      3.     Exhibit 1: Expert Report of Randolph Wall, Ph.D.;
10     4.     Exhibit 2: Portions of the Deposition Testimony of Randolph Wall, Ph.D.;
11     5.     Exhibit 5: Portions of the Deposition Testimony of George H. Kidd,
12 Ph.D.;
13     6.     Exhibit 6: Portions of the Deposition Testimony of Matthew Scott, Ph.D.;
14     7.     Exhibit 8: Portions of the Deposition Testimony of Arthur Riggs, Ph.D.;
15     8.     Exhibit 9: Responsive Expert Report of Randolph Wall, Ph.D.;
16     9.     Exhibit 15: Portions of the Deposition Testimony of Bruce Dolnick,
17 Ph.D.;10.   Exhibit 16: Portions of the Deposition Testimony of Robert Freedman;
18      The exhibits to be filed under seal contain or reflect confidential business
19 information related to confidential details regarding the parties' pharmaceutical
20 research and development. The exhibits have been designated as Confidential
21 pursuant to the terms of the Protective Order.
22      Also, balancing the potential harm to the parties is the sensitive business
23 information is released into the public with the relatively low public harm for
24 nondisclosure of this information favors prohibiting disclosure.
25
26
27
28

For the foregoing reasons, Centocor respectfully requests that the Court grant this Application and order the aforementioned documents be filed under seal.

Respectfully submitted,

Date: July 27, 2010

By: /s/ Angela Verrecchio

Angela Verrecchio
Akin Gump Straus Hauer & Feld LLP
Two Commerce Square
2001 Market St., Suite 4100
Philadelphia, PA 19103

Attorney for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.