1   Mark A. Pals, P.C. (*pro hac vice*)
    mpals@kirkland.com
2   Marcus E. Sernel (*pro hac vice*)
    msernel@kirkland.com
3   KIRKLAND & ELLIS LLP
    300 North LaSalle
4   Chicago, IL 60654
    (312)862-2000 (o); (312)862-2200 (f)
5
    Daralyn J. Durie (SBN 169825)
6   ddurie@durietangri.com
    Mark Lemley (SBN 155830)
7   mlemley@durietangri.com
    DURIE TANGRI LLP
8   217 Leidesdorff Street
    San Francisco, CA  94111
9   (415)362-6666 (o); (415)236-6300 (f)

10  Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Attorneys for CITY OF HOPE

11          **UNITED STATES DISTRICT COURT**
12          **CENTRAL DISTRICT OF CALIFORNIA**
            **WESTERN DIVISION**

13  CENTOCOR ORTHO BIOTECH, INC.,           )   Case No. CV 08-03573 MRP (CTx)
14          Plaintiff,                       )   The Honorable Mariana R. Pfaelzer
15          v.                               )   **PROOF OF SERVICE**
16  GENENTECH, INC. AND CITY OF             )
    HOPE,                                    )
17          Defendants.                      )
18  GENENTECH, INC. AND CITY OF             )
    HOPE,                                    )
19                                           )
20          Counter-Plaintiffs              )
            v.                               )
21  CENTOCOR ORTHO BIOTECH, INC.,           )
22          Counter-Defendant               )
23  AND                                      )
24  GLOBAL PHARMACEUTICAL                    )   Date:   August 17, 2010
    SUPPLY GROUP, LLC, CENTOCOR             )   Time:   TBD
25  BIOLOGICS, LLC, AND JOM                 )   Ctrm:   12
    PHARMACEUTICAL SERVICES, INC.,          )   Judge: Honorable Mariana R. Pfaelzer
26                                           )
27          Third-party Defendants.         )

28

ORIGINAL

## PROOF OF SERVICE

I, Amy Palafox am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Hope Street, Los Angeles, California 90071.

On July 27, 2010, I served a true copy of the following document(s):

1. Opposition By Genentech, Inc. and City of Hope To Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of No Willful Infringement (Motion No. 1).

2. Statement of Genuine Issues in Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Willful Infringement (Motion No. 1).

3. Opposition of Genentech, Inc. & City of Hope to Centocor Ortho Biotech, Inc.'s Motion for Construction of Claim Term "Immunoglobulin" (Motion No. 2).

4. Cross Motion for Summary Judgment Adjudication and Opposition of Genentech, Inc. & City of Hope to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3).

5. Statement of Genuine Issues in Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3).

6. Statement of Uncontroverted Facts and Conclusions of Law in Support of Genentech, Inc.'s and City of Hope's Cross Motion for Summary Adjudication.

7. Genentech, Inc. and City of Hope's Opposition to Centocor's Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 U.S.C. § 112 (Motion No. 4).

8. Response of Defendants Genentech, Inc. and City of Hope to Statement of Undisputed Facts and Conclusions of Law In Support Of Centocor's Motion for

Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 U.S.C. § 112 (Motion No. 4).

9. Opposition by Genentech, Inc. and City of Hope to Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of Anticipation (Motion No. 5).

10. Statement of Genuine Issues In Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of Anticipation (Motion No. 5).

11. Genentech, Inc. and City of Hope's Opposition to Centocor Inc.'s Motion for Summary Judgment That Claim 33 Is Invalid for Failure to Disclose The Best Mode (Motion No. 6).

12. Response of Defendants Genentech, Inc. and City of Hope to Statement of Undisputed Facts and Conclusions of Law In Support Of Centocor's Motion for Summary Judgment That Claim 33 Is Invalid for Failure to Disclose the Best Mode (Motion No. 6).

13. Declaration of Mark A. Pals In Support of Genentech, Inc.'s and City of Hope's Cross Motion for Summary Adjudication and Opposition to Centocor Ortho Biotech, Inc.'s Motions for Summary Judgment and Claim Construction (Nos. 1-6) ("Pals Declaration").

14. Exhibits B-M, O-R, W, Z-BB, EE-JJ, LL-NN, QQ-TT, and WW to the Pals Declaration.

15. Application to File Documents Under Seal in Support of Genentech, Inc.'s and City of Hope's Cross Motion for Summary Adjudication and Opposition to Centocor Ortho Biotech, Inc.'s Motion (Nos. 1-6)

16. [Proposed] Order Granting Genentech, Inc.'s and City of Hope's Application to File Documents Under Seal.

17. Proof of Service

-2-
**PROOF OF SERVICE**

on the interested parties in this action as follows:

☐ **By U.S. Mail:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California to the addressee(s) set forth below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

☒ **By Fedex:** By placing the document(s) listed above in a sealed overnight courier envelope addressed as set forth above and routing the envelope for pick up with Federal Express for overnight delivery.

Steven D. Maslowski
Dianne B. Elderkin
Barbara L. Mullin
Angela Verrecchio
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street
Suite 4100
Philadelphia, PA  19103-7013

☒ **By E-Mail:** I caused to have delivered such documents to the addressee as set forth below:

bchapman@cblh.com
kfraser@cblh.com

coh.centocor.team@irell.com
ddurie@durietangri.com

delderkin@akingump.com
bmullin@akingump.com
smaslowski@akingump.com
averrecchio@akingump.com
mpearson@akingump.com

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed July 27, 2010, at Los Angeles, California.

Amy Palafox
Print Name

_Amy Palafox_
Signature

-3-
**PROOF OF SERVICE**