Name and address
Daralyn J. Durie (SBN 169825)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666/Fax: (415) 236-6300
ddurie@durietangri.com

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTOCOR, INC., <br> Plaintiff(s) <br> v. <br> GENENTECH, INC. and CITY OF HOPE NATIONAL MEDICAL CENTER, <br> Defendant(s). | CASE NUMBER <br> CV 08-03573 MRP (JEMx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

GENENTECH, INC.    ☐ Plaintiff   ☑ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of  Daralyn J. Durie of Durie Tangri LLP
*New Attorney*

as attorney of record in place and stead of  David J. Silbert of Keker & Van Nest LLP
*Present Attorney*

Dated  July 30 2010

Hannah Williams /by DJS w/ permission
*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  July 29 2010

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  July 30 2010

Daralyn Durie /by DJS w/ permission
*Signature of New Attorney*

169825
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated  _____

_____
*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

---

G-01 (03/06)    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY