Daralyn J. Durie (SBN 169825)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666/Fax: (415) 236-6300
ddurie@durietangri.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTOCOR, INC.,<br><br>Plaintiff(s)<br>v.<br><br>GENENTECH, INC., and CITY OF HOPE NATIONAL MEDICAL CENTER,<br><br>Defendant(s). | CASE NUMBER:<br>CV 08-03573 MRP (JEMx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

GENENTECH, INC.    □ Plaintiff    √ Defendant    □ Other _____
*Name of Party*

to substitute  Daralyn J. Durie of Durie Tangri LLP _____ who is

  √  Retained Counsel     □ Counsel appointed by the Court (Criminal cases only)   □ Pro Se

217 Leidesdorff Street _____
*Street Address*

San Francisco, CA 94104 _____    durie@durietangri.com
*City, State, Zip*                                                      *E-Mail Address*

415-332-6666 _____         415-236-6300 _____         169825 _____
*Telephone Number*              *Fax Number*                *State Bar Number*

as attorney of record in place and stead of David J. Silbert of Keker & Van Nest LLP _____
                                                                                                                     *Present Attorney*

**is hereby**    □ **GRANTED** □ **DENIED**


Dated _____    _____
                                                                                U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.