Daralyn J. Durie (SBN 169825)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666/Fax: (415) 236-6300
ddurie@durietangri.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CENTOCOR, INC., Plaintiff(s) v. GENENTECH, INC., and CITY OF HOPE NATIONAL MEDICAL CENTER, Defendant(s). | CASE NUMBER: CV 08-03573 MRP (JEMx) |
|---|---|
| | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

GENENTECH, INC.   ☐ Plaintiff  √ Defendant  ☐ Other _____
*Name of Party*

to substitute Daralyn J. Durie of Durie Tangri LLP _____ who is

√ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

217 Leidesdorff Street
*Street Address*

San Francisco, CA 94104                                       durie@durietangri.com
*City, State, Zip*                                              *E-Mail Address*

415-332-6666          415-236-6300                              169825
*Telephone Number*     *Fax Number*                             *State Bar Number*

as attorney of record in place and stead of David J. Silbert of Keker & Van Nest LLP
                                                          *Present Attorney*

is hereby   √ GRANTED  ☐ DENIED

Dated July 30, 2010

*Mariana R. Pfaelzer*
U.S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY