UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  LA08CV03573-MRP (CTx)                                           Date: July 19, 2010

Title:  CENTOCOR, INC., v. GENENTECH, INC., ET AL.,
===============================================================================

PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Cynthia Salyer | Margaret Babykin |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Angela Verrecchio                                                Mark A. Pals
                                                                 Joseph Lipner

**PROCEEDINGS:   1.   DEFENDANT GENENTECH, INC.'S MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER (fld 6/28/10 doc #231)**

The case is called and appearances are made.  Court and counsel discuss the motion.  The Court takes the motion under submission and its order will follow.

MINUTES FORM 11                                                    Initials of Deputy Clerk cs
CIVIL - GEN                                                        Time: /30