| | |
|---|---|
| 1 | Bruce G. Chapman (SBN 164258) |
|   | bchapman@cblh.com |
| 2 | Keith D. Fraser (SBN 216279) |
|   | kfraser@cblh.com |
| 3 | **CONNOLLY BOVE LODGE & HUTZ LLP** |
|   | 333 S. Grand Avenue, Suite 2300 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 787-2500; Facsimile: (213) 687-0498 |
| 5 | |
| 6 | Dianne B. Elderkin (*pro hac vice*) |
|   | delderkin@akingump.com |
| 7 | Barbara L. Mullin (*pro hac vice*) |
|   | bmullin@akingump.com |
| 8 | Steven D. Maslowski (*pro hac vice*) |
|   | smaslowski@akingump.com |
| 9 | Angela Verrecchio (*pro hac vice*) |
|   | averrecchio@akingump.com |
|   | Matthew A. Pearson (*pro hac vice*) |
| 10 | mpearson@akingump.com |
|   | Rubén H. Muñoz (*pro hac vice*) |
| 11 | rmunoz@akingump.com |
|   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 12 | Two Commerce Square, Suite 4100 |
|   | 2001 Market Street |
| 13 | Philadelphia, PA 19103 |
|   | Telephone: (215) 965-1200; Facsimile: (215) 965-1210 |
| 14 | |
| 15 | Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC. |
| 16 | |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., | Case No. CV 08-03573 MRP (JEMx) |
| Plaintiff, | The Honorable Mariana R. Pfaelzer |
| v. | [PROPOSED] **ORDER TO FILE UNDER SEAL** |
| GENENTECH, INC. and CITY OF HOPE, | Date: August 17, 2010 |
| Defendants. | Time: 11:00 a.m. |
| | Ctrm: 12 |
| AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | |

IT IS HEREBY ORDERED THAT Plaintiff's Application to File Under Seal is GRANTED as follows:

1. Centocor Ortho Biotech, Inc.'s and its Counter-defendant Affiliates' Opposition to Defendants' Motion to Preclude or Strike Testimony of Dr. Wall;

2. Declaration of Angela Verrecchio In Support of Centocor Ortho Biotech, Inc.'s and its Counter-defendant Affiliates' Opposition to Defendants' Motion to Preclude or Strike Testimony of Dr. Wall and exhibits 1, 2, 5, 6, 8, 9, 15, and 16 thereto shall be filed under seal.

3. No person other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED.

Date: July 28, 2010

*/s/ Mariana R. Pfaelzer*
Honorable Mariana R. Pfaelzer
United States District Judge

Prepared and submitted by:

By: */s/ Anglea Verrecchio*
Anglea Verrecchio
Akin Gump Straus Hauer & Feld LLP
Two Commerce Square
2001 Market St., Suite 4100
Philadelphia, PA 19103

Attorney for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.