ORIGINAL

FILED
2010 JUL 27 PM 3:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

1  Bruce G. Chapman (SBN 164258)
   bchapman@cblh.com
2  Keith D. Fraser (SBN 216279)
   kfraser@cblh.com
3  **CONNOLLY BOVE LODGE & HUTZ LLP**
   333 S. Grand Avenue, Suite 2300
4  Los Angeles, CA 90071
   Telephone: (213) 787-2500; Facsimile: (213) 687-0498
5
   Dianne B. Elderkin (*pro hac vice*)
6  delderkin@akingump.com
   Barbara L. Mullin (*pro hac vice*)
7  bmullin@akingump.com
   Steven D. Maslowski (*pro hac vice*)
8  smaslowski@akingump.com
   Angela Verrecchio (*pro hac vice*)
9  averrecchio@akingump.com
   Matthew A. Pearson (*pro hac vice*)
10 mpearson@akingump.com
   Rubén H. Muñoz (*pro hac vice*)
11 rmunoz@akingump.com
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
12 Two Commerce Square, Suite 4100
   2001 Market Street
13 Philadelphia, PA 19103
   Telephone: (215) 965-1200; Facsimile: (215) 965-1210
14
15 Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO
   BIOTECH, INC. and Third-Party Defendants GLOBAL
   PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS,
16 LLC and JOM PHARMACEUTICAL SERVICES, INC.

17              **UNITED STATES DISTRICT COURT**

18        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

19

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., | Case No. CV 08-03573 MRP (JEMx) |
| Plaintiff, | The Honorable Mariana R. Pfaelzer |
| v. | **CERTIFICATE OF SERVICE** |
| GENENTECH, INC. and CITY OF HOPE, | Date: August 17, 2010<br>Time: 11:00 a.m.<br>Ctrm: 12 |
| Defendants. | |
| AND RELATED COUNTER AND THIRD-PARTY AFFILIATES | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Dori Dellisanti, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On July 27, 2010, I served the foregoing documents described as:

(1) **APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DFENDANT AFFILIATES' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL ;**

(2) **[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL;**

(3) **PLAINTIFF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DFENDANT AFFILIATES' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL; and**

(4) **DECLARATION OF ANGELA VERRECCHIO IN SUPPORT OF PLAINTIFF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DFENDANT AFFILIATES' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL WTH CONFIDENTIAL EXHIBITS 1, 2, 5, 6, 8, 9, 15 AND 16.**

on the following person(s) in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>David I Gindler<br>Joseph M Lipner<br>Irell and Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | Attorneys for Defendant and Counterclaimant City of Hope Medical Center<br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>Email: jlipner@irell.com;<br>dgindler@irell.com<br>Coh.centocor.team@irell.com |
| **BY U.S. MAIL**<br>Mark A. Pals<br>Marcus E Sernel<br>Kirkland and Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Attorneys for Defendant and Counterclaimant Genentech, Inc.<br>Tel: 312-861-2000<br>Fax: 312-861-2200<br>Email: mpals@kirkland.com<br>msernel@kirkland.com |

1
2  | BY U.S. MAIL | Attorneys for Defendant and Counterclaimant Genentech, Inc.
3  | Daralyn J. Durie | Tel: 415-362-6666
   | Ryan Kent |
4  | Durie Tangri Lemley Roberts & Kent LLP | Email: ddurie@durietangri.com
5  | 332 Pine Street Suite 200 | rkent@durietangri.com
   | San Francisco, CA 94104 |

6  [X] **BY MAIL**. I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

10 [X] **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the addressee(s) as stated above.

11 [ ] **FEDERAL EXPRESS**: I am readily familiar with the office practice of Connolly Bove Lodge & Hutz LLP for collecting and processing correspondence for overnight delivery by Federal Express. Such practice is that when correspondence for overnight delivery by Federal Express is deposited with the Connolly Bove Lodge & Hutz LLP personnel responsible fore delivering correspondence to Federal Express, such correspondence is delivered to a Federal Express location or to an authorized courier or driver authorized by Federal Express to receive documents or deposited at a facility regularly maintained by Federal Express for receipt of documents on the same day in the ordinary course of business.

16 [X] **BY E-MAIL:** (1) I caused copies of the above documents to be emailed to the interested parties based on the email addresses indicated herein and/or (2) Based on General Order 08-02, the attached document(s) was sent to the person(s) at the e-mail addres(es) indicated above through the Court's Electronic Filing System (ECF).

19 [X] **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2010 at Los Angeles, California.

   ____Dori Dellisanti____         _[signature]_
        Name                          Signature

CERTIFICATE OF SERVICE

2

## PROOF OF SERVICE BY HAND DELIVERY

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Apex Attorney Service, 1055 West Seventh St., Suite 250, Los Angeles, CA 90017.

On July 27, 2010, I served the following document(s):

(1) **APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DFENDANT AFFILIATES' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL ;**

(2) **[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL;**

(3) **PLAINTIFF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DFENDANT AFFILIATES' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL; and**

(4) **DECLARATION OF ANGELA VERRECCHIO IN SUPPORT OF PLAINTIFF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DFENDANT AFFILIATES' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL WTH CONFIDENTIAL EXHIBITS 1, 2, 5, 6, 8, 9, 15 AND 16.**

on the interested parties in this action or proceeding, by personally delivering a copy thereof, enclosed in a sealed envelope(s), to the addressee(s) at the following address(es):

| David I Gindler<br>Joseph M Lipner<br>Irell and Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | Attorneys for Defendant and Counterclaimant City of Hope Medical Center<br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>Email: jlipner@irell.com;<br>dgindler@irell.com<br>Coh.centocor.team@irell.com |
|---|---|

3

CERTIFICATE OF SERVICE

1  ☐  State    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

2
3  ☑  Federal  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
4

5     Executed on July 27, 2010, at Los Angeles, California.

   _____George Ramirez_____          _____/s/_____
            Print Name                         Signature

CERTIFICATE OF SERVICE

4