# **NOTICE OF MANUAL FILING**

(Attachment)

**List of Documents:**

1. Application to File Under Seal Documents in Support of Defendants Genentech., Inc. and City of Hope's Reply Papers in Support of Motion to Preclude or Strike Testimony of Dr. Wall;

2. [Proposed] Order to File Under Seal;

3. Reply Memorandum of Points and Authorities in Support of Defendants Genentech, Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall;

4. Declaration of Daralyn J. Durie in Support of Defendants Genentech, Inc. and City of Hope's Reply Memorandum in Support of Motion to Preclude or Strike Testimony of Dr. Wall and exhibits A and B thereto; and

5. Certificate of Service.