```
DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A.. LEMLEY (SBN 155830)
mlemley@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

KIRKLAND & ELLIS LLP
MARK A. PALS, P.C. (pro hac vice)
mpals@kirkland.com
MARCUS E. SERNEL (pro hac vice)
msernel@kirkland.com
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
```

Attorneys for Defendant GENENTECH, INC.

```
IRELL & MANELLA, LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars
Los Angeles, Ca 90067
Telephone: 310-277-1010
Facsimile: 310-203-7199
```

Attorneys for Defendant CITY OF HOPE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CENTOCOR, INC., | Case No. 2:08-cv-03573-MRP-CT |
| Plaintiff and Counter-Defendant, | **CERTIFICATE OF SERVICE** |
| v. | |
| GENENTECH, INC. AND CITY OF HOPE NATIONAL MEDICAL CENTER, | |
| Defendants and Counter-Plaintiffs. | |

1  I certify that all counsel of record are being served on August 3, 2010 with a copy of
2  this document via the Court's ECF email system.

| | |
|---|---|
| Bruce G. Chapman, Esq. | bchapman@cblh.com |
| Keith D. Fraser, Esq. | kfraser@cblh.com |
| Dianne B. Elderkin, Esq. | delderkin@akingump.com |
| Barbara L. Mullin, Esq. | bmullin@akingump.com |
| Steven D. Maslowski, Esq. | smaslowski@akingump.com |
| Angela Verrecchio, Esq. | averrecchio@akingump.com |
| Matthew A. Pearson, Esq. | mpearson@akingump.com |
| Ruben H. Munoz, Esq. | rmunoz@akingump.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 3, 2010, at San Francisco, California.

*/s/ Margaret Ann Franz*
Margaret Ann Franz