# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

_____                _____
Date                                             Attorney Name

                                                 _____
                                                 Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                           **NOTICE OF MANUAL FILING**

**CENTOCOR'S LIST OF ITEMS BEING LODGED UNDER SEAL**

1. APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATING TO RELATING TO CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT, MOTION FOR CONSTRUCTION OF CLAIM TERM AND RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY ADJUDICATION.

2. [PROPOSED] ORDER TO FILE UNDER SEAL DOCUMENTS RELATING TO RELATING TO CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT, MOTION FOR CONSTRUCTION OF CLAIM TERM AND RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY ADJUDICATION.

3. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT (MOTION NO. 1).

4. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF CENTOCOR'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT (MOTION NO. 1).

5. REPLY IN SUPPORT OF CENTOCOR ORTHO BIOTECH, INC. AND ITS CROSS DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT OF CLAIM 33 (MOTION NO. 3) AND RESPONSE TO DEFENDANTS' CROSS MOTION FOR SUMMARY ADJUDICATION.

6. RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF CENTOCOR'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT OF CLAIM 33 (MOTION NO. 3) AND RESPONSE TO DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF THEIR CROSS MOTION FOR SUMMARY ADJUDICATION.

7. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' REPLY IN SUPPORT OF  THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 33 FOR FAILURE TO COMPLY WITH 35 USC § 112 (MOTION NO. 4).

8. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF CENTOCOR'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 33 FOR FAILURE TO COMPLY WITH 35 USC § 112 (MOTION NO. 4).

9. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' REPLY IN SUPPORT OF  THEIR MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION (MOTION NO. 5).

10. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF CENTOCOR'S MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION (MOTION NO. 5).

11. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT THAT CLAIM 33 IS INVALID FOR FAILURE TO DISCLOSE THE BEST MODE (MOTION NO. 6).

12. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF CENTOCOR'S MOTION FOR SUMMARY JUDGMENT THAT CLAIM 33 IS INVALID FOR FAILURE TO DISCLOSE THE BEST MODE (MOTION NO. 6).

13. SECOND DECLARATION OF MATTHEW A. PEARSON IN SUPPORT OF CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' REPLIES TO THEIR MOTIONS FOR SUMMARY JUDGMENT, MOTION FOR CONSTRUCTION OF CLAIM TERM "IMMULOGLOBULIN" AND RESPONSE TO DEFENDANTS' CROSS MOTION FOR SUMMARY ADJUDICATION.

14. CERTIFICATE OF SERVICE.