1  Bruce G. Chapman (SB # 164258)
   bchapman@cblh.com
2  Keith D. Fraser (SB # 216279)
   kfraser@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
   333 S. Grand Ave., Suite 2300
4  Los Angeles, California  90071
   Telephone:  (213) 787-2500; Facsimile:  (213) 687-0498
5
   Dianne B. Elderkin (admitted *pro hac vice*)
6  delderkin@akingump.com
   Barbara L. Mullin (admitted *pro hac vice*)
7  bmullin@akingump.com
   Steven D. Maslowski (admitted *pro hac vice*)
8  smaslowski@akingump.com
   Angela Verrecchio (admitted *pro hac vice*)
9  averrecchio@akingump.com
   Matthew A. Pearson (admitted *pro hac vice)*
10 mpearson@akingump.com
   Rubén H. Muñoz (*pro hac vice*)
11 rmunoz@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
12 Two Commerce Square, Suite 4100
   2001 Market Street
13 Philadelphia, Pennsylvania 19103-7013
   Telephone:  (215) 965-1200; Facsimile:  (215) 965-1210
14
   Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
15 and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP,
   LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL
16 SERVICES, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>Defendants.<br>_____<br><br>AND RELATED COUNTER AND THIRD-PARTY ACTIONS.<br>_____ | Case No.  CV 08-03573 MRP (JEMx)<br><br>**CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' NON-CONFIDENTIAL EXHIBITS 50 AND 53 TO DECLARATION OF MATTHEW A. PEARSON IN SUPPORT OF ITS REPLIES TO MOTIONS FOR SUMMARY JUDGMENT, MOTION FOR CONSTRUCTION OF CLAIM TERM AND RESPONSE TO DEFENDANTS' CROSS MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:     August 17, 2010<br>Time:    11:00 a.m.; Ctrm.:  12 |

CENTOCOR'S NON-CONFIDENTIAL EXHIBITS TO DECL. OF
MATTHEW A. PEARSON RE MOTIONS FOR SUMMARY JUDGMENT ETC.