LODGED

Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312)862-2000 (o); (312)862-2200 (f)

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415)362-6666 (o); (415)236-6300 (f)

Attorneys for GENENTECH, INC.

David I. Gindler (SBN 117824)
dgindler@irell.com
Joseph M. Lipner (SBN 155735)
jlipner@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010 (o); (310)203-7199 (f)

Attorneys for CITY OF HOPE

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Defendants. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Counter-Plaintiffs <br> v. <br><br> CENTOCOR ORTHO BIOTECH, INC., <br><br> Counter-Defendant <br><br> AND <br><br> GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, AND JOM PHARMACEUTICAL SERVICES, INC., <br><br> Third-party Defendants. | Case No. CV 08-03573 MRP (CTx) <br><br> The Honorable Mariana R. Pfaelzer <br><br> [PROPOSED] ORDER GRANTING GENENTECH, INC.'S AND CITY OF HOPE'S APPLICATION TO FILE DOCUMENTS UNDER SEAL <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Date: August 17, 2010 <br> Time: TBD <br> Ctrm: 12 <br> Judge: Honorable Mariana R. Pfaelzer |

**ORIGINAL**

Having considered Genentech, Inc.'s and City of Hope's Application to File Under Seal and all papers submitted therewith, the Court finds that good cause exists under Local Rule 79-5.1 for the requested relief and herby ordered that the Application is GRANTED.

IT IS THEREFORE ORDERED THAT:

1. The Opposition By Genentech, Inc. and City of Hope To Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of No Willful Infringement (Motion No. 1) shall be filed under seal.

2. The Statement of Genuine Issues in Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Willful Infringement (Motion No. 1) shall be filed under seal.

3. The Opposition of Genentech, Inc. & City of Hope to Centocor Ortho Biotech, Inc.'s Motion for Construction of Claim Term "Immunoglobulin" (Motion No. 2) shall be filed under seal.

4. The Cross Motion for Summary Judgment Adjudication and Opposition of Genentech, Inc. & City of Hope to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3) shall be filed under seal.

5. The Statement of Genuine Issues in Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3) shall be filed under seal.

6. The Statement of Uncontroverted Facts and Conclusions of Law in Support of Genentech, Inc.'s and City of Hope's Cross Motion for Summary Adjudication shall be filed under seal.

7. Genentech, Inc. and City of Hope's Opposition to Centocor's Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 U.S.C. § 112 (Motion No. 4) shall be filed under seal.

8. The Response of Defendants Genentech, Inc. and City of Hope to Statement of Undisputed Facts and Conclusions of Law In Support Of Centocor's Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 U.S.C. § 112 (Motion No. 4) shall be filed under seal.

9. The Opposition by Genentech, Inc. and City of Hope to Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Motion for Summary Judgment of Anticipation (Motion No. 5) shall be filed under seal.

10. The Statement of Genuine Issues In Support of Genentech, Inc.'s and City of Hope's Opposition to Centocor Ortho Biotech, Inc.'s Motion for Summary Judgment of Anticipation (Motion No. 5) shall be filed under seal.

11. Genentech, Inc. and City of Hope's Opposition to Centocor Inc.'s Motion for Summary Judgment That Claim 33 Is Invalid for Failure to Disclose The Best Mode (Motion No. 6) shall be filed under seal.

12. The Response of Defendants Genentech, Inc. and City of Hope to Statement of Undisputed Facts and Conclusions of Law In Support Of Centocor's Motion for Summary Judgment That Claim 33 Is Invalid for Failure to Disclose the Best Mode (Motion No. 6) shall be filed under seal.

13. The Declaration of Mark A. Pals In Support of Genentech, Inc.'s and City of Hope's Cross Motion for Summary Adjudication and Opposition to Centocor Ortho Biotech, Inc.'s Motions for Summary Judgment and Claim Construction (Nos. 1-6) ("Pals Declaration") shall be filed under seal.

14. Exhibits B-M, O-R, W, Z-BB, EE-JJ, LL-NN, QQ-TT, WW to the Pals Declaration shall be filed under seal

15. No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED

Dated: July 28, 2010

Hon. Mariana R. Pfaelzer
United States District Judge