Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500; Facsimile: (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200; Facsimile: (215) 965-1210

Attorneys for Plaintiff and Counter-Defendant CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants. <br><br> AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Case No. CV 08-03573 MRP (JEMx) <br><br> **APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATING TO CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER-DEFENDANT AFFILIATES' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT, MOTION FOR CONSTRUCTION OF CLAIM TERM AND RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY ADJUDICATION** <br><br> Date: August 17, 2010 <br> Time: 11:00 A.M. <br> Ctrm: 12 |

Pursuant to Local Rule 79-5.1, Plaintiff Centocor Ortho Biotech, Inc. ("Centocor") and its Cross-Defendant Affiliates seek leave to file the following documents under seal:

1. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Reply in Support of Their Motion for Summary Judgment of No Willful Infringement (Motion No. 1).

2. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Response to Defendants' Statement of Undisputed Facts in Support of Centocor's Motion for Summary Judgment of No Willful Infringement (Motion No. 1)

3. Reply in Support of Centocor Ortho BioTech, Inc. and its Cross Defendant Affiliates' Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3) and Response to Defendants' Cross Motion for Summary Adjudication.

4. Response to Defendants' Statement of Undisputed Facts and Conclusions of Law in Support of Centocor's Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3) and Response to Defendants' Statement of Facts in Support of Their Cross Motion for Summary Adjudication.

5. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Reply in Support of Their Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 USC § 112 (Motion No. 4).

6. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Response to Defendants' Statement of Undisputed Facts in Support of Centocor's Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 USC § 112 (Motion No. 4).

7. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Reply in Support of Their Motion for Summary Judgment of Anticipation (Motion No. 5).

8. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Response to Defendants' Statement of Undisputed Facts in Support of Centocor's Motion for Summary Judgment of Anticipation (Motion No. 5).

9. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Reply in Support of Their Motion for Summary Judgment That Claim 33 is Invalid for Failure to Disclose the Best Mode (Motion No. 6).

10. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Response to Defendants' Statement of Undisputed Facts in Support of Centocor's Motion for Summary Judgment That Claim 33 is Invalid for Failure to Disclose the Best Mode (Motion No. 6).

11. Second Declaration Of Matthew A. Pearson In Support Of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Replies To Their Motions For Summary Judgment, Motion For Construction Of Claim Term "Immuloglobulin" and Response To Defendants' Cross Motion For Summary Adjudication.

12. Exhibit 47 to the Second Declaration of Matthew Pearson: Defendants' deposition exhibit DX140 showing Cabilly/Genentech Royalty Payments.

13. Exhibit 48 to the Second Declaration of Matthew Pearson: Excerpts from the April 30, 2010 deposition of Sean Johnston, Ph.D., Esq.

14. Exhibit 49 to the Second Declaration of Matthew Pearson: Order Denying Centocor's Motion for Summary Judgment.

15. Exhibit 51 to the Second Declaration of Matthew Pearson: April 30, 2010 Supplemental and Amended Responses to Genentech Interrogatories (Nos. 12-15, 18 & 20).

16. Exhibit 52 to the Second Declaration of Matthew Pearson: Genentech's Deposition Exhibit 62, a May 11, 2006 letter from Kenneth J. Dow to Celltech Therapeutics, Ltd.

The documents to be filed under seal contain or reflect confidential business information that is subject to confidentiality provisions. Specifically, the documents cite to and discuss various supporting exhibits which contain confidential details regarding Genentech's pharmaceutical research and development. These exhibits,

cited and referenced in the documents have been designated as Confidential pursuant to the terms of the Protective Order.

Also, balancing the potential harm to Centocor, Genentech and third parties if the sensitive business information is released into the public with the relatively low public harm for nondisclosure of this information favors prohibiting disclosure.

For the foregoing reasons, Centocor respectfully requests that the Court grant this Application and order the aforementioned documents be filed under seal.

Dated: August 3, 2010

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Keith D. Fraser

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC. LLC and JOM PHARMACUETICAL SERVICES, INC.