ORIGINAL

LODGED

Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
Keith D. Fraser (State Bar No. 216279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500; Facsimile: (213) 687-0498

Dianne B. Elderkin (admitted *pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (admitted *pro hac vice*)
bmullin@akingump.com
Steven D. Maslowski (admitted *pro hac vice*)
smaslowski@akingump.com
Angela Verrecchio (admitted *pro hac vice*)
averrecchio@akingump.com
Matthew A. Pearson (admitted *pro hac vice*)
mpearson@akingump.com
Rubén H. Muñoz (admitted *pro hac vice*)
rmunoz@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, Pennsylvania 19103-7013
Telephone: (215) 965-1200; Facsimile: (215) 965-1210

Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC.
and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC.

FILED
CLERK, U.S. DISTRICT COURT
AUG 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>Plaintiffs<br><br>v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Defendants.<br><br>AND RELATED COUNTER AND THIRD-PARTY ACTIONS. | Case No. CV 08-03573 MRP (JEMx)<br>The Honorable Mariana R. Pfaelzer<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL DOCUMENTS RELATING TO CENTOCOR ORTHO BIOTECH, INC. AND ITS COUNTER- DEFENDANT AFFILIATES' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT, MOTION FOR CONSTRUCTION OF CLAIM TERM AND RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY ADJUDICATION<br><br>Date:    August 17, 2010<br>Time:   11:00 A.M., Ctrm: 12 |

The Court, having considered the Application To File Under Seal Documents Relating to Replies in Support of Centocor Ortho Biotech, Inc. And Its Counter- Defendant Affiliates' Replies In Support Of Motions For Summary Judgment, and all papers submitted in support therewith, finds that (1) The parties possess overriding confidentiality interests in the subject documents that overcomes the right of public access to the record; (2) The parties' overriding confidentiality interests support sealing these documents; and (3) a substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed.

IT IS THEREFORE ORDERED that Centocor's Application To File Under Seal is GRANTED as follows:

1. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Reply in Support of Their Motion for Summary Judgment of No Willful Infringement (Motion No. 1).

2. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Response to Defendants' Statement of Undisputed Facts in Support of Centocor's Motion for Summary Judgment of No Willful Infringement (Motion No. 1)

3. Reply in Support of Centocor Ortho BioTech, Inc. and its Cross Defendant Affiliates' Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3) and Response to Defendants' Cross Motion for Summary Adjudication.

4. Response to Defendants' Statement of Undisputed Facts and Conclusions of Law in Support of Centocor's Motion for Summary Judgment of No Infringement of Claim 33 (Motion No. 3) and Response to Defendants' Statement of Facts in Support of Their Cross Motion for Summary Adjudication.

5. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Reply in Support of Their Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 USC § 112 (Motion No. 4).

6. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Response to Defendants' Statement of Undisputed Facts in Support of Centocor's Motion for Summary Judgment of Invalidity of Claim 33 for Failure to Comply with 35 USC § 112 (Motion No. 4).

7. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Reply in Support of Their Motion for Summary Judgment of Anticipation (Motion No. 5).

8. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Response to Defendants' Statement of Undisputed Facts in Support of Centocor's Motion for Summary Judgment of Anticipation (Motion No. 5).

9. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Reply in Support of Their Motion for Summary Judgment That Claim 33 is Invalid for Failure to Disclose the Best Mode (Motion No. 6).

10. Centocor Ortho Biotech, Inc.'s and its Counter-Defendant Affiliates' Response to Defendants' Statement of Undisputed Facts in Support of Centocor's Motion for Summary Judgment That Claim 33 is Invalid for Failure to Disclose the Best Mode (Motion No. 6).

11. Second Declaration Of Matthew A. Pearson In Support Of Centocor Ortho Biotech, Inc.'s and Its Counter-Defendant Affiliates' Replies To Their Motions For Summary Judgment, Motion For Construction Of Claim Term "Immuloglobulin" and Response To Defendants' Cross Motion For Summary Adjudication.

12. Exhibit 47 to the Second Declaration of Matthew Pearson: Defendants' deposition exhibit DX140 showing Cabilly/Genentech Royalty Payments.

13. Exhibit 48 to the Second Declaration of Matthew Pearson: Excerpts from the April 30, 2010 deposition of Sean Johnston, Ph.D., Esq.

14. Exhibit 49 to the Second Declaration of Matthew Pearson: Order Denying Centocor's Motion for Summary Judgment.

15. Exhibit 51 to the Second Declaration of Matthew Pearson: April 30, 2010 Supplemental and Amended Responses to Genentech Interrogatories (Nos. 12-15, 18 & 20).

16. Exhibit 52 to the Second Declaration of Matthew Pearson: Genentech's Deposition Exhibit 62, a May 11, 2006 letter from Kenneth J. Dow to Celltech Therapeutics, Ltd.

No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED

Dated: August 4, 2010

Honorable Mariana R. Pfaelzer
United States District Judge

Prepared and submitted by:

Connolly Bove Lodge & Hutz LLP

By: _____
Keith D. Fraser
Attorneys for Plaintiff CENTOCOR ORTHO BIOTECH, INC. and Third-Party Defendants GLOBAL PHARMACUETICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC and JOM PHARMACEUTICAL SERVICES, INC