DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666 (o); (415) 236-6300 (f)

KIRKLAND & ELLIS LLP
MARK A. PALS, P.C. (*pro hac vice*)
mpals@kirkland.com
MARCUS E. SERNEL (*pro hac vice*)
msernel@kirkland.com
300 North La Salle
Chicago, IL 60654
(312) 862-2000 (o); (312) 862-2200 (f)

Attorneys for Defendant GENENTECH, INC.

IRELL & MANELLA, LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars
Los Angeles, CA 90067
(310)277-1010(o); (310)203-7199(f)

Attorneys for Defendant CITY OF HOPE

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
AUG 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
10 AUG -3 PM 4:17
BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.,<br><br>Counter-Defendant,<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>Counter-Plaintiffs. | Case No. CV 08-03573 MRP (JEMx)<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL<br><br>Date:   August 17, 2010<br>Time:   11:00 a.m.<br>Judge:  Hon. Mariana R. Pfaelzer<br>Ctrm:   12 |

[PROPOSED] ORDER TO FILE UNDER SEAL / Case No. CV 08-03573 MRP (JEMx)

1    IT IS HEREBY ORDERED THAT Defendants Genentech, Inc. and City of Hope's Application to File Under Seal is GRANTED as follows:

    1.    Reply Memorandum of Points and Authorities in Support of Defendants Genentech, Inc. and City of Hope's Motion to Preclude or Strike Testimony of Dr. Wall;

    2.    Declaration of Daralyn J. Durie in Support of Defendant Genentech, Inc. and City of Hope's Reply Memorandum in Support of Motion to Preclude or Strike Testimony of Dr. Wall and exhibits A and B thereto shall be filed under seal.

    3.    No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

    IT IS SO ORDERED.

Dated August 4, 2010

_____
Honorable Mariana R. Pfaelzer
United States District Judge

Prepared and submitted by:

By: /s/ Daralyn J. Durie
Daralyn J. Durie
Mark Lemley
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111

Attorneys for Defendant
GENENTECH, INC.