UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  LA08CV03573-MRP (CTx)                    Date: August 17, 2010

Title:  CENTOCOR, INC., v. GENENTECH, INC., ET AL.,
========================================================================

PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Cynthia Salyer | Bridget Montero |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

DIANNE B. ELDERKIN                    DARALYN DURIE
BARBARA L. MULLIN                     MARK PALS
SHEVEN MASLOWSKI                      JOSEPH LIPNER, FOR CITY OF HOPE
                                      DAVID GINDLER

**PROCEEDINGS:**   MOTION(S) HEARING (held and completed)

1. DEFENDANTS GENENTECH, INC AND CITY OF HOPE'S MOTION TO PRECLUDE OR STRIKE TESTIMONY OF DR. WALL (fld 7/12/10 doc #242)
2. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT (MOTION #1) (fld 7/12/10 doc #244)
3. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR CLAIM CONSTRUCTION OF CLAIM TERM "IMMUNOGLOBULIN"(MOTION #2) (fld 7/12/10 doc #245)
4. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT OF CLAIM 33(MOTION #3) (fld 7/12/10 doc #246)
5. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION(MOTION #4) (fld 7/12/10 doc #247)
6. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION (MOTION #5) (fld 7/12/10 doc #248)
7. CENTOCOR ORTHO BIOTECH, INC.'S AND ITS COUNTER-DEFENDANT AFFILIATES' MOTION FOR SUMMARY JUDGMENT THAT CLAIM 33 IS INVALID FOR FAILURE TO DISCLOSE THE BEST MODE (MOTION #6) (fld 7/12/10 doc #249)
8. GENENTECH, INC.'S AND CITY OF HOPE'S CROSS MOTION FOR SUMMARY ADJUDICATION (fld 7/27/2010 doc #290)

**T**he case is called and appearances are made.  Court and counsel discuss the motion(s).  The Court takes the motion(s) under submission and its order will follow.


MINUTES FORM 11                                    Initials of Deputy Clerk cs
CIVIL - GEN                                        Time:     3/05