1  Bruce G. Chapman (SBN 164,258)
   bchapman@cblh.com
2  Keith D. Fraser (SBN 216,279)
   kfraser@cblh.com
3  **CONNOLLY BOVE LODGE
    & HUTZ LLP**
4  333 S. Grand Avenue, Suite 2300
   Los Angeles, CA  90071
5  Telephone: (213) 787-2500
   Facsimile: (213) 687-0498
6
   Diane B. Elderkin (*pro hac vice*)
7  delderkin@akingump.com
   Barbara L. Mullin (*pro hac vice*)
8  bmullin@akingump.com
   **AKIN GUMP STRAUSS HAUER &
9   FELD LLP**
   Two Commerce Square, Suite 4100
10 2001 Market Street
   Philadelphia, PA  19103
11 Telephone: (215) 965-1200
   Facsimile: (215) 965-1210
12
   Attorneys for CENTOCOR ORTHO
13 BIOTECH, INC., GLOBAL
   PHARMACEUTICAL SUPPLY GROUP,
14 LLC, CENTOCOR BIOLOGICS, LLC,
   JOM PHARMACEUTICAL SERVICES,
15 INC. and CENTOCOR, INC.

   Mark A. Pals, P.C. (*pro hac vice*)
   mpals@kirkland.com
   Marcus E. Sernel (*pro hac vice*)
   msernel@kirkland.com
   **KIRKLAND & ELLIS LLP**
   300 North LaSalle Street
   Chicago, IL  60654
   Telephone: (312) 862-2000
   Facsimile: (312) 862-2200

   Daralyn J. Durie (SBN 169825)
   ddurie@durietangri.com
   Mark Lemley (SBN 155830)
   mlemley@durietangri.com
   **DURIE TANGRI LLP**
   332 Pine Street, Suite 200
   San Francisco, CA  94104
   Telephone: (415) 362-6666
   Facsimile: (415) 236-6300

   Attorneys for GENENTECH, INC.

   David I. Gindler (117824)
   dgindler@irell.com
   Joseph M. Lipner (155735)
   jlipner@irell.com
   **IRELL & MANELLA LLP**
   1800 Avenue of the Stars, Suite 900
   Los Angeles, CA  90067-4276
   Telephone: (310) 277-1010
   Facsimile: (310) 203-7199

16
   Attorneys for CITY OF HOPE and
   CITY OF HOPE NATIONAL
17 MEDICAL CENTER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants and Counter-Plaintiffs, <br><br> AND RELATED COUNTER AND THIRD-PARTY AFFILIATES. | Case No. CV 08-03573 MRP (JEMx) <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Ctrm: 12 |

1  IT IS HEREBY STIPULATED by and among the parties to this action through
2  their counsel that the above-captioned action (including without limitation all claims and
3  counterclaims asserted in the action) be and hereby is dismissed in its entirety with
4  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

*/s/ Dianne Elderkin*
Dianne B. Elderkin
delderkin@akingump.com
Barbara L. Mullin (pro hac vice)
bmullin@akingump.com
**AKIN GUMP STRAUSS HAUER &
FELD LLP**
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA  19103
Telephone: (215) 965-1200

*Attorneys for Centocor Ortho Biotech, Inc.,
Global Pharmaceutical Supply Group, LLC,
Centocor Biologics, LLC, JOM Pharmaceutical
Services, Inc. and Centocor, Inc.*

*/s/*

Daralyn J. Durie
ddurie@durietangri.com
Mark Lemley
mlemley@durietangri.com
**DURIE TANGRI LLP**
332 Pine Street, Suite 200
San Francisco, CA  94104
Telephone: (415) 362-6666

*Attorneys for Genentech Inc.*

David I. Gindler
dgindler@irell.com
Joseph M. Lipner (155735)
jlipner@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276

1
STIPULATION OF DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE / Case No. CV 08-03573 MRP (JEMx)

1  IT IS HEREBY STIPULATED by and among the parties to this action through
2  their counsel that the above-captioned action (including without limitation all claims and
3  counterclaims asserted in the action) be and hereby is dismissed in its entirety with
4  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

_____
Dianne B. Elderkin
delderkin@akingump.com
Barbara L. Mullin (pro hac vice)
bmullin@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200

*Attorneys for Centocor Ortho Biotech, Inc., Global Pharmaceutical Supply Group, LLC, Centocor Biologics, LLC, JOM Pharmaceutical Services, Inc. and Centocor, Inc.*

_____
Daralyn J. Durie
ddurie@durietangri.com
Mark Lemley
mlemley@durietangri.com
**DURIE TANGRI LLP**
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666

*Attorneys for Genentech Inc.*

_____
David I. Gindler
dgindler@irell.com
Joseph M. Lipner (155735)
jlipner@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

1

STIPULATION OF DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE / Case No. CV 08-03573 MRP (JEMx)

Telephone: (310) 277-1010

*Attorneys for City of Hope and City of Hope National Medical Center*

2

STIPULATION OF DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE / Case No. CV 08-03573 MRP (JEMx)

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on August 30, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Bruce G. Chapman, Esq. | bchapman@cblh.com |
| Keith D. Fraser, Esq. | kfraser@cblh.com |
| Dianne B. Elderkin, Esq. | delderkin@akingump.com |
| Barbara L. Mullin, Esq. | bmullin@akingump.com |
| Steven D. Maslowski, Esq. | smaslowski@akingump.com |
| Angela Verrecchio, Esq. | averrecchio@akingump.com |
| Matthew A. Pearson, Esq. | mpearson@akingump.com |
| Rubén H. Muñoz, Esq. | rmunoz@akingump.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2010, at San Francisco, California.

*Margaret Ann Franz*
Margaret Ann Franz