Bruce G. Chapman (SBN 164,258)
bchapman@cblh.com
Keith D. Fraser (SBN 216,279)
kfraser@cblh.com
**CONNOLLY BOVE LODGE & HUTZ LLP**
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Diane B. Elderkin (*pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (*pro hac vice*)
bmullin@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square, Suite 4100
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 965-1200
Facsimile: (215) 965-1210

Attorneys for CENTOCOR ORTHO BIOTECH, INC., GLOBAL PHARMACEUTICAL SUPPLY GROUP, LLC, CENTOCOR BIOLOGICS, LLC, JOM PHARMACEUTICAL SERVICES, INC. and CENTOCOR, INC.

Mark A. Pals, P.C. (*pro hac vice*)
mpals@kirkland.com
Marcus E. Sernel (*pro hac vice*)
msernel@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Daralyn J. Durie (SBN 169825)
ddurie@durietangri.com
Mark Lemley (SBN 155830)
mlemley@duretangri.com
**DURIE TANGRI LLP**
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for GENENTECH, INC.

David I. Gindler (117824)
dgindler@irell.com
Joseph M. Lipner (155735)
jlipner@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for CITY OF HOPE and CITY OF HOPE NATIONAL MEDICAL CENTER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> GENENTECH, INC., and CITY OF HOPE, <br><br> Defendants and Counter-Plaintiffs, <br><br> AND RELATED COUNTER AND THIRD-PARTY AFFILIATES. | Case No. CV 08-03573 MRP (JEMx) <br><br> **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Ctrm: 12 <br><br> JS-6 |

1    Having considered the Stipulation of Dismissal of Entire Action with
2 Prejudice filed jointly by the parties on August 30, 2010 pursuant to Federal Rule
3 of Civil Procedure 41(a)(1),

4    IT IS HEREBY ORDERED THAT:

5    1. The above-captioned action (including without limitation all claims and
6 counterclaims asserted in the action) is dismissed in its entirety with prejudice.

7    2. All pending motions are deemed withdrawn and moot.

8    3. Each party shall bear its own legal expenses, including without
9 limitation, attorneys' fees and costs.

11    IT IS SO ORDERED.

13 Dated: September 01, 2010         _____
14                                    Hon. Mariana R. Pfaelzer
                                      United States District Judge

2

[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE / Case No. CV 08-03573 MRP (JEMx)